Crystal Foley (SBN 224627)
SIMMONS HANLY CONROY LLC
100 N. Sepulveda Boulevard, Suite 1350
Los Angeles, California 90245
Telephone: 310.322.3555
Facsimile: 310.322.3655
cfoley@simmonsfirm.com

Paul J. Hanly, Jr. (admitted *pro hac vice*)
Mitchell M. Breit (admitted *pro hac vice*)
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, New York 10016
Telephone: 315.220.0134
Facsimile: 212.213.5949
phanly@simmonsfirm.com
mbreit@simmonsfirm.com

Attorneys for Plaintiffs
SHERIDA JOHNSON, HARRY GUNSENHOUSER,
and SUBRINA SEENARAIN

Amir M. Nassihi (SBN 235936)
Andrew L. Chang (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:    415.544.1900
Facsimile:    415.391.0281
anassihi@shb.com
achang@shb.com

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIDA JOHNSON, HARRY GUNSENHOUSER, and SUBRINA SEENARAIN on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO. LTD.,<br><br>　　　　Defendants. | Case No. 3:17-cv-00517-WHO<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT, CONTINUE CASE MANAGEMENT CONFERENCE, AND EXCEED PAGE LIMITATIONS** |

Pursuant to paragraph 1(d) of the Honorable William H. Orrick's Case Management Conference Order (Dkt. 20) and L.R. 6-1(b), 6-2, and 7-12, Plaintiffs Sherida Johnson, Harry Gunsenhouser, and Subrina Seenarain ("Plaintiffs") and Defendant Nissan North America ("NNA") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

WHEREAS, Plaintiff Sherida Johnson filed the original complaint in this action on February 1, 2017 (Dkt. 1);

WHEREAS, by Order dated February 21, 2017, the Court set a Case Management conference on May 9, 2017 at 2:00 p.m. (Dkt. 20);

WHEREAS, Plaintiffs' First Amended Complaint was filed on March 20, 2016, which added claims on behalf of new Plaintiffs Harry Gunsenhouser and Subrina Seenarain (Dkt. 32);

WHEREAS, NNA has agreed to accept service of the First Amended Complaint as of April 11, 2017, making NNA's response to the complaint due on May 2, 2017;

WHEREAS, the Parties are meeting and conferring regarding the dismissal and/or service of as-yet unserved Defendant Nissan Motor Co. Ltd. subject to terms and conditions that are being discussed between the parties;

WHEREAS, the Parties seek to establish a briefing schedule for NNA's anticipated Motion to Dismiss and coordinate the hearing date for that motion with the initial case management conference in this action to permit the Parties to complete their discussion regarding Defendant Nissan Motor Co. Ltd. and in the interests of efficiency and convenience of the Court and Parties; and

WHEREAS, the Parties seek leave of the Court to exceed the page limitations on briefing relating to the Motion to Dismiss based on the complexity and number of additional issues, plaintiffs, states' laws, and claims that must be addressed therein;

Plaintiffs and NNA stipulate and agree as follows and request the Court enter an Order as follows:

1. NNA's Motion to Dismiss Plaintiffs' First Amended Complaint shall be filed by May 2, 2017;

2. Plaintiffs' brief in opposition to NNA's Motion to Dismiss the First Amended Complaint shall be filed by June 6, 2017;

3. NNA's reply brief in support of its Motion to Dismiss the First Amended Complaint shall be filed by June 23, 2017;

4. The hearing on NNA's motion to dismiss will be set for Wednesday, July 12, 2017 at 2:00 p.m. before the Honorable William H. Orrick, or to any later date convenient to the Court;

5. The Parties respectfully request that the Court continue the May 9, 2017 case management conference to July 12, 2017, at 2:00 p.m., the date of the hearing on NNA's motion to dismiss, or to any later date convenient to the Court;

6. In light of the multiple states, parties, and causes of action raised in the First Amended Complaint, the Parties further respectfully request leave to exceed the page limitations set forth in L.R. 7-2(b) and 7-3(a) and (c) as follows:

    a. NNA's Motion to Dismiss shall not exceed 35 pages;

    b. Plaintiffs' Opposition shall not exceed 35 pages; and

    c. NNA's reply brief shall not exceed 20 pages.

IT IS SO STIPULATED.

Dated: April 11, 2017                    Respectfully submitted,

                                      SHOOK, HARDY & BACON L.L.P.

                                      By:   */s/ Amir M. Nassihi*
                                                AMIR M. NASSIHI
                                               ANDREW L. CHANG

                                               Attorneys for Defendant
                                               Nissan North America, Inc.

///

///

///

| | | |
|---|---|---|
| Dated: April 11, 2017 | | SIMMONS HANLY CONROY LLC |

By:  */s/ Mitchell M. Breit*
PAUL J. HANLY, JR.
MITCHELL M. BREIT
CRYSTAL FOLEY

Attorneys for Plaintiffs
Sherida Johnson, Harry Gunsenhouser, and
Subrina Seenarain

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By:  */s/ Amir M. Nassihi*
Amir M. Nassihi

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders as follows:

1. NNA's Motion to Dismiss Plaintiffs' First Amended Complaint is due on May 2, 2017;

2. Plaintiffs' Opposition to NNA's Motion to Dismiss is due on June 6, 2017;

3. NNA's Reply in Support of its Motion to Dismiss is due on June 23, 2017;

4. The following page limits apply to the Parties' briefing on NNA's motion to dismiss:

    a. 35 pages for NNA's motion to dismiss;

    b. 35 pages for Plaintiffs' opposition; and

    c. 20 pages for NNA's reply papers.

5. The Initial Case Management Conference is continued from May 9, 2017 to July 12, 2017 at 2:00 p.m. NNA's Motion to Dismiss will also be heard on this date.

IT IS SO ORDERED.

Dated: April 14, 2017



UNITED STATES DISTRICT JUDGE
HONORABLE WILLIAM H. ORRICK