1  Crystal Foley (SBN 224627)
   SIMMONS HANLY CONROY LLC
2  100 N. Sepulveda Boulevard, Suite 1350
   Los Angeles, California 90245
3  Tel: 310.322.3555 | Fax: 310.322.3655
   cfoley@simmonsfirm.com
4
   Paul J. Hanly, Jr. (admitted *pro hac vice*)
5  Mitchell M. Breit (admitted *pro hac vice*)
   SIMMONS HANLY CONROY LLC
6  112 Madison Avenue
   New York, New York 10016
7  Tel:  315.220.0134 | Fax: 212.213.5949
   phanly@simmonsfirm.com
8  mbreit@simmonsfirm.com

9  Attorneys for Plaintiffs
   SHERIDA JOHNSON, HARRY GUNSENHOUSER,
10 and SUBRINA SEENARAIN

11 SHOOK, HARDY & BACON L.L.P.
   William R. Sampson, (admitted *pro hac vice*)
12 2555 Grand Boulevard
   Kansas City, Missouri 64108
13 Tel: 816.474.6550 | Fax:  816.421.5547
   wsampson@shb.com
14
   Amir Nassihi (SBN 235936)
15 Andrew L. Chang (SBN 222309)
   SHOOK, HARDY & BACON L.L.P.
16 One Montgomery, Suite 2700
   San Francisco, California 94104
17 Tel:    415.544.1900 | Fax:    415.391.0281
   anassihi@shb.com
18 achang@shb.com

19 Attorneys for Defendant
   NISSAN NORTH AMERICA, INC. and
   NISSAN MOTOR CO., LTD.

20                         UNITED STATES DISTRICT COURT

21                        NORTHERN DISTRICT OF CALIFORNIA

22                              SAN FRANCISCO DIVISION

23 SHERIDA JOHNSON, HARRY                    Case No. 3:17-cv-00517-WHO
   GUNSENHOUSER, and SUBRINA
24 SEENARAIN on behalf of themselves and all
   others similarly situated,                **STIPULATION AND [PROPOSED] ORDER
25                                           FOR DISMISSAL OF DEFENDANT
                 Plaintiffs,                 NISSAN MOTOR CO. LTD. WITHOUT
26                                           PREJUDICE**
         v.
27
   NISSAN NORTH AMERICA, INC. and
28 NISSAN MOTOR CO. LTD.,

                 Defendants.

1     WHEREAS, the initial action in this matter was filed against Nissan Motor Co., Ltd. ("NML") and Nissan North America, Inc., ("NNA") on February 1, 2017 (Dkt. 1);

    WHEREAS, Plaintiff filed her First Amended Complaint on March 20, 2017 (Dkt. 32) adding New Jersey plaintiff, Harry Gunsenhouser, and New York plaintiff, Subrina Seenarian;

    WHEREAS, pursuant to this Court's order granting the parties' stipulation to extend the time for NNA to respond to Plaintiffs' First Amended Complaint and Continue Case Management (Dkt. 34), NNA's deadline to respond is currently May 2, 2017. Plaintiffs' opposition is due June 6, 2017. NNA's reply brief is due on June 23, 2017;

    WHEREAS, pursuant to this Court's Order (Dkt. 34), the initial Case Management Conference is scheduled for July 12, 2017, the same date NNA's Motion to Dismiss will be heard;

    WHEREAS, NML has not yet been served with process and has not appeared in this case; and

    WHEREAS, the Plaintiffs agree to dismiss NML without prejudice in exchange for certain agreements regarding discovery and tolling of limitations as described herein;

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for Plaintiffs and Defendants, as follows:

1. NML is hereby dismissed without prejudice as a defendant in the above-captioned matter.
2. NML and Plaintiffs agree that the statute of limitations on claims, if any, against NML related to the subject matter of this litigation are tolled from the date of this Stipulation until nine months from the entry of this Stipulation by the Court;
3. If discovery takes place in this case, plaintiffs may seek "merits" discovery concerning the subject matter of this case on NML, as a non-party, by serving counsel for NML identified below.
4. NML volunteers within the meaning of the U.S. – Japan Bilateral Consular Convention of the 1963 (the "Treaty") to respond to reasonable written discovery concerning the subject matter of this lawsuit. Notwithstanding this, NML reserves all rights, defenses and objections to such discovery including its rights under the Treaty.

//

5. If requested, NML will have an extension up to 60 days from the date of the discovery request(s) to respond (objections, answers, and responses) to the subpoenas and associated document requests.

6. NML will commence production of documents no later than the date on which responses to the subpoenas and/or associated discovery requests are due and exercise good faith to complete production promptly thereafter.

7. This Stipulation shall not be deemed a waiver by NML of personal jurisdiction in this or any other case.  This Stipulation shall not be deemed a general appearance or a waiver of NML's right to challenge the Court's personal jurisdiction over it if Plaintiffs later decide to add NML as a party in the case.

8. Should Plaintiffs later seek to add NML as a party by amended complaint, NML agrees to accept service under Rule 4 of the Federal Rules of Civil Procedure in exchange for the above 60-day extension provisions applying to any discovery requests.  The amended complaint and Rule 4 waiver request may be served on counsel for NML identified below.

9. If NML is added as a party to the case, NML shall have the right to assert that it is not subject to personal jurisdiction and this Stipulation shall not be used to claim that NML is subject to personal jurisdiction.

IT IS SO STIPULATED.

Dated:  May 30, 2017

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: __*/s/ Amir Nassihi*__
      AMIR NASSIHI
      ANDREW L. CHANG

Attorneys for Defendant
Nissan North America, Inc. and
Nissan Motor Co., Ltd.

Dated: May 30, 2017                                     SIMMONS HANLY CONROY LLC

                                                By:   */s/ Mitchell M. Breit*
                                                      PAUL J. HANLY, JR.
                                                      MITCHELL M. BREIT
                                                      CRYSTAL FOLEY

                                                      Attorneys for Plaintiffs
                                                      Sherida Johnson, Harry Gunsenhouser, and
                                                      Subrina Seenarain

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                                                By:   */s/ Amir M. Nassihi*
                                                      Amir M. Nassihi

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____                    _____
                                            HON. WILLIAM H. ORRICK
                                            U.S. DISTRICT COURT JUDGE