1  Crystal Foley (SBN 224627)
   SIMMONS HANLY CONROY LLC
2  100 N. Sepulveda Boulevard, Suite 1350
   Los Angeles, California 90245
3  Telephone: 310.322.3555
   Facsimile: 310.322.3655
4  cfoley@simmonsfirm.com

5  Paul J. Hanly, Jr. (admitted *pro hac vice*)
   Mitchell M. Breit (admitted *pro hac vice*)
6  SIMMONS HANLY CONROY LLC
   112 Madison Avenue
7  New York, New York 10016
   Telephone:  315.220.0134
8  Facsimile: 212.213.5949
   phanly@simmonsfirm.com
9  mbreit@simmonsfirm.com

10 Attorneys for Plaintiffs
   SHERIDA JOHNSON, HARRY GUNSENHOUSER,
11 and SUBRINA SEENARAIN

12 Amir M. Nassihi (SBN 235936)
   Andrew L. Chang (SBN 222309)
13 SHOOK, HARDY & BACON L.L.P.
   One Montgomery, Suite 2700
14 San Francisco, California 94104
   Telephone:   415.544.1900
15 Facsimile:   415.391.0281
   anassihi@shb.com
16 achang@shb.com

17 Attorneys for Defendant
   NISSAN NORTH AMERICA, INC.
18

19                UNITED STATES DISTRICT COURT

20                NORTHERN DISTRICT OF CALIFORNIA

21                     SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIDA JOHNSON, HARRY GUNSENHOUSER, and SUBRINA SEENARAIN on behalf of themselves and all others similarly situated,<br><br>   Plaintiffs,<br><br> v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO. LTD.,<br><br>   Defendants. | Case No. 3:17-cv-00517-WHO<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, FOR DEFENDANT'S REPLY AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

| | |
|---|---|
| 1 | Pursuant to paragraph 1(d) of the Honorable William H. Orrick's Case Management |
| 2 | Conference Order (Dkt. 20) and L.R. 6-1(b), 6-2, and 7-12, Plaintiffs Sherida Johnson, Harry |
| 3 | Gunsenhouser, and Subrina Seenarain ("Plaintiffs") and Defendant Nissan North America ("NNA") |
| 4 | (collectively, the "Parties") enter into this stipulation with reference to the following facts and |
| 5 | recitals: |
| 6 | WHEREAS, Plaintiff Sherida Johnson filed the original complaint in this action on February |
| 7 | 1, 2017 (Dkt. 1); |
| 8 | WHEREAS, by Order dated February 21, 2017, the Court set a Case Management |
| 9 | conference on May 9, 2017 at 2:00 p.m. (Dkt. 20); |
| 10 | WHEREAS, by Order dated April 14, 2017, the Court granted the parties' joint stipulation to |
| 11 | 1) extend the time for Defendant NNA to file its Motion to Dismiss to May 2, 2017; 2) for Plaintiffs |
| 12 | to file their brief in opposition to June 6, 2017; 3) for NNA to file its reply brief to June 23, 2017; |
| 13 | and 4) continuing the hearing on the Motion to Dismiss and the Case Management Conference to |
| 14 | July 12, 2017 (Dkt.34); |
| 15 | WHEREAS NNA filed its Motion to Dismiss on May 2, 2017 (Dkt. 35); |
| 16 | WHEREAS, due to the complexity of Defendant's motion, which raises novel issues not |
| 17 | heretofore raised in related litigation; and |
| 18 | WHEREAS, due to Plaintiffs' counsel's unanticipated briefing obligations relating to trials in |
| 19 | other matters pending before other courts; |
| 20 | Plaintiffs and NNA stipulate and agree as follows and request the Court enter an Order as |
| 21 | follows: |
| 22 | 1. Plaintiffs' brief in opposition to NNA's Motion to Dismiss the First Amended |
| 23 | Complaint shall be filed by June 27, 2017; |
| 24 | 2. NNA's reply brief in support of its Motion to Dismiss the First Amended Complaint |
| 25 | shall be filed by July 24, 2017; |
| 26 | 3. The hearing on NNA's motion to dismiss will be set for Wednesday, August 9, 2017 |
| 27 | at 2:00 p.m. before the Honorable William H. Orrick, or to any later date convenient to the Court; |
| 28 | |

4. The Parties respectfully request that the Court continue the July 12, 2017 case management conference to August 9, 2017, at 2:00 p.m., the date of the hearing on NNA's motion to dismiss, or to any later date convenient to the Court;

IT IS SO STIPULATED.

Dated: June 1, 2017                     Respectfully submitted,

                                        SHOOK, HARDY & BACON L.L.P.


                                        By:   */s/ Amir M. Nassihi*
                                              AMIR M. NASSIHI
                                              ANDREW L. CHANG

                                              Attorneys for Defendant
                                              Nissan North America, Inc.

Dated: June 1, 2017                     SIMMONS HANLY CONROY LLC


                                        By:   */s/ Mitchell M. Breit*
                                              PAUL J. HANLY, JR.
                                              MITCHELL M. BREIT
                                              CRYSTAL FOLEY

                                              Attorneys for Plaintiffs
                                              Sherida Johnson, Harry Gunsenhouser, and
                                              Subrina Seenarain

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.


                                        By:   */s/ Mitchell M. Breit*
                                              *Mitchell M. Breit*

2                                      STIPULATION AND ORDER
                                                CASE NO. 3:17-cv-00517-WHO

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders as follows:

1. Plaintiffs' Opposition to NNA's Motion to Dismiss is due on June 27, 2017;
2. NNA's Reply in Support of its Motion to Dismiss is due on July 24, 2017;
3. The Initial Case Management Conference is continued from July 12, 2017 to August 9, 2017 at 2:00 p.m. NNA's Motion to Dismiss will also be heard on this date.

IT IS SO ORDERED.

Dated: June 1, 2017

_____
UNITED STATES DISTRICT JUDGE
HONORABLE WILLIAM H. ORRICK