**Simmons Hanly Conroy LLC**
Crystal Foley (SBN 224627)
cfoley@simmonsfirm.com
100 N. Sepulveda Blvd., Suite 1350
Los Angeles, CA 90245
Phone: (310) 322-3555
Facsimile: (310) 322-3655

Paul J. Hanly, Jr. (*pro hac vice*)
phanly@simmonsfirm.com
Mitchell M. Breit (*pro hac vice*)
mbreit@simmonsfirm.com
112 Madison Avenue
New York, NY 10016-7416
Telephone: (212) 784-6400
Facsimile: (212) 213-5949

*Attorneys for Plaintiffs*                    Additional Counsel on Signature Page

### UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIDA JOHNSON, HARRY GUNSENHOUSER, and SUBRINA SEENARAIN, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br>NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD.,<br><br>    Defendants. | Case No. 3:17-cv-00517-WHO<br><br>**PLAINTIFFS' CORRECTED RESPONSE TO NISSAN'S RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>Date: July 12, 2017<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2, 17th Floor<br>Judge: Hon. William H. Orrick |

# TABLE OF CONTENTS

*Page*

INTRODUCTION..................................................................................................................1

I.     ARGUMENT ...........................................................................................................1

     A.    Legal Standard ..........................................................................................1

     B.    Plaintiffs Have Standing to Pursue Nationwide Claims ............................2

           1.    *Plaintiffs Have Standing to Bring All Claims in the Complaint* ......2

           2.    *Plaintiffs May Assert Claims on Behalf of a Proposed Nationwide Class* ..........................................................................3

           3.    *The Court should Defer Evaluation of Putative Class Members' Standing* ............................................................6

     C.    Potential Variations in State Laws Do Not Warrant Dismissal of Plaintiffs'   Nationwide Claims.......................................................9

     D.    Plaintiffs Have Pled An Express Warranty Claim ....................................11

     E.    Plaintiffs' Design Defect Allegations Do Not Bar Their Express Warranty  Claims ..........................................................................14

     F.    Defendant's Glass Breakage Warranty Exclusion Is a Red Herring .........16

     G.    Plaintiff Seenarain Adequately Pled Her Express Warranty Claim...........16

     H.    Plaintiffs Adequately Pled Breach of Implied Warranty .........................17

           1.    *Plaintiff Johnson's Implied-Warranty Claim Survives* .................17

           2.    *Lack of Privity Does Not Defeat Plaintiff Seenarain's Implied Warranty  Claim* .................................................17

     I.    Plaintiffs' Consumer-Fraud Claims Are Based on Actionable Conduct ...19

           1.    *Plaintiff Johnson's UCL Claim Is Adequately Pled* .....................20

           2.    *Plaintiff Seenarain's New York General Business Law Claims Survive*..........................................................21

     J.    Plaintiffs Adequately Plead Equitable Claims..........................................23

     K.    Leave To Amend Should Be Granted ......................................................25

CONCLUSION ....................................................................................................................25

## TABLE OF AUTHORITIES

**FEDERAL CASES**                                                                    *PAGE*

*Alin v. Am. Honda Motor Co.*, No. 08-cv-4825, 2010 WL 1372308 (D.N.J. Mar. 31, 2010) .......... 13

*Ambac Assur. Corp. v. Countrywide Home Loans, Inc.*, 2016 WL 7374210 (Sup. Ct. N.Y. Co. Dec. 19, 2016) ................................................................................................ 23

*Amchem Products, Inc. v. Windsor*, 521 U.S. 591 (1997) ................................................. 6, 7

*Andriesian v. Cosmetic Dermatology, Inc.*, No. 3:14-CV-01600-ST, 2015 WL 1638729 (D. Or. Mar. 3, 2015) ........................................................................................... 9. 10, 11

*Arlandson v. Hartz Mountain Corp.*, 792 F. Supp. 2d 691 (D.N.J. 2011) ................................... 10, 11

*Ashcroft v. Iqbal*, 556 U.S. 662 (2009) ............................................................................ 2

*Ass'n of Public Agency Customers v. Bonneville Power Admin.*, 733 F.3d 939 (9th Cir. 2014) ......... 2

*Barker v. Lull Engineering Co.*, 20 Cal.3d 413 (1978) ......................................................... 14

*Bates v. United Parcel Service, Inc.*, 511 F.3d 974 (9th Cir. 2007) ......................................... 6

*Bell Atl. Corp. v. Twombly*, 550 U.S. 544 (2007) ............................................................. 1

*Bell v. U Haul Co.*, 352 N.Y.S.2d 663 (2d Dept. 1974) ...................................................... 23

*Bias v. Wells Fargo & Co.*, 942 F. Supp. 2d 915 (N.D. Cal. 2013) ..................................... 9, 11

*Cahill v. Lazarski*, N.Y.S.2d 124 (2d Dept. 1996) ............................................................ 18

*Canestaro v. Raymour & Flanigan Furniture Co.*, 984 N.Y.S.2d 630 (Sup. Ct. Erie Co. 2013) ............................................................................................................... 19

*Cardenas v. Anzai*, 311 F.3d 929 (9th Cir. 2002) ............................................................. 3

*Cardenas v. NBTY, Inc.*, 870 F. Supp. 2d 984 (E.D. Cal. 2012) ........................................... 19

*Carlson v. Gen. Motors Corp.*, 883 F.2d 287 (4th Cir. 1989) .............................................. 15

*Cirulli v. Hyundai Motor Co.*, No. SACV 08-0854 AG, 2009 WL 5788762 (C.D. Cal. June 12, 2009) ................................................................................................... 21

*Clancy v. Bromley Tea Company*, No. 12–cv–03003–JST, 2013 WL 4081632 (N.D.Cal. Aug. 9, 2013) ................................................................................................... 4

*Coe v. Philips Oral Healthcare Inc.*, No. C13-518-MJP, 2014 WL 722501(W.D. Wash. Feb. 24, 2014) .................................................................................................. 3, 20

*Cousins v. Lockyer*, 568 F.3d 1063 (9th Cir. 2009) ....................................................... 1, 17

*Daniel v. Ford Motor Co.*, 806 F.3d 1217 (9th Cir. 2015) ................................................. 12

*Delgado v. Kornegay*, 395 N.Y.S.2d 126 (N.Y. Dist. Ct. 1977) ....................................... 18

*Easter v. American West Financial*, 381 F.3d 948 (9th Cir.2004) ...................................... 5

*Ellis v. Costco Wholesale Corp.*, 657 F.3d 970 (9th Cir. 2011) ......................................... 9

*Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048 (9th Cir. 2003) ........................... 25

*Falk v. Gen. Motors Corp.*, 496 F. Supp. 2d 1088 (N.D. Cal. 2007)................................... 21

*Falk v. Gen. Motors Corp.*, No. C 07-01731 WHA, 2007 WL 1970123 (N.D. Cal. July 3, 2007) ........................................................................................................................... 20

*Falker v. Chrysler Corp.*, 463 N.Y.S.2d 357 (Civ. Ct. 1983)............................................ 18

*Forcellati v. Hyland's, Inc.,* 876 F. Supp. 2d 1155 (C.D. Cal.2012)................................... 10

*Frezza v. Google, Inc.*, No. 5:12-CV-00237-RMW, 2013 WL 1736788 (N.D. Cal. Apr. 22, 2013) ........................................................................................................................... 9

*Gerlinger v. Amazon.com, Inc.*, 311 F. Supp. 2d 838 (N.D. Cal. 2004)............................ 24

*Gitson v. Trader Joe's Co.,* No. 13–CV–01333–VC, 2014 WL 3933921 (N.D. Cal. Aug. 8, 2014) ........................................................................................................................... 11

*Glenn v. Hyundai Motor Am.*, No. SACV152052DOCKESX, 2016 WL 7507766 (C.D. Cal. Nov. 21, 2016) ............................................................................................... 24, 25

*Gratz v. Bollinger*, 539 U.S. 244 (2003) ......................................................................... 7

*Harmit Realties LLC v. 835 Ave. of the Ams.,* 128 AD3d 460 (1st Dept 2015) ................ 23

*Harper v. LG Elecs. USA, Inc.,* 595 F. Supp. 2d 486 (D.N.J. 2009) ................................. 11

*Horvath v. LG Elec. Mobilecomm U.S.A., Inc.*, No. 3:11-cv-01576-H-RBB, 2012 WL 2861160 (S.D. Cal. Feb. 13, 2012) .......................................................... 12, 13, 19

*Hoving v. Transnation Title Ins. Co.*, 545 F.Supp.2d 662 (E.D. Mich. 2008)................... 7

*In re 5–hour ENERGY Mktg. & Sales Practices Litig.,* No. MDL 13–2438 PSG PLAX, 2014 WL 5311272 (C.D. Cal. Sept.4, 2014) ................................................................. 9

*In re Adobe Systems, Inc. Privacy Litig.*, 66 F. Supp. 3d 1197 (N.D. Cal. Sept. 4, 2014) ................ 3

*In re Carrier IQ, Inc.*, 78 F. Supp. 3d at 1051 (N.D. Cal. 2015) ........................... 5, 6, 7, 8

*In re Caterpillar, Inc. C13 & C15 Engine Prods. Liab. Litig.*, No. 1:14-cv-3722 (JBS-JS), 2015 WL 4591236 (D.N.J. July 29, 2015)................................................................. 14

*In re Google Inc.*, Case No.: 13-MD-02430-LHK, 2013 WL 54239189 (N.D. Cal. Sept. 26, 2013) ........................................................................................................................... 9

*In re K–Dur Antitrust Litig.,* 338 F. Supp. 2d 517 (D.N.J. 2004)...................................... 11

*In re Nassau Cty. Consol. MTBE Prod. Liab. Litig.*, 918 N.Y.S.2d................................... 23

*In re Nat. Hockey League Players' Concussion Injury Litig.*, No. MDL 14-2551 SRN, 2015 WL 1334027 (D. Minn. Mar. 25, 2015) ............................................................. 10

*In re OnStar Contract Litig.,* 600 F. Supp. 2d 861 (E.D. Mich. 2009) ............................ 10

*In re Refrigerant Compressors Antitrust Litig.*, No. 2:09–md–02042, 2012 WL 2917365 (E.D.Mich. July 17, 2012) ................................................................................. 7

*In re Samsung DLP Television Class Action Litig.,* No. 07–2141, 2009 WL 3584352 (D.N.J. Oct. 27, 2009) ............................................................................................ 10

*In re Saturn L-Series Timing Chain Prods. Liab. Litig.*, MDL No. 1920, 2008 WL 4866604 (D. Neb. Nov. 7, 2008). ............................................................................. 13

*In re Shop-Vac Mktg. & Sales Practices Litig.,* No. 4:12-MD-2380, 2014 WL 3557189 (M.D. Pa. July 17, 2014) ................................................................................. 10

*In re Sony Grand Wega KDF–E A10/A20 Series Rear Projection HDTV Television Litig.,* 758 F. Supp. 2d 1077 (S.D. Cal. 2010) ......................................................... 10

*In re TFT–LCD (Flat Panel) Antitrust Litig.*, No. M.071827 SI, 2011 WL 1753784 (N.D. Cal. May 9, 2011) ............................................................................................. 5

*In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation,* 754 F. Supp. 2d 1181 (C.D. Cal. 2010) ...................... 16

*Jepson v. Ticor Title Insurance Company*, No. C06–1723–JCC, 2007 WL 2060856 (W.D. Wash. May 1, 2007) ................................................................................... 6

*Joannou v. Blue Ridge Ins. Co.,* 735 N.Y.S.2d 786 (2d Dep't 2001) ............................... 19

*Jones v. OTN Enter., Inc.*, 922 N.Y.S.2d 810 (2d Dept 2011) ......................................... 19

*Leisman v. Archway Med., Inc.*, 53 F. Supp. 3d 1144 (E.D. Mo. 2014) ............................ 9

*Lewis v. Casey*, 518 U.S. 343 (1996) ............................................................................. 4

*Lohr v. Nissan N. Am., Inc.*, No. C16-1023RSM, 2017 WL 1037555 (W.D. Wash. Mar. 17, 2017) .................................................................................................... 15

*Los Gatos Mercantile, Inc. v. E.I. DuPont De Nemours & Co.*, No. 13–cv–01180–BLF, 2014 WL 4774611 (N.D.Cal. Sept. 22, 2014) ................................................... 7

*Lujan v. Defs. Of Wildlife*, 504 U.S. 555 (1992) ............................................................. 2

*Malone v. CarMax Auto Superstores California, LLC*, No. LA CV14-08978 JAK, 2015 WL 3889157 (C.D. Cal. June 23, 2015) .............................................................. 17

*Mazza v. American Honda Motor Co., Inc.*, 666 F.3d 581 (9th Cir. 2012) ......................... 9

*MBIA Ins. Corp. v. Morgan Stanley,* 2011 WL 11556446 (Sup Ct. Westchester Co. May 26, 2011) ............................................................................................................ 23

*McBride v. Boughton*, 123 Cal. App. 4th 379 (2004) ..................................................... 24

*Mexia v. Rinker Boat Co.,* 174 Cal.App.4th 1297 (Cal.Ct.App. 2009) .............................. 17

*Mojica v. Securus Techs., Inc.*, No. 5:14-CV-5258, 2015 WL 429997 (W.D. Ark. Jan. 29, 2015) ................................................................................................................................ 10

*Moore v. Kayport Package Exp., Inc.*, 885 F.2d 531, 540 (9th Cir. 1989)......................... 20

*Mui Ho v. Toyota Motor Corp.*, 931 F. Supp. 2d 987 (N.D. Cal. 2013)............................. 17

*Nestlé Purina Petcare Co. v. The Blue Buffalo Co. Ltd.*, No. 4:14 CV 859 RWS, 2016 WL 5390945 (E.D. Mo. Sept. 27, 2016) ..................................................................... 11

*Ollier v. Sweetwater Union High Sch. Dist.*, 768 F.3d 843 (9th Cir. 2014) ................... 2, 4

*Ortiz v. Fibreboard Corp.*, 527 U.S. 815 (1999) ............................................................ 6, 7

*Oswego Laborers' Local 214 Pension Fund v. Marine Midland Bank, N.A.*, 85 N.Y.2d 20 (1995) ...................................................................................................................... 21, 22

*Payton v. County of Kane*, 308 F.3d 673 (7th Cir. 2002) .................................................... 7

*Perez v. Nidek Co., Ltd.,* 711 F.3d 1109 (9th Cir.2013) .................................................... 8

*Philippine Nat'l Oil Co. v. Garrett Corp.*, 724 F.2d 803 (9th Cir. 1984)......................... 15

*Porcell v. Lincoln Wood Prods., Inc.*, No. Civ-08-0617 MAC/LFG, 2010 WL 1541264 (D.N.M. Mar. 31, 2010) ............................................................................................. 12

*Progressive Mgmt. of NY*, 36 N.Y.S.3d 409 ................................................................... 19

*Rios v. State Farm Fire & Cas. Co.*, 469 F. Supp. 2d 727 (S.D. Iowa 2007)............................ 10, 11

*Rutherford Holdings, LLC v. Plaza Del Rey*, 223 Cal. App. 4th 221 (2014) .................... 24

*Saleh v. Titan Corp.*, 353 F.Supp.2d 1087 (S.D.Cal.2004) ................................................ 5

*Simon v. Eastern Ky. Welfare Right Organization*, 426 U.S. 26 (1976) ............................ 4

*Simpson Strong-Tie Co. v. Gore*, 49 Cal. 4th 12, 23 (2010) ........................................... 16

*Sosna v. Iowa*, 419 U.S. 393 (1975) ................................................................................. 6

*Starr v. Baca*, 652 F.3d 1202 (9th Cir. 2011) ................................................................... 2

*Strickler v. Peterbilt Motors Co.*, No. Civ. A. 04-3628, 2005 WL 1266674 (E.D. Pa. May 27, 2005) ...................................................................................................................... 15

*Sullivan v. DB Investments, Inc.,* 667 F.3d 273 (3d Cir. 2011) ......................................... 9

*Szymczak v. Nissan North Am., Inc.*, No. 10 cv 7493 (VB), 2011 WL 7095432 (S.D.N.Y. Dec. 16, 2011) .......................................................................................................... 15

*Tzung v. State Farm Fire & Cas. Co.*, 873 F.2d 1338 (9th Cir. 1989) ............................. 13

*Warth v. Seldin*, 422 U.S. 490 (1975) ............................................................................... 4

*Winfield v. Citibank, N.A.*, 842 F.Supp.2d 560 (S.D.N.Y. 2012) ..................................................... 7

*Zwicker v. Gen. Motors Corp.*, No. C 07-0291- JCC, 2007 WL 5309204 (W.D. Wash. July 26, 2007) ................................................................................................................................... 20

**STATUTES**

Cal. Civ .Code § 1795.5(c) ............................................................................................................ 17

Cal. Civ. Code § 1791(l) ............................................................................................................... 17

Fed. R. Civ. P. 15 ......................................................................................................................... 25

Fed. R. Civ. P. 8 ........................................................................................................................... 16

Fed. Rule 9(b) .............................................................................................................................. 20

**OTHER AUTHORITIES**

New York General Business Law § 349 ........................................................................................ 19

New York General Business Law §350 ......................................................................................... 19

# INTRODUCTION

Defendant Nissan North America, Inc. ("Nissan") has refused to acknowledge a dangerous defect in its panoramic sunroof units that are installed in many of their vehicles. The defective nature of the sunroof causes it to shatter—suddenly, violently, and without warning—raining shards of glass on the vehicle's occupants. Drivers across the country continue to experience terrifying instances of their sunroofs shattering, and many of those drivers have complained to Nissan as well as to the National Highway Traffic Safety Administration (NHTSA). The Korean Automobile Testing & Research Institute (KATRI) concluded that materials used in Nissan's panoramic sunroofs makes them less durable than ordinary glass, thus all but confirming that the sunroofs are defective. While other automobile manufacturers with similar safety problems voluntarily initiated safety recalls to protect consumers from the shattering panoramic sunroofs, Nissan chose not to, and instead continues to conceal the sunroof defect from current and potential owners and lessors of its vehicles.

Named Plaintiffs experienced the defect firsthand when their panoramic sunroofs exploded while they were driving. Plaintiffs filed this lawsuit on behalf of themselves and others similarly situated. Plaintiffs seek damages and equitable relief, including an injunction ordering Nissan to disclose and repair the panoramic sunroof defect.

Nissan has moved to dismiss all of Plaintiffs' claims, but none of its arguments provides a sufficient basis for dismissal. Plaintiffs' allegations establish standing and the viability of their claims. Plaintiffs therefore request that the Court deny Nissan's motion.

# I.    ARGUMENT

## A.    Legal Standard

When deciding a Rule 12(b)(6) motion, a court must accept a plaintiff's allegations as true and construe them in the light most favorable to the plaintiff. *Cousins v. Lockyer*, 568 F.3d 1063, 1067 (9th Cir. 2009). A motion to dismiss should be denied if the Court finds that the plaintiff pled "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). "A claim has facial plausibility when the plaintiff pleads factual content that

allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). The plausibility standard is not the same as a "probably requirement," since it asks only whether the complaint "'raises[s] a reasonable expectation that discovery will reveal evidence' to support the allegations." *Starr v. Baca*, 652 F.3d 1202, 1217 (9th Cir. 2011) (quoting *Twombly*, 550 U.S. at 556).

### B. Plaintiffs Have Standing to Pursue Nationwide Claims

Defendant concedes that named Plaintiffs Johnson, Gunsenhouser[1] and Seenarain have standing to sue for their Magnuson-Moss Warranty Act ("MMWA") and unjust enrichment claims. Yet, Defendant nonetheless attempts to limit the breadth of these claims by arguing that named Plaintiffs cannot seek relief on behalf of citizens from states other than those from which named Plaintiffs hail. Defendant couches this as a standing argument, when it is in fact a Rule 23 attack on typicality, adequacy, and commonality – issues properly addressed at class certification, not at the pleading phase. The question of standing is distinct from the question of whether a named plaintiff may sue on behalf of a particular class. In order to avoid liability exposure, Defendant conflates the two inquiries and ask for dismissal. Defendant's request should be denied because named Plaintiffs have established personal standing and any evaluation of standing for unnamed putative class members should be deferred until class certification.

#### 1. Plaintiffs Have Standing to Bring All Claims in the Complaint

"In a class action, standing is satisfied if at least one named plaintiff meets the requirements." *Ollier v. Sweetwater Union High Sch. Dist.*, 768 F.3d 843, 865 (9th Cir. 2014) (citation omitted). To meet the Article III standing requirements, for each claim, at least one plaintiff must show that she personally suffered an injury-in-fact that is fairly traceable to the actions of the defendant, and that the injury is likely to be redressed by a favorable decision. *See, e.g., Ass'n of Public Agency Customers v. Bonneville Power Admin.*, 733 F.3d 939, 950 (9th Cir. 2013); *Lujan v. Defs. Of Wildlife*, 504 U.S. 555, 560-61 (1992); *In re Adobe Systems, Inc. Privacy*

---

[1] Mr. Gunsenhouser has decided not to pursue his class claims, which will be voluntarily dismissed. Counsel for Nissan was informed of this development several weeks ago.

*Litig.*, 66 F. Supp. 3d 1197, 1218 (N.D. Cal. Sept. 4, 2014). But these requirements can be satisfied with "general factual allegations of injury resulting from the defendant's conduct" at the pleading stage. *Coe v. Philips Oral Healthcare Inc.*, No. C13-518-MJP, 2014 WL 722501, at *3 (W.D. Wash. Feb. 24, 2014) (quoting *Cardenas v. Anzai*, 311 F.3d 929, 933 (9th Cir. 2002)). If even one named plaintiff satisfies these requirements, dismissal is not warranted.

In this case, there is no doubt that Plaintiffs have standing to pursue each of the claims asserted in the Complaint. Indeed, Nissan concedes that named Plaintiffs personally satisfy all standing requirements for all claims, including their unjust enrichment and MMWA claims. *See* Dfts. Memo at 7. Each of the named Plaintiffs has suffered an injury in fact – the purchase of a vehicle with a defective sunroof, a spontaneous shattering of the defective panoramic sunroof, and a loss in the benefit of their bargain. *See* FAC ¶¶ 85, 90-91, 106-7, 108, 112, 121, 122, 128, 135. Plaintiffs allege a causal connection between the exploding sunroofs and Nissan's wrongful conduct, because Plaintiffs allege that defects in their sunroofs designed and manufactured by Nissan caused the sunroofs to spontaneously shatter. *See id.* ¶¶ 32-40. Finally, Plaintiffs allege a likelihood that their injury will be redressed by a favorable decision because Plaintiffs seek monetary damages to compensate them for the property damage they suffered and for purchasing a defective vehicle. *See e.g., id.* ¶¶ 169, 176, 198, 211, 229, 246-47. Plaintiffs need allege no more to establish standing to assert each and every claim for relief asserted in the Complaint, including their MMWA and unjust enrichment claims.

2. *Plaintiffs May Assert Claims on Behalf of a Proposed Nationwide Class*

Defendant's position on Plaintiffs' nationwide claims would lead to heightened standing requirements for named plaintiffs, undermine well-established class action principles, work injustice to unnamed putative class members, and is illogical. Defendant acknowledges that Plaintiffs have standing to pursue their unjust enrichment and MMWA claims, nevertheless challenges these claims because they are brought on behalf of a nationwide class. In support of its position, Nissan contends that "a named plaintiff does not have standing to represent citizens of other states. . ." and, thus, argues that the Court must dismiss Plaintiffs' MMWA and unjust

enrichment claims for all states except those where named Plaintiffs reside, California and New York. Dfts. Memo at 6. This contention is flawed.

Defendant would require named Plaintiffs to satisfy personal standing *and standing on behalf of the entire proposed class*. Such a requirement would undermine Supreme Court precedent and foundational principles of class actions. First, Defendant's position would improperly subject named Plaintiffs to higher standing requirements at the pleading stage simply because a nationwide class was *proposed* for a claim. But the Supreme Court has recognized that, "a suit may be a class action … [but that] adds nothing to the question of standing. . . ." *Simon v. Eastern Ky. Welfare Right Organization*, 426 U.S. 26, 40 n.20 (1976); *see also Warth v. Seldin*, 422 U.S. 490, 502 (1975). "[T]he standing question in its Art. III aspect 'is whether the plaintiff has alleged such a personal stake in the outcome of the controversy as to warrant [h]is [or her] invocation of federal court jurisdiction and to justify exercise of the court's remedial powers on his [or her] behalf.'" *Simon*, 426 U.S. at 38 (citing *Warth*, 422 U.S. 490, 498-99) (internal quotation omitted). Thus, as discussed above, "the relevant inquiry is whether . . . the plaintiff has shown an injury to himself [or herself] that is likely to be redressed by a favorable decision." *Id*. Nothing more is required of named plaintiffs in a class action. Indeed, as Defendant concedes, "named plaintiffs must [only] allege and prove that they personally have been injured, 'not that injury has been suffered by other, unidentified members of the class to which they belong and which they purport to represent.'" Dfts. Memo at 6 (quoting *Lewis v. Casey*, 518 U.S. 343, 357 (1996)); *see also Simon*, 426 U.S. at 40 n.20.

Second, in conflating the standing of named Plaintiffs with the issue of whether named Plaintiffs may represent a class, Defendant "[t]ransmogrifies] typicality or commonality into an issue of standing" which "undermines the well-established principles that '[i]n a class action, standing is satisfied if at least one named plaintiff meets the requirements,'" *Clancy v. Bromley Tea Company,* No. 12–cv–03003–JST, 2013 WL 4081632, at *5 (N.D.Cal. Aug. 9, 2013) (quoting first *Bates,* 511 F.3d at 985)). Only one named plaintiff needs to satisfy standing with regard to her claims against each defendant. *See Lewis*, 518 U.S. at 357; *see also Simon*, 426 U.S. at 40 n.20. This is the concept of threshold standing. *See Ollier,* 768 F.3d at 865; *Easter v. American West*

*Financial,* 381 F.3d 948 (9th Cir.2004); *In re Carrier IQ, Inc.*, 78 F. Supp. 3d 1051, 1069 (N.D. Cal. 2015) ("for a class action to proceed between the named parties, each named plaintiff must have standing to sue at least one named defendant."). Defendant does not dispute that named Plaintiffs have Article III standing to bring unjust enrichment and MMWA claims against Defendant under California and New York law, inherently acknowledging that threshold standing has been satisfied for both claims. Dfts. Memo at 7.

Third, Defendant's position would allow Nissan to avoid substantial liability at the expense of unnamed putative class members. In a class action, "'putative class members are not parties to an action prior to class certification.'" *See In re TFT–LCD (Flat Panel) Antitrust Litig.,* No. M.071827 SI, 2011 WL 1753784 (N.D. Cal. May 9, 2011) (quoting *Saleh v. Titan Corp.,* 353 F. Supp. 2d 1087, 1091 (S.D.Cal.2004)). But "once a class is certified, standing may also be established by members of the class." *In re Carrier IQ, Inc.*, 78 F. Supp. 3d at 1065. Here, putative class members, not yet in the case, would have their claims unjustly and prematurely dismissed simply because they have yet to be identified and they do not happen to hail from the same state as one of the named Plaintiffs.

Moreover, citizenship of those injured by Nissan's defective panoramic sunroofs is not dispositive of what state law will govern the facts of an individual plaintiff's facts. *See Sullivan*, 667 F.3d at 309 (explaining that "in a nationwide class action [] an array of factors beyond the residence of the class members must be considered, including, *inter alia,* the location of the parties and the purchased items, and the place of contracting and performance") (internal citation omitted). Defendant assumes that wherever a plaintiff's citizenship is, there she must have been injured. Dfts. Memo at 6 ("citizens of other states who *might* have been injured in those other states") (emphasis added). Additionally, Defendant assumes that each plaintiff's facts will be governed by the law of his or her home state, despite where the injury occurred, where the vehicle was purchased, or other relevant facts. *Id*. Defendants' speculation is not sufficient for dismissal.

Fourth, Defendant's contention is illogical. Defendant argues "named plaintiffs must allege" that "they *personally* have been injured" and at least one of them must have standing with respect to

each of the claims in the Complaint. Dfts. Memo at 6-7. Defendant then distorts that proposition, claiming that "[i]t follows" that where a named plaintiff has indeed *satisfied* the standing requirements for a claim, the claim should still be dismissed for lack of standing to the extent it involves states where no named plaintiff resides. *Id*. It defies logic to dismiss claims for lack of standing where the parties agree that the standing requirements have been met by at least one plaintiff, which is all that is required at this stage of the proceedings. The Court should reject Defendant's argument.

   3.   The Court should Defer Evaluation of Putative Class Members' Standing

   In addition to the obvious infirmities in Defendant's arguments discussed above, the Court should also defer questions of standing as to unnamed plaintiffs until class certification. It is proper to defer a standing analysis where class certification is "logically antecedent" to the issue of standing for unnamed plaintiffs. *See Ortiz v. Fibreboard Corp.,* 527 U.S. 815, 831 (1999) ("Rule 23 certification should be treated first, 'mindful that [the Rule's] requirements must be interpreted in keeping with Article III constraints.'"); *Amchem Products, Inc. v. Windsor,* 521 U.S. 591, 612 (1997) (because resolution of class certification is "logically antecedent to the existence of any Article III issues, it is appropriate to reach them first."). Here, because threshold standing exists, questions about named Plaintiffs' ability to represent a class consisting of residents from other states is logically antecedent to standing inquiries. *See Jepson v. Ticor Title Insurance Company,* No. C06–1723–JCC, 2007 WL 2060856 (W.D. Wash. May 1, 2007).

   Deferral of a standing determination with regard to the unnamed class members best protects their legal interests. *See Bates v. United Parcel Service, Inc.,* 511 F.3d 974, 987 (9th Cir. 2007) ("[O]nce a class has been certified, 'the class of unnamed persons described in the certification acquire[s] a legal status separate from the representative.'" (quoting *Sosna v. Iowa,* 419 U.S. 393, 399 (1975)). Moreover, given that named Plaintiffs have established threshold standing, addressing class certification "before addressing standing does no violence to Article III" such that Defendant would be prejudiced. *In re Carrier IQ, Inc.*, 78 F. Supp. 3d at 1073. And deferral of the issue promotes judicial economy. *See Hoving v. Transnation Title Ins. Co.,* 545 F. Supp. 2d 662, 668

(E.D. Mich. 2008) (Where it was undisputed that named plaintiff had standing under Michigan law, the court held that to determine if plaintiff could represent putative class on behalf of other states as well, "he must establish that his claim is typical of those individuals whose claims arise under the laws of the other states and he can represent those individuals adequately." Thus, "[t]he question whether he has standing to proceed as a class representative will be subsumed in the class certification decision, but it [sic] the argument does not support the defendant's requested dismissal presently.").

The Court should follow the multitude of decisions deferring standing of putative class members until after class certification. *See* Rubenstein, *supra,* § 2:2 ("'growing consensus' among lower courts is that class certification should indeed be decided first 'where its outcome will affect the Article III standing determination.'") (quoting *Winfield v. Citibank, N.A.,* 842 F. Supp. 2d 560, 574 (S.D.N.Y. 2012)); *Ortiz,* 527 U.S. at 831; *Amchem Products, Inc.,* 521 U.S. at 612; *Payton v. County of Kane,* 308 F.3d 673, 680 (7th Cir. 2002)("[O]nce a class is properly certified, statutory and Article III standing requirements must be assessed with reference to the class as a whole, not simply with reference to the individual named plaintiffs."); *Hoving,* 545 F. Supp. 2d at 668; *Jepson,* No. C06–1723–JCC, 2007 WL 2060856.

While Defendant argues that other courts have decided standing issues before class certification, they offer no reason to do so here.[2] Indeed this Court, in *In re Carrier IQ, Inc.,* determined that the facts of each case should inform the court's decision on this issue. 78 F. Supp. 3d at 1074–75.[3] In *In re Carrier IQ,* the court granted dismissal, "opt[ing], as a matter of case

---

[2] Defendant's citations are factually dissimilar from this case and distinguishable. For example, in *Easter*, the court addressed standing at the pleading stage because no named plaintiff could satisfy Article III standing. Additionally, the cases are distinguishable given the types of issues involved, for example, here claims are federal and common law, not state law claims. Furthermore, those cases, require generalizing Article III requirements. *In re Carrier IQ, Inc.,*78 F. Supp. 3d at 1070.

[3] This is especially true given there is no definitive, controlling precedent on how California courts address this issue. *See Gratz v. Bollinger,* 539 U.S. 244, 263 (2003); *Los Gatos Mercantile, Inc. v. E.I. DuPont De Nemours & Co.,* No. 13–cv–01180–BLF, 2014 WL 4774611, at *3-4 (N.D.Cal. Sept. 22, 2014); *see also In re Refrigerant Compressors Antitrust Litig.,* No. 2:09–md–02042, 2012 WL 2917365 (E.D.Mich. July 17, 2012) ("There is currently a split among federal courts as to ... whether standing can be considered prior to class certification in class action lawsuits."). The Ninth Circuit expressly declined to reach the open and "difficult chicken-and-egg question of whether

management, to require the Plaintiffs to present a named class member who possesses individual standing to assert each state law's claims against Defendants." *Id*. at 1074. Unlike *In re Carrier IQ*, however, the Complaint here provides evidence of more than named Plaintiffs' exploding sunroofs. Plaintiffs cited over 105 NHTSA complaints relating to Nissan's exploding sunroofs. FAC ¶ 41. The Complaint identifies the source of these complaints (http://www-odi.nhtsa.dot.gov/owners/SearchSafetyIssues; *accessed March 12, 2017*) and explains how to access each one. *Id*. at 41 n.2. The NHTSA complaints identify the "consumer location" and out of the 105 NHTSA complaints identified in the Complaint, the consumer locations include 31 states: Alabama, Arizona, Arkansas, California, Colorado, Connecticut, Florida, Georgia, Idaho, Illinois, Indiana, Iowa, Louisiana, Maryland, Massachusetts, Minnesota, Mississippi, New Jersey, New York, North Carolina, Ohio, Oklahoma, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Virginia, Washington, and West Virginia. *See* **Exhibit A** (NHTSA Complaints as accessed June 24, 2017). And since the date the information was accessed for the Complaint, additional complaints have been lodged with the NHTSA regarding Nissan's exploding sunroofs. *Id*. The newer NHTSA complaints include the additional consumer locations of New Hampshire and Utah. In total, complaints from consumers hailing from 34 separate states are represented within Plaintiffs' Complaint. Thus, the concerns that were present in in *In re Carrier IQ, Inc.* do not exist here, where clear evidence shows putative class members who have standing to assert claims under the laws of the states other than the states of the named Plaintiffs. Overall, the NHTSA complaints are a representative sample of the sunroof explosions occurring in Nissan vehicles, the consistency of which demonstrate that the defect impacts Nissan vehicles across the nation, justifying a nationwide class, the exact bounds of which will be determined at class certification.

As set forth above, Defendant's challenge "more appropriately addresses whether [named plaintiffs'] claim is typical of other class members . . . . [and their status] does not preclude [them] from meeting *Lujan*'s standing requirements, given that the purported class also includes [those

---

class certification should be decided before standing." *Perez v. Nidek Co., Ltd.,* 711 F.3d 1109, 1113-14 (9th Cir.2013).

alleged to suffer the same injury]. Because only one named Plaintiff must meet the standing requirements, the district court did not err in finding that Plaintiffs have standing." *Ellis v. Costco Wholesale Corp.*, 657 F.3d 970, 979 (9th Cir. 2011). However, if the Court addresses standing for the unnamed putative class members at the pleading stage and determines that dismissal of their unjust enrichment and MMWA claims is warranted – which Plaintiffs' contend is not - Plaintiffs respectfully request leave to identify additional named plaintiffs who could adequately represent class members for states in addition to California and New York.

### C. Potential Variations in State Laws Do Not Warrant Dismissal of Plaintiffs' Nationwide Claims

Nissan argues that Plaintiffs' nationwide claims should be dismissed under "a choice-of-law analysis." Dfts. Memo at 7. The Court should reject this argument because a choice of law analysis is a fact-intensive inquiry made "more difficult, and premature, when dealing with a potential nationwide class action." *Bias v. Wells Fargo & Co.*, 942 F. Supp. 2d 915, 928–29 (N.D. Cal. 2013).

In support of its position, Defendant cites *Mazza v. American Honda Motor Co., Inc.*, 666 F.3d 581 (9th Cir. 2012). While the principles of *Mazza* may be "'instructive when addressing a motion to dismiss'" (Dfts. Memo at 8 (quoting *Frezza v. Google, Inc.*, No. 5:12-CV-00237-RMW, 2013 WL 1736788, at *5-6 (N.D. Cal. Apr. 22, 2013)), this Court has held that "the rigorous choice of law analysis required by *Mazza* cannot be conducted at the motion to dismiss stage." *In re Google Inc.*, Case No.: 13-MD-02430-LHK, 2013 WL 5423918, at *19 (N.D. Cal. Sept. 26, 2013). The practice of delaying a rigorous choice of law analysis until class certification is in line with courts across the nation. *See e.g.*, *In re 5–hour ENERGY Mktg. & Sales Practices Litig.*, No. MDL 13–2438 PSG PLAX, 2014 WL 5311272, *18–19 (C.D. Cal. Sept.4, 2014) (holding that "a choice of law analysis would be premature" at the pleading stage).[4] Nissan's call for dismissal now is

---

[4] *See also Sullivan v. DB Investments, Inc.*, 667 F.3d 273, 309 (3d Cir. 2011) ("The Seventh Circuit rightly noted that 'choice-of-law issues in nationwide class actions are rarely so uncomplicated that one can delineate clear winning and losing arguments at an early stage in the litigation'….")(internal citations omitted); *Andriesian v. Cosmetic Dermatology, Inc.*, No. 3:14-CV-01600-ST, 2015 WL 1638729, *10–11 (D. Or. Mar. 3, 2015); *Leisman v. Archway Med., Inc.*, 53 F. Supp. 3d 1144, 1146, 48 (E.D. Mo. 2014); *Rios v. State Farm Fire & Cas. Co.*, 469 F. Supp. 2d

premature. *See Andriesian,* No. 3:14-CV-01600-ST, 2015 WL 1638729 at *10–11 (stating that "most [courts] hold that a case should not be dismissed based on a conflict of law analysis prior to class certification."); *Forcellati v. Hyland's, Inc.,* 876 F. Supp. 2d 1155, 1159 (C.D. Cal.2012) ("Courts rarely undertake choice-of-law analysis to strike class claims at this early [pleading] stage in litigation."); *In re Sony Grand Wega KDF–E A10/A20 Series Rear Projection HDTV Television Litig.,* 758 F. Supp. 2d 1077, 1096 (S.D. Cal. 2010) ("In a putative class action, the Court will not conduct a detailed choice-of-law analysis during the pleading stage.").

Even if the Court were willing to engage in a choice of law analysis now, it may be "impossible" for it so do "at the motion to dismiss stage when little or no discovery has taken place." *In re Samsung DLP Television Class Action Litig.,* No. 07–2141, 2009 WL 3584352, *3 (D.N.J. Oct. 27, 2009). Nissan acknowledges that such an analysis could require the Court "to apply California law" to the nationwide claims or "apply 50 sets of state laws to the class. . . ." Dfts. Memo at 7.[5]  Despite this potentially cumbersome undertaking, Defendant would have the Court dismiss Plaintiffs' claims on a choice of law analysis where class members have not yet been identified, the law of each state has not been analyzed in relation to the facts of the class members, subclasses have not been considered, etc. Simply pointing out potential differences in state laws, as Defendant have done (Dfts. Memo at 8-9), does not warrant dismissal based upon the pleadings alone.

> "Until the [p]arties have explored the facts in this case, it would be premature to speculate about whether differences in various states' consumer protections laws are material in this case....[O]nce the relevant facts of the case have been explored

727, 740 (S.D. Iowa 2007); *Mojica v. Securus Techs., Inc.,* No. 5:14-CV-5258, 2015 WL 429997, at *5 (W.D. Ark. Jan. 29, 2015); *In re Nat. Hockey League Players' Concussion Injury Litig.,* No. MDL 14-2551 SRN, 2015 WL 1334027, at *15-16 (D. Minn. Mar. 25, 2015); *In re OnStar Contract Litig.,* 600 F. Supp. 2d 861, 862 (E.D. Mich. 2009); *Arlandson v. Hartz Mountain Corp.,* 792 F. Supp. 2d 691, 699–700 (D.N.J. 2011); *In re Shop-Vac Mktg. & Sales Practices Litig.,* No. 4:12-MD-2380, 2014 WL 3557189, *4 (M.D. Pa. July 17, 2014) (declining "to engage in a detailed choice-of-law analysis in ruling on [this] motion to dismiss" because such an analysis is "not require[d]").

[5] Defendant does not acknowledge other options, such as a choice of law analysis based on potential subclasses where the law is the same in multiple states, but not all states. *See Andriesian,* 2015 WL 1638729 at *10–11; *see also Rios*, 469 F. Supp. 2d at 741–42 ("Plaintiffs could possibly limit the multi-state class action to only include those states without conflicts of law, or possibly create a manageable number of sub-classes.").

during discovery, it is possible that Plaintiff could narrow or define the class in such a way at the class certification stage to make any differences between applicable laws immaterial. Moreover, should choice-of-law analysis appear to pose problems at the class certification stage, [p]laintiff could seek to certify subclasses of putative class members from individual states or subclasses of class members from groups of states with consumer protections laws that are not materially different."

*Andriesian*, 2015 WL 1638729 at *10–11 (internal citation omitted); *Rios*, 469 F. Supp. 2d at 741-42 (finding motion to dismiss and strike nationwide claim "premature as class discovery has not yet been completed, and the Court, at this stage, cannot conduct a rigorous conflicts of law or Rule 23 analysis when Plaintiffs themselves do not even know which states are at issue because class discovery has not yet revealed it....") (internal quotation omitted).

Plaintiffs' nationwide unjust enrichment and MMWA claims should be allowed to proceed. Indeed, "[u]nder Ninth Circuit law," this Court has refused to "strike [] nationwide class claims at the pleading stage," holding that "a consumer protection class action can proceed under the laws of multiple states." *Gitson v. Trader Joe's Co.*, No. 13–CV–01333-VC, 2014 WL 3933921, *1 (N.D. Cal. Aug. 8, 2014). This is because the choice of law analysis "is better suited for the class certification stage" when the record is more developed. *Bias*, 942 F. Supp. 2d at 928–29 (stating the court could not balance the interests of each state without a fuller record); *Nestlé Purina Petcare Co. v. The Blue Buffalo Co. Ltd.*, No. 4:14 CV 859 RWS, 2016 WL 5390945, at *3 (E.D. Mo. Sept. 27, 2016) (stating the court is unable to determine, "based on the existing factual record, [which] law should apply to [a particular] claim" so "a choice of law determination would be premature"); *Arlandson,* 792 F. Supp. 2d at 699–700 (where "choice of law determination for [a particular] issue require[s] a fuller factual record, the Court will defer its decision until such factual record is available."). The argument for deferral until class certification is stronger with regard to Plaintiffs' warranty claims. *See id*, 792 F. Supp. 2d at 705; *Harper v. LG Elecs. USA, Inc.,* 595 F. Supp. 2d 486, 491 (D.N.J. 2009) (postponing choice of law analysis for warranty claims); *In re K–Dur Antitrust Litig.,* 338 F. Supp. 2d 517 (D.N.J. 2004) (same). Defendant's motion to dismiss on these grounds should be denied.

### D.    Plaintiffs Have Pled An Express Warranty Claim

Plaintiffs' express warranty claim is based, in part, upon the breach of Nissan's Limited

Warranty under which Nissan warrants "to repair or replace any part defective in material or workmanship at no cost to the owner or lessee." FAC ¶ 159(a). Nissan extended this warranty to consumers buying Class Vehicles with panoramic sunroofs. *Id.* at ¶ 159(b). Yet, the "panoramic sunroofs [] were defective in material and workmanship," such that they shattered, exploded, or otherwise "require[ed] repair or replacement within the warranty periods." *Id.* Despite the express warranty language, Nissan has "refus[ed] to honor the warranties with free repairs or replacements during the applicable warranty periods." *Id.* ¶¶ 159(c), 220. Warranty holders, including Plaintiffs, were charged for their repairs - a patent breach of the warranty. *See id.* ¶¶ 42(o), 42(t), 104, 121, 131

Plaintiffs allege that the breach occurred when Nissan failed to repair their defective sunroofs pursuant to the terms of the warranty. "Nissan further breached these warranties by not correcting the defect." *Id.* at ¶ 221. "Nissan instead replaced shattered sunroofs in the Class Vehicles with identical defective sunroofs." *Id.* By replacing the shattered sunroofs with sunroofs suffering from the same defect, Nissan breached its warranty. *See, e.g.*, *Horvath v. LG Elec. Mobilecomm U.S.A., Inc.*, No. 3:11-cv-01576-H-RBB, 2012 WL 2861160, at *6 (S.D. Cal. Feb. 13, 2012) (denying dismissal where the plaintiffs alleged the defendant replaced their defective phones with phones that had the same defects); *Porcell v. Lincoln Wood Prods., Inc.*, No. Civ-08-0617 MAC/LFG, 2010 WL 1541264, at *3 (D.N.M. Mar. 31, 2010) (denying motion to dismiss plaintiffs' breach of warranty claim where the plaintiffs alleged the defendant merely replaced a defective window with a window suffering from the same defect that caused the first one to fail prematurely).

There is no doubt Plaintiffs have alleged the panoramic sunroofs are defective. Yet, Nissan attacks Plaintiffs' express warranty claims because, Nissan argues, Plaintiffs "repeatedly use the word 'design'" in their Complaint. It is undisputed that the Complaint alleges a design defect. *See* Dfts. Memo at 11. This defect should be covered by Nissan's defects in materials and workmanship warranty language. *See Daniel v. Ford Motor Co.*, 806 F.3d 1217, 1225 (9th Cir. 2015) (refusing to accept Ford's arguments that a materials and workmanship warranty did not cover design defects,

and instead, holding that Ford's express warranty "must be construed to guarantee against both manufacturing and design defects"); *Tzung v. State Farm Fire & Cas. Co.*, 873 F.2d 1338, 1341 (9th Cir. 1989) ("We believe [] that an unstrained interpretation of the exclusion for 'faulty workmanship' includes losses caused by defects in the design and construction . . . ."); *In re Saturn L-Series Timing Chain Prods. Liab. Litig.*, MDL No. 1920, 2008 WL 4866604, at *14 (D. Neb. Nov. 7, 2008).

Additionally, Plaintiffs allege a manufacturing defect. *See e.g.*, FAC ¶¶ 30 ("Panoramic sunroofs, like these, present manufacturing, design, and safety challenges for manufacturers"), 42(n) ("this is a vehicle manufacturing defect"), 32 ("If the compressive layer is compromised, however, the entire piece of glass fails catastrophically, and often explosively."); 33 (explaining Nissan uses thinner glass which "is very difficult to temper properly (especially when thicknesses are 4mm or less)" "increasing the probability for the glass to be compromised and result in catastrophic failure."). This is supported by the consumer complaints incorporated in the Complaint which describe personal accounts of their sunroof failures. *See e.g.*, FAC ¶¶ 42. This manufacturing defect is covered by Nissan's defects in materials and workmanship warranty language, which even Defendant would not dispute. *See Horvath v. LG Electronics Mobilecomm U.S.A., Inc.* 2012 WL 2861160, at *5 (S.D. Cal., Feb. 13, 2012) ("By distinguishing defects and noting the severity, Plaintiffs' complaint describes defects in materials and workmanship.").

Plaintiffs have successfully pled facts that demonstrate an existence of a defect covered by the express warranty and that Nissan breached that warranty. The defect is common to Nissan's panoramic sunroofs – the cause of which may be a manufacturing and/or a design defect. Plaintiffs allege both. Defendant's attempt to classify the defects alleged solely as design defects is contrary to the allegations of the Complaint of which must be accepted as true. Dismissal under Defendant's arbitrary categorization is improper. *Alin v. Am. Honda Motor Co.*, No. 08-cv-4825, 2010 WL 1372308, at *6 (D.N.J. Mar. 31, 2010) ("At the pleading stage, where the distinction between defect in design and defect in materials or workmanship is a matter of semantics, and sufficient facts are alleged to assert both, the defendant's characterization of the nature of the claim pre-discovery

should not control whether the complaint survives.").

Moreover, discovery is needed before the Court can determine as a matter of law whether the defect is a design and/or manufacturing one (*e.g.*, expert analysis as to the cause of the defect, Nissan's design plans for its panoramic sunroofs, documents or testimony identifying Nissan's intentions for the product). *See Barker v. Lull Engineering Co.*, 20 Cal.3d 413, 429 (1978) (determination of whether a defect is a manufacturing one requires the parties know "the manufacturer's intended result" and/or whether the products differed "from other ostensibly identical units of the same product line."). So while it may be necessary to determine whether the sunroof defect contains a design defect and/or a manufacturing defect, and whether that distinction matters under the language of Nissan's warranty, the Court need not, and likely cannot, make that determination at this time.

## E. Plaintiffs' Design Defect Allegations Do Not Bar Their Express Warranty Claims

Even if Nissan's use of tempered glass with ceramic paint is a design defect not covered by the warranty, Defendant cannot cogently argue for dismissal of Plaintiffs' express warranty claim because (1) Plaintiffs do not solely rely on Nissan's use of tempered glass with ceramic paint creating a propensity to spontaneously shatter for its breach of express warranty claim; (2) the warranty is void because it fails its essential purpose; (3) the warranty may is unenforceable because it is unconscionable; and (4) Plaintiffs may plead in the alternative.

Plaintiffs allege that Nissan's warranty fails of its essential purpose because Nissan replaces defective panoramic sunroofs with identical defective sunroofs. ¶¶ 224, 270. Courts recognize "the well-established principle that a warranty which is expressly limited to repair or replacement fails of its essential purpose when the manufacturer is unable to successfully repair the defect at issue within a reasonable time." *In re Caterpillar, Inc. C13 & C15 Engine Prods. Liab. Litig.*, No. 1:14-cv-3722 (JBS-JS), 2015 WL 4591236, at *25 (D.N.J. July 29, 2015) (denying motion to dismiss the plaintiffs' express warranty claims where the defendant was unable to repair a defect in plaintiffs' vehicle engines); *see also Lohr v. Nissan N. Am., Inc.*, No. C16-1023RSM, 2017 WL 1037555

(W.D. Wash. Mar. 17, 2017); *Philippine Nat'l Oil Co. v. Garrett Corp.*, 724 F.2d 803, 808 (9th Cir. 1984) (recognizing that a repair or replace limited warranty fails of its essential purpose if repair attempts are unsuccessful within a reasonable time); *Strickler v. Peterbilt Motors Co.*, No. Civ. A. 04-3628, 2005 WL 1266674, at *2-3 (E.D. Pa. May 27, 2005) (denying summary judgment of the plaintiff's express warranty claim where a tractor engine's defects were still present after the defendants attempted repairs because "the remedy of repair or replacement is the 'silver bullet' that the buyer receives '[i]n exchange for parting with an arsenal of legal remedies" and "[i]f the limited remedy fails, the 'silver bullet turns to dust,' leaving the buyer defenseless and at the seller's mercy").

Plaintiffs also allege that the time limitations in Nissan's warranty are unconscionable because Nissan knew or should have known the panoramic sunroofs were defective at the time of sale or lease and a gross disparity in bargaining power exists between Plaintiffs and Nissan.  FAC ¶¶ 225, 271.  As a result, Plaintiffs had no meaningful choice in determining the time limitations, which unreasonably favor Nissan.  These allegations are sufficient to state a claim for breach of warranty.  *See, e.g.*, *Szymczak v. Nissan North Am., Inc.*, No. 10 cv 7493 (VB), 2011 WL 7095432, at *10 (S.D.N.Y. Dec. 16, 2011) (denying dismissal of plaintiffs' claim that the durational limitation in Nissan's express warranty was unconscionable where the plaintiffs alleged that Nissan sold vehicles despite awareness of a radiator defect and plaintiffs had no meaningful choice about the time limits due to a disparity in bargaining power); *Bussian*, 411 F. Supp. 2d at 621-22 (finding allegations that GM knew of and failed to disclose product defect and purchasers lacked a meaningful choice with respect to the terms of the warranty due to unequal bargaining power stated a claim for breach of warranty based on durational limitation in warranty); *see also Carlson v. Gen. Motors Corp.*, 883 F.2d 287, 292-93 (4th Cir. 1989) (holding that the district court erred in ruling that durational limitations on GM's implied warranties were "reasonable" and "conscionable" as a matter of law because the plaintiffs should have had the opportunity to present evidence).

Simply because Plaintiffs plead in the alternative allegations of a design defect, does not preclude Plaintiffs from properly pleading a covered defect in materials and/or workmanship. "A

party may set out 2 or more statements of a claim or defense alternatively or hypothetically, either in a single count or defense or in separate ones. If a party makes alternative statements, the pleading is sufficient if any one of them is sufficient." Fed. R. Civ. P. 8(d)(2).

Here, Plaintiffs allege a *design defect* and a *manufacturing defect* – each actionable under various causes of action in the Complaint, including Plaintiffs' claim that Nissan breached its express warranty, in part, due to a *defect in materials and workmanship*. California courts have allowed breach of express warranty claims in similar product defect class actions to proceed where both a design defect and a manufacturing defect were pled. *See e.g., In re Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation,* 754 F. Supp. 2d, 1181 (C.D. Cal. 2010) ("to the extent that Plaintiffs' breach of express warranty claim is based on allegations other than design defects, they are not barred as beyond the scope of the warranty on "materials and workmanship."). Plaintiffs, as putative class representatives, acted in the best interests of the class and pled both a design defect and a defect in materials and workmanship. Should they fail to prove an existence of a manufacturing defect, Plaintiff and the putative class members would still potentially be able to recover under the theory of a design defect for their claims under UCL and breach of implied warranty. Had Plaintiffs pled a manufacturing defect *only*, they risk not only their individual claims, but the claims of others similarly situated.

### F. Defendant's Glass Breakage Warranty Exclusion Is a Red Herring

It is Nissan's burden, when denying coverage under an exclusion of the warranty, to establish the exclusion's applicability. *Simpson Strong-Tie Co. v. Gore*, 49 Cal. 4th 12, 23 (2010). Here, Nissan has proven nothing. Nissan's reference to the glass breakage exclusion inexorably begs the question of whether there was a defect in material or workmanship. Plaintiffs say there was, and therefore the glass breakage exclusion under the warranty is inapplicable.

### G. Plaintiff Seenarain Adequately Pled Her Express Warranty Claim

Nissan constructs a complicated argument about the number of miles it contends she must have driven her vehicles since she purchased it used in November 2015. But the Court must accept the plaintiff's allegations as true and construe them in the light most favorable to the plaintiff.

*Cousins*, 568 F.3d at 1067. Plaintiff Seenarain alleges that "[h]er vehicle was within the scope of the Nissan Limited Warranty at the time the sunroof shattered and at the time of repair". FAC ¶ 135. Nothing more is needed stage of the litigation. Moreover, dismissal of the pleadings on Nissan's speculation or conjecture about her vehicle's current mileage is completely inappropriate.

### H. Plaintiffs Adequately Pled Breach of Implied Warranty

#### 1. Plaintiff Johnson's Implied-Warranty Claim Survives

Defendant argues that Plaintiff Johnson's claim under Song–Beverly fails because she purchased a used Class Vehicle. Dfts. Memo at 13. "Song–Beverly applies to used goods notwithstanding section 1791 [defining consumer goods as new,] if an express warranty was given during the used goods' sale." *Mui Ho v. Toyota Motor Corp.*, 931 F. Supp. 2d 987, 993 (N.D. Cal. 2013); *Malone v. CarMax Auto Superstores California, LLC*, No. LA CV14-08978 JAK, 2015 WL 3889157, at *6 (C.D. Cal. June 23, 2015). Furthermore, "Song–Beverly provides that the duration of the implied warranty for used goods extends only up to three months after purchase from a distributor or retail seller." *Mui Ho*, 931 F. Supp. 2d at 993; *Malone*, No. LA CV14-08978 JAK, 2015 WL 3889157 at *6. Plaintiff Johnson was given an express warranty when she bought her used Class Vehicle from CarMax. FAC ¶ 87. CarMax qualifies as a retailer seller under the Song-Beverly Act. *See Malone*, No. LA CV14-08978 JAK, 2015 WL 3889157 at *6; Cal. Civ. Code § 1791(l). Plaintiff Johnson's sunroof exploded "[a]bout three months after purchasing her 2016 Nissan Maxima." FAC ¶ 89. Thus, Plaintiff Johnson's implied warranty claim is proper under Song–Beverly, because she was given an express warranty when she bought her used Class Vehicle, and because a defendant can be held to have breached an implied warranty by selling a product with a latent defect. FAC ¶ 87; *see also*, Cal. Civ .Code § 1795.5(c); *Mexia v. Rinker Boat Co.,* 174 Cal.App.4th 1297, 1304–05 (Cal.Ct.App. 2009)).

#### 2. Lack of Privity Does Not Defeat Plaintiff Seenarain's Implied Warranty Claim

Nissan argues that Plaintiff Seenarain's implied warranty claim should be dismissed because Seenarain lacks privity with Nissan. This argument fails for two reasons. First, "Nissan was and is

in actual or constructive privity with Plaintiff and New York Class Members." FAC ¶ 282. "By extending express written warranties to end-user purchasers and lessees, Nissan brought itself into privity with Plaintiffs and New York Class Members." *Id.* at ¶ 282(c). "Plaintiff and the New York Class Members had and continue to have sufficient direct dealings with Nissan and/or its authorized dealers, franchisees, representatives, and agents to establish any required privity of contract." *Id.* at ¶ 282(a). Even these "post purchase actions by defendant, g[i]ve rise to a contractual privity relationship with plaintiff, which overc[o]me[s] any original purchase gap in privity." *Falker v. Chrysler Corp.*, 463 N.Y.S.2d 357, 360–61 (Civ. Ct. 1983).

Second, "[p]rivity is not required to assert this claim because Plaintiff and the New York Class Members are intended third-party beneficiaries of contracts between Nissan and its dealers, franchisees, representatives, and agents." FAC ¶ 282(b). Plaintiffs allege that they are third-party beneficiaries of contracts between Nissan and its dealers, with whom Plaintiffs had direct dealings, and that Plaintiffs were intended to be the ultimate consumers of the vehicles. *Id.* at ¶ 282(a). Contrary to Defendant's contention, not all New York courts have refused to apply the third party beneficiary exception to the privity requirement. For example, in *Praxair, Inc. v. General Insulation Co.,* a New York federal court found that plaintiff had stated a claim for breach of implied warranty under New York law against the manufacturer even though the purchaser was not in privity with manufacturer. 611 F. Supp. 2d 318, 330 (W.D.N.Y.2009). The court found that plaintiff was a third-party beneficiary. *Id.* Indeed, New York courts recognize that "[a]n intended beneficiary of a contract may assert a claim as a third-party beneficiary," "including for breach of implied warranty." *Id.* (citing *Cahill v. Lazarski,* 641 N.Y.S.2d 124, 125 (2d Dept. 1996)); *see also Delgado v. Kornegay,* 395 N.Y.S.2d 126 (N.Y. Dist. Ct. 1977) (plaintiff home purchaser who relied to his detriment on defendant inspector's certificate of no termite infestation or damage, where such inspector was hired by seller and knew house was being sold, could recover from defendant inspector for consequential damages resulting from breach of implied warrantee to plaintiff as third-party beneficiary). Courts recognize that allegations such as Plaintiffs' create factual issues as to whether plaintiffs are intended beneficiaries who can assert implied warranty claims absent privity.

*See, e.g.*, *Horvath*, 2012 WL 2861160, at *7; *Toyota*, 754 F. Supp. 2d at 1184-85 (citing cases). Such allegations are sufficient for Plaintiff Seenarain's implied warranty claim to survive a motion to dismiss.

## I.     Plaintiffs' Consumer-Fraud Claims Are Based on Actionable Conduct

Plaintiffs allege that Nissan engaged in unlawful, unfair, deceptive, and fraudulent acts or practices in violation of California's Unfair Competition Law and New York's General Business Law. Nissan's wrongful acts include failing to disclose the common defect in its vehicles' panoramic sunroofs, failing to warn consumers about the defect, and replacing shattered panoramic sunroofs with sunroofs that have the same defect. FAC ¶¶ 69-73. Nissan attempts to cast Plaintiffs' claims as standard common law fraud claims, but the elements of each of these state specific claims differ from the elements of common law fraud. *See Cardenas v. NBTY, Inc.*, 870 F. Supp. 2d 984, 993 (E.D. Cal. 2012) ("Plaintiff's UCL claim therefore does not 'sound in fraud' and Rule 9(b) applies only insofar as Plaintiff makes specific averments of fraud in her UCL claim."); *Joannou v. Blue Ridge Ins. Co.*, 735 N.Y.S.2d 786, Mem–787 (2d Dep't 2001) (holding that "pleading requirements for causes of action sounding in common-law fraud (*see* CPLR 3016) do not apply to causes of action sounding in violation of General Business Law 349."); *Canestaro v. Raymour & Flanigan Furniture Co.*, 984 N.Y.S.2d 630 (Sup. Ct. Erie Co. 2013); *Progressive Mgmt. of NY*, 36 N.Y.S.3d 409 at *7 (explaining that New York's General Business Law "statute makes actionable conduct which does not rise to the level of common law fraud."); *Jones v. OTN Enter., Inc.*, 922 N.Y.S.2d 810, 811 (2d Dept 2011) (suggesting actions brought under §349 not subject to heightened pleading standard, but simply must allege facts and circumstances of 'deceptive or misleading conduct' to survive motion to dismiss). Given these differences, not all of Plaintiffs' claims which Defendant categorizes as "consumer-fraud claims" are subject to Rule 9(b), as Defendant suggests. Dfts. Memo at 15. In so far as Defendant claims dismissal is proper for lack of specificity under Rule 9(b), the argument falls flat for Plaintiffs' New York General Business Law § 349 and §350 claims as well as for Plaintiffs' UCL claim (save specific averments of fraud) as these claims need only satisfy Rule 8.

Even if Rule 9(b) does apply to each of Plaintiffs' claims, Plaintiffs' allegations satisfy it. As explained above, the bulk of Plaintiffs' allegations of Nissan's wrongful actions revolve around omissions or failure to act (*e.g.*, failing to disclose the defect, failing to warn consumers about the defect). FAC ¶¶ 69-73. Rule 9(b)'s "heightened pleading requirement is relaxed in cases of fraudulent omissions." *Zwicker v. Gen. Motors Corp.*, No. C 07-0291- JCC, 2007 WL 5309204, at *4 (W.D. Wash. July 26, 2007); *see also Coe*, 2014 WL 722501, at *10. Plaintiffs therefore do not need to "specify the time, place, and specific content of an omission as precisely as would a plaintiff in a false representation claim." *Zwicker*, 2007 WL 5309204, at *4 (quoting *Falk v. Gen. Motors Corp.*, No. C 07-01731 WHA, 2007 WL 1970123, at *8 (N.D. Cal. July 3, 2007)). Rule 9(b) is also "relaxed 'in cases of corporate fraud' where 'plaintiffs will not have personal knowledge of all the underlying facts' such as the identities of particular defendants." *Id.* (quoting *Moore v. Kayport Package Exp., Inc.*, 885 F.2d 531, 540 (9th Cir. 1989)).

Plaintiffs have sufficiently alleged the "who" (Nissan and its dealers), the "what" (concealment of the defect in panoramic sunroofs that causes them to suddenly shatter), the "why" (to induce consumers to purchase or lease vehicles with a panoramic sunroof upgrade), and the "when" (at the time of purchase or repair). FAC ¶¶ 69-73. These allegations satisfy Rule 9(b) in a nondisclosure case. *Coe*, 2014 WL 722501, at *10; *see also Carideo*, 706 F. Supp. 2d at 1133 (holding that similar allegations satisfied Rule 9(b) for a fraudulent concealment claim); *Zwicker*, 2007 WL 5309204, at *5 (finding the plaintiffs pled an unfair or deceptive act by alleging "a systemic failure of a specific automotive part of which GM was allegedly aware and concealed from the public").

### 1. Plaintiff Johnson's UCL Claim Is Adequately Pled

Nissan argues that Plaintiff Johnson's UCL Claim must fail be dismissed because she did not interact with Defendant at the point of sale. However, there is no requirement that such interaction occur. The point of sale language is cherry picked from the Complaint and Defendant leaves out a key phrase – "or otherwise." FAC ¶ 179. The Complaint actually states, "Nissan failed to disclose its knowledge of the defect and the attendant risks of the defect at the point of sale or

otherwise." *Id*. The disclosure could have happened at any time. The fact is Nissan never disclosed the defect, despite its duty to do so.

A manufacturer has a duty to disclose when it has superior information about a defect that is not readily ascertainable to consumers. *Carideo*, 706 F. Supp. 2d at 1133. Nissan's argument ignores the wealth of allegations establishing Nissan's knowledge of the common defect in its panoramic sunroofs. These facts, combined with the numerous complaints, establishes Nissan's knowledge of a common defect in all of Nissan's panoramic sunroofs at this stage of the litigation. *See, e.g.*, *Falk v. Gen. Motors Corp.*, 496 F. Supp. 2d 1088, 1096 (N.D. Cal. 2007) (finding the plaintiffs sufficiently alleged GM's knowledge of an alleged defect because "[o]nly GM had access to the aggregate data from its dealers," pre-release testing data, and "numerous complaints from its customers"); *Cirulli v. Hyundai Motor Co.*, No. SACV 08-0854 AG, 2009 WL 5788762, at *4 (C.D. Cal. June 12, 2009) (allegations that Hyundai tracked the NHTSA database and thus knew its vehicles were experiencing unusually high levels of structural deterioration were sufficient to plead Hyundai's knowledge).

> 2.    *Plaintiff Seenarain's New York General Business Law Claims Survive*

Defendant relies upon *Oswego Laborers' Local 214 Pension Fund v. Marine Midland Bank, N.A.*, 85 N.Y.2d 20 (1995), to suggest that consumer complaints about exploding sunroofs on the internet were available to Plaintiff Seenarain and she therefore could have known about the sunroof defect at the time she purchased the car. Dfts. Memo at 18. This argument misconstrues *Oswego*, where the court, addressing omissions, held that the New York consumer protection statute applies to address the scenario "where the business alone possesses material information that is relevant to the consumer and fails to provide this information" as opposed to "require[ing] business to ascertain consumers' individual needs and guarantee that each consumer has all relevant information specific to its situation." *Oswego*, 85 N.Y.2d at 26. Just as the statute would not require such an onerous task for savvy businesses better equipped to know the material information for its products, it would not require that a consumer research every part of a vehicle to determine what, if any, potential defective parts may be present. Indeed, *Oswego* explains that the ultimate inquiry is "whether a

reasonable consumer in plaintiffs' circumstances might have been misled by the [defendant's] conduct." *Id*. at 27.

Here, Plaintiff Seenarain has pled facts sufficient to demonstrate she, as a reasonable consumer, might have been misled, and in fact was misled, about the quality and reliability of the panoramic sunroof offered by Nissan. On the other hand, "Nissan has long that its panoramic sunroofs have a propensity to shatter spontaneously, posing a serious safety risk, which risk Nissan concealed and failed to disclose to Plaintiff and the proposed Class Members." FAC ¶ 252. Nissan's knowledge consists of information that Nissan had exclusive access to, which will come to light during discovery. Moreover, Nissan, as an auto manufacturer, is necessarily focused on the performance of the various components of its automobiles; regular consumers typically look at overall safety and quality ratings for vehicles and don't search for complaints about their component parts. Even if Plaintiff would have researched specific parts of the vehicle and discovered that consumers had lodged complaints about the panoramic sunroof, that would not necessarily have informed a reasonable consumer of the defect. Whereas here, the record is "inconclusive as to whether a reasonable consumer in plaintiffs' circumstances might have been misled," or the "parties differ as to whether…[the information] would have informed [plaintiff] about" the defect, dismissal is improper. *Oswego*, 85 N.Y.2d at 27. And while Nissan's "liability under the statute [may] depend, in part, on whether plaintiffs possessed or could reasonably have obtained relevant information they now claim [Nissan] failed to provide," that is a factual issue to be explored during discovery and argued on a more factual record. *Id.*

Furthermore, Defendant's causation argument fails because the claim is adequately pled and a causation analysis is premature at this stage. Plaintiff alleges that "Nissan's false advertising was likely to and did, in fact, deceive reasonable consumers including Plaintiff and New York Class Members about the true characteristics of the panoramic sunroof." FAC ¶ 302. Plaintiff further alleges that "but for Nissan's false advertising in violation of GBL § 350," she would have purchased her vehicle at all or she would have paid less for it. *Id*. at ¶ 305. Moreover, Plaintiff alleges that she suffered injury-in-fact, actual damages, and ascertainable loss "as a direct and

proximate result of the Nissan's false advertising…." *Id.* at ¶ 306. Additionally, "Plaintiff and New York Class have suffered lost or diminished use, enjoyment, and utility of their Class Vehicles along with suffering annoyance, aggravation, and inconvenience resulting from Nissan's violations of GBL § 350." *Id.* at ¶ 307. Plaintiff provides examples of Nissan advertisements for its panoramic sunroof which describe the feature as a luxury upgrade (even though "[t]he actual material cost of the panoramic sunroofs is relatively low"), part of a Premium package, "a good thing." *Id.* at ¶ 24-29, 298. In sum, the advertisements paint a picture of a reliable, high quality, sustainable sunroof. This is not the case. These allegations are sufficient to establish the minimum causation required for Plaintiff's false advertising claim. To require more at this stage of litigation, would be improper. *In re Nassau Cty. Consol. MTBE Prod. Liab. Litig.*, 918 N.Y.S.2d at *5 (for causation, "it will suffice that the plaintiff[] alleged facts from which it may be inferred that the defendants have, through their activities, caused injury to the plaintiffs in a manner that permits legal recovery."); *Harmit Realties LLC v. 835 Ave. of the Ams.,* 128 AD3d 460, 461 (1st Dept 2015); *Ambac Assur. Corp. v. Countrywide Home Loans, Inc.,* 2016 WL 7374210, at * 15 (Sup. Ct. N.Y. Co. Dec. 19, 2016); *MBIA Ins. Corp. v. Morgan Stanley,* 2011 WL 11556446, * 8 (Sup Ct. Westchester Co. May 26, 2011)). "[T]he Court will not speculate at th[e pleading] stage whether [plaintiff] actually *could* prove cause in fact by the defendants' acts or omissions." *Id.* Indeed, it is error for the Court to "look[] behind the allegations of the pleading to resolve factual issues of causation" and dismiss a complaint on that ground. *Bell v. U Haul Co.*, 352 N.Y.S.2d 663, 664 (2d Dept. 1974). This is because on a "motion to dismiss…the court need not and cannot properly address the precise proof that must be adduced in applying the causation standard" because of "the necessity for a fully developed record, including expert evidence, in determining whether sufficient proof of causation of damages is adduced." *Fin. Guar. Ins. Co.*, 54 Misc. 3d 1215(A) at *8; *Nonnon*, 9 N.Y.3d at 827 (denying motion to dismiss because at this stage of litigation plaintiff has "not had the opportunity to submit all of their evidence relevant to a determination of causation.").

### J.     Plaintiffs Adequately Plead Equitable Claims

Defendant argues that Plaintiffs cannot assert equitable claims because they have an

adequate remedy at law in the form of monetary damages. Dfts. Memo at 21. Defendant ignores that Plaintiffs may plead alternative, and even inconsistent claims. Defendant also refuses to acknowledge that Plaintiffs' injuries fall outside the scope of any express contract, notwithstanding Nissan's own argument that Plaintiffs' design defect claim is specifically excluded from warranty coverage. Dfts. Memo at 10-11. In any event, Plaintiffs should not be barred from asserting their claims for equitable relief in the alternative.

*Glenn v. Hyundai Motor Am.*, No. SACV152052DOCKESX, 2016 WL 7507766 (C.D. Cal. Nov. 21, 2016), is instructive. The Court explained, that under California law,

> "[w]hen a plaintiff alleges unjust enrichment, a court may 'construe the cause of action as a quasi-contract claim seeking restitution.' "[4] *Id.* (quoting *Rutherford Holdings, LLC v. Plaza Del Rey*, 223 Cal. App. 4th 221, 231 (2014)). Furthermore, "restitution may be awarded in lieu of breach of contract damages when the parties had an express contract, but it was *procured by fraud* or is unenforceable or ineffective for some reason." (emphasis added) (quoting *McBride v. Boughton*, 123 Cal. App. 4th 379, 388 (2004)) (internal quotation marks omitted). Thus, "a claim for restitution is permitted even if the party inconsistently pleads a breach of contract claim that alleges the existence of an enforceable agreement." *Rutherford Holdings*, 223 Cal. App. 4th at 231.

*Glenn*, No. SACV152052DOCKESX, 2016 WL 7507766 at *5. As explained above, Plaintiffs allege the contract was procured by fraud, is unenforceable/ineffective because it is unconscionable, or unenforceable/ineffective because it fails in its essential purpose. Plaintiffs' unjust enrichment claims are therefore properly plead, even if inconsistent with Plaintiffs' breach of contract claims.

Additionally, contrary to Defendant's contention, Plaintiffs have pled facts describing instances in which the breach of contract claims would not provide an adequate remedy. Once again, *Glenn* is instructive:

> Plaintiffs argue that the unjust enrichment claim falls outside the scope of the warranty. Opp'n at 8. Specifically, Plaintiffs argue that the claim arises principally from Hyundai's "*pre-sale* conduct," namely alleged fraudulent concealment of the defect and its attendant danger. *Id.* Indeed, "unjust enrichment is an action in quasi-contract[, which] cannot lie where a valid express contract covering the same subject matter exists between the parties." *Gerlinger v. Amazon.com, Inc.*, 311 F. Supp. 2d 838, 856 (N.D. Cal. 2004). However, the legal theory here is that any fraudulent concealment before the contract is not within the scope of the warranty. *See* SAC ¶¶ 129–31.

Moreover, Plaintiffs have an additional theory. Although the warranty covers "defect[s] in material or factory workmanship," Plaintiffs allege, in part, a defect in *design*, which is not expressly covered by the warranty. *Id.* ¶¶ 40–42. The Court is persuaded that Plaintiffs' allegations can be read to "describe the theory underlying a claim that ... [D]efendant has been unjustly conferred a benefit through mistake, fraud, coercion, or request." *Astiana*, 783 F.3d at 762 (internal quotation marks omitted); *see also Tait*, 2011 WL 1832941, at *6 ("the Court can imagine certain unjust enrichment claims that properly might be brought to recover for injuries not covered by an express warranty.").

*Glenn*, No. SACV152052DOCKESX, 2016 WL 7507766 at *6. Based on these theories, the court in *Glenn* denied defendants' motion to dismiss. *Id.*

Defendant itself claims that the design defect Plaintiffs allege is not covered by the warranty. Dfts. Memo at 10-11. Additionally, Plaintiffs allege that Nissan fraudulently concealed the sunroof defect and attendant danger at times outside of any warranty period. *See e.g.*, FAC ¶¶ 152, 180, 183. Therefore, this Court should follow the reasoning in *Glenn* and deny Defendant's motion to dismiss Plaintiffs' equitable claims.

### K.     Leave To Amend Should Be Granted

Plaintiffs believe their Complaint is well pled and should not be dismissed. Nevertheless, to the extent the Court deems any claim insufficient, Plaintiffs request leave to amend to comply with the Court's ruling. Leave to amend comports with Fed. R. Civ. P. 15(a)(2): "Generally, Rule 15 advises the court that 'leave shall be freely given when justice so requires.'" *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003). Because any ambiguity or lack of particularity in Plaintiffs' allegations can be cured by amendment, justice requires that Plaintiffs be given an opportunity to amend their complaint to add details that this Court finds lacking, if any.

### CONCLUSION

Nissan's panoramic sunroofs shatter suddenly, spontaneously, and without warning, sounding like a gunshot and showering drivers and their passengers with broken glass. Three other automobile manufacturers have recalled and repaired the dangerous panoramic sunroofs in their vehicles.  Nissan has chosen to stay silent, leaving drivers of its vehicles at risk of accidents and injury from falling glass, and endangering other drivers on the roads. Plaintiffs' allegations establish their Article III standing and the viability of their claims. Nissan's motion should be denied.

Dated: June 28, 2017

Respectfully submitted by:
*/s/ Mitchell M. Breit*

Crystal Foley (SBN 224627)
SIMMONS HANLY CONROY LLC
100 N. Sepulveda Boulevard, Suite 1350
Los Angeles, California 90245
Telephone: 310.322.3555
Facsimile: 310.322.3655
cfoley@simmonsfirm.com

Paul J. Hanly, Jr. (admitted *pro hac vice*)
Mitchell M. Breit (admitted *pro hac vice*)
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, New York 10016
Telephone:  315.220.0134
Facsimile: 212.213.5949
phanly@simmonsfirm.com
mbreit@simmonsfirm.com

Gregory F. Coleman (*pro hac vice*)
Mark E. Silvey (*pro hac vice*)
Adam A. Edwards (*pro hac vice*)
Lisa A. White (*pro hac vice*)
**GREG COLEMAN LAW PC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 533-0049
greg@gregcolemanlaw.com
mark@gregcolemanlaw.com
adam@gregcolemanlaw.com
lisa@gregcolemanlaw.com

Attorneys for Plaintiffs
SHERIDA JOHNSON, HARRY GUNSENHOUSER,
and SUBRINA SEENARAIN

# Exhibit A

# Search Results

## Keyword Search Results

| Recalls | Investigations | Complaints | Manufacturer Communications |
|---------|----------------|------------|------------------------------|
| N/A | N/A | 139 Result(s) | N/A |

Below is a list of safety-related complaints received for this product. Complaints are entered into our complaint database and are used to determine if a safety-related defect trend exists.

Do you have a safety-related complaint? Let us know by going to our File a Safety Complaint page

**COMPLAINTS: Displaying 1 - 25 out of 139**

---

**Date Complaint Filed:** 06/16/2017
**Component(s):** VISIBILITY/WIPER
**Consumer Location:** MAPLETON, UT

**Date of Incident:** 06/13/2017
**NHTSA ID Number:** 10995587

**All Products Associated with this Complaint** ▼

**Details** ▲                                    0 Available Documents 

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL3AP8EC...

**SUMMARY:**
WHILE DRIVING APPROX 65 MPH, WAS STARTLED BY LARGE BOOMING CRASH FROM ROOF OF MY CAR. UPON PULLING OVER AND EXAMINING IT WAS APPARENT THAT THE SUNROOF HAD EXPLODED. THERE WAS NO EVIDENCE OF A ROCK OR OTHER OBJECT HITTING THE SUNROOF, AND NO OTHER AUTOMOBILE HAD BEEN IN CLOSE ENOUGH PROXIMITY TO FLIP UP A ROCK OR OTHER OBJECT. DEALER ACKNOWLEDGED THEY HAVE HAD A HANDFUL OF OTHER PEOPLE COME IN WITH UNEXPLAINED SHATTERING OF SUNROOFS.

---

**Date Complaint Filed:** 06/07/2017
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** CHAPEL HILL, NC

**Date of Incident:** 06/07/2017
**NHTSA ID Number:** 10993816

**All Products Associated with this Complaint** ▼

**Details** ▲                                    0 Available Documents

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AR2MM3DC...

**SUMMARY:**
WHILE DRIVING HOME TODAY WITH MY TWO YOUNG BOYS ON A RURAL, WOODED ROAD, MY SUNROOF SHATTERED. IT SOUNDED LIKE AN EXPLOSION. I WENT BACK TO THE SCENE WHERE I HEARD THE EXPLOSION TO LOOK FOR ROCKS AND/OR TREE LIMBS AND NOTHING WAS FOUND. THE VEHICLE HAS NO SIGNS OF ROCKS HITTING THE ROOF OR WINDSHIELD. IT APPEARS TO HAVE EXPLODED SPONTANEOUSLY.

---

**Date Complaint Filed:** 05/16/2017
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** Unknown

**Date of Incident:** 05/16/2017
**NHTSA ID Number:** 10985976

**All Products Associated with this Complaint** ▼

**Details** ▲                                    0 Available Documents

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1BA0NC8EN...

**SUMMARY:**
VEHICLE WAS ON THE INTERSTATE GOING SPEED LIMIT AT 60MPH. THERE WERE NO VEHICLES WITHIN THE VICINITY OF MY NISSAN ARMADA. SUDDENLY I HEARD A LOUD POP-SHATTER SOUND. ALMOST LIKE A GUN SHOT OR A VERY LOUD AND CLOSE THUNDER SOUND. I STARTED TO HEAR RATTLING AND I SLIGHTLY OPENED MY SUNROOF SHADE TO SEE SHATTERED GLASS. I CLOSED IT AND WENT DIRECTLY TO THE DEALERSHIP.

**Date Complaint Filed:** 05/04/2017
**Component(s):** STRUCTURE
**Consumer Location:** LAWRENCEVILLE, GA

**Date of Incident:** 04/06/2017
**NHTSA ID Number:** 10983606

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MU1EW...

**SUMMARY:**
WHILE TRAVELING AT APPROXIMATELY 70 MPH WESTBOUND ON HIGHWAY I-72/US 36 NEAR
HANNIBAL, MISSOURI, WE HEARD A LOUD AND SUDDEN EXPLOSION RESULTING IN A
CATASTROPHIC LOSS OF THE SUNROOF ON OUR SUV. AT THE TIME OF THE INCIDENT, THE
SUNROOF AND SUNSHADE WERE CLOSED. THE HIGHWAY WAS LIGHTLY TRAVELED AND THERE
WERE NO VEHICLES (CARS, TRUCKS, BUSES, ETC.) IN THE VICINITY. WE DID NOT PASS UNDER
ANY OVERPASSES. THERE WAS NOTHING IN THE AREA THAT WOULD HAVE GENERATED A
PROJECTILE THAT WOULD HIT A SUNROOF 5 1/2' ABOVE THE PAVEMENT. SIMPLY STATED, WE
WERE AN ISOLATED CAR ON A DESERTED STRETCH OF HIGHWAY. WEATHER CONDITIONS WERE
CLEAR AND SUNNY WITH LIGHT CLOUDS. THE TEMPERATURE WAS APPROXIMATELY 50 DEGREES
AT THE TIME OF THE INCIDENT.

---

**Date Complaint Filed:** 04/13/2017
**Component(s):** STRUCTURE
**Consumer Location:** FLINTSTONE, GA

**Date of Incident:** 04/11/2017
**NHTSA ID Number:** 10972198

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MWXCW...

**SUMMARY:**
I WAS DRIVING APPROXIMATELY 70 MILES PER HOUR ON THE HIGHWAY WHEN WE HEARD AN
EXPLOSION AND THEN SAW PIECES OF THE SUNROOF FLYING BACK BEHIND US. AFTER
STOPPING THE CAR, WE LOOKED AT THE SUNROOF TO DETERMINE IT HAD SHATTERED AND
BLOWN OFF. AFTER CONTACTING NISSAN CONSUMER AFFAIRS, WE WERE TOLD SINCE THE CAR
WAS OUT OF WARRANTY, THEY HAD NO INTENTION OF DOING ANYTHING ABOUT IT.

---

**Date Complaint Filed:** 04/10/2017
**Component(s):** STRUCTURE
**Consumer Location:** CENTENNIAL, CO

**Date of Incident:** 04/06/2017
**NHTSA ID Number:** 10971572

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL2AP8AC...

**SUMMARY:**
I WAS DRIVING ON AN OPEN STRETCH OF INTERSTATE WHEN MY SUNROOF SHATTERED. I WAS
NOT NEAR A BRIDGE AND THERE WAS NOT A VEHICLE IN FRONT OF ME FOR SOME DISTANCE.
THE SUNROOF WAS IN THE CLOSED POSITION AT THE TIME OF THE EVENT.

---

**Date Complaint Filed:** 03/27/2017
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** SEABROOK, NH

**Date of Incident:** 03/25/2017
**NHTSA ID Number:** 10968625

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL3AP9FC...

**SUMMARY:**
EXPLODING SUNROOF. WHILE TRAVELING ON THE HIGHWAY THE SUNROOF EXPLODED EMITTING
A LOUD NOISE AND RAINING GLASS SHARDS AND SPLINTERS INTO THE THE VEHICLE. THESE
SHARDS AND GLASS SPLINTERS COVERED THE DRIVER, AND VEHICLE OCCUPANTS IN THE
PASSENGER SEAT AND IN THE REAR SEAT OF THE VEHICLE. THE PERSON SITTING IN THE
PASSENGER SEAT HAD GLASS IN HER EYE AND HAIR. THE PASSENGER IN THE REAR SEAT HAD
GLASS SLIVERS IN HER HAIR AND ALL OVER HER CLOTHING. NOTE: THE PHOTOS SHOW THE
INTERIOR SHADE CLOSED. AT THE TIME OF THE EXPLOSION THE INTERIOR SHADE WAS OPEN
ALLOWING THE GLASS TO BLOW INTO THE CAR INTERIOR. NEW ENGLAND CABLE NEWS HAD A
"CONSUMER ALERT" SEGMENT ON EXPLODING SUNROOFS AIR DATE APRIL 12TH, 2016. IN THERE
SEGMENT THEY INDICATED THE NHTSA WAS INVESTIGATING KIA AND OTHER CAR
MANUFACTURES FOR SUNROOF DEFECTS. SAFETY GLASS "THE SAME MATERIAL USED IN AUTO
WINDSHIELDS" SHOULD BE USED IN ALL FUTURE SUNROOF DESIGNS. THIS WOULD PREVENT
GLASS FORM ENTERING THE VEHICLE IN THE EVENT OF A FAILURE/DEFECT.

---

**Date Complaint Filed:** 03/08/2017                              **Date of Incident:** 02/21/2017
**Component(s):** UNKNOWN OR OTHER                  **NHTSA ID Number:** 10959659
**Consumer Location:** BEND, OR

All Products Associated with this Complaint ⌄

Details ▲                                            0 Available Documents

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AF5MV9BT...

**SUMMARY:**
WHILE DRIVING ON THE HIGHWAY THE SUNROOF ON MY 2011 NISSAN JUKE EXPLODED. IT
SOUNDED LIKE SOMEONE HAD SHORT MY CAR. THANKFULLY THE SHADE WAS CLOSED OR THE
GLASS WOUND HAVE FALLEN DOWN WHILE DRIVING, CAUSING AN INJURY OR POSSIBLE CRASH.
THE EXTREME NOISE ITSELF WAS VERY SCARY AND COULD HAVE RESULTED IN A CRASH DUE TO
BEING SO STARTLED.

---

**Date Complaint Filed:** 02/28/2017                              **Date of Incident:** 02/19/2017
**Component(s):** UNKNOWN OR OTHER                  **NHTSA ID Number:** 10957602
**Consumer Location:** PHOENIX, AZ

All Products Associated with this Complaint ⌄

Details ▲                                            0 Available Documents

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MW4BW...

**SUMMARY:**
WHILE DRIVING ON THE 202 W FREEWAY DIAMOND LANE ON SUNDAY FEB. 19 2017 A LOUD NOISE
SOUNDING LIKE A GUN SHOT IN THE VEHICLE SCARED THE HELL OUT OF ME MY WIFE AND SON.
THERE WERE NO CARS IN DIRECTLY IN FRONT OF US OR BEHIND OR ON THE SIDE. NOTHING HIT
THE CAR. THE SUNROOF EXPLODED. LUCKY NO-ONE WAS BEHIND US SO THE EXPLODING GLASS
DID NOT HIT ANOTHER VEHICLE. CALL NISSAN THE NEXT MORNING THEY TOLD ME TO HAVE THE
CAR TOED INTO AUTONATION NISSAN TEMPE . AFTER 2 DAYS I CALL TO FIND OUT WHEN THE
AUTO WOULD BE REPAIRED AND THEY TOLD ME TO COME AND GET THE CAR BECAUSE THEY
WERE NOT GOING TO REPAIR IT . I THEN BROUGHT IT TO A AUTO GLASS REPAIR SHOP AND THEY
REPAIRED THE CAR. NISSAN CORPORATION CALLED ME AND ASKED ME QUESTIONS BUT WOULD
NOT ANSWER ANY OF MY QUESTIONS AND DID NOTHING TO REPAIR THERE FAULTY SUNROOF
GLASS.

---

**Date Complaint Filed:** 02/27/2017                              **Date of Incident:** 02/15/2017
**Component(s):** STRUCTURE                                  **NHTSA ID Number:** 10957271
**Consumer Location:** LELAND, NC

All Products Associated with this Complaint ⌄

Details ▲                                            0 Available Documents 

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL3AP8DN...

**SUMMARY:**
I HAD JUST CHECKED THE OIL AND WHAT TYPE OF OIL TO BUY FOR THE CAR, AND EN ROUTE AT A SPEED OF 55, THE HOOD FLEW UP WHILE ACCELERATING TO THE POSTED LIMIT - SHATTERING THE SUNROOF, CRACKING THE WINDSHIELD, WARPING THE FRONT LEFT AND RIGHT QUARTER PANELS NEAR THE WINDSHIELD, AND DENTING THE HOOD AND ROOF. IT ALSO DISLODGED THE SUNROOF MOTOR AND PULLED PART OF THE ROOF LIGHTING CONSOLE WIRING HARNESS APART. I WAS NOT MADE AWARE OF A RECALL BY NISSAN IN EITHER OF THE TWO CAMPAIGNS ON THE HOOD LATCH ISSUE - ONLY BY THE INSURANCE INVESTIGATOR AFTER MY CLAIM.

---

**Date Complaint Filed:** 02/22/2017
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** OCALA, FL

**Date of Incident:** 01/24/2017
**NHTSA ID Number:** 10956338

All Products Associated with this Complaint ▾

Details ▲                                                                 0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA6APXGC...

**SUMMARY:**
WHILE MY WIFE WAS DRIVING THE VEHICLE ON INTERSTATE 10 HATING WEST TOWARDS TEXAS ON VACATION THE SUNROOF EXPLODED. I FEEL THIS EXTREMELY DANGEROUS AND UNSAFE THAT TEMPERED GLASS IS BEING USED FOR A SUNROOF ABOVE A DRIVER AND NOT LAMINATED GLASS.

---

**Date Complaint Filed:** 02/20/2017
**Component(s):** VISIBILITY/WIPER
**Consumer Location:** JACKSONVILLE, FL

**Date of Incident:** 02/20/2017
**NHTSA ID Number:** 10955674

All Products Associated with this Complaint ▾

Details ▲                                                                 0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
THE SUNROOF BLEW UP FROM THE INSIDE OUT WHILE DRIVING AT 80 MPH. GLASS FLEW TO THE VEHICLE THAT WAS FOLLOWING MINE. THIS INCIDENT OCCURRED WHILE TRAVELING ON COLUMBIA, SC. HIGHWAY 26.

---

**Date Complaint Filed:** 02/19/2017
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** Unknown

**Date of Incident:** 02/17/2017
**NHTSA ID Number:** 10955485

All Products Associated with this Complaint ▾

Details ▲                                                                 0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
DRIVING DOWN THE ROAD IN OUR COMMUNITY ALL OF A SUDDEN A LARGE BANG AND OUR SUNROOF EXPLODED.

---

**Date Complaint Filed:** 02/09/2017
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** HOOVER, AL

**Date of Incident:** 02/07/2017
**NHTSA ID Number:** 10953711

All Products Associated with this Complaint ▾

Details ▲                                                                 0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**

PANORAMIC SUNROOF EXPLOSION. I WAS DRIVING ON INTERSTATE AND HEARD A LOUD BANG SOUNDED LIKE A SHOT GUN WHICH SCARED THE CRAP OUT OF ME. MY SUNROOF EXPLODED AND THE GLASS STARTED FALLING IN MY CAR AFTER SUNROOF STARTED TO CAVE IN.

---

**Date Complaint Filed:** 02/01/2017
**Component(s):** STRUCTURE , UNKNOWN OR OTHER
**Consumer Location:** PLEASANT VIEW, TN

**Date of Incident:** 02/01/2017
**NHTSA ID Number:** 10948857

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents    ❓

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**

THE SUNROOF ON MY VEHICLE EXPLODED.THE ROOF WAS CLOSED AND AS I WAS DRIVING DOWN THE ROAD I HEARD THE EXPLOSION. THE SOUND WAS DEFINING AND SOUNDED LIKE A BOMB OR GUN HAD DISCHARGED. WHEN I PULLED OVER TO LOOK THE GLASS WAS POINTING UPWARD LIKE A LARGE FORCE HAD BLOWN IT OUT. IF THE SHADE HAD NOT BEEN CLOSED I WOULD HAVE HAD SIGNIFICANT DAMAGE TO MY HEAD AND FACE.

---

**Date Complaint Filed:** 01/31/2017
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** ROMAN FOREST, TX

**Date of Incident:** 01/06/2017
**NHTSA ID Number:** 10948682

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents    ❓

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MU1CW...

**SUMMARY:**

"TAKATA RECALL" ON JANUARY 6, 2017 I WAS ON MY WAY HOME FROM WORK GOING 59 NORTH JUST A LITTLE PASS 6 PM. WHEN ALL OF A SUDDEN I HEAR A BIG LOUD BOOM AS I MAKE MY WAY TO THE RIGHT LANE I NOTICE THAT MY SUNROOF IS MAKE A LOUD SOUND. I DIDN'T WANT TO PULL OVER SINCE I'M ALONE AND IT'S DARK. I MADE IT HOME AND I GET OUT OF THE SUV AND THAT'S WHEN I SAW MY FRONT SUNROOF GLASS IS BUSTED. THE NEXT DAY I CALL THE DEALER AND EXPLAINED WHAT HAPPENED SAID THEY CAN REPLACE IT SO I MAKE MY WAY IN JUST TO BE TOLD THEY CAN'T NOT BECAUSE IT LOOKED LIKE A ROCK HIT IT. AS I EXPLAIN TO THEM THAT I WAS ON THE FREEWAY WITH NO VEHICLE AROUND ME I TOLD THEM HOW IS THAT POSSIBLE. THEY TOLD ME SORRY BUT THAT I'M RESPONSIBLE FOR THE REPAIR OF MY SUNROOF. I HAD TO WAIT FOR MONDAY TO COME SO I CAN GET IT FIX. ATTACH ARE SOME PICTURES OF THE SUNROOF.

---

**Date Complaint Filed:** 01/20/2017
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** OZARK, AL

**Date of Incident:** 01/19/2017
**NHTSA ID Number:** 10946765

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents    ❓

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA5AP6CC...

**SUMMARY:**

I WAS DRIVING DOWN 231 HIGHWAY SOUTH WHEN MY SUNROOF EXPLODED FROM INSIDE OUT GLASS WENT EVERYWHERE.

---

**Date Complaint Filed:** 01/20/2017
**Component(s):** VISIBILITY/WIPER

**Date of Incident:** 10/06/2016
**NHTSA ID Number:** 10946571

**Consumer Location:** HUMBLE, TX

All Products Associated with this Complaint ▼

Details ▲                                           0 Available Documents  

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL3AP2DN...

**SUMMARY:**
I HAVE A 2013 NISSAN ALTIMA AND THE SUNROOF EXPLODED! AS I WAS PARKING AT A LOCAL
GROCERY STORE I HEARD A LOUD BOOM. IT SOUNDED LIKE A GUNSHOT / OR AN IMPACT TO MY
CAR. I STAYED IN THE VEHICLE THINKING SOMEONE SHOT AT ME. NO ONE IN THE PARKING LOT
SEEMED TO HAVE HEARD ANYTHING. I GET OUT OF THE CAR AND AT FIRST DIDN'T NOTICE. I ONLY
LOOKED AT THE TIRES AND BODY TO SEE WHAT HIT IT. I GET BACK IN THE CAR AND HEAR
CRACKING. I OPEN THE SHADE AND BITS OF GLASS FELL. I WAS LIKE WOW. HOW DID THIS
HAPPEN. THERE IS NO IMPACT SPOT NOR CRATER. NOTHING TO SHOW IF IT WAS SHATTERED BY
A ROCK OR ANYTHING. I LOOKED ALL AROUND THE GROUND. I KIND OF THOUGHT MAYBE A BIRD
FELL. BUT NOTHING. ROBBINS NISSAN DID NOTHING TO HELP. ALL THEY SAID WAS AFTER OTHER
COMPLAINTS AND INVESTIGATIONS THEY CONCLUDED THAT THE SUNROOF O MY SHATTERS ON
IMPACT. WELL HOW CAN THIS BE IF I WAS IN A PARKING LOT. ALSO THE TEMPERATURE THAT DAY
DIDN'T GET ABOVE 90 DEGREES. IT WAS NOT A REALLY HOT DAY HERE IN HOUSTON. I'M NOT
SURE WHAT TO DO. IT'S TOO EXPENSIVE TO REPLACE. I HAD TO DRIVE HOME AND WHEN I DID
THE CENTER PIECE FLEW OUT :( I HAVE IT TAPED UP! IT'S BEEN 3 MONTHS. I JUST DON'T BELIEVE
I SHOULD PAY FOR A REPAIR THAT WAS A MANUFACTURING DEFECT.

---

**Date Complaint Filed:** 01/16/2017                         **Date of Incident:** 01/13/2017
**Component(s):** STRUCTURE                                  **NHTSA ID Number:** 10945536
**Consumer Location:** OKLAHOMA CITY, OK

All Products Associated with this Complaint ▼

Details ▲                                           0 Available Documents  

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MU2CW...

**SUMMARY:**
WHILE DRIVING, MY MURANO 2012 SUNROOF EXPLODED WITHOUT ANY REASON. IT WAS A LOUD
NOISE AND DID NOT KNEW WHAT HAPPENED. AFTER PULLING OVER I SAW THAT SUNROOF
EXPLODED UPWARDS. THANK GOD THAT MY SUNROOF WAS CLOSED. SO ALL THE SHARDS DID
NOT ENTERED THE VEHICLE AND WAS SAFE BUT SCARED OF THIS TYPE OF EXPLOSION.

---

**Date Complaint Filed:** 01/12/2017                         **Date of Incident:** 01/11/2017
**Component(s):** UNKNOWN OR OTHER                           **NHTSA ID Number:** 10944533
**Consumer Location:** BARNEGAT, NJ

All Products Associated with this Complaint ▼

Details ▲                                           0 Available Documents  

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AT2MV0GC...

**SUMMARY:**
WHILE DRIVING HOME ON A PARKWAY WITH NO ONE NEAR ME IN ANY DIRECTION, MY SUNROOF
SPONTANEOUSLY EXPLODED. FORTUNATELY THE INNER COVER WAS CLOSED AND NO DEBRIS
FELL ON ME, BUT SCARED THE LIVING DAYLIGHTS OUT OF ME. I HAVE FILED A CLAIM WITH MY
INSURANCE COMPANY BUT AFTER DOING INTERNET RESEARCH, I FEEL THIS IS A
MANUFACTURING FLAW.

---

**Date Complaint Filed:** 01/08/2017                         **Date of Incident:** 01/08/2017
**Component(s):** UNKNOWN OR OTHER                           **NHTSA ID Number:** 10943725
**Consumer Location:** KERNERSVILLE, NC

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
EXPLODING SUNROOF. IT HAD BEEN SNOWING IN CENTRAL NORTH CAROLINA. I PARKED MY CAR ON SATURDAY AFTERNOON AT MY APARTMENT ON A SIDE LOT, AWAY FROM OTHER CARS AND THERE WERE NO TREES OR FALLING DEBRIS. ON SUNDAY EVENING I ENTER MY CAR, CLOSE THE DRIVER'S SIDE DOOR AND THE SUN ROOF EXPLODES.

---

**Date Complaint Filed:** 12/28/2016
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** LONGWOOD, FL

**Date of Incident:** 12/28/2016
**NHTSA ID Number:** 10938380

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4BL21E38C...

**SUMMARY:**
WHILE DRIVING MY VEHICLE ON A HIGHWAY AT ABOUT 60 MPH THE SUNROOF EXPLODED. SHATTERED GLASS FLEW ALL OVER THE INTERIOR OF THE VEHICLE. IT WAS ABOUT 9PM. THE ROAD WAS SMOOTH AND ONLY ONE OTHER CAR WAS RIDING ABOUT 100 FEET BEHIND ME. THERE WERE ABSOLUTELY NO OVERPASSES.

---

**Date Complaint Filed:** 12/01/2016
**Component(s):** VISIBILITY
**Consumer Location:** NORTH ARLINGTON, NJ

**Date of Incident:** 12/07/2015
**NHTSA ID Number:** 10929496

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AS5MV8AW...

**SUMMARY:**
THE SUNROOF OF MY CAR (WHILE I WAS DRIVING) EXPLODED! FORTUNATELY THE INSIDE PANEL WAS CLOSED. I IMAGINED SOMETHING HIT THE SUNROOF, BUT THERE WAS NOTHING INSIDE THE WELL. JUST RECENTLY I WATCHED A NEWS PROGRAM THAT SHOWED THAT MANY SUNROOFS ARE EXPLODING DUE TO FLAWS IN THE GLASS. THE COST OF THE REPAIR WAS UNDER MY DEDUCTIBLE, COSTING ME $303.35 TO REPLACE. I WAS DRIVING ON RT. 7 "BELLEVILLE TURNPIKE" KEARNY, NEW JERSEY. NOTHING WAS NEAR ME AT THE TIME - IT SOUNDED LIKE I HAD BEEN SHOT AT! I HAD THE REPAIR DONE AT LIDO AUTO BODY IN BELLEVILLE, N.J. IT TOOK THREE DAYS TO COMPLETE THE REPAIR, I HAD TO RENT A CAR (ENTERPRISE) TO GO TO WORK COSTING ME $124.74. I HAVE PHOTOS AND INVOICES, BUT I DO NOT KNOW HOW TO FACILITATE A DOWNLOAD IF I AM PROVIDED A FAX NUMBER, I WILL GLADLY PROVIDE WHATEVER DOCUMENTATION REQUIRED. *TR

---

**Date Complaint Filed:** 11/22/2016
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** LAUREL, MD

**Date of Incident:** 11/22/2016
**NHTSA ID Number:** 10927522

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL3AP8DC...

**SUMMARY:**
I WAS DRIVING ON HIGHWAY AT ABOUT 60MPH ON RT 95 IN MARYLAND AND MY SUNROOF EXPLODED AND GLASS FELL ALL AROUND ME. THE GLASS THAT WAS LEFT WAS RAISED UP, SUGGESTING THAT THE CAUSE OF THE SHATTER WAS FROM SOMETHING OTHER THAN AN ITEM FALLING ONTO THE SUNROOF FROM THE OUTSIDE.

**Date Complaint Filed:** 11/16/2016          **Date of Incident:** 11/16/2016

**Component(s):** UNKNOWN OR OTHER          **NHTSA ID Number:** 10926518

**Consumer Location:** Unknown

All Products Associated with this Complaint ▼

Details ▲                                                        0 Available Documents          ?

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** JN8AZ1MW8CW...

**SUMMARY:**

I WAS DRIVING ALONG I-44 EAST BOUND, AND SUDDENLY I HEARD A LOUD BANG. THOUGHT IT
WAS MY TIRE, BUT ON GETTING OUT OF THE CAR AND CHECKING I FOUND MY SUNROOF HAD
EXPLODED AND THERE WAS A GAPING HOLE IN THE MIDDLE.

# Search Results

## Keyword Search Results

| Recalls | Investigations | Complaints | Manufacturer Communications |
|---------|----------------|------------|------------------------------|
| N/A | N/A | 139 Result(s) | N/A |

Below is a list of safety-related complaints received for this product. Complaints are entered into our complaint database and are used to determine if a safety-related defect trend exists.

Do you have a safety-related complaint? Let us know by going to our <u>File a Safety Complaint</u> page

COMPLAINTS: Displaying 26 - 50 out of 139

**Date Complaint Filed:** 11/07/2016
**Component(s):** STRUCTURE
**Consumer Location:** Unknown

**Date of Incident:** 10/18/2016
**NHTSA ID Number:** 10924701

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents  ?

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL2APOBN...

**SUMMARY:**
I WAS DRIVING DOWN THE STREET AT A RATE OF 50 MPH AND MY SUNROOF EXPLODED.

---

**Date Complaint Filed:** 10/26/2016
**Component(s):** VISIBILITY
**Consumer Location:** IRVING, TX

**Date of Incident:** 09/21/2016
**NHTSA ID Number:** 10919166

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents  ?

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL2AP4CN...

**SUMMARY:**
WHEN I WAS DRIVING MY NISSAN ALTIMA 2012 CAR ON I-635 IN DALLAS AT 2 PM CST AT AROUND
65 MPH SPEED, I HEARD HUGE EXPLOSION SOUND ON TOP OF MY HEAD. I TURNED ON THE
HAZARD LIGHT AND SLOWED DOWN THE CAR AND PULLED OVER TO A SHOULDER AND CHECKED
THE CAR. SUNROOF GLASS WAS EXPLODED AND I HAVE SEEN A 4 INCH DIAMETER HOLE AND
SCATTER GLASS PIECES; REST OF THE GLASS WAS ALSO BROKEN/CRACKED. THERE WAS NO
VEHICLE AT THE TIME THE INCIDENT OCCURRED AND IT WAS NOT DUE TO THE EXTERNAL
FORCES, IT WAS DUE TO INTERNAL PRESSURE BETWEEN THE GLASS AND VISOR. I WAS SO
SCARED WHEN THE GLASS EXPLODED BUT LUCKILY ESCAPED FROM THE BODILY INJURIES. THE
SUNROOF GLASS ON THE NISSAN ALTIMA 2012 IS FOR SURE DEFECTIVE PRODUCT. PLEASE
INVESTIGATE AND SAVE THE LIVES OF THE DRIVERS. I'M NOT EXPECTING ANY FINANCIAL
COMPENSATION FROM NISSAN OR ANYBODY. I DON'T WANT THIS TO HAPPEN TO ANYBODY
PLEASE INVESTIGATE AND SAVE DRIVERS. *TR

---

**Date Complaint Filed:** 10/19/2016
**Component(s):** VISIBILITY , VISIBILITY/WIPER
**Consumer Location:** HIGHLANDS RANCH, CO

**Date of Incident:** 10/11/2016
**NHTSA ID Number:** 10917415

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents  ?

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MW5CW...

**SUMMARY:**
THE SUNROOF OF MY 2012 NISSAN MURANO EXPLODED WHILE DRIVING APPROXIMATELY 65 MPH
ON A HIGHWAY. I WAS IN AN ISOLATED POCKET OF TRAFFIC WITH NO OTHER VEHICLE NEARBY. I
HEARD THE EXPLOSION, THEN A LOUD SOUND OF WIND AS THE SUNROOF WAS GONE AND THE
WIND BLOWING THROUGH THE COVER. SOME GLASS CAME THROUGH THE EDGES OF THE

COVER. I SAW CHUNKS OF GLASS BLOWING BEHIND ME IN THE REARVIEW MIRROR. NISSAN TRIED TO CLAIM THE DAMAGE WAS CAUSED BY A ROCK. THE LOCAL DEALERSHIP SAID IT WAS EVIDENT THERE WAS AN OUTWARD EXPLOSION OF THE CLASS CAUSED BY PRESSURE. YOU CAN SEE WHERE THE EXPLOSION PUSHED THE BROKEN GLASS OUTWARD. *TR

---

**Date Complaint Filed:** 10/07/2016          **Date of Incident:** 07/20/2016
**Component(s)** UNKNOWN OR OTHER             **NHTSA ID Number:** 10914504
**Consumer Location:** FORT COLLINS, CO

All Products Associated with this Complaint ▼

Details ▲                                                          0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA5AP4EC...

**SUMMARY:**
2014 NISSAN MAXIMA WITH 43000 MILES. SUNROOF EXPLODED TWICE WHILE DRIVING ON THE FREEWAY AT 70 MPH. ALMOST EXACT SAME OF HOLE LEFT IN ROOF. ONCE ON JULY 20TH 2016 AND ONCE ON AUGUST 15 2016 AFTER BEING REPLACED WITH OEM PARTS. DANGER TO MY CHILDREN IN THE CAR AND OTHERS ON THE ROAD. NISSAN REFUSED TO DO ANYTHING AFTER CALLING IN AND SPEAKING WITH THE COMPLIANT DEPARTMENT. I HAVE SINCE REPAIRED IT A SECOND TIME AND RETURNED IT TO THE DEALERSHIP - I DO NOT FEEL SAFE DRIVING THE VEHICLE.

---

**Date Complaint Filed:** 10/04/2016          **Date of Incident:** 08/04/2016
**Component(s)** UNKNOWN OR OTHER             **NHTSA ID Number:** 10913846
**Consumer Location:** SLEEPY HOLLOW, NY

All Products Associated with this Complaint ▼

Details ▲                                                          0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
STARTED TO DRIVE MY 2014 NISSAN MURANO WHEN A HEARD A HUGE WHOOSING NOISE AND A HUGE RUSH OF AIR. I THEN SAY PIECES OF MY SUNROOF COMING OFF THE BACK OF MY CAR, ALTHOUGH THERE WERE NO OTHER VEHICLES ON MY SIDE OR IN FRONT OR BACK. OPENED SHADE TO SUNROOF AND FOUND THAT GLASS HAD EXPLODED UPWARD AND SHATTERED. CLOSED SHADE AND IMMEDIATELY BROUGHT CAR TO NISSAN DEALERSHIP. DEALERSHIP STILL HAS VEHICLE.

---

**Date Complaint Filed:** 10/03/2016          **Date of Incident:** 12/07/2015
**Component(s)** UNKNOWN OR OTHER             **NHTSA ID Number:** 10913565
**Consumer Location:** NORTH ARLINGTON, NJ

All Products Associated with this Complaint ▼

Details ▲                                                          0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AS5MV8AW...

**SUMMARY:**
ON 12/7/15 I HONESTLY THOUGHT SOMEONE SHOT AT MY CAR! DRIVING ON ROUTE 7 IN KEARNY, N.J., NO OTHER VEHICLES NEAR MINE. I HAD THE INTERIOR SHADE CLOSED, BUT COULD HEAR PIECES OF GLASS BREAKING AND REALIZED IT WAS MY SUNROOF THAT WAS COMING APART. I CALLED INSURANCE AND THEY ASKED IF I HAD DRIVEN UNDER AN OVERPASS, NO MENTION OF EXPLOSION. I PAID TO HAVE THE SUNROOF REPLACED AT LIDO AUTO BODY IN BELLEVILLE COSTING ME $303.35. HAVE PHOTOS AND INVOICE, I AM 68 AND DO NOT POSSESS THE TECHNOLOGY OR KNOWHOW TO "UPLOAD" THESE BUT WILL HAPPILY MAIL THESE.

---

**Date Complaint Filed:** 09/08/2016          **Date of Incident:** 09/03/2016
**Component(s)** UNKNOWN OR OTHER             **NHTSA ID Number:** 10904604

**Consumer Location:** HARPERS FERRY, WV

All Products Associated with this Complaint ▾

Details ▲           0 Available Documents ⑦

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AT2MVOEC...

**SUMMARY:**
SUNROOF EXPLODES, SHATTERS

---

**Date Complaint Filed:** 08/27/2016                              **Date of Incident:** 08/27/2016
**Component(s):** VISIBILITY/WIPER                         **NHTSA ID Number:** 10901989
**Consumer Location:** FREDERICKSBURG, VA

All Products Associated with this Complaint ▾

Details ▲           0 Available Documents ⑦

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
PANORAMIC SUNROOF EXPLODED OUTWARD FROM THE VEHICLE WHILE DRIVING STRAIGHT AT
APPROXIMATELY 50 MPH ON A STATE HIGHWAY. IF THE SUNSHADE HAD NOT BEEN CLOSED, ALL
OF THE PASSENGERS WOULD HAVE BEEN COVERED IN BROKEN GLASS.

---

**Date Complaint Filed:** 08/05/2016                              **Date of Incident:** 07/21/2016
**Component(s):** VISIBILITY/WIPER                         **NHTSA ID Number:** 10893526
**Consumer Location:** LEXINGTON, SC

All Products Associated with this Complaint ▾

Details ▲           0 Available Documents ⑦

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AZ2MG0GN...

**SUMMARY:**
SUNROOF EXPLODED WHILE DRIVING. NO OBJECTS FELL ONTO THE CAR. WE HAD NO IDEA WHAT
THE LOUD BANG/EXPLODING SOUND WAS UNTIL WE WERE ABLE TO SAFELY PULL OFF THE ROAD
AND EVALUATE. THE HOLE WAS NOT INWARD, LIKE SOMETHING FELL INTO IT, BUT THE GLASS
WAS PUSHED UPWARDS. WE WERE ON A 4-LANE STRAIGHTAWAY GOING MAYBE 35 OR 40 MPH
AND NOT UNDER ANY BRIDGES, TREES, ETC. NO VEHICLES AROUND US, ETC. IT WAS ABOUT
8:30PM IN JULY IN SOUTH CAROLINA. THE NOISE WAS VERY LOUD AND VERY STARTLING!

---

**Date Complaint Filed:** 08/04/2016                              **Date of Incident:** 05/16/2016
**Component(s):** STRUCTURE , UNKNOWN OR OTHER          **NHTSA ID Number:** 10893159
**Consumer Location:** ANN ARBOR, MI

All Products Associated with this Complaint ▾

Details ▲           0 Available Documents ⑦

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL2AP7CC...

**SUMMARY:**
LEAKING SUNROOF. WHEN WE GET A HEAVY RAIN, WATER LEAKS THROUGH THE SUNROOF ON
THE PASSENGER SIDE.

---

**Date Complaint Filed:** 07/23/2016                              **Date of Incident:** 07/08/2016
**Component(s):** STRUCTURE                                **NHTSA ID Number:** 10887973
**Consumer Location:** SUMMERVILLE, SC

Details ▲                                                    0 Available Documents  ❓

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4BL3AP8FC...

**SUMMARY:**
WHILE DRIVING ON INTERSATE HIGHWAY I77 IN JULY 2016 WITH AN OUTSIDE AIR TEMPERATURE
OF ~100F THE SUNROOF EXPLODED / SHATTERED FOR NO APPARENT REASON. THE INSIDE
SLIDING PANEL WAS CLOSED SO NO PASSENGERS WERE AFFECTED BY FLYING GLASS.

---

**Date Complaint Filed:** 06/22/2016                          **Date of Incident:** 06/21/2016
**Component(s):** UNKNOWN OR OTHER                            **NHTSA ID Number:** 10875763
**Consumer Location:** VIRGINIA BEACH, VA
All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents  ❓

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AT2MV4FC...

**SUMMARY:**
2015 NISSAN ROGUE PARKED IN MY GARAGE. I WAS IN DRIVEWAY HEARD LOUD NOISE LIKE
GUNSHOT. LOOKED A MY CAR AND SAW THAT FRONT PANORAMIC SUNROOF HAD SHATTERED
INTO LITTLE PIECES OF GLASS . THANK GOD I WAS NOT DRIVING AT TIME.

---

**Date Complaint Filed:** 06/15/2016                          **Date of Incident:** 06/13/2016
**Component(s):** EQUIPMENT                                   **NHTSA ID Number:** 10874398
**Consumer Location:** ALBANY, GA
All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents  ❓

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
I WAS IN ATLANTA, GA DRIVING DOWN UNION CITY ROAD WHEN I HEARD A LOUD EXPLOSION. I
HEARD GLASS BREAK AND LOOKED TO SEE IF MY BACK WINDSHIELD WAS BROKEN. I PULLED
OVER ONTO A SIDE STREET AND GOT OUT OF THE CAR AND REALIZED THAT MY SUNROOF
EXPLODED. THERE WAS NOT ANOTHER CAR NOR TRUCK NEAR ME BEFORE THE EXPLOSION SO IT
WAS NOT A ROCK. THE CLOTH DIVIDER BETWEEN THE INSIDE OF THE CAR AND THE GLASS WAS
NOT DAMAGED NOR WAS A ROCK OR BULLET FOUND. I CALLED MY SISTER AND SHE TOLD ME
THERE WAS A DEALER UP THE STREET AND TO GO THERE. THEY TOLD ME THEY COULD NOT
REPAIR IT AND GAVE TOLD BE THAT ALBA GLASS REPAIR COULD HELP ME. I KEPT GETTING THE
RUN AROUND SO I CALLED FIVE STAR NISSAN, IN ALBANY, GA, WHERE I PURCHASED THE CAR.
THEY TOLD ME THAT WAS NOT PART OF THE WARRANTY AND I HAD TO CALL THE INSURANCE
COMPANY WHICH I DID. NO ONE COULD EXPLAIN THE EXPLOSION. I CHECKED ONLINE AND THIS
PROBLEM HAS OCCURRED REPEATEDLY WITH SEVERAL MODELS OF NISSAN.

---

**Date Complaint Filed:** 05/24/2016                          **Date of Incident:** 05/19/2016
**Component(s):** UNKNOWN OR OTHER                            **NHTSA ID Number:** 10870531
**Consumer Location:** DAMERON, MD
All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents  ❓

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA5AP2EC...

**SUMMARY:**
I WAS SITTING IN MY CAR IN MY DRIVEWAY WHEN SUDDENLY MY SUNROOF EXPLODED. THE
SUNROOF GLASS WAS CLOSED BUT THE ROOF WAS OPEN. MOST OF THE GLASS ENDED UP
OUTSIDE THE CAR. IT WAS LIKE IT EXPLODED FROM THE INSIDE OUT. THE GLASS ON THE EDGES
WAS BENT UPWARDS. IT WAS LIGHTLY RAINING AND THE TEMPERATURE WAS APPROXIMATELY

60 DEGREES. THANKFULLY I WASN'T DRIVING BECAUSE THIS COULD HAVE CAUSED A SERIOUS
ACCIDENT. I HAVE CONTACTED NISSAN CONSUMER AFFAIRS AND THEY CLAIM THEY HAVE NOT
HEARD OF THIS HAPPENING BEFORE. THE INTERNET SAYS OTHERWISE.....

---

**Date Complaint Filed:** 05/20/2016
**Component(s):** VISIBILITY
**Consumer Location:** OLIVE BRANCH, MS

**Date of Incident:** 05/17/2016
**NHTSA ID Number:** 10869976

All Products Associated with this Complaint ▾

Details ▲

1 Available Document ▾ ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AZ2MG4FN...

**SUMMARY:**
TL* THE CONTACT OWNS A 2015 NISSAN MURANO. THE CONTACT STATED THE SUNROOF
EXPLODED. NISSSAN REPLACED AT NO EXPENSE TO THE CONTACT. UPDATED 07/13/16*LJ

---

**Date Complaint Filed:** 05/09/2016
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** WATERTOWN, TN

**Date of Incident:** 05/06/2016
**NHTSA ID Number:** 10864022

All Products Associated with this Complaint ▾

Details ▲

0 Available Documents ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 3N1AB7APXDL...

**SUMMARY:**
I WAS DRIVING ON THE INTERSTATE ON MAY 6, 2016 AT THE SPEED LIMIT (70 MPH) WHEN I HEARD
A LOUD EXPLOSION THAT WOULD COMPARE TO A SHOTGUN BLAST. THERE WERE NO OTHER
VEHICLES ON THE ROAD AHEAD OF ME LESS THAN 1/8 MILE. I PULLED OVER TO THE SIDE OF THE
EXPRESSWAY TO INSPECT MY CAR. THE GLASS IN THE SUNROOF APPEARED TO HAVE
EXPLODED. THERE WAS NO OTHER APPARENT DAMAGE. I TOOK MY CAR TO THE DEALERSHIP
AND AFTER INSPECTION, THEY SAID THEY COULD NOT DETERMINE WHAT CAUSED THE DAMAGE
AND THAT MY WARRANTY HAD EXPIRED, THEREFORE, THERE WAS NOTHING THEY COULD DO.
THIS CAUSED NO ACCIDENT OR INJURIES. MY INSIDE SUNROOF COVER WAS IN THE CLOSED
POSITION.

---

**Date Complaint Filed:** 05/07/2016
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** JACKSON, MS

**Date of Incident:** 05/06/2016
**NHTSA ID Number:** 10863699

All Products Associated with this Complaint ▾

Details ▲

0 Available Documents ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 1    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA6AP5GC...

**SUMMARY:**
I JUST MERGED ONTO THE HIGHWAY GOING I-55 SOUTH FROM COUNTYLINE RD, WHEN I HEARD A
VERY LOUD NOISE SIMILAR TO A GUN SHOT IN CLOSE RANGE AND WAS LITERALLY FRIGHTENING.
THEN I HEARD AIR SEEPING THROUGH MY SUNROOF AREA SO I PULLED OVER ON THE SIDE OF
THE HIGHWAY BECAUSE I STARTED TO SHAKE UNCONTROLLABLELY AND I HAD MY 7 MONTH OLD
IN THE CAR AS WELL. I WAS ABLE TO LOOK ON TOP OF THE CAR AND SAW THAT THE FRONT
SUNROOF WAS SHATTERED. I IMMEDIATELY TOOK THE VEHICLE TO GRAY DANIELS NISSAN
NORTH IN JACKSON, MS. THEY TOLD ME THAT THIS WILL HAVE TO FALL UNDER MY INSURANCE
BUT I DON'T UNDERSTAND WHY. THIS IS A DEFECT ON HOW THIS MODEL CAR HANDLES
PRESSURE CAUSING THE SUNROOF TO EXPLODE! MY EARS AND HEAD ARE ACHING DUE TO THE
EXPLOSIVE SOUND.

---

**Date Complaint Filed:** 04/26/2016
**Component(s):** UNKNOWN OR OTHER

**Date of Incident:** 04/22/2016
**NHTSA ID Number:** 10861458

**Consumer Location:** LUTHERVILLE, MD

All Products Associated with this Complaint ▾

Details ▲      0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA5AP3CC...

**SUMMARY:**
THE SUNROOF EXPLODED SPONTANEOUSLY. I WAS SITTING IN EVENING RUSH HOUR TRAFFIC, AT AN ALMOST STAND STILL. THE INSIDE ROOF PANEL/COVER WAS PULLED BACK, BUT THE SUNROOF ITSELF WAS NOT OPENED. I HAD TURNED THE A/C ON AND OFF A FEW TIMES BECAUSE ALTHOUGH IT WASN'T VERY HOT OUTSIDE (UPPER 70S), I WAS MAKING A BUSINESS CALL OVER THE CAR'S BLUETOOTH SYSTEM, AND HAD ROLLED THE WINDOWS UP IN ORDER TO HEAR THE CALL CLEARLY. AFTER THE CAR GOT COLD, I TURNED THE AIR OFF. BEFORE I COULD OPEN THE WINDOWS, SO THE CAR COULD WARM BACK UP INSIDE, THERE WAS A LARGE "BOOM" AND SUBSEQUENTLY GLASS FROM THE SUNROOF BEGAN FALLING DOWN INTO THE CENTER CONSOLE.

---

**Date Complaint Filed:** 04/08/2016      **Date of Incident:** 02/16/2016
**Component(s):** VISIBILITY/WIPER      **NHTSA ID Number:** 10854479
**Consumer Location:** ROSWELL, GA

All Products Associated with this Complaint ▾

Details ▲      0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AR2MN9FC...

**SUMMARY:**
WHILE DRIVING THE VEHICLE ON FEBRUARY 16, 2016, TRAVELING SOUTH WEST A STATE ROAD, AT APPROXIMATELY 40 MPH, THE SUNROOF SHATTERED INTO MANY PIECES. THE GLASS SHARDS WERE NOT CONTAINED AND ENTERED THE VEHICLE, COLLAPSING ON BOTH DRIVER AND OCCUPANTS. THE DRIVER WAS TEMPORALLY INCAPACITATED AS THE GLASS FELL ON HER HEAD AND FACE. WHEN I FILED A COMPLAINT WITH NISSAN NORTH AMERICA, THEY STATED STATED THAT THE SUNROOF OPERATED AS DESIGNED.

---

**Date Complaint Filed:** 03/30/2016      **Date of Incident:** 09/12/2015
**Component(s):** UNKNOWN OR OTHER      **NHTSA ID Number:** 10852547
**Consumer Location:** MIDLOTHIAN, VA

All Products Associated with this Complaint ▾

Details ▲      0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MW9CW...

**SUMMARY:**
SUNROOF GLASS BROKE FOR NO APPARENT REASON. THIS HAPPENED IN SEPTEMBER 2015; CAR HAD BEEN PARKED IN THE SUN, FOLLOWED BY A THUNDERSTORM. WE DISCOVERED WATER COMING IN AROUND THE SLIDING INTERIOR SUNROOF PANEL AND SUBSEQUENTLY FOUND SUNROOF GLASS SHATTERED. IT HAS BEEN REPLACED UNDER THE GLASS COVERAGE OF OUR INSURANCE. RECENT STORY OF OTHER SIMILAR COMPLAINTS AT HTTP://WWW.WSFA.COM/STORY/28945992/DANGER-AHEAD-EXPLODING-SUNROOFS-A-SURPRISINGLY-COMMON-PROBLEM

---

**Date Complaint Filed:** 03/10/2016      **Date of Incident:** 03/05/2016
**Component(s):** UNKNOWN OR OTHER      **NHTSA ID Number:** 10846054
**Consumer Location:** ASHBURN, VA

All Products Associated with this Complaint ▾

Details ▲      0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AR2MM4FC...

**SUMMARY:**

WE WERE DRIVING AT 35 MILES/HR ON A CITY STREET AND SUDDENLY OUR SUNROOF EXPLODED. WE HEARD A LOUD SOUND LIKE A BOMB WENT OFF AND WE WERE IN SHOCK AND SUDDENLY WE SAW GLASS SHATTERED ALL OVER ME MY SEATS AND WE WERE IN AWE. MY DAUGHTER AND WIFE WERE IN THE BACK AS WELL. WE HAD EYEWITNESS AS WELL WHO SAW THIS AND TURNED AROUND AND CAME BACK AND ASKED US WE WERE OK. THEN I CALLED THE SHERIFF AND THEY DOCUMENTED THIS ISSUE. THIS IS A VERY SCARY SITUATION AND I TOOK THE CAR TO THE DEALERSHIP AND THEY GAVE ME A LOANER AND SAID WE WILL LOOK INTO THIS BY CONTACTING NISSAN ON MONDAY. WE AS A FAMILY ARE VERY SCARED TO GET BACK IN THE CAR.

---

**Date Complaint Filed:** 02/01/2016      **Date of Incident:** 01/18/2016
**Component(s):** UNKNOWN OR OTHER      **NHTSA ID Number:** 10823400
**Consumer Location:** ITHACA, NY

All Products Associated with this Complaint ▼

Details ▲      0 Available Documents 

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL11E55C...

**SUMMARY:**

SUNROOF BLEW AWAY WHILE WE WERE DRIVING ON HIGHWAY AT 65 MPH. ALREADY SUBJECT TO VOLUNTARY SAFETY RECALL: HOLLAND 700 AND HOLLANDIA 900. WE DID NOT HAVE THE INFO. WEBASTO IS UNHELPFUL IN GETTING CAR REPAIRED.

---

**Date Complaint Filed:** 01/09/2016      **Date of Incident:** 01/09/2016
**Component(s):** UNKNOWN OR OTHER      **NHTSA ID Number:** 10819168
**Consumer Location:** SAHUARITA, AZ

All Products Associated with this Complaint ▼

Details ▲      0 Available Documents 

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA5AP3BC...

**SUMMARY:**

WHILE DRIVING HOME FROM WORK TONIGHT ON A REMOTE STRETCH OF HIGHWAY MY PANORAMIC SUNROOF SUDDENLY EXPLODED OUT OF NOWHERE. I WAS DRIVING ABOUT 50 MPH AND THE OUTSIDE TEMPERATURE WAS ABOUT 45-50 DEGREES SO I ALSO HAD THE HEATER ON INSIDE. I HAD THE SUNSHADE OPEN BUT THE TILTING PORTION OF THE ROOF CLOSED. NOTHING OUT OF THE ORDINARY AND THERE WAS NO TRAFFIC NEAR ME THAT COULD HAVE CAUSED ANY DEBRIS TO HIT THE ROOF. ALL OF A SUDDEN THE LOUDEST BANG, INITIALLY SCARING ME SO BAD I ALMOST LOST CONTROL OF THE VEHICLE AND THEN GLASS WAS FLYING AROUND EVERYWHERE. IT WAS SO LOUD I THOUGHT AT FIRST I HAD A BLOWOUT FOR SPLIT SECOND UNTIL THEN THE GLASS HIT ME AND THE WIND STARTING COMING IN FROM THE GAPING HOLE IN THE ROOF. IT LITERALLY SOUNDED LIKE A GUNSHOT OR CANNON WENT OFF IN MY CAR. LUCKILY NONE OF THE GLASS INJURED ME AND EVEN MORE LUCKILY MY DAUGHTER WAS NOT WITH ME AS SHE WOULD HAVE BEEN HIT BY THE FLYING GLASS. I HAD TO CLOSE THE SUNSHADE AND DRIVE HOME THE REMAINING DISTANCE AT A MUCH SLOWER SPEED BUT LUCKILY DID SO WITHOUT INCIDENT. I TOOK SEVERAL PICTURES ONCE SAFELY HOME, AND AS YOU CAN SEE IT APPEARS AS IF THE GLASS BUBBLED UP, ALMOST LIKE FROM INSIDE AIR PRESSURE CAUSING THE EXPLOSION. MY FIRST THOUGHTS ARE THAT MAYBE THE COLD AIR OUTSIDE AND WARM AIR INSIDE? IT IS THE FRONT PANEL THAT OPENS THAT HAS THE DAMAGE AND THE REAR PANEL IS FULLY INTACT. THIS WAS AN INTENSE EXPERIENCE THAT I HOPE TO NEVER HAVE HAPPEN TO ANYONE ELSE.

---

**Date Complaint Filed:** 12/29/2015      **Date of Incident:** 12/16/2015
**Component(s):** STRUCTURE      **NHTSA ID Number:** 10816880
**Consumer Location:** GURNEE, IL

All Products Associated with this Complaint ▼

Details ▲      0 Available Documents 

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** 1N4AL3AP8DN...

### SUMMARY:

TL* THE CONTACT OWNS A 2013 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE DRIVING AT APPROXIMATELY 65 MPH, THE SUNROOF EXPLODED AND SMALL PARTICLES OF GLASS SHATTERED OUTSIDE OF THE VEHICLE. THE SUNROOF SLIDING COVER WAS CLOSED WHEN THE FAILURE OCCURRED. THE VEHICLE WAS MANEUVERED TO THE SIDE OF THE ROAD. THE VEHICLE WAS TAKEN TO THE DEALER WHERE THE ENTIRE SUNROOF WAS REPLACED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 49,000.

---

**Date Complaint Filed:** 12/10/2015          **Date of Incident:** 12/08/2015
**Component(s):** UNKNOWN OR OTHER          **NHTSA ID Number:** 10809463
**Consumer Location:** CORPUS CHRISTI, TX

**All Products Associated with this Complaint** ▼

**Details** ▲                                                         0 **Available Documents**   ?

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA5APXEC...

### SUMMARY:

I WAS DRIVING ALONG THE HIGHWAY ON A SUNNY DAY, ABOUT 75 DEGREES FAHRENHEIT, GOING APPROXIMATELY 65 MPH WHEN I HEARD A LOUD EXPLODING TYPE OF NOISE. THE NEXT THING I KNOW I HEAR RATTLING OVERHEAD. I DON'T LIVE FAR FROM WHERE THE INCIDENT HAPPENED SO CONTINUED TO DRIVE .25 MILES APPROXIMATELY TO MY RESIDENCE AND IMMEDIATELY GET OUT TO INSPECT MY VEHICLE. THE SUNROOF WAS SHATTERED INTO A MILLION PIECES AND THERE WAS HUGE HOLE RIGHT IN THE MIDDLE OF IT. I HAD NOT OPENED THE SUNROOF WHILE DRIVING SO THE VISOR WAS THANKFULLY CLOSED WHEN IT BROKE.

---

# Search Results

## Keyword Search Results

| Recalls | Investigations | Complaints | Manufacturer Communications |
|---------|----------------|------------|------------------------------|
| N/A | N/A | 139 Result(s) | N/A |

Below is a list of safety-related complaints received for this product. Complaints are entered into our complaint database and are used to determine if a safety-related defect trend exists.

Do you have a safety-related complaint? Let us know by going to our File a Safety Complaint page

COMPLAINTS: Displaying 51 - 75 out of 139

---

**Date Complaint Filed:** 12/09/2015
**Component(s):** ENGINE , POWER TRAIN , UNKNOWN OR OTHER
**Consumer Location:** LAFAYETTE, LA

**Date of Incident:** 08/08/2015
**NHTSA ID Number:** 10809337

All Products Associated with this Complaint ▼

Details ▲                                    0 Available Documents ▼ ?

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA6AP1GC...

**SUMMARY:**
SUNROOF TRANSMISSION FRONT BUMPER CLIP FUEL SONAR SENOR NOT WORKING

---

**Date Complaint Filed:** 12/04/2015
**Component(s):** VISIBILITY
**Consumer Location:** MEMPHIS, TN

**Date of Incident:** 12/04/2015
**NHTSA ID Number:** 10808516

All Products Associated with this Complaint ▼

Details ▲                                    0 Available Documents ?

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4BA41E94C...

**SUMMARY:**
TL* THE CONTACT OWNS A 2004 NISSAN MAXIMA. THE CONTACT STATED THAT WHILE DRIVING AT 35 MPH, THERE WAS A LOUD EXPLOSIVE NOISE FROM THE VEHICLE. THE CONTACT DISCOVERED THAT THE SUNROOF HAD SHATTERED. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE VIN WAS NOT INCLUDED IN THE NHTSA CAMPAIGN NUMBER: 04V326000 (VISIBILITY). THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE APPROXIMATE FAILURE MILEAGE WAS 137,000.

---

**Date Complaint Filed:** 11/24/2015
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** ADAMSVILLE, AL

**Date of Incident:** 11/23/2015
**NHTSA ID Number:** 10806483

All Products Associated with this Complaint ▼

Details ▲                                    1 Available Document ▼ ?

**Crash:** No     **Fire:** No     **Number of Injuries:** 4     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA5AP8BC...

**SUMMARY:**
I HAVE A 2011 NISSAN MAXIMA. THE SUNROOF BUSTED WHILE I WAS DRIVING DOWN THE HIGH WAY. I HAD TO GO TO THE EYE DOCTOR FOR GLASS PARTICLES BEING IN MY EYE, AND I TOOK THE CAR TO THE DEALERSHIP AND THEY COULD NOT HELP ME ACCORDING TO THE SERVICE REP. I BOUGHT THIS CAR AT MOORE NISSAN IN BIRMINGHAM ALABAMA, AND THEY DID NOT HAVE A SENSE OF URGENCY AT ALL. THE CUSTOMER SERVICE WAS AWFUL AND THEY WERE NOT CONCERNED ABOUT MY SAFETY OR THE SAFETY OF MY TODDLER CHILD......UPDATED12/07/15*BF

**Date Complaint Filed:** 11/16/2015
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** GRAND PRAIRIE, TX

**Date of Incident:** 11/15/2015
**NHTSA ID Number:** 10790760

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MU7AW...

**SUMMARY:**
WHILE DRIVING DOWN THE FREEWAY, THE SUNROOF EXPLODED. IT SOUNDED LIKE A GUNSHOT
CAUSING ME TO SWERVE AND ALMOST LOSE CONTROL OF THE TRUCK. I HAD TO SWERVE SO I
WOULDN'T HIT THE RAIL. THERE WERE NO OTHER CARS AROUND ME. NO EVIDENCE OF A ROCK,
WOOD, ETC. THE THING JUST POPPED, AND THE GLASS FELL ALL OVER MY SEAT AROUND THE
KIDS. IT WAS THE MIDDLE OF THE NIGHT . THE KIDS WERE SCREAMING. IT WAS A HORRIBLE
EXPERIENCE.

---

**Date Complaint Filed:** 11/01/2015
**Component(s):** STRUCTURE
**Consumer Location:** CYPRESS, TX

**Date of Incident:** 10/30/2015
**NHTSA ID Number:** 10787491

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL2AP1BC...

**SUMMARY:**
AFTER A HEAVY RAIN THE REAR FLOORBOARD AND CARPET IS WET PASSENGER SIDE. CAN ALSO
HEAR SLOSHING NOISES FROM EITHER THE PASSENGER SIDE DOOR PANEL OR UNDER THE REAR
CARPET. WINDOWS UP TIGHT, DOOR SEALS LOOK GOOD. SEATS ARE NOT WET. JUST FLOOR. NO
SUNROOF.

---

**Date Complaint Filed:** 10/17/2015
**Component(s):** VISIBILITY/WIPER
**Consumer Location:** BEVERLY, MA

**Date of Incident:** 10/17/2015
**NHTSA ID Number:** 10783079

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1BV28U17N...

**SUMMARY:**
CAR PARKED OVERNIGHT OUTSIDE. TEMPERATURE IN LOW 50S. IN MORNING, FOUND SUNROOF
IMPLODED INTO CAR. SPRAYED GLASS PIECES ACROSS DASH, FRONT SEATS, AND MIDDLE
SEATS. GLASS WAS IN CHUNKS, SAFETY GLASS LIKE PIECES, AND SMALL SHARDS INCLUDING
VERY FINE SHARP PIECES. A LITTLE GLASS AROUND SUNROOF ON OUTSIDE BUT VERY LITTLE -
MOSTLY INTO THE INTERIOR.

---

**Date Complaint Filed:** 10/13/2015
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** GREENACRES, WA

**Date of Incident:** 10/12/2015
**NHTSA ID Number:** 10781698

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL3AP5DN...

**SUMMARY:**
WHILE DRIVING APPROXIMATELY 60-65MPH, MY SUNROOF GLASS EXPLODED SHOWING ME WITH
BROKEN GLASS. NO IMPACT WAS MADE TO THE SUNROOF. I WAS DRIVING ON LEVEL GROUND,

NOT UNDER ANY OVERPASSES, OR BY ANYWHERE WHERE SOMETHING COULD HAVE BEEN THROWN.

---

**Date Complaint Filed:** 08/26/2015
**Component(s):** ELECTRICAL SYSTEM , ENGINE , EXTERIOR LIGHTING
**Consumer Location:** PITTSBURGH, PA

**Date of Incident:** 07/29/2015
**NHTSA ID Number:** 10759454

All Products Associated with this Complaint ⏷

Details ⏶                                                        0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL3AP9EC...

**SUMMARY:**
SINCE THE FIRST WEEK WE OWNED THE CAR, OCCASIONALLY THE SCREEN(BACK UP CAM, RADIO...) DOESN'T START, OR FAILS WITHIN FIRST MILE OF DRIVING- MAYBE 10 TIMES SINCE PURCHASE DATE. ON JULY 29, 2015- MORNING- CAR UPON START, NO SCREEN AND NO DASHBOARD. RESTARTED TWICE AND THEN FINE. AT 9:30 P.M. SAME DAY-- CLOSE TO HOME, SIDE MIRROR FAILURE WARNING SHOWED ON DASH- AND A SUBSEQUENT FAILURE OF SYSTEMS- INCLUDING BUT NOT LIMITED TO- GPS, SCREEN, TURN SIGNALS, HEADLIGHTS, HAZARD LIGHTS, ALL DASH INFORMATION. I PULLED INTO PARKING GARAGE AND ATTEMPTED TO OPEN WINDOW TO USE KEY FOB FOR GATE AND HAD NO OPERATING WINDOWS, INCLUDING SUNROOF OR LOCKS. PUT CAR IN PARK AND COULD NOT GET IT INTO ANOTHER GEAR.TRAPPED IN CAR FOR 15 MIN. WITH CAR RUNNING- PASSENGER DOOR THEN UNLOCKED. AAA CALLED. CAR RAN FOR 3 HRS. AAA DISABLED THE ELECTRICAL OPERATING THE FUEL PUMP. CAR TOWED TO COCHRAN IN PITTSBURGH. SINCE A RESTART RESETS THE COMPUTER, NO CODE ON DIAGNOSTIC WOULD BE FOUND. COCHRAN CONSIDERS THE SITUATION RESOLVED. NISSAN HAS A CASE # AND SEVERAL RECORDED (BY NISSAN) CONVERSATIONS HAVE OCCURRED WITH REGIONAL REP. AND THAT REP. WILL NOT SEND WRITTEN FINDINGS OF INVESTIGATION (CHECK THE I KEY)AS IT IS INTERNAL INFORMATION AND I WILL PAY ALL DIAGNOSTIC FEES ASSOCIATED. REP HAS NO TECHNICAL KNOWLEDGE AND HAS NO EXPLANATION OF WHAT AN I KEY IS OR HOW OR FOR WHAT IT SHOULD BE CHECKED. THERE IS A DIRECTIVE FROM NISSAN REGARDING THIS PROBLEM AS TOLD TO ME BY WRIGHT NISSAN, BUT AGAIN NOTHING WILL BE DONE WITHOUT THE CODE FROM DIAGNOSTIC COMPUTER. THIS CAN'T HAPPEN AGAIN- BUT IT WILL AND IT COULD BE CATASTROPHIC-THE INTERMITTENT, RANDOM, SYSTEMATIC FAILURE WILL HAPPEN- THE EXTENT AND ORDER OF EVENTS UNKNOWN - LEAVING US AN UNCERTAIN OUTCOME AND NO PLAN FOR RESPONSE IN THE GIVEN SITUATION. WE SUSPECT THE PROBLEM IS THE BCM AS ALERTED BY THE INTERNET RESEARCH, THE AAA DRIVER AND THE COCHRAN TECH.

---

**Date Complaint Filed:** 08/11/2015
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** SHOW LOW, AZ

**Date of Incident:** 05/21/2015
**NHTSA ID Number:** 10747827

All Products Associated with this Complaint ⏷

Details ⏶                                                        0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JHRE48747...

**SUMMARY:**
TRAVELING ON HIGHWAY ABOUT 60 MPH WHEN A SEMI PASSED US GOING IN THE OPPOSITE DIRECTION. AFTER HE PASSED THERE WAS A LOUD EXPLOSION. WE HAD NO IDEA WHAT HAD HAPPENED. WE DISCOVERED THAT THE SUNROOF WAS COMPLETELY SHATTERED AND GLASS WAS EVERYWHERE. LUCKILY WE HAD THE INSIDE ROOF COVER CLOSED OR WE WOULD HAVE BEEN COVERED WITH GLASS. WE THOUGHT A ROCK HAD BEEN KICKED UP BY THE SEMI BUT NO ROCK WAS FOUND. WE HAD PURCHASED OUR VEHICLE ON MAY 14, 2015 AND THIS HAPPENED EXACTLY ONE WEEK LATER ON MAY 21, 2015. TOTAL COST OF REPLACING SUNROOF WAS $1914.07. WE WERE STILL UNDER ASSUMPTION THAT IT WAS A ROCK THAT CAUSED THE DAMAGE UNTIL WE SAW THE WORLD NEWS REPORT ON EXPLODING SUNROOFS. THIS MATCHED OUR INCIDENT TO THE TEE.

---

**Date Complaint Filed:** 08/11/2015
**Component(s):** ELECTRICAL SYSTEM , STRUCTURE , UNKNOWN OR OTHER
**Consumer Location:** PARKTON, MD

**Date of Incident:** 07/10/2014
**NHTSA ID Number:** 10747811

All Products Associated with this Complaint ▼

Details ▲      0 Available Documents   

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AE2KP6C9...

**SUMMARY:**
MAY 2014, I HAD A WET DRIVER SIDE A PILLAR THAT WAS LEAKING. NISSAN ATTRIBUTED IT TO A
DEFECTIVE SUNROOF WITH A CRACK. THE HEADLINER, SUBWOOFER AND AMPLIFIER WERE
REPLACED. ON JULY 10, 2015, I TOOK MY CAR TO A FLAGSHIP CARWASH. AFTER MY CAR WAS
WASHED I NOTICED WATER ON THE RIGHT SIDE OF THE REAR SUNROOF AND ON THE HEADLINER
IN THE REAR OF THE VEHICLE ON BOTH THE RIGHT AND LEFT SIDES OF THE CAR WAS WET IN ALL
THE ABOVE NOTED LOCATIONS. MY RADIO ALSO STOPPED WORKING. NISSAN HAD MY CAR FOR
FIVE DAYS AND SAID THEY COULD NOT RECREATE THE LEAK OR DETERMINE WHAT WAS WRONG
WITH THE RADIO. THEY WOULD NOT LOOK AT THE RADIO AS IT WAS NOT UNDER WARRANTY. I
TOOK MY CAR TO A LOCAL RADIO REPAIR SHOP AND THEY DISCOVERED RUST BEHIND THE
PANELS IN THE REAR OF THE VEHICLE, IN THE CARGO AREA AND 2 INCHES OF WATER UNDER MY
CARGO AREA. VEHICLE WAS PURCHASED FEB 2013 NEW.

---

**Date Complaint Filed:** 08/08/2015      **Date of Incident:** 07/01/2013
**Component(s):** UNKNOWN OR OTHER      **NHTSA ID Number:** 10747202
**Consumer Location:** AVON LAKE, OH

All Products Associated with this Complaint ▼

Details ▲      0 Available Documents  

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AT2MV2EC...

**SUMMARY:**
THE SUNROOF EXPLODED ON MY 2014 NISSAN ROGUE WHILE GOING NORTH ON I-95 NEAR
WOODBRIDGE VA. AT THE TIME I WAS TRAVELING APPROXIMATELY 65 MPH AND THE SUNROOF
WAS CLOSED.

---

**Date Complaint Filed:** 08/05/2015      **Date of Incident:** 08/03/2015
**Component(s):** VISIBILITY      **NHTSA ID Number:** 10746442
**Consumer Location:** MATTHEWS, NC

All Products Associated with this Complaint ▼

Details ▲      1 Available Document  ▼  

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AT2MT5EC...

**SUMMARY:**
SUNROOF EXPLOSION. MY WIFE DRIVING HER CAR LEFT HOME GARAGE, TRAVELED
APPROXIMATELY 6 MILES. SHE HEARD A LOUD EXPLOSION LIKE A GUNSHOT AND PULLED TO SIDE
OF ROAD THINKING A TIRE HAD BLOWN. AFTER DETERMINING THE TIRES WERE OK DISCOVERED
A HOLE APPROXIMATELY 12 INCHES BY 8 INCHES OF JAGGED GLASS MISSING FROM
RETRACTABLE SUNROOF. THE GLASS WAS CONTAINED BY THE SLIDING INSIDE SUN SHADE. THE
WEATHER WAS 95 DEGREES AND CLEAR. THE CAR HAD NOT BEEN SITTING IN THE SUN. NISSAN
DEALER REFUSED TO ACKNOWLEDGE THIS AS A DEFECT OR WARRANTY ISSUE AND INSISTED
SOMETHING HAD HIT THE SUNROOF ALTHOUGH THERE WERE NO VISIBLE RESULTS OF AN
OBJECT HITTING IT. THE GLASS WAS CLEARLY POINTING OUT NOT INWARD TO INDICATE THE
EXPLOSION WAS FROM THE INSIDE OUT AND NOT THE OPPOSITE. THE INTERNET DETAILS MANY
EXAMPLES OF THIS INCLUDING A LAWSUIT FILED AGAINST KIA. UPDATE 9/15/15*CW NISSAN PAID
FOR THE SUNROOF REPLACEMENT. UPDATED 01/15/16.*JB

---

**Date Complaint Filed:** 08/03/2015      **Date of Incident:** 07/30/2015
**Component(s):** STRUCTURE , UNKNOWN OR OTHER , VISIBILITY/WIPER      **NHTSA ID Number:** 10745896
**Consumer Location:** HENDERSONVILLE, TN

All Products Associated with this Complaint ▼

Details ▲      0 Available Documents  

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1CR2MM8EC...

**SUMMARY:**

DRIVING WEST ON HWY 60 FROM NASHVILLE, TN TO BRANSON MO. NO CARS IN FRONT OF ME, JUST OPEN FIELDS ON EACH SIDE. I HEAR WHAT SOUNDS LIKE AN EXPLOSION. I LOOK AROUND AND REALIZE THAT I HEAR WIND AND GLASS ABOVE MY HEAD AS WELL. APPOX. 8 BY 12 INCHES OF GLASS WAS GONE FROM THE CENTER OF MY SUNROOF. LUCKILY, MY VISOR WAS CLOSED OR IT COULD HAVE BEEN MUCH WORSE WITH GLASS FALLING ON MY HEAD AND FACE. THE DEALER SAID THAT THEY'VE NEVER HEARD OF THIS BEFORE, BUT UPON FURTHER RESEARCH IT SEEMS TO BE A MUCH MORE COMMON OCCURRENCE THAN THAN I WAS LEAD TO BELIEVE. THIS IS AN EXTREMELY DANGEROUS ISSUE AND COULD HAVE BEEN MUCH WORSE IF MY VISOR HAD BEEN LEFT OPEN.

---

**Date Complaint Filed:** 07/15/2015   **Date of Incident:** 06/25/2015
**Component(s):** UNKNOWN OR OTHER   **NHTSA ID Number:** 10734238
**Consumer Location:** LYNDEN, WA

All Products Associated with this Complaint ▼

Details ▲                                              0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ18U59W...

**SUMMARY:**

TRAVELING DOWN I-5 AT 60MPH,75 DEGREES OUTSIDE, THE FRONT SUNROOF GLASS LITERALLY EXPLODED OUTWARD. WE THOUGHT WE HAD BEEN SHOT, A VERY SCARY AND DANGEROUS EXPERIENCE.

---

**Date Complaint Filed:** 07/13/2015   **Date of Incident:** 07/12/2015
**Component(s):** UNKNOWN OR OTHER   **NHTSA ID Number:** 10733762
**Consumer Location:** ORLANDO, FL

All Products Associated with this Complaint ▼

Details ▲                                              0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**

I RECENTLEY TOOK MY CAR INTO THE SHOP BECUASE MY SUNROOF WAS OFF ALIGNED BUT THE GUY PRESSED SOME BUTTON TO TRY AND RESET IT HIMSELF INSTEAD OF SENDING IT INTO THE SHOP TO HAVE IT INSPECTED THE RIGHT WAY. SO I NEEDED TO TRAVEL OUT OF TOWN FOR AN FAMILY EMERGENCY AND WHILE ON THE HIGHWAY MY SUNROOF EXPLODED WHILE RIDING ON THE HIGHWAY. I FEEL LIKE IF HE WOULD HAVE WENT ABOUT IT THE RIGHT WAY WHEN I BROUGHT IT IN ALL OF THIS WOULD OF HAVE BEEN AVOIDED.

---

**Date Complaint Filed:** 06/26/2015   **Date of Incident:** 06/25/2015
**Component(s):** UNKNOWN OR OTHER   **NHTSA ID Number:** 10730510
**Consumer Location:** MEDFORD, MA

All Products Associated with this Complaint ▼

Details ▲                                              0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**

I WAS DRIVING HOME FROM WORK THE MORNING OF 6/25 ON THE HIGHWAY. MY SUNROOF WAS OPEN AND MY DRIVER SIDE WINDOW WAS OPEN. I HEARD A LARGE BANG THAT SOUNDED LIKE A GUN SHOT AND TINY PIECES OF SHATTERED GLASS FLEW IN THROUGH MY OPEN SUNROOF. THERE WAS NO OTHER DAMAGE TO MY CAR AND NOTHING THAT HIT MY CAR. MY SUNROOF SPONTANEOUSLY EXPLODED. BECAUSE MY SUNROOF WAS OPEN AT THE TIME THOUSANDS OF PIECES OF GLASS BROKE THROUGHOUT THE ROOF. I AM BRINGING TO NISSAN TOMORROW TO

ASSESS DAMAGE TO THE ACTUAL SUNROOF BUT I BELIEVE THIS IS A MANUFACTURER DEFECT
AND SHOULD BE COVERED BY THE DEALERSHIP.

---

**Date Complaint Filed:** 06/18/2015
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** MIDLOTHIAN, VA

**Date of Incident:** 04/04/2014
**NHTSA ID Number:** 10726126

All Products Associated with this Complaint ▾

Details ▲                                                    0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
SUNROOF RATTLING SINCE 2013.

---

**Date Complaint Filed:** 06/09/2015
**Component(s):** AIR BAGS , STRUCTURE
**Consumer Location:** LA MESA, CA

**Date of Incident:** 01/01/2015
**NHTSA ID Number:** 10724361

All Products Associated with this Complaint ▾

Details ▲                                                    0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):**

**SUMMARY:**
AIR BAG WARNING LIGHT TURNS ON EVEN AFTER CLEARING SOLUSPRO SCANNER CODE, "B1049
DRIVER AIR BAG MODULE (OPEN)". I AM CONCERNED MY DRIVER'S SIDE AIR BAG WILL
SPONTANEOUSLY RELEASE OR NOT RELEASE AT ALL WHEN NEEDED. IF SOMETHING HAPPENS
TO THE DRIVER, ALL PASSENGERS ARE AT RISK OF FATAL INJURY. I CONTACTED NISSAN NORTH
AMERICA, AND WAS TOLD THE DIAGNOSTIC HAD TO BE RUN BY A DEALER MECHANIC BEFORE
THEY CAN DO ANYTHING. THEY ALSO INFORMED ME THAT THERE IS NO CAMPAIGN CURRENTLY
OPEN FOR MY ISSUES. THE BODY ISSUE HAS TO DO WITH POOR PAINT OR CLEAR COAT QUALITY
COMMON TO NISSAN VEHICLES. WHILE THE REST OF MY CAR LOOKS FINE, THE HOOD AND THE
ROOF LOOK HORRIBLE. LIKE SOMEONE TOOK SANDING PAPER TO THE CLEAR COAT AND THE
COLOR IS FADED AND GETTING WORSE AS TIME PASSES. I AM VERY DISAPPOINTED IN NISSAN
FOR THIS COSMETIC DETAIL. I TRADED IN MY 2005 NISSAN MAXIMA BECAUSE THE ROOF LINER
SAGGED AS SOON AS I BEGAN DRIVING WITH THE SUNROOF OPEN. I HOPE THAT THE RESULTS
OF THE AIR BAG ISSUE ARE AS MINOR AS THE COSMETIC ISSUES, OTHERWISE NISSAN IS GOING
TO HAVE SOME SERIOUS PROBLEMS ON THERE HANDS.

---

**Date Complaint Filed:** 05/21/2015
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** SANTA CLARITA, CA

**Date of Incident:** 05/17/2015
**NHTSA ID Number:** 10717879

All Products Associated with this Complaint ▾

Details ▲                                                    0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
I WAS DRIVING AND MY SUNROOF GLASS SHATTERED. NO CARS IN FRONT OF ME AND NOTHING
FELL ON IT. THE GLASS SHATTERED FOR NO REASON .

---

**Date Complaint Filed:** 05/04/2015
**Component(s):** VISIBILITY
**Consumer Location:** BROOKLYN, NY

**Date of Incident:** 07/16/2013
**NHTSA ID Number:** 10713815

All Products Associated with this Complaint ▾

Details ▲                                                    2 Available Documents ▾

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**

2011 NISSAN ROGUE. CONSUMER WRITES IN REGARDS TO SUNROOF WATER LEAKING CAUSING CARPET TO GET WET. . *SMD THE DRAIN HOSE ON THE SUNROOF WAS CLOGGED. *JB

---

**Date Complaint Filed:** 04/28/2015

**Component(s):** EQUIPMENT , VISIBILITY

**Consumer Location:** ODENTON, MD

**Date of Incident:** 04/25/2015

**NHTSA ID Number:** 10713272

**All Products Associated with this Complaint** ▾

**Details** ▲    **0 Available Documents**    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** JN8AZ1MW7CW...

**SUMMARY:**

DRIVING ON A CLEAR DAY (50DEGREES) ON SATURDAY APRIL 25TH, MY 2012 NISSAN MURANO'S SUNROOF EXPLODED. THE GLASS WAS PROTRUDING OUTWARD, AS IF IT EXPLODED FROM THE INSIDE OUT. THERE WAS SHARDS OF GLASS EVERYWHERE AND LUCKILY THERE WERE NO ONCOMING CARS BECAUSE THE SOUND IT MADE INSIDE THE CAR WHEN IT HAPPENED CAUSED ME TO SWERVE A LITTLE. *TR

---

**Date Complaint Filed:** 04/01/2015

**Component(s):** VISIBILITY

**Consumer Location:** ROCKVILLE, MD

**Date of Incident:** 03/28/2015

**NHTSA ID Number:** 10703144

**All Products Associated with this Complaint** ▾

**Details** ▲    **0 Available Documents**    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** 3N1AB6AP6BL...

**SUMMARY:**

WE WERE DRIVING ON THE HIGHWAY AND HEARD AN EXPLOSION. PULLED OVER TO THE SHOULDER AND SAW A HUGE HOLE IN THE SUNROOF AND THE REMAINING WINDOW WAS SHATTERED. NOTHING CAME UP AND HIT US AND WE WERE NOT DRIVING UNDERNEATH OF ANYTHING. IT WAS COMPLETELY RANDOM AND UN-EXPLAINED. *TR

---

**Date Complaint Filed:** 03/24/2015

**Component(s):** VISIBILITY

**Consumer Location:** BRONX, NY

**Date of Incident:** 03/23/2015

**NHTSA ID Number:** 10701307

**All Products Associated with this Complaint** ▾

**Details** ▲    **0 Available Documents**    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** 1N4AL3AP6FN...

**SUMMARY:**

I CAME TOO A STOP SIGN. I PROCEEDED TO MAKE A RIGHT TURN AS I ACCELERATED I HEARD WHAT SOUNDED LIKE A GUNSHOT. THE SUNROOF APPARENTLY EXPLODED AND IT RAINED GLASS ON ME. I WAS SHOCKED I PULLED OVER AND LOOKED THROUGHOUT CAR LOOKING FOR A OBJECT THINKING IT WAS THROWN AT THE CAR. I EXITED LOOKED FOR PHYSICAL DAMAGE BESIDES THE SHATTERED ROOF. NOTHING WAS SCRATCHED OR DENTED. I LOOKED AT THE ROOF I NOTICED THE GLASS SHATTERED UPWARD. IT LOOKED LIKE IT EXPLODED INSIDE OUT. I LOOKED UP ONLINE AND SEE THIS HAPPENS MORE THEN I THOUGHT. *TR

---

**Date Complaint Filed:** 02/23/2015

**Component(s):** STRUCTURE , VISIBILITY

**Consumer Location:** EAGLE, ID

**Date of Incident:** 02/22/2015

**NHTSA ID Number:** 10689956

All Products Associated with this Complaint ▾

Details ▲       0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** 1N4AA5AP6BC...

**SUMMARY:**

THE REAR GLASS PANEL OF SUNROOF "EXPLODED" WITH CHUNKS OF GLASS COMING OFF THE
PANEL AND OVER THE NEXT FEW HOURS THE ENTIRE PANEL EXHIBITED MAJOR CRACKING
THROUGHOUT. SUNROOF WAS CLOSED AT THE TIME AND OUTSIDE TEMPERATURE WAS ABOUT
45 DEGREES. WIFE WAS SLOWING ON HIGHWAY TO TURN INTO DRIVEWAY. SHE STATED THE
NEAREST VEHICLE WAS OVER 1/4 MILE AHEAD OF HER SO NO POSSIBILITY OF ROCK BEING
THROWN FROM THEIR TIRES. SOUNDED LIKE A SHOTGUN BLAST IN THE CAR WHEN IT
OCCURRED. SINCE IT WAS THE BACK PANEL NO GLASS FELL INTO THE CAR THAT WE COULD SEE.
*TR

**Date Complaint Filed:** 02/17/2015      **Date of Incident:** 02/13/2015

**Component(s):** VISIBILITY      **NHTSA ID Number:** 10683749

**Consumer Location:** COLUMBIA, SC

All Products Associated with this Complaint ▾

Details ▲       0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** JN8AZ18U39W...

**SUMMARY:**

MY SUNROOF OVER DRIVER AND PASSENGER SEATS LITERALLY EXPLODED WHILE DRIVING ON
INTERSTATE- SUNNY 38 DEGREE DAY, NOT UNDER A BRIDGE OR NEAR OTHER CARS . THE NOISE
WAS DEAFENING, AND GLASS CAME CRASHING ON MY (THE DRIVER) HEAD AND ON THE
CHILDREN IN THE BACK SEAT. THE ROOF EXPLODED UPWARD LIKE A VOLCANO. NOTHING HIT THE
ROOF, AS WE WERE SHAKEN BUT ABLE TO PULL OVER AND CHECK THE CAR FOR ANY EVIDENCE
OF SOMETHING CRASHING INTO SUNROOF. BUT THE ROOF EXPLODED UPWARD AND OUTWARD
AS IT BECAME OBVIOUS THAT A LARGE CHUNK OF GLASS FROM ROOF WAS MISSING. THE
SUNROOF WAS CLOSED, BUT THE SUN SHADE WAS OPEN. REPORTED PROBLEM TO NISSAN, BUT
THEY HAVE YET TO GET BACK TO ME. THIS IS A MAJOR PROBLEM AND A HUGE SAFETY CONCERN.
THIS PROBLEM SEEMS TO STEM FROM A PRESSURE PROBLEM WITHIN THE MURANO. THIS IS
EXTREMELY DANGEROUS!! SUNROOF IS BEING REPLACED, BUT I'M NOW TERRIFIED TO DRIVE MY
CAR, SEEING AS HOW THIS CAN HAPPEN AGAIN, AND WE MAY NOT BE AS FORTUNATE TO PULL
OVER SAFELY AND MAKE IT TO SIDE OF ROAD! NISSAN MUST DEAL WITH THIS PROBLEM! THIS
CAN POTENTIALLY BE A FATAL FLAW ON THE MURANO. *TR

| Recalls | Investigations | Complaints | Manufacturer Communications |
|---------|----------------|------------|------------------------------|
| N/A | N/A | 139 Result(s) | N/A |

Below is a list of safety-related complaints received for this product. Complaints are entered into our complaint database and are used to determine if a safety-related defect trend exists.

Do you have a safety-related complaint? Let us know by going to our File a Safety Complaint page

COMPLAINTS: Displaying 76 - 100 out of 139

**Date Complaint Filed:** 01/31/2015
**Component(s):** STEERING
**Consumer Location:** BOLIVIA, NC

**Date of Incident:** 01/09/2015
**NHTSA ID Number:** 10680264

All Products Associated with this Complaint ▼

Details ▲

0 Available Documents  

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
Manufacturer: Nissan North America, Inc.
Vehicle Identification No. (VIN): 1N4AA5AP3AC...

**SUMMARY:**
MY BOYFRIEND AND I WERE DRIVING. WE PARKED THE CAR TO GET OUT AND WE TURNED THE CAR OFF. WE FORGOT TO CLOSE THE SUNROOF AND WENT TO CRANK THE CAR BACK UP TO CLOSE THE SUNROOF BUT IT WOULD NOT START. WE HAD NO CLUE AT FIRST WHAT WAS WRONG. WE CALLED NISSAN. THEY TOLD US WE WOULD HAVE TO BRING THE CAR TO THEM. BUT STATED IT COULD BE THE BATTERY IN THE CAR OR THE BATTERY IN THE KEYS. AND ALSO IT COULD BE THE KEY LOST PROGRAMMING WITH THE CAR. SO WE WENT AND BOUGHT BATTERIES FOR THE KEYS AND ALSO SENT AND BOUGHT A BATTERY FOR THE CAR. AND STILL NO LUCK. THEN WE CALLED THE LOCKSMITH OUT TO REPROGRAM THE KEYS. STILL NO LUCK. LOTS OF MONEY ALREADY LOST. WE THEN BEGAN TO SEARCH THE INTERNET. CAME ACROSS SO MANY COMPLAINTS OF THE SAME ISSUE. I WENT TO NISSAN TALKED TO SERVICE DEPARTMENT . I WAS TOLD I HAD NO RECALLS IN MY CAR. THAT THEY WOULD HAVE TO HOOK IT UP TO A MACHINE TO DETERMINE THE CAUSE OF THE PROBLEM WHUCHNIS 105 DOLLARS AND STILL I WOULD HAVE TO PAY FOR GETTING IT FIXED. IN WAS VERY UPSET. I TOLD THEM MANY PEOPLE ARE COMPLAINING ABOUT THIS SAME ISSUE. MY BOYFRIEND ALSO CALLED NISSAN AFFAIRS. WE WERE TOLD THE SAME THING AGAIN. THIS IS A SAFETY ISSUE. WHAT IF A CHILD N MOTHER BREAK DOWN OVER THIS AND GET ROBBED OR EVEN KILLED CAUSE THERE CAR WOULD NOT CRANK OVER NISSAN IGNORING THERE CUSTOMER ISSUES. THIS IS THERE PROBLEM. AND THEY NEED TO FIX IT. THERE ARE TOO MANY PEOPLE COMPLAIN IN I ABOUT THE SAME ISSUES FOR A RECALL NOT TO BE PLACED. THE CUSTOMER SERVICE IS HORRIBLE. YOU CARE MORE ABOUT THERE MONEY THAN THERE CUSTOMERS AND THEIR SAFETY. I ALSO WAS TOLD THEY NO LONGER USE THIS PART MODEL BECAUSE IT IS DEFECTIVE. I WILL NEVER BY FROM NISSAN AGAIN. I WILL GO TO THE NEWS PAPER AND THE NEWS ABOUT. NISSAN AND HOW THEY WILL NOT HELP THEIR CUSTOMERS ON A PART THAT IS DEFECTIVE AND WILL NOT RECALL. *TR

**Date Complaint Filed:** 01/05/2015
**Component(s):** VISIBILITY , VISIBILITY/WIPER
**Consumer Location:** COLUMBIA, SC

**Date of Incident:** 01/04/2015
**NHTSA ID Number:** 10670015

All Products Associated with this Complaint ▼

Details ▲

0 Available Documents  

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
Manufacturer: Nissan North America, Inc.
Vehicle Identification No. (VIN): JN8AZ18U29W...

**SUMMARY:**
AS I WAS DRIVING INTO THE PARKING DECK IN CHARLOTTE AND THE SUNROOF ON MY 2009 MURANO EXPLODED. I AM SURE IT WAS NOT HIT BY ANY ROCK OR OTHER OBJECT BECAUSE I WAS PARKING. LUCKILY, MY FIVE YEAR OLD DAUGHTER AND WIFE WERE NOT WITH ME BECAUSE THIS SCARED ME. THE GLASS CRACKED ALL THE WAY AROUND AND I WAS NOT SHOWERED WITH GLASS AS THE SUNSCREEN WAS CLOSED. IF I WERE ON THE HIGHWAY, I WOULD HAVE WRECKED NOT KNOWING WHAT THIS WAS OR COMING FROM. THIS IS A SAFETY ISSUE. I WAS ABLE TO GET OUT IN THE PARKING DECK AND TAKE PICTURES. AS I DROVE BACK TO COLUMBIA, SC, MOST OF THE LOOSE GLASS BLEW OFF LEAVING A LARGE HOLE ON THE TOP AND OTHER DRIVERS WERE STARTLED WITH WHAT WAS HAPPENING. THIS HAS TO BE ADDRESSED BECAUSE I HAVE KEPT MY

CAR UP TO DATE WITH THE NECESSARY SERVICES. THIS IS DEFINITELY A HAZARD THAT COULD
PLACE LIVES IN JEOPARDY. APPARENTLY, THIS IS AN ONGOING SITUATION. I HAVE CONTACTED A
LAWYER FOR ASSISTANCE IF NISSAN NORTH AMERICA DOES NOT ADDRESS THIS CONCERN. *TR

---

**Date Complaint Filed:** 11/28/2014
**Component(s):** VISIBILITY
**Consumer Location:** Unknown

**Date of Incident:** 11/25/2014
**NHTSA ID Number:** 10661179

All Products Associated with this Complaint ▼

Details ▲                                                        0 Available Documents    

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ18U19W...

**SUMMARY:**
TL* THE CONTACT OWNS A 2009 NISSAN MURANO. WHILE DRIVING 65 MPH, THE SUNROOF
SHATTERED WITHOUT WARNING. THE VEHICLE WAS TAKEN TO A DEALER; HOWEVER, THE
VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE
FAILURE. THE FAILURE MILEAGE WAS 55,000.

---

**Date Complaint Filed:** 11/06/2014
**Component(s):** AIR BAGS
**Consumer Location:** VIRGINIA BEACH, VA

**Date of Incident:** 09/22/2009
**NHTSA ID Number:** 10652971

All Products Associated with this Complaint ▼

Details ▲                                                        0 Available Documents    

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AA08C88N...

**SUMMARY:**
9/22/09 - AIRBAG LIGHT STAYING ON - DEALER FOUND CODE B1034 "CRASH ZONE UNIT FAIL",
FOUND SHORT CIRCUIT INSIDE CRASH ZONE SENSOR, REPLACED CRASH ZONE SENSOR,
CLEARED CODE. 9/29/09 - AIRBAG LIGHT ON AGAIN - DEALER FOUND CODE B1034 AGAIN - CRASH
ZONE SENSOR FAILED. FOUND SHORT CIRCUIT IN AIR BAG DIAGNOSTIC UNIT - REMOVED CENTER
CONSOLE AND REPLACED AIR BAG DIAGNOSIS CONTROL UNIT, CLEARED CODES. 10/23/09 -
AIRBAG LIGHT ON AGAIN - DEALER ONCE AGAIN FOUND CODE B1034 - CALLED NISSAN TECH
SUPPORT, SPOKE WITH SOMEONE NAMED MIKE. WAS ADVISED TO REPLACE BOTH THE ENGINE
HARNESS AND THE MAIN HARNESS, REMOVED STEERING WHEEL AND STEERING SHAFT,
REMOVED CENTER CONSOLE, REMOVED GLOVE BOX, REMOVED DASH, AND REMOVED
CROSSBAR, INSTALLED NEW MAIN HARNESS, INSTALLED NEW ENGINE HARNESS, PERFORMED
FRONT END ALIGNMENT BECAUSE STEERING WHEEL AND COLUMN WERE REMOVED. FOUND
OPEN CIRCUIT IN WIRE OF THE MAIN HARNESS, CLEARED CODE. NOT SURE IF RELATED BUT AT
THE SAME TIME THE SUNROOF SWITCHES STARTING WORKING BACKWARDS AND NOT OPENING
AUTOMATICALLY SO REINITIALIZED SUNROOF. 1/23/10 - AIRBAG LIGHT ON AGAIN - REPLACED
BULB SEPT 2014 - AIRBAG LIGHT ON AGAIN - DEALER FOUND CODE B1034 AGAIN!!! SHORT IN
CRASH ZONE SENSOR - REPLACED SENSOR - COST $487.72 AT WHAT POINT DOES NISSAN
ACCEPT RESPONSIBILITY FOR THE DEFECT??? IN ADDITION TO ABOVE, HAVE HAD ISSUES WITH
THE BATTERY NOT LASTING MORE THAN 2.5 YEARS. I JUST REPLACED IT FOR THE 3RD OR 4TH
TIME IN 2012 AND AM TOLD THAT IT IS DRAINED AND I NEED ANOTHER ONE?? RELATED? I THINK
SO. BRAKES - I'VE SEEN NUMEROUS COMPLAINTS ABOUT PEOPLE PRESSING DOWN THE BRAKES
AND HAVING THEM NOT WORK AND THEY MAKE A GRINDING SOUND AND VIBRATE. I'VE
EXPERIENCED THIS TWICE BUT THE DEALER SAYS THEY CAN'T FIND ANYTHING WRONG?? *TR

---

**Date Complaint Filed:** 11/04/2014
**Component(s):** EQUIPMENT , UNKNOWN OR OTHER
**Consumer Location:** MOULTRIE, GA

**Date of Incident:** 11/03/2014
**NHTSA ID Number:** 10652611

All Products Associated with this Complaint ▼

Details ▲                                                        0 Available Documents    

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** AMERICAN SUNROOF CORP. , Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 3N1AB6AP0CL...

**SUMMARY:**

MY SUNROOF EXPLODED ON MY 2012 NISSAN SENTRA. IT WAS PARKED IN MY DRIVEWAY AND ALL THE SUDDEN IT JUST EXPLODED. THERE WAS NO REASON FOR THIS TO HAPPEN. NO ONE WAS AROUND IT, NO ROCKS , LIMBS, HAIL, NO BAD WEATHER, OR ANYTHING. *TR

---

**Date Complaint Filed:** 11/03/2014          **Date of Incident:** 10/28/2014
**Component(s):** VISIBILITY                   **NHTSA ID Number:** 10652006
**Consumer Location:** HIGH POINT, NC

All Products Associated with this Complaint ▼

Details ▲                                      0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 1   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA51E79C...

**SUMMARY:**

TL* THE CONTACT OWNS A 2009 NISSAN MAXIMA. WHILE DRIVING 45 MPH, THE SUNROOF GLASS ABRUPTLY FRACTURED. THE CONTACT SUSTAINED SCRATCHES TO THE EYES THAT REQUIRED MEDICAL ATTENTION. THE VEHICLE WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOT NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS 79,916.

---

**Date Complaint Filed:** 10/07/2014          **Date of Incident:** 10/06/2014
**Component(s):** VISIBILITY                   **NHTSA ID Number:** 10641939
**Consumer Location:** OWINGS MILLS, MD

All Products Associated with this Complaint ▼

Details ▲                                      0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AF5MV2DT...

**SUMMARY:**

THE VEHICLE WAS PARKED. DRIVER GOT IN AND CLOSED THE DOOR. AFTER HEARING AN ODD SOUND OF SOMETHING RAINING DOWN ON THE ROOF AREA, DRIVER GOT OUT AND DISCOVERED THAT THE SUNROOF HAD SHATTERED. SINCE THE SUNROOF SHADE WAS CLOSED, THE GLASS DID NOT ENTER THE VEHICLE. *TR

---

**Date Complaint Filed:** 10/03/2014          **Date of Incident:** 09/29/2014
**Component(s):** STRUCTURE , VISIBILITY       **NHTSA ID Number:** 10641082
**Consumer Location:** HARLINGEN, TX

All Products Associated with this Complaint ▼

Details ▲                                      0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MW9BW...

**SUMMARY:**

SUNROOF OF MY 2011 NISSAN MURANO EXPLODED SUDDENLY WHILE DRIVING DOWN THE HIGHWAY ON A CLEAR DAY AND NO OTHER CARS IN THE AREA. THE MALFUNCTION OF THE SUNROOF EXPLODING CAUSED THE CENTER OF THE SUNROOF GLASS TO PROTRUDE OUTWARD INTO A DOME SHAPE WHILE GLASS PIECES SHATTERED INTO THE CABIN OF THE MURANO. UPON CONTACTING THE NISSAN DEALER, THEY REFERRED ME TO THE NATIONAL NISSAN CUSTOMER SERVICE NUMBER, BUT AFTER 4 DAYS I AM STILL WAITING ON A CALL BACK FROM THE REGIONAL NISSAN OFFICE. THIS IS A MAJOR SAFETY ISSUE THAT NISSAN MUST TAKE RESPONSIBILITY FOR CORRECTING AS SOON AS POSSIBLE. *TR

---

**Date Complaint Filed:** 10/01/2014          **Date of Incident:** 09/24/2014
**Component(s):** VISIBILITY                   **NHTSA ID Number:** 10640510
**Consumer Location:** SCOTTSDALE, AZ

Details ▲       0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** 3N1AB6AP2CL...

**SUMMARY:**

SPOUSE PARKED AND WAITING IN THE CAR AT AIRPORT ARRIVAL CURB AROUND 8:30PM. AS I WAS WALKING TOWARDS THE CAR, I HEARD A LOUD EXPLOSION, SOUNDED LIKE A GUNSHOT. THEN I NOTICED THE CAR SUNROOF PIECES SHATTERED ALL OVER. NO CARS PASSING BY. TEMP AROUND 90F. LUCKILY NO PASSENGERS CLOSE BY TO THE CAR. SPOUSE WAS IN SHOCK AND LUCKILY THE SUNROOF COVER WAS CLOSED. I COULD NOT FIND A CAUSE OTHER THAN SUSPECTING THIS IS A VEHICLE MANUFACTURING DEFECT. THE ONLY DAMAGE PART WAS SUNROOF ITSELF. THIS IS A SERIOUS SAFETY ISSUE THAT DEEM A SAFETY RECALL OF SUNROOF REPLACEMENT. LUCKILY NO ONE WAS INJURED. REPORTED THE ISSUE TO NISSAN CONSUMER AFFAIR AND WAITING TO HEAR BACK FROM THEM. *TR

---

**Date Complaint Filed:** 09/17/2014       **Date of Incident:** 09/16/2014

**Component(s):** VISIBILITY       **NHTSA ID Number:** 10637055

**Consumer Location:** REDMOND, WA

Details ▲       0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**

I HAVE A 2012 NISSAN MURANO (SL) WITH ABOUT 35K MILES ON IT. WHILE TRAVELING TO WORK THE MORNING OF 09/16/14 THE SUNROOF LITERALLY EXPLODED UPWARD FOR NO REASON. NO IMPACT, ROAD HAZARD, OR OTHER DEBRIS. TEMPERATURE WAS CONSTANT (60'S) DRY, NO EXTREMES. PART OF THE ROOF WAS THE SLIDING SECTION FOR THE SUNROOF. ORIGINAL SUNROOF AS OF PURCHASE (I AM THE ORIGINAL OWNER). *TR

---

**Date Complaint Filed:** 09/02/2014       **Date of Incident:** 03/15/2014

**Component(s):** UNKNOWN OR OTHER       **NHTSA ID Number:** 10630114

**Consumer Location:** FISHKILL, NY

Details ▲       0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** 3N1AB7AP0DL...

**SUMMARY:**

EXPLODED SUNROOF I WOKE UP ONE MORNING TO A COMPLETELY SHATTERED SUNROOF. THE SUNROOF WAS BLOWN UP. I CALLED THE INSURANCE COMPANY AND THEY EXPLAINED THEY NEVER HEARD OF THIS HAPPENING BEFORE. I ALSO CONTACTED THE NISSAN DEALERSHIP IN WHICH I PURCHASED THE VEHICLE FROM AND THEY ALSO NEVER HEARD OF THIS HAPPENING BEFORE. I WAS ASKED TO DRIVE THE VEHICLE TO THE DEALERSHIP WHICH THEN THE SUNROOF THEN BLEW OUT. WHEN I ARRIVED AT THE DEALERSHIP THERE WAS A HOLE IN THE SUNROOF. I GOT MOST OF THE DAMAGE COVERED BY MY INSURANCE BUT THIS SHOULD OF BEEN COVERED BY NISSAN AS THIS IS A DEFECT IN THE SUNROOF.

---

**Date Complaint Filed:** 08/22/2014       **Date of Incident:** 08/21/2014

**Component(s):** VISIBILITY/WIPER       **NHTSA ID Number:** 10627566

**Consumer Location:** AVON, MN

Details ▲       0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** JN8AZ18WX9W...

**SUMMARY:**
I WAS DRIVING HOME AND THE SUNROOF ON THE 2009 MURANO EXPLODED. I DO NOT BELIEVE WE WERE HIT WITH A ROCK OR ANY OTHER OBJECT. LUCKILY WE WERE NOT SHOWERED WITH GLASS AS THE SUNSCREEN WAS UP. THIS IS A SAFETY ISSUE. I WAS ON THE FREEWAY AND THE SUDDEN NOISE ALMOST MADE ME HIT A CAR BESIDE ME. THERE WAS NO INDICATION AS TO WHAT HAPPENED JUST THE EXTREMELY LOUD NOISE. I WAS ABLE TO PULL OVER AND FIGURE IT OUT. BUT I DID SEE OTHER CARS ALSO BECOME STARTLED. IN MN WE EXPERIENCE EXTREME WEATHER TEMPS AND NEED TO MAKE SURE THIS DOES NOT WEAKEN THE INTEGRITY OF OUR VEHICLES. IF THIS HAS BEEN THE PAST WINTER I COULD HAVE HAD MY YOUNG GIRLS IN THE CAR WITH -50 DEGREE TEMPS TRYING TO DRIVE ANOTHER 20MN HOME. I SEE NOW THIS HAS BEEN HAPPENING QUITE A BIT BUT NOTHING HAS YET BEEN DONE. WHY? *TR

**Date Complaint Filed:** 08/11/2014
**Component(s):** EQUIPMENT ADAPTIVE , STRUCTURE , VISIBILITY
**Consumer Location:** GREENSBORO, NC

**Date of Incident:** 05/21/2013
**NHTSA ID Number:** 10621277

All Products Associated with this Complaint ▾

Details ▲                                   0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
I WAS DRIVING TO THE STORE ONE MORNING ABOUT 3 MILES FROM HOME. ALL OF A SUDDEN THE RAIN STARTED COMING IN THE CAR BC THE SUNROOF DRAIN LINES WERE IMPROPERLY WORKING AT 10% BECAUSE WHEN MANUFACTURED THEY WERE PLACED THE WRONG WAY. THIS CAUSED WATER TO POUR INTO MY CAR AS I WAS DRIVING . MY FEET WERE SOAKED AS RAINWATER POURED ON THE GAS AND BRAKE PEDALS. IT ALSO STARTED TO COME THROUGH THE DVD PLAYER ,THE SUNROOF WHEN CLOSED AND THE SIDE TOP PANEL IN FRONT. MY LIGHTS AND SPEEDOMETER BEGAN TO GO IN AND OUT AS THEN WATER CONTINUED TO FLOOD MY CAR . MY CAR WAS IN THE SHOP FOR 2 MONTHS AND HAD TO BE COMPLETELY GUTTED DUE TO THE WATER RUINING THE SEATS AND THE CARPET. NISSAN DIDN'T TAKE RESPONSIBILITY FOR THERE FACTORY DEFAULT THAT COULD HAVE CAUSED MORE UNKNOWN PROBLEMS . WE BOUGHT THE CAR IN DEC. 2012 BRAND NEW. *TR

**Date Complaint Filed:** 06/25/2014
**Component(s):** STRUCTURE
**Consumer Location:** WAPPINGERS FALLS, NY

**Date of Incident:** 05/05/2014
**NHTSA ID Number:** 10605864

All Products Associated with this Complaint ▾

Details ▲                                   0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
MY 2005 ALTIMA WAS IN THE DRIVEWAY WHEN MY SON NOTICED A LARGE PIECE OF RUST UNDER THE PASSENGER FRONT FLOOR. I PULLED UP THE CARPET AND FOUND A 6" BY 16" HOLE IN THE FLOOR. I CONTACTED NISSAN FOR GOODWILL WHICH WAS DECLINED. I WAS A NISSAN CERTIFIED MASTER TECHNICIAN FOR 21 YEARS AND A SERVICE MANAGER FOR THE LAST 2. MY WIFE AND I HAVE PERSONALLY OWNED 10 NISSAN'S AND MY IMMEDIATE FAMILY OWNS 3 MORE. NISSAN SAID ITS AN ENVIRONMENTAL ISSUE. MY CAR IS IN A GARAGE AND IN OTHERWISE GREAT SHAPE. DURING MY TENURE WITH NISSAN I'VE SEEN MULTIPLE ALTIMAS WITH THIS ISSUE. I BELIEVE ITS NOT ENVIRONMENTAL BUT ACTUALLY BECAUSE OF THE SUNROOF DRAINS DRAINING DIRECTLY INTO THAT AREA OF THE FLOOR TO DRIP OUT OF A SEEP HOLE. THIS IS A VERY DANGEROUS CONDITION. IF SOMETHING COMES UP OFF THE ROAD THE ONLY THING PROTECTING YOU IS THE CARPET, NOT TO MENTION THE FACT YOUR FEET CAN GO THROUGH TO THE GROUND BELOW. *TR

**Date Complaint Filed:** 06/23/2014
**Component(s):** VISIBILITY
**Consumer Location:** PATCHOGUE, NY

**Date of Incident:** 06/23/2014
**NHTSA ID Number:** 10605360

All Products Associated with this Complaint ▾

Details ▲                                   0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 1    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 3N1AB6AP8CL...

**SUMMARY:**
I WAS DRIVING IN THE CENTER LANE OF A 3 LANE HIGHWAY WHEN I HEARD AN EXPLOSION AND
FELT SOMETHING HIT ME AND REALIZED BY SUNROOF SHATTERED AND THE GLASS CAME DOWN
ON TOP OF ME. I PULLED OVER WHEN I COULD AND COULD NOT FIND A CAUSE FOR THIS. THE
ONLY THING DAMAGED WAS THE SUNROOF ITSELF. I DID NOT HAVE THE VISOR CLOSED SO IT
COVERED ME IN GLASS PLUS I STILL FEEL THE IMPACT FROM EITHER THE SPRAY OR JUST THE
FORCE ON MY RIGHT HEAD,EAR, AND SHOULDER. NO CUTS, JUST SORE. OUTSIDE TEMP WAS
ABOUT 55-60 AND I HAD DRIVEN ABOUT 20 MILES SO THE CABIN WAS COMFORTABLE. I WAS NOT
AROUND ANY TRUCKS NOR DID I DRIVE UNDER AN OVERPASS. NO EXPLANATION OTHER THAN IT
EXPLODING BY ITSELF. *TR

---

**Date Complaint Filed:** 06/18/2014                          **Date of Incident:** 06/09/2014
**Component(s):** VISIBILITY                                   **NHTSA ID Number:** 10599068
**Consumer Location:** BRANDYWINE, MD

All Products Associated with this Complaint ▾

Details ▲                                                     0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AR2MM1DC...

**SUMMARY:**
ON JUNE 9, 2014, AT APPROXIMATELY 9:15 AM WHILE DRIVING DOWN CRAIN HWY ON ROUTE 5
WITH MY SUNROOF RETRACTED. WITHOUT WARNING I HEARD THIS LOUD EXPLOSION. I THOUGHT
THAT I HAD BLOWN A TIRE OR SOMEONE SHOT AT ME. I KEPT DRIVING FOR ABOUT A HALF A MILE
UNTIL I GOT TO A TRAFFIC LIGHT. WHILE WAITING FOR THE LIGHT TO TURN GREEN, I LOOKED UP
AND I SAW THAT THERE WAS NOISE COMING FROM MY 2013 NISSAN PATHFINDER PLATINUM
SUNROOF. I CLOSED THE SUNROOF SLIDE BECAUSE I DIDN'T WANT ANY GLASS TO FALL ON ME
OR INTO MY VEHICLE. ONCE I ARRIVED AT CHURCH, I PULLED MY SUNROOF FORWARD TO SEE
WHAT WAS GOING ON. THE SUNROOF EXPLODED OUTWARD AND ALL THE GLASS LANDED INSIDE
THE HEADLINER BECAUSE MY SUNROOF WAS RETRACTED, THERE WEREN'T ANY CARS IN FRONT
OF ME FOR A ROCK OR SOME OTHER HARD OBJECT TO HIT THE SUNROOF, AND THERE WASN'T
AN OVERPASS FOR SOMETHING TO FALL DOWN FROM UP TOP. ON JUNE 11TH, I BROUGHT MY
SUV INTO TISCHER NISSAN SERVICE MANAGER SO THEY COULD SEE MY VEHICLE AND REPAIR
THE DAMAGED SUNROOF. MY VEHICLE HAS 23,300 MILES ON IT. I SHOWED HIM STACKS OF
COMPLAINTS ABOUT THIS SUNROOF DEFECT AND SAFETY ISSUE. I WAS TOLD THAT NISSAN
REGIONAL MANAGER DECIDED THAT NISSAN WASN'T GOING TO PAY FOR MY DAMAGED
SUNROOF. THE JUSTIFICATION WAS MAYBE A SEMI TRUCK MAY HAVE KICKED A ROCK INSIDE THE
SUNROOF AND OVER A PERIOD OF TIME, THE ROCK PUT PRESSURE ON THE PRESSURE POINT OF
THE GLASS WHICH CAUSED THE GLASS TO EXPLODE. HE TOLD ME TO CONTACT MY INSURANCE
COMPANY. QUITE FRANKLY THAT IS AN INSULT TO MY INTELLIGENCE. ON JUNE 11TH, I
CONTACTED NISSAN CONSUMER AFFAIRS. I WAS GIVEN A CASE#. ON JUNE 17TH, I WAS
INFORMED THAT MY SUNROOF DAMAGE WOULD NOT BE COVERED UNDER WARRANTY BECAUSE
THERE ARE NO KNOWN DEFECTS, SOMETHING HARD MUST HAVE IT, IT IS TEMPER GLASS, AND TO
CONTACT MY INSURANCE. *TR

---

**Date Complaint Filed:** 06/06/2014                          **Date of Incident:** 05/25/2014
**Component(s):** VISIBILITY                                   **NHTSA ID Number:** 10596713
**Consumer Location:** BRONX, NY

All Products Associated with this Complaint ▾

Details ▲                                                     0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AS58V69W...

**SUMMARY:**
I WAS DRIVING ON THE HIGHWAY NOTHING MORE THE 50MPH. AND MY SUNROOF EXPLODED ON
THE HIGH WAY WITH OUT NOTICE. THE GLASS CUT MY SKIN ON MY HAND. AND WAS A LOUD
EXPLODING SOUND. AS I DONE RESEARCH ON MY EXPLODING SOUND ROOF INCIDENT ON
GOOGLE ON THE INTERNET. I FOUND OUT I WAS NOT THE ONLY ONE THAT HAS EXPERIENCED
THIS SUNROOF GLASS EXPLODING WHILE DRIVING. NOTHING FELL ON MY CAR. BUT CAUSED
GLASS TO FALL ON ME AND ALMOST A ACCIDENT FROM SHOCK OF THIS HAPPENING. I AM
BEGGING YOU TO PLEASE MAKE THE 2009 NISSAN ROGUE SUNROOFS A RECALL. BECAUSE I WAS

LUCKY ENOUGH NOT TO DIE. BUT THERE MAY NOT BE SOMEONE ELSE THAT IS LUCK. I JUST GOT
GLASS CUTS. I SPOKE TO NISSAN AND THEY TOLD ME 800 DOLLARS TO FIX A MANUFACTURE
DEFECT. *TR

---

**Date Complaint Filed:** 06/02/2014                                    **Date of Incident:** 06/02/2014
**Component(s):** VISIBILITY                                              **NHTSA ID Number:** 10595476
**Consumer Location:** LISBON, CT

All Products Associated with this Complaint ▼

Details ▲                                                                0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 3N1AB6AP8CL...

**SUMMARY:**
VEHICLE PARKED IN DRIVEWAY. SUNROOF SHATTERED. 53 DEGREE TEMP. *TR

---

**Date Complaint Filed:** 05/29/2014                                    **Date of Incident:** 05/26/2014
**Component(s):** EQUIPMENT ADAPTIVE , STRUCTURE                          **NHTSA ID Number:** 10594715
**Consumer Location:** WETHERSFIELD, CT

All Products Associated with this Complaint ▼

Details ▲                                                                0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL3AP6DC...

**SUMMARY:**
ON MAY 26, 2014 APPROX 9:30AM WHILE DRIVING AT NORMAL HIGHWAY SPEED IN EASTERN PA. IN
MY 2013 NISSAN ALTIMA 2.5 SL, WE HEARD WHAT SOUNDED LIKE AN EXTREMELY LOUD GUN SHOT
TYPE SOUND RIGHT ABOVE THE CAR ROOF. AFTER SLOWING DOWN AND VISIBLY SHAKEN
INCLUDING MY 2 OCCUPANTS WE SLOWLY PULLING BACK THE SUNROOF LINER THAT WAS
CLOSED AT THE TIME. IT WAS NOTICED THE ENTIRE SUNROOF HAD BLOWN OUT OF THE CAR
ONTO THE HIGHWAY AND TRUNK AREA. THE REMAINING GLASS WAS BULGED OUTWARD LIKE THE
GLASS WAS PUSHED OUTWARD FROM INSIDE. THERE WAS NO INDICATION WHATSOEVER OF
IMPACT FROM OUTSIDE THE CAR. THE ROOF, TRUNK AND REAR SPOILER WERE COVERED IN
SMALL SHARDS OF GLASS WITH MANY NOTICEABLE DEEP SCRATCHES FROM THE GLASS IMPACT.
WE STOPPED AT THE NISSAN DEALERSHIP IN WILKES BARRE, PA AND SHOWED THE DEALERSHIP
THE PROBLEM WE JUST ENCOUNTERED. THE DEALERSHIP CLEANED AND COVERED THE
DAMAGED SUNROOF AND ADVISED US TO DRIVE SLOWLY HOME UNTIL YOU COULD CONTACT
YOUR LOCAL DEALERSHIP. THEY COULD GIVE ME NO REASON WHY THIS HAPPENED OR HAD
NEVER HEARD OR SEEN THIS PROBLEM. I NOTIFIED MY LOCAL DEALERSHIP WHEN I GOT HOME
AND BROUGHT THE CAR IN FOR SERVICE. I WAS ADVISED FROM MY DEALERSHIP AFTER THEY
CLAIMED THEY CONTACTED NISSAN MOTORS AND THE LOCAL NISSAN AREA REP. THAT THEY
COULD NOT GIVE ME ANY REASON WHY THIS WOULD HAPPEN. THEY TOLD ME THEY USUALLY
DON'T COVER GLASS BREAKAGE BUT CALLED IT A GOOD WILL GESTURE AND WOULD REPLACE
THE SMASHED SUNROOF AT NO CHARGE BUT REFUSED TO FIX THE DAMAGED PAINT THAT WAS
CAUSED FROM THE GLASS HITTING THE ROOF, TRUNK AND SPOILER SURFACE. *TR

---

**Date Complaint Filed:** 04/30/2014                                    **Date of Incident:** 04/26/2014
**Component(s):** VISIBILITY                                              **NHTSA ID Number:** 10585763
**Consumer Location:** NORWALK, CT

All Products Associated with this Complaint ▼

Details ▲                                                                0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MW6CW...

**SUMMARY:**
ON 4/26/14, WHILE TRAVELING NORTH ON RT. 7 IN KENT, CONNECTICUT AT 45 MPH IN OUR 2012
NISSAN MURANO SL, MY HUSBAND AND I HEARD A VERY LOUD STARTLING SOUND, WHICH
SOUNDED LIKE A GUNSHOT AND WHAT I THOUGHT I HEARD ALONG WITH A SMASH NOISE. WE
IMMEDIATELY PULLED OVER TO THE SIDE OF THE ROAD. I LOOKED AT THE WINDOWS BEHIND THE
DRIVER AND PASSENGER SEATS THINKING SOMEONE SHOT AT US. NOTHING. WE GOT OUT AND

LOOKED AT THE TIRES TO SEE IF A TIRE BLEW OUT. THEY WERE ALL FINE. FINALLY, A PICKUP TRUCK PULLED UP ALONGSIDE OF US TO ASK IF EVERYTHING WAS ALRIGHT. WE TOLD HIM WHAT WE HEARD, BUT EVERYTHING LOOKED FINE. HE LEFT. RIGHT BEFORE WE GOT BACK INTO THE VEHICLE, MY HUSBAND LOOKED UP OVER THE ROOF AND SAID, YOU WON'T BELIEVE IT, IT WAS YOUR SUN ROOF. THE ENTIRE CENTER SECTION OF THE SUN ROOF THAT IS ABOVE THE FRONT SEATS WAS A LARGE HOLE, SMASHED FROM WHAT LOOKS LIKE FROM THE INSIDE OF THE CAR GOING OUTWARDS. WE DIDN'T SEE ANY ROCKS OR ANY OTHER DEBRIS THAT COULD HAVE CAUSED IT IN THE AREA, AND THERE WERE NO CARS AROUND US, NO TREES OVERHEAD AND NO OVERPASSES AT THE TIME THIS OCCURRED. JUST THE GLASS SHARDS AND PIECES THAT WERE NOW SITTING ON THE FABRIC VISOR THAT SEPARATED US FROM THE GLASS. AFTER RESEARCHING ON THE INTERNET, I CAME ACROSS MANY OTHER COMPLAINTS OF WHAT PEOPLE WERE CALLING "SUNROOF EXPLOSIONS" OR "SPONTANEOUS SUNROOF EXPLOSIONS." I WROTE TO NISSAN CORPORATE REGARDING MY CONCERN OF THE EXPLODING SUNROOF, AND ONLY RECEIVED A GENERIC BOILERPLATE RESPONSE STATING I SHOULD TAKE IT TO A NISSAN DEALERSHIP FOR REPAIR. THAT WAS IT FROM NISSAN. THIS IS AN EXTREMELY DANGEROUS HAZARD AND I WONDER WHY THESE INCIDENTS, WHICH ARE POSTED ALL OVER THE INTERNET, HAVE NOT BEEN INVESTIGATED TO DATE. *JS

---

**Date Complaint Filed:** 04/10/2014
**Component(s):** VISIBILITY
**Consumer Location:** WETUMPKA, AL

**Date of Incident:** 04/08/2014
**NHTSA ID Number:** 10578895

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
I HAVE A 2009 NISSAN MAXIMA S-MODEL AND I WAS DRIVING HOME AND I HAD MY SUNROOF TILTED. THE SUNROOF GLASS MADE A LOUD NOISE AND THE GLASS SHATTERED ABOVE MY HEAD. I LOOKED FOR SIGNS OF AN OBJECT HITTING THE TOP OF MY CAR BUT NONE WERE PRESENT. THE GLASS SHATTERED FROM THE INSIDE OF THE CAR OUTWARDS. *TR

---

**Date Complaint Filed:** 03/31/2014
**Component(s):** STRUCTURE , VISIBILITY/WIPER
**Consumer Location:** MEMPHIS, TN

**Date of Incident:** 03/29/2014
**NHTSA ID Number:** 10575918

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MU2BW...

**SUMMARY:**
WE WERE DRIVING AT 35 MILES/HR WITH 3 YEARS OLD DAUGHTER IN THE CAR SEAT IN THE BACK. SUDDENLY THE ROOF JUST EXPLODED. WE HAD THE INSIDE COVER OF THE SUNROOF OPEN AND THE DEBRIS FROM THE ROOF EXPLOSION FLEW IN OUR DAUGHTER FACE. FORTUNATELY, BESIDE MINOR SCRATCHES ON HER FACE AND CRYING WHEN WE PUT HER BACK TO THE CAR, SHE IS OK. SHE NOW RESIST US WHEN WE TRY TO PUT HER IN THIS CAR. THIS IS ABSOLUTELY A QUALITY ISSUE FROM NISSAN. WE AGREE WITH NISSAN THAT WE NEVER HEARD ABOUT ROOF EXPLODING BEFORE, BUT WE AS MANY OTHER HAVE WITNESSED ONE FROM CAR MADE BY NISSAN. *TR

---

**Date Complaint Filed:** 02/26/2014
**Component(s):** ENGINE , FUEL/PROPULSION SYSTEM , VISIBILITY/WIPER
**Consumer Location:** CLEMMONS, NC

**Date of Incident:** 09/18/2012
**NHTSA ID Number:** 10565921

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents    ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**

SHORTLY AFTER PURCHASING OUR 2009 NISSAN MURANO IN SEPT 2012 A LOUD NOISE WAS HEARD AT TIMES IN THE FLOOR BOARD...IT WAS DISCOVERED TO BE A BROKEN MOTOR MOUNT...THIS WAS REPLACED UNDER 30 DAY WARRANTY FROM PLACE OF PURCHASE. THE SUNROOF COVER ALSO WAS DEFECTIVE AS IT WOULD NOT OPEN COMPLETELY AT TIMES AND ALSO REQUIRED REPLACING. SINCE THIS TIME IN 2013 THE WIPERS DO NOT WORK PROPERLY AT ALL TIMES...THIS HAS NOT BEEN RECREATED FOR A TECH TO INSPECT....SOMETIMES THEY DO NOT GO AS FAST AS SHOULD IF HEAVY RAIN AND OTHER TIMES GO TOO FAST IF BARELY DRIZZLING, THIS IS ON THE INTERMITTENT FUNCTION. FEBRUARY 2014 WAS DUE TO TAKE IN FOR ROUTINE OIL CHANGE THAT DAY AND SERVICE ENGINE SOON LIGHT CAME ON THAT MORNING...WAS ADVISED NEEDS NEW CATALYTIC CONVERTER, WAS AT 85K, MANF. WARRANTY WENT OUT AT 80K, EXTENDED WARRANTY WE PURCHASED AND PAID EXTRA FOR WAS TO COVER UP TO 150K; HOWEVER, DOES NOT COVER THIS PART. NISSAN SAYS NOTHING ON THEM, FUNNY THEY ARE THE ONES WHO MADE THE VEHICLE, AND REGARDLESS OF THIS BEING A USED VEHICLE (WE ARE THE SECOND OWNER) THIS IS NOT SOMETHING YOU CAN TELL IN ADVANCE IS GOING OUT...WE HAVE NOT HAD ANY NOISE PRIOR AND THIS WAS FIRST TIME LIGHT CAME ON. THIS IS VERY COSTLY AND SOMETHING THAT HAS TO BE FIXED IN ORDER TO PASS INSPECTION OR I WILL NOT HAVE A VEHICLE TO DRIVE. *TR

---

**Date Complaint Filed:** 02/14/2014                    **Date of Incident:** 12/31/2007
**Component(s):** POWER TRAIN , VISIBILITY              **NHTSA ID Number:** 10564355
**Consumer Location:** GROTON, CT

**All Products Associated with this Complaint ▼**

**Details ▲**                                          0 Available Documents    ?

| Crash: No | Fire: No | Number of Injuries: 0 | Number of Deaths: 0 |
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 3N1BC13E77L...

**SUMMARY:**

TL* THE CONTACT OWNS A 2007 NISSAN VERSA. THE CONTACT STATED THAT THERE WAS A LEAK FROM THE SUNROOF INSTALLATION. ADDITIONALLY, THE CONTACT STATED THAT WHILE ATTEMPTING A LEFT TURN, THE VEHICLE STALLED WITHOUT WARNING AND COULD NOT BE SHIFTED INTO ANY GEAR. THE VEHICLE WAS TOWED TO AN INDEPENDENT MECHANIC BUT WAS NOT DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOTIFIED OF THE FAILURE. THE FAILURE MILEAGE WAS NOT AVAILABLE. *TR

---

**Date Complaint Filed:** 02/07/2014                    **Date of Incident:** 07/24/2013
**Component(s):** STRUCTURE                             **NHTSA ID Number:** 10563433
**Consumer Location:** CENTERPORT, NY

**All Products Associated with this Complaint ▼**

**Details ▲**                                          0 Available Documents    ?

| Crash: No | Fire: No | Number of Injuries: 0 | Number of Deaths: 0 |
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**

NISSAN ALTIMA SEDAN 2010 SL (LEATHER) WITH CVT TRANSMISSION; AFTER DRIVING WITH THE AC ON DURING HEAT WAVE I NOTICED WATER ON DRIVER/PASSENGER FLOOR DRIPPING FROM THE CENTER CONSOLE. I RARELY USE THE AC RATHER HAVE THE WINDOWS OPEN. AFTER RESEARCH ONLINE (THIS SITE AS WELL WITH ANOTHER COMPLAINT) AND BRING TO A NISSAN DEALER THEY INDICATED THE AC (CONDENSATION) DRIP PAN DRAIN/TUBE MAY BE CLOGGED OR THE SUNROOF DRAINS MAY BE CLOGGED. THEY INDICATED THAT THE CABIN AIR FILTER MAY HAVE DEPOSITED DEBRIS AND DIRT INTO THE AC PAN CAUSING IT TO CLOG... NISSAN NEEDS TO FIX THIS PROBLEM OR SEAL THE PAN NEXT TO THE CABIN FILTER SO NOTHING CAN BE TRANSFERRED OR MOVED TO THE FILTER/AREA TO THE NEARBY DRAINS. I PREVIOUSLY HAD THE CABIN FILTER REPLACED BY A REPAIR CENTER SPRING 2013. *TR

---

# Search Results

## Keyword Search Results

| Recalls | Investigations | Complaints | Manufacturer Communications |
|---------|---------------|------------|----------------------------|
| N/A | N/A | 139 Result(s) | N/A |

Below is a list of safety-related complaints received for this product. Complaints are entered into our complaint database and are used to determine if a safety-related defect trend exists.

Do you have a safety-related complaint? Let us know by going to our File a Safety Complaint page

COMPLAINTS: Displaying 101 - 125 out of 139

---

**Date Complaint Filed:** 02/07/2014
**Component(s):** VISIBILITY
**Consumer Location:** ATLANTA, GA

**Date of Incident:** 02/07/2014
**NHTSA ID Number:** 10563356

All Products Associated with this Complaint ▼

Details ▲                                      0 Available Documents  ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 3N1AB6AP4CL...

**SUMMARY:**

WHILE DRIVING TO WORK AT ABOUT 6:45 AM I HEARD A LOUD NOISE LIKE AN EXPLOSION AND HEARD GLASS CRACKING AND LOOKED AT SUNROOF. IT HAD EXPLODED AND BURST INTO PIECES. I CLOSED THE SUNSHIELD TO PROTECT MYSELF AND PULLED TO THE SIDE OF THE ROAD. I CALLED 911 AND A GA STATE PATROL CAME AND INSPECTED THE INCIDENT AND STATED IT LOOKED LIKE A MANUFACTURERS DEFECT WITH NO SIGN OF ANYTHING IMPACTING THE CAR. HE WROTE AN INCIDENT REPORT AND I HAD TO DRIVE ONTO WORK. NISSAN IS LOOKING AT MY CAR LATER TO DIAGNOSE THE PROBLEM AND I HOPE THEY DO THINGS RIGHT SO I DON'T HAVE TO FIGHT TO GET THIS RESOLVED. *TR

---

**Date Complaint Filed:** 01/08/2014
**Component(s):** VISIBILITY
**Consumer Location:** BELTON, TX

**Date of Incident:** 01/02/2014
**NHTSA ID Number:** 10559119

All Products Associated with this Complaint ▼

Details ▲                                      0 Available Documents  ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AF5MR1DT...

**SUMMARY:**

THE VEHICLE WAS PARKED. WHEN THE DRIVER'S SIDE FRONT DOOR WAS SHUT, THE SUNROOF EXPLODED UPWARD. THE EXPLOSION SOUNDED LIKE A GUNSHOT. THE SUNROOF SHATTERED COMPLETELY INTO SMALL PIECES. THE SUNROOF VISOR WAS CLOSED, SO THE GLASS SHARDS DID NOT ENTER THE VEHICLE. *TR

---

**Date Complaint Filed:** 12/19/2013
**Component(s):** VISIBILITY
**Consumer Location:** NEW ORLEANS, LA

**Date of Incident:** 12/06/2013
**NHTSA ID Number:** 10556614

All Products Associated with this Complaint ▼

Details ▲                                      0 Available Documents  ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MU8CW...

**SUMMARY:**

TL* THE CONTACT OWNS A 2012 NISSAN MURANO. THE CONTACT STATED WHILE DRIVING APPROXIMATELY 70 MPH THE SUNROOF EXPLODED. THE VEHICLE WAS TAKEN TO A DEALER WHERE THE MECHANIC DIAGNOSED THAT THE SUNROOF NEEDED TO BE REPLACED. THE VEHICLE WAS REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE PROBLEM. THE APPROXIMATE FAILURE MILEAGE WAS 23,700.

**Date Complaint Filed:** 12/10/2013  
**Component(s):** VISIBILITY  
**Consumer Location:** HOFFMAN ESTATES, IL  

**Date of Incident:** 12/05/2013  
**NHTSA ID Number:** 10555529  

All Products Associated with this Complaint ▾

Details ▲                                                                 0 Available Documents   ❓

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0  
**Manufacturer:** Nissan North America, Inc.  
**Vehicle Identification No. (VIN):** 5N1AR1NB5AC...  

**SUMMARY:**  
SHATTERING SUNROOF. I VENTED SUNROOF AT FIRST AND AS I WAS CLOSING SUNROOF VENT TO OPEN SUNROOF THAT WHEN THE GLASS CRACKED AND SHATTERED IN VEHICLE. THERE WAS NO OBSTRUCTION OR MANIPULATION. I ONLY USED SUNROOF CONTROLS. LUCKILY I CLOSED INTERNAL SUNROOF COVER IN TIME AND ONLY A LITTLE GLASS FELL ON ME. NISSAN SAYS THEY ARE NOT LIABLE AS THERE IS NO PROOF OF FAULTY SUNROOF. THE COST TO REPAIR IS APPROX $800. THERE ARE A GOOD AMOUNT OF COMPLAINTS ONLINE AND INVESTIGATIONS CONDUCTED BY LOCAL NEWS AGENCIES.

---

**Date Complaint Filed:** 09/20/2013  
**Component(s):** STRUCTURE , VISIBILITY  
**Consumer Location:** MARIETTA, GA  

**Date of Incident:** 09/07/2013  
**NHTSA ID Number:** 10544549  

All Products Associated with this Complaint ▾

Details ▲                                                                 0 Available Documents   ❓

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0  
**Manufacturer:** Nissan North America, Inc.  
**Vehicle Identification No. (VIN):** JN8AZ1MU4AW...  

**SUMMARY:**  
WHILE DRIVING, THE SUNROOF EXPLODED LEAVING A ROUND, UPWARD PROTRUDING, GLASS HOLE LARGER THAN A BASKETBALL. SUNROOF WAS CLOSED ON A MILD 82 DEGREE DAY DRIVING DOWN THE HIGHWAY. FORTUNATELY, THE SUN SHADE WAS CLOSED WHICH BLOCKED SHATTERING GLASS FROM HITTING US DIRECTLY WHILE OPERATING AT HIGHWAY SPEEDS. NISSAN DID ACKNOWLEDGE INSTANCES OF THIS NATURE ON OTHER MODELS. AN INTERNET SEARCH OF FORUMS REVEALED MANY, MANY OCCURRENCES. THIS WAS NOT AN IMPACT CRACK, BREAK. IT WAS LITERALLY AN OUTWARD EXPLOSION!! *LN *TR

---

**Date Complaint Filed:** 07/19/2013  
**Component(s):** STRUCTURE  
**Consumer Location:** FRANKLIN LAKES, NJ  

**Date of Incident:** 05/20/2013  
**NHTSA ID Number:** 10525786  

All Products Associated with this Complaint ▾

Details ▲                                                                 0 Available Documents   ❓

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0  
**Manufacturer:** Nissan North America, Inc.  
**Vehicle Identification No. (VIN):** 1N4AL3AP6DN...  

**SUMMARY:**  
ABOUT 2 MONTHS AFTER GETTING THIS CAR I NOTICED A RATTLING NOISE COMING FROM THE SUNROOF ON THE RIGHT SIDE OF THE CAR. THE NOISE GOT MORE PRONOUNCED WHEN RUNNING OVER SOME SMALL BUMPS EVEN AT LOW SPEEDS. I TOOK THE CAR TO ROUTE 23 AUTO MALL SERVICE DEPARTMENT IN BUTLER, NJ; THE SAME DEALER WHERE I GOT THE CAR. BELOW IS A LIST OF DATES AND ISSUES THAT HAVE TAKEN PLACE WITH THIS CAR. 06/07/13 ? TOOK CAR IN FOR RATTLE NOISE AND NHTSA RECALL 13V-158. NOISE CONFIRMED AND NEW HEADLINER ORDERED. 06/17/13 ? HEADLINER REPLACED, HOWEVER NOISE REMAINED THE ISSUE WAS NOT ADDRESSED. CALLED AND EXPLAINED THE ISSUE TO THE DEALER. NEW APPOINTMENT SET. 06/25/13 ? DEALER STATES THAT THE ISSUE WAS NOW FIXED, HOWEVER THE NOISE STILL REMAINED. DEALER BROKE PILLAR COVERS AND NOW THEY ARE NOT SITTING PROPERLY, PRESENTING A VERY DANGEROUS ISSUE. 7/10/2013 ? CALLED NISSAN'S NATIONAL CONSUMER AFFAIRS DEPARTMENT AND EXPLAINED THE PROBLEM. CASE: [XXX]CREATED TO TRACK THESE ISSUES. SPOKE TO [XXX] AT EXTENSION [XXX]. SUGGESTED I GET A 2ND OPINION. 7/12/2013 ? LOW PRESSURE WARNING LIGHT FOR LEFT FRONT TIRE COMES UP. ADDED AIR. ISSUE CAME BACK AGAIN LATER IN THE DAY. ADDED AIR A SECOND TIME, ISSUE CORRECTED. 07/16/2013 ? TOOK CAR FOR SECOND OPINION TO RAMSEY NISSAN IN NEW JERSEY. DEALER VERIFIED COMPLAIN. DEALER NOTICED MISSING INSULATION AND BROKEN PILLARS. NOISE ISSUE SEEMS BE FIXED

NOW. NEW PILLARS ON ORDER. 07/18/2013 ? LOW PRESSURE WARNING COMING FROM LEFT REAR
TIRE. THIS IS A BRAND NEW CAR AND I FIND IT UNACCEPTABLE THAT I'M ENCOUNTERING ALL
THESE ISSUES THIS EARLY. I DO NOT FEEL SAFE DRIVING THIS CAR AND I'M NOW LEFT
WONDERING WHAT ISSUE WILL BE NEXT. I FEAR FOR THE SAFETY OF MY FAMILY WHEN I DRIVE
THIS VEHICLE AS IT SEEMS THERE IS A NEW PROBLEM EVERY OTHER DAY. INFORMATION
REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

---

**Date Complaint Filed:** 07/19/2013      **Date of Incident:** 07/18/2013
**Component(s):** VISIBILITY      **NHTSA ID Number:** 10525702
**Consumer Location:** CHEPACHET, RI

All Products Associated with this Complaint ▼

Details ▲      0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MW9BW...

**SUMMARY:**

WHILE TRAVELING APPROX 65 MPH ON THE HIGHWAY WITH NO TRUCKS OR OVERPASSES
AROUND MY SUNROOF GLASS LITERALLY EXPLODED! I THOUGHT I HAD A TIRE BLOWOUT UNTIL I
HEARD WIND COMING FROM THE ROOF AND SAW BRIGHT LIGHT FROM THE SUNSHADE CRACKS.
WHEN I OPENED THE VISOR A CRACK YOU COULD SEE THE GLASS HAD EXPLODED UPWARD. I
HAD A LARGE CHUNK OF GLASS MISSING FROM THE SUNROOF. I SAW ANOTHER COMPLAINT ON
NHTSA FOR THE SAME SITUATION AND I AN VERY CONCERNED ABOUT THE SAFETY OF THE
GLASS. THANK YOU FOR YOU CONSIDERATION! [XXX] INFORMATION REDACTED PURSUANT TO
THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

---

**Date Complaint Filed:** 06/09/2013      **Date of Incident:** 06/04/2012
**Component(s):** SUSPENSION      **NHTSA ID Number:** 10515869
**Consumer Location:** SAN ANTONIO, TX

All Products Associated with this Complaint ▼

Details ▲      0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL2APXCN...

**SUMMARY:**

HEADLINER WAS MADE INCORRECT FOR ALL 2012 MODELS AND NISSAN IS AWARE AND REFUSES
TO ISSUE A RECALL. WE HAVE TWO OF THE SAME YEAR ALTIMA PURCHASED ON THE SAME DATE.
ALSO THERE IS SOMETHING WRONG WITH THE SUSPENSION STILL AND WHEN I TURN TO LEFT IT
MAKES A POPPING SOUND. WENT IN TO GET OIL CHANGED AND WAS TOLD I HAD AN OIL LEAK
THAT WAS GOING BACK INTO MY ENGINE AND BLEW ONE OF MY CYLINDERS AND TORE AN
O-RING SO HAD TO HAVE THAT REPLACED. ALSO SOMETHING WRONG WITH REAR DEFROSTER
THAT REQUIRED BACK WINDSHIELD TO BE REPLACED. HORRIBLE CONTROL ISSUES WHEN GOING
OVER 50 MPH. ALSO SUNROOF REPAIRED SEVERAL TIMES DUE TO REPEATEDLY BREAKING ON
THE TRACK PIECE. THIS CAR AS VERY POORLY MADE AND NISSAN WILL NOT OWN UP TO THEIR
MISTAKES. ALSO BREAKS SQUEAK NON STOP AND GRIND AND HAVE SINCE CARS WERE
PURCHASED, NISSAN INFORMED US THIS WAS NORMAL SINCE THEY HAVE METAL BREAK PADS
ON THE 2012 MODELS. IF I COULD GIVE CARS BACK I WOULD IN A HEARTBEAT. HUGE LEMONS ON
THE 2012 HENCE THE ENTIRE REMAKE OF THE 2013'S, THEY KNEW THEY MESSED UP. *TR

---

**Date Complaint Filed:** 05/16/2013      **Date of Incident:** 05/01/2013
**Component(s):** VISIBILITY      **NHTSA ID Number:** 10512330
**Consumer Location:** SOUTH YARMOUTH, MA

All Products Associated with this Complaint ▼

Details ▲      0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL3AP8DC...

**SUMMARY:**

WHEN THE SUNROOF IS OPENED AND YOU'RE DRIVING IT RATTLES LIKE CRAZY. IT SOUNDS LIKE
THERE IS SOMETHING LOOSE IN THE SUNROOF AND WHENEVER YOU GO OVER A BUMP OR AN

ANGLE IT GETS WORSE. I HAD THIS ISSUE ON A HYUNDAI SONATA AND AFTER 6 MONTHS OF THIS
HORROR, I FINALLY WAS ABLE TO GET RID OF THE CAR.. I AM NOT GOING DOWN THIS AVENUE
AGAIN WITH THIS CAR.. GET A FIX FOR IT! *TR

---

**Date Complaint Filed:** 05/01/2013          **Date of Incident:** 04/09/2013
**Component(s):** STRUCTURE , VISIBILITY        **NHTSA ID Number:** 10510244
**Consumer Location:** WINFIELD, PA

All Products Associated with this Complaint ▼

Details ▲                                                    3 Available Documents ▼

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4BL11DX3C...

**SUMMARY:**
WE LIVE IN PA. WE TOOK OUR 2003 NISSAN ALTIMA IN FOR INSPECTION AND WERE TOLD THE
DRIVER AND THE PASSENGER SIDE FLOOR PANELS WERE RUSTED THOUGH TO THE CAR. THE
CAR WAS BOUGHT NEW, HAS BEEN GARAGE KEPT, AND OUR WINTERS HAVE BEEN MILD.
NOTHING EVER HAS BEEN SPILLED IN THE CAR AND THE CARPET HAVE NEVER BEEN WET. HAD 4
LOCAL BODY SHOPS GIVE ESTIMATES (FROM $900 TO $1500), ALL THAT SAID THAT THIS
SHOULDN'T HAPPEN TO A 10 YEAR OLD CAR AND THE REST OF THE CAR LOOKS GOOD. SPOKE
WITH NISSAN CUSTOMER AFFAIRS WHO HAD US TAKE IT TO A NISSAN AFFILIATED BODY SHOP.
ONE OF THE BODY SHOPS RESEARCHED THE PROBLEM AND FOUND NUMEROUS COMPLAINTS
REGARDING THIS PROBLEM. I WAS TOLD THERE IS A DESIGN FLAW WITH THE DRAINAGE OF THE
SUNROOF OR WINDSHIELD, FORCING WATER BETWEEN THE FLOOR PAN AND ROCKER BOTTOM.
MENTIONED THAT A PLUG ISN'T SEALED OR INSTALLED CORRECTLY. I CALLED NISSAN AND THE
CASE WAS SENT TO A REGIONAL CUSTOMER AFFAIR REPRESENTATIVE. AFTER TWO WEEKS OF
2-3 CALLS PER DAY LEAVING MESSAGES WITH MY CONTACT NUMBER, I FINALLY HEARD BACK
TODAY AND WAS TOLD THAT "THE DECISION IS FINAL AND THEY ARE NOT WILLING TO GIVE ANY
HELP IN FIXING THE PROBLEM" OR STAND BEHIND THEIR PRODUCT/DEFECT/DESIGN FLAW. *TR
UPDATED 04/09/15. *JB

---

**Date Complaint Filed:** 04/25/2013          **Date of Incident:** 04/24/2013
**Component(s):** VISIBILITY                    **NHTSA ID Number:** 10509560
**Consumer Location:** ANDOVER, NJ

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents ❓

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 3N1AB61E88L...

**SUMMARY:**
DRIVING DOWN HIGHWAY WITH NEAREST VEHICLE SEVERAL HUNDRED FEET AWAY WHEN THE
SUNROOF GLASS APPEARED TO HAVE "EXPLODED". THERE WAS A VERY LOAD NOISE FOLLOWED
BY THE SOUND OF SMALL PIECES OF GLASS SLIDING ACROSS THE HOOD AND TRUNK. DID NOT
SEE ANY PROJECTILE (I.E. STONE) THAT MIGHT HAVE HIT THE SUNROOF. THE GLASS APPEARS TO
HAVE BEEN BLOWN OUT AS OPPOSED TO AN IMPLOSION DUE TO BEING HIT BY A PROJECTILE.
*TR

---

**Date Complaint Filed:** 04/22/2013          **Date of Incident:** 04/20/2013
**Component(s):** VISIBILITY/WIPER              **NHTSA ID Number:** 10509152
**Consumer Location:** Unknown

All Products Associated with this Complaint ▼

Details ▲                                                    0 Available Documents ❓

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
TL* THE CONTACT OWNS A 2012 NISSAN ALTIMA. THE CONTACT STATED THAT WHILE TRAVELING
60 MPH, THE SUNROOF SHATTERED WITHOUT WARRANT. THE VEHICLE HAD NOT BEEN TAKEN TO
THE DEALER AND WAS NEITHER DIAGNOSED NOR REPAIRED. THE VIN WAS NOT AVAILABLE. THE
FAILURE MILEAGE WAS 24,000. *TR

**Date Complaint Filed:** 03/28/2013
**Component(s):** VISIBILITY
**Consumer Location:** BEEBE, AR

**Date of Incident:** 02/21/2013
**NHTSA ID Number:** 10504856

**All Products Associated with this Complaint** ▼

**Details** ▲        0 Available Documents   

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ18U99W...

**SUMMARY:**
I WAS DRIVING AT 55-60 MPH WITH NO VEHICLES IN FRONT OF ME, AND MY SUNROOF EXPLODED
OUTWARD. SOUNDED LIKE A GUN SHOT GOING OFF INSIDE THE CAR. GLASS SLID OF THE BACK
OF THE CAR AND I SLIGHTLY OPENED THE SUN SHADE AND WHERE THE GLASS IS THERE WAS A
BIG HOLE WHERE IT HAD BLOWN OUT. *TR

---

**Date Complaint Filed:** 03/22/2013
**Component(s):** ENGINE AND ENGINE COOLING , POWER TRAIN , SEATS , VISIBILITY
**Consumer Location:** MORENO VALLEY, CA

**Date of Incident:** 03/11/2010
**NHTSA ID Number:** 10504066

**All Products Associated with this Complaint** ▼

**Details** ▲        0 Available Documents  

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4BA41E65C...

**SUMMARY:**
I PURCHASED MY 2005 NISSAN MAXIMA BRAND NEW IN APRIL OF 2005. I PAID COLD HARD EARNED
CASH ($35,000) FOR THIS CAR. WE REFINANCED OUR HOME TOO BUY AN RELIABLE, STURDY,
DEPENDABLE, STYLISH, ROAD CAR (INSTEAD WE GOT A LEMON). I HAVE HAD MANY ISSUES WITH
THE CAR. THE HEADLINER CONSTANTLY FALLING DOWN OVER MY HEAD WHILE DRIVING WITH
THE SUNROOF OPEN, THE SUNROOF NOT OPENING AND CLOSING PROPERLY, THE O2 SENSORS
GOING OUT CONSTANTLY, , THE BRACKETS BEING REPLACED, THE LEATHER SEATS LOOK AS IF I
HAVE RAZOR BLADES ATTACHED TO MY BOTTOM SIDE, AND THE TRANSMISSION IS AWFUL!!! AT
65,000 MILES IT STARTED GOING OUT. THE LOCAL DEALER REPLACED THE TRANNY WITHOUT
ADMITTING ANY FAULT ON NISSANS BEHALF. AT THE TIME WE DID NOT KNOW ABOUT THE
TROUBLING PROBLEMS WITH THE 2004-2005 TRANSMISSIONS. THEY ONLY CHARGED US FOR THE
LABOR COST. WE ACTUALLY THOUGHT "WOW, THEY ARE COOL"!! HERE WE ARE AT 157,000 MILES
(ABOUT 70,000 LATER AND THE TRANNY IS:JERKING EXTREMELY HARD ( IT FEELS LIKE I AM BEING
RAMMED FROM THE REAR BY A 18 TON SEMI-TRAILER) BETWEEN GOING INTO 1ST AND SECOND
GEAR AND AGAIN BACK IN REVERSE FROM 2ND INTO 1ST GEAR. THE PROBLEM HAS GOTTEN SO
BAD THAT IS NOW HESITATING IN SHIFTING AND I HAVE HAD ENOUGH!! I HAVE DONE MY
RESEARCH, AND THIS IS AN EPIDEMIC. NISSAN HAS TOO STEP UP AND FIX THIS PROBLEM. THIS
COUNTRY HAS HIT A RECESSION. US HARDWORKING AMERICANS DESERVE BETTER THAN THIS.
PLEASE HELP US CONSUMERS. THANK [XXX] INFORMATION REDACTED PURSUANT TO THE
FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

---

**Date Complaint Filed:** 01/20/2013
**Component(s):** VISIBILITY
**Consumer Location:** EAST GREENWICH, RI

**Date of Incident:** 01/11/2012
**NHTSA ID Number:** 10493536

**All Products Associated with this Complaint** ▼

**Details** ▲        0 Available Documents  

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MWXAW...

**SUMMARY:**
FOR THE SECOND TIME IN 6 MONTHS, MY SUNROOF EXPLODED. THE FIRST TIME WAS IN JULY,
2012, AND I WILL FILE A SEPARATE REPORT FOR THAT INCIDENT.. BOTH TIMES THE DEALER SAID
THEY WERE NOT RESPONSIBLE. OUT OF THE BLUE, IT SOUNDED LIKE A GUN SHOT, IT WAS SO
LOUD. THE GLASS WAS PUSHED UP WITH THE FORCE, WITH A BIG CIRCLE OF GLASS MISSING. I
WAS NOT FOLLOWING ANOTHER CAR AND THERE WAS NO STONE KICKED UP AS CLAIMED BY THE
DEALER. WITH THE COLD AIR OUTSIDE, THE GLASS WAS PUSHED UP WITH THE PRESSURE. THE
FIRST TIME IT HAPPENED WAS IN THE SUMMER, AND WITH THE PRESSURE, THE GLASS WAS
PUSHED INWARD. THIS SEEMS TO BE A DESIGN FLAW, AS MANY OTHERS ON THE INTERNET HAVE

CLAIMED THE SAME PROBLEM, EVEN THOUGH THE DEALERS CLAIM THEY HAVE NOT HEARD OF THIS PROBLEM. THIS PROBLEM SHOULD NOT BE IGNORED, AS SOONER OR LATER THIS ISSUE WILL RESULT IN SERIOUS ACCIDENTS, POSSIBLY A FATALITY, AND IT WOULD BE DIFFICULT FOR NISSAN TO SAY THEY WERE NOT AWARE OF THIS PROBLEM. IT IS OUTRAGEOUS THAT I AM AFRAID TO DRIVE THIS CAR WHEN AT ANY TIME, THE SUN ROOF MAY ONCE AGAIN EXPLODE FOR NO APPARENT REASON. THIS DANGEROUS SITUATION IS NOT WHAT I SIGNED UP FOR WHEN I BOUGHT THIS CAR AND I AM UPSET THAT THIS PROBLEM IS NOT BEING ACKNOWLEDGED BY NISSAN. *TR

---

**Date Complaint Filed:** 11/25/2012
**Component(s):** VISIBILITY
**Consumer Location:** NEW PORT RICHEY, FL

**Date of Incident:** 11/18/2012
**NHTSA ID Number:** 10485963

**All Products Associated with this Complaint** ▼

**Details** ▲　　　　　　　　　　　　　　　　　　　　　　　　**0 Available Documents**　❓

**Crash:** No　**Fire:** No　**Number of Injuries:** 0　**Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
WHILE I WAS DRIVING DOWN THE ROAD AT ABOUT 45 MPH NO OTHER VEHICLES AROUND ME AND NO OVERPASS OR TREES ABOVE ME , MY SUNROOF EXPLODED (IT SOUNDED LIKE A GUNSHOT WENT OFF) AND THEN I HEARD A CRACKLING NOISE WHICH AS SOON AS I PULLED OVER I FOUND IT HAD EXPLODED UPWARDS AND SHATTERED. I HAVE PICTURES TO SHOW THE SUNROOF EXPLODED UPWARDS. *TR

---

**Date Complaint Filed:** 08/28/2012
**Component(s):** STRUCTURE , VISIBILITY
**Consumer Location:** NAVARRE, FL

**Date of Incident:** 04/11/2012
**NHTSA ID Number:** 10472817

**All Products Associated with this Complaint** ▼

**Details** ▲　　　　　　　　　　　　　　　　　　　　　　　　**0 Available Documents**　❓

**Crash:** No　**Fire:** No　**Number of Injuries:** 0　**Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL2AP2AN...

**SUMMARY:**
WHEN SERVICING THE VEHICLE FOR A BAD BATTERY, I TOLD THE SERVICE REP THAT WATER WOULD LEAK INTO THE VEHICLE AND DRIP DOWN THE DOOR TRIM ONTO THE DRIVERS SIDE OF THE VEHICLE. THEY SAID THERE WAS A PROBLEM WITH THE DRAIN LINES WITH THE SUNROOF. (THIS HAS BEEN OPENED ONLY A FEW TIMES SINCE WE OWNED THE VEHICLE) THEY SAID THEY CLEANED THE LINES. SINCE THAT TIME, I HAVE NOTICED WATER ON THE DRIVERS RIGHT SIDE CARPET. THEY ASKED ME TO BRING IN THE CAR FOR SERVICE. ON 28 AUG 12, I WENT OUT TO MY VEHICLE AND HEARD WATER IN THE PASSENGER DOOR. I CALLED OUR LOCAL NISSAN SERVICE CENTER FOR AN APPOINTMENT ON 30 AUG 12. THANKS IN ADVANCE FOR LOOKING INTO THIS FOR US. *TR

---

**Date Complaint Filed:** 03/27/2012
**Component(s):** ELECTRICAL SYSTEM , POWER TRAIN , SERVICE BRAKES, HYDRAULIC
**Consumer Location:** JUPITER, FL

**Date of Incident:** 02/01/2006
**NHTSA ID Number:** 10453249

**All Products Associated with this Complaint** ▼

**Details** ▲　　　　　　　　　　　　　　　　　　　　　　　　**0 Available Documents**　❓

**Crash:** No　**Fire:** No　**Number of Injuries:** 0　**Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1BV28U64N...

**SUMMARY:**
1). TRANSMISSION - 29,889 MI. TO PRESENT. SERVICED 6 TIMES. CONSTANTLY SHIFTS UP AND DOWN AT SCHOOL ZONE SPEED, LOUD CLUNK WHEN DECELERATING AT 40 MPH, LOUD CLUNK WHEN DECELERATING IN HIGHWAY EXIT CURVE. DEALER SAYS EVERYTHING IS WORKING TO SPECS...NOTHING FIXED. 2). BRAKES - 46,363 & 55,204 MI. NEW FRONT AND REAR BRAKES INSTALLED. AT 73,014 MILES VAN NEEDS NEW BRAKES AND ROTORS. 26,651 HIGHWAY MILES. WALLACE NISSAN SERVICE SAID NISSAN USED UNDERSIZED ROTORS FOR VEHICLE WEIGHT AND TIRE SIZE, HENCE NEED FOR FREQUENT REPLACEMENTS. 3). ELECTRICAL - 04/05/2010, 64,194 MI.

THE VDC AND CK ENGINE LIGHTS CAME ON, VAN SPEED VERY ERRATIC...5 TO 40MPH ALL BY ITSELF, STALLED SEVERAL TIMES. DEALER COMPUTER DIAGNOSIS...FAULTY SENSORS IN CRANKSHAFT AND CAMSHAFT $209.07. 10/03/2011, 72,547 MI. SAME VDC AND ERRATIC SPEED. DEALER'S INITIAL DIAGNOSIS, FAULTY THROTTLE SENSOR, INSTALLED NEW SENSOR...SAME PROBLEM, UPON FURTHER INVESTIGATION DEALER FOUND THE ECM UNIT WAS TOTALLY CORRODED AND HAD TO BE REPLACED. $962.16. NISSAN MECHANICS SAY IT WAS A FAULTY DESIGN LOCATION OF THE ECM RIGHT UNDER THE WINDSHIELD WIPER COWLING WHICH ALLOWED WATER TO ENTER THE ECM, CORRODE IT AND CAUSE ITS EVENTUAL FAILURE. IN SUBSEQUENT YEAR MODELS OF THE QUEST, NISSAN MOVED THE ECM TO A MORE PROTECTED AREA. 4). ELECTRICAL - SLIDING REAR DOOR SENSORS CONTINUE TO FAIL AS THE DOOR SHUTS TO PREVENT INJURY TO A PERSON WITH A HAND IN THE WAY. SLIDING DOORS CONTINUE TO RATTLE EVEN AFTER 6 SERVICE VISITS TO FIX IT. 5). ELECTRICAL. REAR HATCH MOTOR AND LOCK MECHANISMS CONTINUE TO BREAK DOWN EVEN AFTER 6 SERVICE VISITS AND $1,164.94 IN REPAIR COSTS. 6). OTHER PROBLEMS INVOLVE: FAULTY BACKUP SENSORS, SERVICED 4 TIMES $285.88. SAME DRIVE BELTS REPLACED TWICE WITHIN 26,651 MILES AND $250.00, LEAKING SUNROOF AND SKYLIGHTS, NISSAN HAD TO REPLACE THE ENTIRE ROOF BECAUSE OF SEVERE RUST. OVERALL, VAN IS CRAP! *TR

---

**Date Complaint Filed:** 03/13/2012
**Component(s):** VISIBILITY
**Consumer Location:** ROCKFORD, IL

**Date of Incident:** 03/10/2012
**NHTSA ID Number:** 10451414

All Products Associated with this Complaint ▾

Details ▲

0 Available Documents

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MW0BW...

**SUMMARY:**
TL* THE CONTACT OWNS A 2011 NISSAN MURANO. THE CONTACT STATED THAT THE SUNROOF SHATTERED WHILE DRIVING 70 MPH. THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER AND THEY WERE UNABLE TO DIAGNOSE THE FAILURE. THE VEHICLE WAS NOT REPAIRED. THE MANUFACTURER WAS MADE AWARE OF THE FAILURE AND THE CONTACT WAS AWAITING A RESPONSE AS TO WHETHER THE FAILURE WAS COVERED UNDER WARRANTY. THE FAILURE MILEAGE WAS 13,100.

---

**Date Complaint Filed:** 12/06/2011
**Component(s):** ELECTRICAL SYSTEM , ENGINE AND ENGINE COOLING
**Consumer Location:** MYRTLE BEACH, SC

**Date of Incident:** 12/02/2010
**NHTSA ID Number:** 10438791

All Products Associated with this Complaint ▾

Details ▲

0 Available Documents

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
I OWN A 4X4 LOADED 2006 TITAN LE WHICH IS MY PRIMARY FAMILY VEHICLE. AROUND 80K, ECM MODULE WENT OUT CAUSING CAR TO STALL OUT AND LOSE ALL POWER IN THE MIDDLE OF TRAFFIC (WITH MY KIDS). LUCKY NOT TO BE NAILED BY AN ON-COMING CAR, I HAD THE CAR TOWED TO THE DEALERSHIP AND MODULE WAS REPLACED DUE TO RECALL. ONE WEEK LATER WHILE VACATIONING IN THE MOUNTAINS THE BATTERY RANDOMLY FRIED, WE REPLACED IT. HOWEVER IMMEDIATELY FOLLOWING, THE ANTI-THEFT ALARM WOULD RANDOMLY SOUND OFF, THE DVD PLAYER WOULDN'T WORK (HASN'T WORKED SINCE), THE SUNROOF WAS MALFUNCTIONING AND WOULDN'T OPEN AND CLOSE PROPERLY. ONCE WE RETURNED, THE DEALERSHIP COULDN'T FIND ANYTHING WRONG (EXCEPT THE DVD PLAYER, WHICH NO ONE COULD EXPLAIN). ABOUT TWO WEEKS LATER THE CHECK ENGINE LIGHT CAME ON AND WE FOUND THAT THE FIRST CATALYTIC CONVERTER ON THE PASSENGER SIDE HAD BLOWN..FOLLOWED NOT LONG AFTER BY CRACKED EXHAUST MANIFOLDS AND THE DRIVERS SIDE CATALYTIC CONVERTER BAD..DEALERSHIP WANTS $3000 JUST FOR THE CATALYTIC CONVERTERS!!! I SHOULD NOT BE RESPONSIBLE FOR THE COST OF REPLACEMENT! THIS CLEARLY IS A MANUFACTURERS DEFECT AND NOT A ISOLATED CASE, NISSAN MUST DO SOMETHING ABOUT THIS! I HEAR RUMORS OF A CLASS ACTION...IT IS A HUGE SAFETY HAZARD!! I'M HOPING THEY DO THE RIGHT THING AND JUST FIX IT, WITHOUT HAVING TO GET LAWYERS INVOLVED. *TR

**Date Complaint Filed:** 09/30/2011  
**Component(s):** ELECTRICAL SYSTEM  
**Consumer Location:** SPRINGFIELD, VA  

**Date of Incident:** 09/05/2011  
**NHTSA ID Number:** 10428052  

All Products Associated with this Complaint ▾

Details ▲                                                    0 Available Documents

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0  
**Manufacturer:** Nissan North America, Inc.  
**Vehicle Identification No. (VIN):** 1N4BL11D55N...  

**SUMMARY:**  
THE ELECTRICAL SYSTEM IN MY CAR HAS FAILED ON SEVERAL DIFFERENT OCCASIONS. MOST RECENTLY, FOR ABOUT THE 10TH TIME, MY WINDOWS DON'T GO DOWN AND I AM UNABLE TO ADJUST THE DRIVER'S SIDE SEAT. MY CAR HAS RECENTLY FAILED THE SAFETY INSPECTION IN MY STATE BECAUSE THE DRIVER'S SIDE WINDOW DOES NOT GO DOWN. I BOUGHT THE CAR FROM WHAT I THOUGHT WAS A REPUTABLE DEALER, BUT I HAVE A FEELING THEY KNEW THE CAR HAD ELECTRICAL ISSUES BECAUSE THEY PUSHED THE 3RD PARTY WARRANTY WHEN I WAS DOING MY FINANCING. IT DIDN'T DAWN ON ME UNTIL I STARTED HAVING ALL THESE ISSUES WITH THE ELECTRICAL COMPONENTS IN MY THE CAR; SUNROOF, WINDOWS, LOCKS AND SEATS. *TR

---

**Date Complaint Filed:** 09/09/2011  
**Component(s):** VISIBILITY  
**Consumer Location:** DUNEDIN, FL  

**Date of Incident:** 09/06/2011  
**NHTSA ID Number:** 10424454  

All Products Associated with this Complaint ▾

Details ▲                                                    0 Available Documents

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0  
**Manufacturer:** Nissan North America, Inc.  
**Vehicle Identification No. (VIN):** JN8AZ1MU8BW...  

**SUMMARY:**  
TRAVELLING @ 70 MPH WHEN SUNROOF EXPLODED. LIGHT RAIN, NO NEARBY TRAFFIC, NO OVERPASS. FORTUNATE TO PULL OVER WITHOUT AN ACCIDENT. *TR

---

**Date Complaint Filed:** 07/03/2011  
**Component(s):** VISIBILITY  
**Consumer Location:** CENTENNIAL, CO  

**Date of Incident:** 07/02/2011  
**NHTSA ID Number:** 10410329  

All Products Associated with this Complaint ▾

Details ▲                                                    0 Available Documents

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0  
**Manufacturer:** Nissan North America, Inc.  
**Vehicle Identification No. (VIN):** JN8AZ18W69W...  

**SUMMARY:**  
SUNROOF EXPLODED OUT WHILE TRAVELING AT HIGHWAY SPEED (70 MPH) AT APPROXIMATELY 0930 AM. WEATHER CONDITIONS: CLEAR AND SUNNY. ROAD CONDITIONS: DRY AND SMOOTH, NO DEBRIS. NO OTHER VEHICLES TO THE FRONT OR SIDES SO IT IS IMPOSSIBLE TO BE ROAD DEBRIS DAMAGE SUCH AS ROCKS OR OTHER DEBRIS. APPEARS TO BE A PRODUCT OR DESIGN DEFECT. *TR

---

**Date Complaint Filed:** 06/20/2011  
**Component(s):** UNKNOWN OR OTHER  
**Consumer Location:** COLUMBUS, OH  

**Date of Incident:** 07/08/2009  
**NHTSA ID Number:** 10409468  

All Products Associated with this Complaint ▾

Details ▲                                                    0 Available Documents

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0  
**Manufacturer:** Nissan North America, Inc.  
**Vehicle Identification No. (VIN):** 1N4BL21E07C...  

**SUMMARY:**  
ON JULY 8, 2009 TOOK VEHICLE INTO NISSAN NORTH FOR SERVICE AND REQUESTED THEY CHECK THE SUNROOF AS WELL, IT HAD BEEN SQUEAKING WHEN OPERATED - OPENING AND CLOSING. NISSAN LUBED THE TRACK. ON MARCH 19, 2010 TOOK VEHICLE INTO NISSAN NORTH

FOR SERVICE AND REQUESTED THEY CHECK THE WINDOWS AND SUNROOF, SUNROOF STILL SQUEAKING OFF AND ON WHEN OPERATED - OPENING AND CLOSING. NISSAN LUBED WINDOWS FOR NOISE. JUNE 2011 TOOK VEHICLE INTO NISSAN NORTH BECAUSE SUNROOF MADE AND AWFUL NOISE AND STOPPED WORKING IN MID-CLOSE. THE SERVICE TECHNICIAN MANUALLY HAD TO CLOSE THE SUNROOF.

---

**Date Complaint Filed:** 05/18/2011
**Component(s):** VISIBILITY
**Consumer Location:** BEDFORD HILLS, NY

**Date of Incident:** 05/11/2011
**NHTSA ID Number:** 10401448

All Products Associated with this Complaint ▼

Details ▲

0 Available Documents ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 2   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA5AP5AC...

**SUMMARY:**
I WAS DRIVING AND THE HIGHWAY AND MY SUNROOF EXPLODED. NOTHING HIT IT NOR WAS IT DAMAGED PREVIOUSLY. *TR

---

# Search Results

## Keyword Search Results

| Recalls | Investigations | Complaints | Manufacturer Communications |
|---------|----------------|------------|------------------------------|
| N/A | N/A | 139 Result(s) | N/A |

Below is a list of safety-related complaints received for this product. Complaints are entered into our complaint database and are used to determine if a safety-related defect trend exists.

Do you have a safety-related complaint? Let us know by going to our File a Safety Complaint page

COMPLAINTS: Displaying 126 - 139 out of 139

---

**Date Complaint Filed:** 03/04/2011
**Component(s):** ENGINE AND ENGINE COOLING , VISIBILITY
**Consumer Location:** SANTA MARIA, CA

**Date of Incident:** 02/04/2011
**NHTSA ID Number:** 10386486

All Products Associated with this Complaint ▼

Details ▲                                      0 Available Documents   ⑦

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
TL* THE CONTACT OWNS A 2007 NISSAN VERSA. THE CONTACT STATED THAT WHEN STARTING THE VEHICLE AND ACCELERATING, THE VEHICLE WOULD EXHIBIT AN ABNORMAL RATTLING FROM THE ENGINE. THE CONTACT DISCOVERED THAT ONE OF THE MOUNTS SEEMED OUT OF PLACE. IN ADDITION, THE SUNROOF WAS INOPERABLE AND WOULD NOT OPEN. THE VEHICLE WAS TAKEN TO THE DEALER YET THE DEALER WAS UNABLE DIAGNOSE THE ENGINE FAILURE AND DID NOT ASSIST WITH THE SUNROOF FAILURE. THE VEHICLE WAS NOT REPAIRED. THE FAILURE MILEAGE WAS APPROXIMATELY 48,000. THE VIN WAS UNAVAILABLE.

---

**Date Complaint Filed:** 02/01/2011
**Component(s):** EQUIPMENT , STRUCTURE
**Consumer Location:** DAVENPORT, IA

**Date of Incident:** 01/21/2011
**NHTSA ID Number:** 10379898

All Products Associated with this Complaint ▼

Details ▲                                      0 Available Documents   ⑦

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL21E39C...

**SUMMARY:**
I HAVE A 2009 NISSAN ALTIMA WITH JUST OVER 13000 MILES ON IT. LAST WEEK AS I WAS DRIVING TO WORK AT ABOUT 65 MPH I HEARD WHAT SOUNDED LIKE A SHOTGUN BLAST OVER MY HEAD. THE SUNROOF GLASS HAD SHATTERED (MORE LIKE EXPLODED) LEAVING ABOUT A 2 FOOT CIRCULAR HOLE IN THE GLASS. AT FIRST I THOUGHT SOMETHING MUST HAVE HIT ME BUT WHEN I PULLED OVER I COULD OBVIOUSLY SEE THAT THE GLASS WAS MUSHROOMED OUT AS IF IT HAD EXPLODED FROM THE INSIDE OUT, NOT PUSHED IN. I TOOK THE CAR TO MY NISSAN DEALER AND THEY AGREED THAT THAT THERE WAS NO EVIDENCE THAT ANYTHING HAD HIT THE GLASS AND THAT IT HAD SIMPLY SPONTANEOUSLY SHATTERED. THEY ALSO POINTED OUT CHIPS IN THE PAINT ON THE ROOF AND TRUNK LID CAUSED BY THE PIECES OF BROKEN GLASS. AFTER FIRST DENYING ANY COVERAGE, NISSAN NOW HAS AGREED TO PAY FOR THE NEW GLASS AS A "GOODWILL REPAIR" BUT THEY STILL REFUSE TO PAY FOR INSTALLATION OR THE PAINT DAMAGE. THE DEALERSHIP PICKED UP THE INSTALLATION AND MY INSURANCE COMPANY IS COVERING THE $2500 OF PAINT DAMAGE. I DID CONTACT NISSAN CONSUMER AFFAIRS TO APPEAL THEIR DECISION BUT WAS VERY CURTLY DENIED AGAIN. *LN

---

**Date Complaint Filed:** 01/03/2011
**Component(s):** EQUIPMENT , VISIBILITY
**Consumer Location:** EVANSTON, IL

**Date of Incident:** 12/31/2010
**NHTSA ID Number:** 10373887

All Products Associated with this Complaint ▼

Details ▲                                      0 Available Documents   ⑦

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc. , WEBASTO PRODUCT NORTH AMERICA, INC.
**Vehicle Identification No. (VIN):** JN1CA31D21T...

**SUMMARY:**
TL* THE CONTACT OWNS A 2001 NISSAN MAXIMA EQUIPPED WITH A WEBASTO HOLLANDIA 700 AFTERMARKET SUNROOF. THE CONTACT WAS DRIVING APPROXIMATELY 65 MPH WHEN HE HEARD A LOUD, ABNORMAL BANGING FROM THE ROOF OF THE VEHICLE. THE CONTACT LOOKED INTO THE REAR VIEW MIRROR AND NOTICED THAT THE SUN ROOF HAD FRACTURED FROM THE VEHICLE. THE VEHICLE WAS NOT TAKEN TO HAVE THE FAILURE DIAGNOSED OR REPAIRED. THE MANUFACTURER WAS NOTIFIED AND THE CONTACT WAS TOLD THAT HIS EQUIPMENT WAS NOT INCLUDED IN THE RECALL ASSOCIATED WITH NHTSA CAMPAIGN ID NUMBER: 10V421000 (VISIBILITY:SUN ROOF ASSEMBLY). THE FAILURE AND CURRENT MILEAGE WAS 88,000.

---

**Date Complaint Filed:** 12/29/2010          **Date of Incident:** 12/23/2010
**Component(s):** VISIBILITY                   **NHTSA ID Number:** 10373327
**Consumer Location:** SAN ANTONIO, TX

All Products Associated with this Complaint ▼

Details ▲                                     0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AR18U45C...

**SUMMARY:**
I HAVE SUNROOF AND WHILE WE ARE DRIVING ON THE HIGHWAY WHEN THE GLASS FLEW OFF.
*TR

---

**Date Complaint Filed:** 11/04/2010          **Date of Incident:** 10/16/2010
**Component(s):** STRUCTURE , VISIBILITY       **NHTSA ID Number:** 10363977
**Consumer Location:** STATEN ISLAND, NY

All Products Associated with this Complaint ▼

Details ▲                                     0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MW7AW...

**SUMMARY:**
2010 NISSAN MURANO. WHILE DRIVING ON HIGHWAY, THE GLASS OF THE SUNROOF SUDDENLY AND SPONTANEOUSLY SHATTERED INTO BITS. IT WAS NOT HIT BY ANY OBJECT, AS TRAFFIC WAS CLEAR ON THE HIGHWAY AND THERE WAS NO OVERPASS IN THE AREA. NISSAN SAID THEY FOUND NO MANUFACTURER'S DEFECT, AND MY INSURANCE WOULD NOT COVER IT AS GLASS. I PAID FOR REPAIR OUT OF POCKET. *TR

---

**Date Complaint Filed:** 10/08/2010          **Date of Incident:** 10/04/2010
**Component(s):** VISIBILITY                   **NHTSA ID Number:** 10359683
**Consumer Location:** LANGHORNE, PA

All Products Associated with this Complaint ▼

Details ▲                                     0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 1   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ18W59W...

**SUMMARY:**
TL* THE CONTACT OWNS A 2009 NISSAN MURANO. THE CONTACT WAS DRIVING APPROXIMATELY 60 MPH WHEN THE SUNROOF SUDDENLY EXPLODED AND SHATTERED. THE CONTACT DID NOT NOTICE AN ISSUE WITH THE SUNROOF BEFORE THE FAILURE. THE CONTACT WAS INJURED AND CUT FROM THE GLASS SHATTERING. THE VEHICLE WAS BEING REPAIRED BY AN AUTHORIZED DEALER. THE CONTACT CALLED THE MANUFACTURER WHO OFFERED NO ASSISTANCE. THE CURRENT AND FAILURE MILEAGE WAS APPROXIMATELY 25,000.

---

**Date Complaint Filed:** 08/26/2010          **Date of Incident:** 08/20/2009

**Component(s):** VISIBILITY

**Consumer Location:** ALLENTOWN, PA

**NHTSA ID Number:** 10352032

All Products Associated with this Complaint ▼

Details ▲                                                                    0 Available Documents    

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN1DA31AX2T...

**SUMMARY:**
TL* THE CONTACT OWNS A 2002 NISSAN MAXIMA. WHILE DRIVING APPROXIMATELY 25-35 MPH,
THE AUTOMATIC SUNROOF INDEPENDENTLY OPENED. THE VEHICLE WAS PULLED OVER TO THE
SIDE OF THE ROAD, AND THE SUNROOF WAS CLOSED. THE FAILURE OCCURRED SPORADICALLY.
THE VEHICLE WAS TAKEN TO AN AUTHORIZED DEALER WHERE THE SUNROOF SWITCH WAS
REPLACED. THE FAILURE MILEAGE WAS APPROXIMATELY 90,000.

---

**Date Complaint Filed:** 06/30/2009

**Component(s):** ELECTRICAL SYSTEM

**Consumer Location:** STATESVILLE, NC

**Date of Incident:** 06/27/2009

**NHTSA ID Number:** 10275351

All Products Associated with this Complaint ▼

Details ▲                                                                    0 Available Documents    

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4BA41E25C...

**SUMMARY:**
2005 NISSAN MAXIMA, ON JUNE 27TH GAUGES ALL WENT TO NEGATIVE, FUEL GAUGE SHOWED
EMPTY, TEMP SHOWED COLD, TACH AND SPEEDO DID NOT WORK, A/C DID NOT WORK, TURN
SIGNALS INSIDE DID NOT WORK BUT OUTSIDE DID. PARTIAL SUNROOF OPERATION. KEPT CAR IN
GARAGE, GOT IN CAR ON JUNE 29TH TO TAKE TO DEALER, NOTICED UNUSUAL SMELL, 10 MIN.
LATER SMOKE CAME POURING OUT OF CENTER DASH. IMMEDIATELY GOT OUT OF CAR AND
DISCONNECTED BATTERY. HAD TOWED TO DEALER, SAID THAT THEY WOULD REPLACE GAUGE
CLUSTER AND A/C METERING AMP, LOOKS LIKE IT SHORT CIRCUITED BY COIN THAT SOMEHOW
MADE ITS WAY INTO A VENT CREAVIS OF THE SEALED CIRCUIT BOARD. WE HAVE HAD 170,000
MILES OF BASICALLY TROUBLE FREE DRIVING BUT I AM REALLY CONCERNED BECAUSE THEY
CANNOT GUARANTEE THAT THIS SOLVES OUR PROBLEM. AS YOU CAN SEE MY WIFE DRIVES ALOT
OF MILES IN THIS CAR WITH 8 HOUR TRIPS TO FLORIDA EVERY 6 WEEKS. NOT SURE HOW SHE
WOULD REACT TO A SMOKE FILLED CABIN AND WOULD BE CONCERNED IF SHE COULD GET OUT
IF IT HAPPENED AGAIN AND FLAMES UP. THE DEALER SAID IT WOULD NEVER REALLY CATCH FIRE.
HAD ISSUE A FEW WEEKS EARLIER WHERE THE CAR SHIFTED STRANGELY, IT WOULD OFTEN NOT
START AND THE CAR WOULD NOT START UNLESS THE A/C WAS TURNED OFF. THE SUGGESTED A
TRANSMISSION FIX, NEW CATALYTIC CONVERTER AND A NEW BATTERY. WE COULD ONLY DO THE
BATTERY AT THAT POINT. I CAN'T HELP TO WONDER IF THE COMPUTER GAVE FALSE READING
BECAUSE OF THE RECENT PROBLEM. *TR

---

**Date Complaint Filed:** 12/23/2008

**Component(s):** AIR BAGS

**Consumer Location:** Unknown

**Date of Incident:** 12/20/2008

**NHTSA ID Number:** 10252639

All Products Associated with this Complaint ▼

Details ▲                                                                    0 Available Documents    

**Crash:** No     **Fire:** No     **Number of Injuries:** 1     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N6AD07WX8C...

**SUMMARY:**
TL*THE CONTACT OWNS A 2008 NISSAN FRONTIER. WHILE DRIVING 50 MPH, THE AIR BAGS
DEPLOYED WITHOUT A CRASH. THE AIR BAG INDICATOR ILLUMINATED IMMEDIATELY AFTER ALL
THE AIR BAGS (FRONT, REAR, AND THE ONES NEAR THE SUNROOF) DEPLOYED. THE
MANUFACTURER STATED THAT AN AIR BAG TECHNICIAN WOULD CALL HIM. THE CONTACT FEELS
THAT THE DEALER WAS GIVING HIM THE RUN AROUND. THE VEHICLE NEVER LOST POWER WHEN
THE FAILURE OCCURRED AND THE VEHICLE WAS STILL AT HIS RESIDENCE. THE CONTACT
SUSTAINED MINOR NECK AND BACK PAINS, IN ADDITION TO FACIAL BURNS FROM THE AIR BAGS.
THE FAILURE AND CURRENT MILEAGES WERE 22,000.

**Date Complaint Filed:** 12/22/2008  **Date of Incident:** 05/05/2007
**Component(s):** CHILD SEAT , POWER TRAIN , SEAT BELTS , STRUCTURE  **NHTSA ID Number:** 10252511
**Consumer Location:** NAPA, CA

All Products Associated with this Complaint ▾

Details ▲                                                                 0 Available Documents  ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc. , UNKNOWN MANUFACTURER
**Vehicle Identification No. (VIN):** 5N1AA08AX7N...

**SUMMARY:**
THE TRANSMISSION SHIFTER NOT WORKING AND THE DRIVE TRAIN NOT WORKING FOR DRIVING
AND MAKING NOISE UNDERNEATH THE CAR WHILE DRIVING. THE SUNROOF PORTION OF NYLON
COMING OFF AND NOT WORKING PROPERLY. THE SEAT BELT NOT WORKING ENOUGH TO STAY
AROUND FOR SAFETY. NISSAN NORTH AMERICA NOT WILLING TO HELP ME!! *TR

---

**Date Complaint Filed:** 08/18/2008  **Date of Incident:** 06/01/2008
**Component(s):** ELECTRICAL SYSTEM , ENGINE AND ENGINE COOLING , EQUIPMENT ,  **NHTSA ID Number:** 10238712
POWER TRAIN , SEATS , STRUCTURE , VISIBILITY
**Consumer Location:** MELROSE PARK, IL

All Products Associated with this Complaint ▾

Details ▲                                                                 0 Available Documents  ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
IN DECEMBER OF 2006 WE PURCHASED A 2004 NISSAN QUEST SE. THE FIRST YEAR WAS NOT
ENTIRELY TROUBLE FREE, THE DRIVERS SEAT WOULD SELF ADJUST WHILE DRIVING. THE
DEALER FIXED IT NO CHARGE. THE IN DECEMBER OF 07 THE TRANS WENT OUT, AGAIN THE
DEALER COVERED IT AT NO CHARGE, GAVE US A LOANER AND WERE DONE WITHIN A WEEK.
EXCEPT FOR THE INCONVENIENCE OF NOT HAVING OUR VAN WE WERE FINE UNTIL NOW!!! IN
JUNE OF 08 WE WERE GOING FOR A SUNDAY DRIVE AND THE VAN JUST DIED IN THE MIDDLE OF
THE STREET. NOTHING WOULD WORK NOTHING, NO POWER ANYWHERE. WE CALLED ROAD SIDE
AND ALL THEY COULD DO WAS TOW US TO AL PIEMONTE NISSAN IN MELROSE PARK, IL. THE
FOLLOWING MONDAY, THE DEALER CALLS AND TELLS US THE ECU IS BURNT OUT, AND HAS SOME
CORROSION. IT'S COVERED UNDER WARRANTY SO NO NEED TO FAR RIGHT!!! A WEEK LATER WE
FINALLY GET A LOANER, OK NOT TOO BAD. TWO MONTHS GO BY AND WE FINALLY HAVE WORD
THAT WE HAVE A DATE WHEN THE PART WILL ARRIVE!!!!! THE PART GETS INSTALLED BUT THE
VAN RUNS LIKE CRAP "OMG YOU MEAN THEY ACTUALLY TESTED IT"!!!! THEY NOW ARE REPLACING
A CRACKED DISTRIBUTOR, GOD ONLY KNOWS HOW THAT HAPPENED!!!! THE DEALR DOES NOT
CHARGE US FOR THAT, BUT THE VAN STILL RUNS LIKE CRAP SO NOW THEY HAVE TO REPLACE
THREE OF THE 6 COILS AND WELL WE HAD TO PAY OVER $800 BUCKS FOR THAT. TOTALLY NOT
EXPECTING THAT WE HAD TO CHARGE IT, PUTTING US IN THE HOLE EVEN DEEPER. YOU KNOW
WE HAVEN'T SPENT ALOT OF $ ON THIS CAR BUT FOR A 4 YEAR OLD CAR IT SURE HAS HAD ALOT
OF MAJOR COMPONENTS REPLACED. THE THE FREAKING DEALER DOESN'T TEST THE CAR, SO
WE LEAVE AND THE REMOTES, DOORS, SUNROOF, WINDOWS DON'T WORK. THE CENTER
COUNSIL IS FALLING APART AND THEY DIDN'T EVEN CLEAN THE ¿!@#$% CAR. I TAKE IT BACK, RIP
THE MANAGER A NEW ONE, HE GIVES ME A LOANER AGAIN AND I'M BACK THE NEXT DAY TO PICK
UP MY VAN, NOW THEY CLEAN IT. IT'S BEEN A FEW WEEKS NOW AND THE VAN IS FINE BUT I
OFTEN THINK WHAT WOULD HAVE HAPPENED IF IT BROKE DOWN IN THE MIDDLE OF THE
INTERSTATE!!!!! *TR

---

**Date Complaint Filed:** 06/26/2008  **Date of Incident:** 06/23/2008
**Component(s):** SEATS , VISIBILITY  **NHTSA ID Number:** 10232410
**Consumer Location:** WILDWOOD, MO

All Products Associated with this Complaint ▾

Details ▲                                                                 1 Available Document ▾ ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4BA41E45C...

**SUMMARY:**
TL*THE CONTACT OWNS A 2005 NISSAN MAXIMA. THE CONTACT STATED THAT THE FRONT
PASSENGER SEAT ADJUSTER SWITCH FAILED AND CAUSED THE SEAT TO OVERHEAT. THE
FAILURE ALSO AFFECTED THE STEERING COLUMN AND IT CAN NO LONGER BE ADJUSTED UP,

DOWN, OR SIDEWAYS. IT REMAINS IN THE LOCKED POSITION. THE VEHICLE WAS TAKEN TO THE DEALER AND THEY STATED THAT THE HEATED SEAT SWITCH WAS THE CAUSE OF THE FAILURE. THE DEALER REPLACED THE SWITCH AT THE COST OF $210. THE MANUFACTURER WILL NOT PROVIDE REIMBURSEMENT BECAUSE THEY HAVE NOT RECEIVED ANY COMPLAINTS. THEY FURTHER STATED THAT THE VIN WAS NOT INCLUDED IN NHTSA CAMPAIGN ID NUMBER 05V512000 (SEATS:FRONT ASSEMBLY:POWER ADJUST). THE FAILURE AND CURRENT MILEAGES WERE 88,000. UPDATED 07/15/08. *LJ THE DEALER REPLACED THE SEAT SWITCH. THE SUNROOF ONLY WORKED IN VENT MODE. THE DEALER REPLACED THE SUNROOF SWITCH. UPDATED

---

**Date Complaint Filed:** 05/21/2008                    **Date of Incident:** 05/10/2008
**Component(s):** STRUCTURE                              **NHTSA ID Number:** 10228600
**Consumer Location:** PISCATAWAY, NJ

All Products Associated with this Complaint ▾

Details ▲                                               0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ18W69W...

**SUMMARY:**
THE SUNROOF IN MY 2009 NISSAN MURANO LE STOPPED WORKING (WOULDN'T OPEN) JUST 3 WEEKS AFTER TAKING DELIVERY. NEITHER THE DEALER OR NISSAN CUSTOMER CARE COULD TELL WHEN A REPLACEMENT PART WILL BECOME AVAILABLE. IT IS IN BACK ORDER AND FOR THE PAST 2.5 WEEKS THE STATUS OF THE INFORMATION IS THE SAME I.E. NO PROJECTED DATE OF GETTING THE PART. *TR

---

**Date Complaint Filed:** 03/07/2008                    **Date of Incident:** 03/06/2008
**Component(s):** VISIBILITY                             **NHTSA ID Number:** 10220429
**Consumer Location:** ENCINO, CA

All Products Associated with this Complaint ▾

Details ▲                                               0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
WHILE AT A FULL STOP AT A RED LIGHT, WITH NO VEHICLES TO MY RIGHT, THE REAR RIGHT SIDE PASSENGER WINDOW IN MY 2007 NISSAN PATHFINDER SUDDENLY EXPLODED OUTWARD. THERE WAS A FIST SIZED HOLE IN THE WINDOW, AND ENTIRE WINDOW WAS SHATTERED. ALL GLASS EXITED OUTWARD AND REMAINING GLASS WAS VISIBLY BOWED IN AN OUTWARD DIRECTION. THE DEALER (UNIVERSAL CITY NISSAN IN LOS ANGELES) FIRST CLAIMED THAT THEY HAD NEVER HEARD OF SUCH A FAILURE BEFORE, THEN CONCEDED THAT THERE HAD BEEN A RECALL FOR 2004 NISSAN MAXIIMA'S FOR SUNROOF EXPLODING OUTWARD. HOWEVER, THE DEALER SAID BECAUSE THEY COULD NOT "PROVE" TO THE FACTORY THAT THE EXPLOSION WAS DUE TO DEFECT, IT WAS NOT COVERED BY WARRANTY. I BELIEVE THIS IS A SERIOUS SAFETY ISSUE THAT SHOULD BE INVESTIGATED. IF GLASS IS DEFECTIVE AND PRONE TO EXPLOSIVE BREAKAGE, PERSONS INSIDE OR OUTSIDE OF CAR, OR OTHER MOVING VEHICLES, COULD BE INJURED OR DAMAGED. *TR

---

# Search Results

## Keyword Search Results

| Recalls | Investigations | Complaints | Manufacturer Communications |
|---------|----------------|------------|-----------------------------|
| N/A Result(s) | N/A Result(s) | 9 Result(s) | N/A Result(s) |

Below is a list of safety-related complaints received for this product. Complaints are entered into our complaint database and are used to determine if a safety-related defect trend exists.

Do you have a safety-related complaint? Let us know by going to our File a Safety Complaint page

COMPLAINTS: Displaying 1 - 9 out of 9

---

**Date Complaint Filed:** 05/25/2017
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** ARVERNE, NY

**Date of Incident:** 05/18/2017
**NHTSA ID Number:** 10991572

All Products Associated with this Complaint ▼

Details ▲

0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AR2MM9EC...

**SUMMARY:**
I WAS DRIVING ON THE HIGHWAY, IT WAS ABOUT 80 DEGREES AND SUNNY. THERE WAS A LOUD EXPLOSION FOLLOWED BY THE SHATTERING OF THE MOONROOF'S GLASS. THERE WAS NO FAILING DEBRIS OR OTHER EVIDENCE OF ANYTHING THAT WOULD CRACK THE MOONROOF. IT APPEARS THAT THE MOONROOF EXPLODED UNEXPECTEDLY.

---

**Date Complaint Filed:** 02/07/2017
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** BAKERSFIELD, CA

**Date of Incident:** 02/02/2017
**NHTSA ID Number:** 10950108

All Products Associated with this Complaint ▼

Details ▲

0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AZ2MG8GN...

**SUMMARY:**
MY SIX-MONTH OLD 2016 NISSAN MURANO PLATINUM HAD SPONTANEOUS COMBUSTION OF MOON ROOF WHILE DRIVING ON FREEWAY IN GOOD WEATHER. THERE WERE NO CARS AROUND ME AND NO OVERHEAD PASS. THERE WERE NO BUMPS IN THE ROAD. I SAW NO ROCKS OR ANYTHING COMING TOWARD THE CAR. THERE WAS NO PREVIOUS DAMAGE. I HEARD A SNAP SOUND AND A LOUD BANG LIKE A GUNSHOT OR BOMB. IT SCARED ME. I DIDNT KNOW WHAT HAD HAPPENED UNTIL I WAS OFF THE FREEWAY AND CHECKED MY CAR OUT. THE DEALER WILL NOT PAY FOR IT. THEY SAY IT WAS A ROCK. THERE WAS NO ROCK SEEN AND NO ROCK FOUND IN THE HOLE ON TOP OF MY CAR/MOONROOF. RESEARCH ONLINE SHOWS THAT MANY PEOPLE ALL OVER THE WORLD ARE REPORTING THIS HAPPENING FOR NISSAN AND OTHER CAR MAKES. ALL THE PICTURES AND THE STORIES REPORTED ARE THE SAME. I TOOK PICS. CAR MAKERS ARE USING CHEAPER, THINNER GLASS FOR MOON/SUN ROOFS TO KEEP DECENT MILEAGE. THE GLASS CAN BE INSTALLED WRONG, TEMPERED WRONG OR IS NOT FITTED WELL CAUSING IT TO HAVE ISSUES WITH PRESSURE. I HAVE NOTICED MOST OF THESE REPORTS INDICATE THE OCCURRENCE WHILE THE CAR IS TRAVELING ON A FREEWAY WHERE IT WOULD BE HIGHER SPEEDS THAN IN THE CITY. PLEASE INVESTIGATE. NISSAN OF BAKERSFIELD NEEDS TO PAY AND STAND BY THE CUSTOMER IN THIS CONCERN OF A DEFECTIVE PRODUCT.

---

**Date Complaint Filed:** 06/22/2016
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** BAYTOWN, TX

**Date of Incident:** 06/22/2016
**NHTSA ID Number:** 10876034

All Products Associated with this Complaint ▼

Details ▲

0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** 1N4AA5AP7DC...

**SUMMARY:**

I WAS DRIVING ON THE HIGHWAY ON MY WAY TO WORK. I TOOK AN EXIT RAMP TO GET ON THE BELTWAY, AS I WAS HEADING TO THE BELTWAY, I HEARD A LOUD "POP" SOUND, AND AS I SLOWED DOWN TO PULL OVER, THINKING IT WAS A TIRE BLOWING OUT, I COULD HEAR A NOISE AS IF SOMETHING WAS SLOWLY BREAKING. AFTER I PULLED OVER, I NOTICED MY MOONROOF SHATTERED ALL OVER. I GOT IN MY CAR TO GET SAFELY OUT OF TRAFFIC'S WAY, AND DROVE TO A NEARBY CONVENIENCE STORE, AS I PULLED IN, MY GLASS COMPLETELY CAVED IN AND LEFT A HUGE HOLE. GLASS WAS EVERYWHERE. THIS WAS VERY SCARY. I NEVER HEARD ANYTHING HIT MY CAR MOONROOF BEFORE IT SHATTERED.

---

**Date Complaint Filed:** 06/04/2016          **Date of Incident:** 04/01/2013
**Component(s):** UNKNOWN OR OTHER          **NHTSA ID Number:** 10872495
**Consumer Location:** PEARL, MS

**All Products Associated with this Complaint** ▾

**Details** ▲                                             0 Available Documents    ?

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**

MY WIFE HAS A 2008 NISSAN ALTIMA SHE BOUGHT 5 YEARS AGO. I HAVE NOTICED OVER THE YEARS THE DASH SEEMS TO BE METING. I HAVE TRIED CLEANING IT WITH A DAMP RAG. THIS ONLY MAKES THE DASH GUMMY AND STICKY. EVEN AFTER I ALLOW IT TO DRY FOR A BIT IT REMAINS STICKY AND DIRTY. SHE BOUGHT IT 5 YEARS AGO FOR JUST UNDER $19,000. I TOLD HER IF WE EVER WANTED TO SELL IT WE WOULD LOSE BIG TIME. THE CAR HAS EVERY AMENITY; LEATHER, MOONROOF, HEATED SEATS, BOSE SOUND, ET CETERA. IT'S VERY DEMORALIZING ACTUALLY. ALSO, PART OF THE STEERING WHEEL IS STICKY AND FALLING APART. THE LEATHER PART ON THE STEERING WHEEL IS FINE. ONE MORE THING... I HAVE A 2006 NISSAN ALTIMA AND MY DASH IS SOLID WITH NO PROBLEMS. WE BOTH HAVE ALWAYS LIVED IN MISSISSIPPI. IT GETS HOT AND HUMID HERE BUT NEVER HAD A PROBLEM LIKE THIS WITH MY 2006 NISSAN DASH OR ANY OTHER VEHICLE I HAVE OWNED. I AM 40 YEARS OLD AND HAVE OWNED PLENTY. EXAMPLE: A MONTH AGO I SOLD MY 1994 FORD TRUCK THAT HAS BEEN SITTING IN THE SUN FOR 3 YEARS. DASH HAD A FEW CRACKS WHICH IS NORMAL BUT DIDN'T MELT. *2008 NISSAN ALTIMA IS USED EVERYDAY AND PROPERLY MAINTAINED SEEMS STRANGE TO ME DANIEL

---

**Date Complaint Filed:** 02/09/2015          **Date of Incident:** 02/05/2015
**Component(s):** VISIBILITY/WIPER          **NHTSA ID Number:** 10682170
**Consumer Location:** INDIANAPOLIS, IN

**All Products Associated with this Complaint** ▾

**Details** ▲                                             0 Available Documents    ?

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MW5CW...

**SUMMARY:**

I WAS TRAVELING ON THE INTERSTATE AT 75MPH WHEN I HEARD A LOUD BOOM. I LOOKED AROUND AND DISCOVERED THAT THE MOONROOF HAD SHATTERED. IT WAS A SUNNY DAY AND THERE WAS NO TRAFFIC AROUND. THE GLASS IS BROKEN AROUND THE EDGES OF THE GLASS. THERE IS NO SIGN OF IMPACT ANYWHERE ON THE GLASS. *TR

---

**Date Complaint Filed:** 12/23/2014          **Date of Incident:** 12/12/2014
**Component(s):** VISIBILITY          **NHTSA ID Number:** 10667832
**Consumer Location:** EAGLE RIVER, AK

**All Products Associated with this Complaint** ▾

**Details** ▲                                             0 Available Documents    

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MWXDW...

**SUMMARY:**

MOONROOF SHATTERED WHILE DRIVING ON HIGHWAY, HEARD LOUD NOISE AND BROKEN GLASS FELL INTO FRONT CONSOLE AND SEATS. NO OTHER VEHICLES IN CLOSE VICINITY. *TR

---

**Date Complaint Filed:** 03/20/2013
**Component(s):** STRUCTURE , VISIBILITY
**Consumer Location:** BARTLETT, TN

**Date of Incident:** 03/18/2013
**NHTSA ID Number:** 10503848

**All Products Associated with this Complaint** ▼

**Details** ▲     0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL21E69N...

**SUMMARY:**

DRIVING ON STREET WHEN MOONROOF SHATTERED. NO APPARENT CAUSE DETERMINED, BUT WAS RAINING AT THE TIME OF THE FAILURE. BREAK OF MOONROOF SOUNDED LIKE A GUN SHOT WITH GLASS FRAGMENTS GOING BOTH INSIDE AND OUTSIDE OF VEHICLE. DRIVER AND FRONT SEAT PASSENGER COVERED IN GLASS, BUT NO INJURIES. HOWEVER, ROOF AND TRUNK HAD PAINT DAMAGE FROM BROKEN GLASS. *TR

---

**Date Complaint Filed:** 11/27/2011
**Component(s):** VISIBILITY
**Consumer Location:** MIDDLETOWN, CT

**Date of Incident:** 11/25/2011
**NHTSA ID Number:** 10437364

**All Products Associated with this Complaint** ▼

**Details** ▲     0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AS5MV8CW...

**SUMMARY:**

THE MOONROOF DOESN'T OPEN ALL THE WAY & THE DEALERSHIP CLAIMS THAT ALL ROGUES DO THAT. THIS IS A BRAND NEW CAR THAT I PICKED UP ONLY A FEW DAYS AGO & THE MOONROOF OPENS MAYBE A LITTLE MORE THAN HALFWAY. THIS CAN'T BE RIGHT. *TR

---

**Date Complaint Filed:** 06/10/2008
**Component(s):** VISIBILITY
**Consumer Location:** EWING, NJ

**Date of Incident:** 03/27/2008
**NHTSA ID Number:** 10230496

**All Products Associated with this Complaint** ▼

**Details** ▲     0 Available Documents   ?

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AS58VX8W...

**SUMMARY:**

GLASS FROM MOONROOF EXPLODED/SHATTERED TO PIECES WHILE DRIVING. TEMPERATURE WAS 50 DEGREES, SPEED OF 60 MPH, NOTHING HIT THE GLASS TO CAUSE IT TO BREAK. TOOK DELIVERY OF THE CAR 1 WEEK PRIOR TO INCIDENT. DEALER REPLACED GLASS AND SAID IT WAS DEFECTIVE. *TR

# Search Results

## Keyword Search Results

| Recalls | Investigations | Complaints | Manufacturer Communications |
|---|---|---|---|
| N/A Result(s) | N/A Result(s) | 14 Result(s) | N/A Result(s) |

Below is a list of safety-related complaints received for this product. Complaints are entered into our complaint database and are used to determine if a safety-related defect trend exists.

Do you have a safety-related complaint? Let us know by going to our File a Safety Complaint page

COMPLAINTS: Displaying 1 - 14 out of 14

**Date Complaint Filed:** 02/07/2017
**Component(s):** UNKNOWN OR OTHER
**Consumer Location:** BAKERSFIELD, CA

**Date of Incident:** 02/02/2017
**NHTSA ID Number:** 10950108

All Products Associated with this Complaint ▾

Details ▲                                          0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AZ2MG8GN...

**SUMMARY:**
MY SIX-MONTH OLD 2016 NISSAN MURANO PLATINUM HAD SPONTANEOUS COMBUSTION OF MOON ROOF WHILE DRIVING ON FREEWAY IN GOOD WEATHER. THERE WERE NO CARS AROUND ME AND NO OVERHEAD PASS. THERE WERE NO BUMPS IN THE ROAD. I SAW NO ROCKS OR ANYTHING COMING TOWARD THE CAR. THERE WAS NO PREVIOUS DAMAGE. I HEARD A SNAP SOUND AND A LOUD BANG LIKE A GUNSHOT OR BOMB. IT SCARED ME. I DIDNT KNOW WHAT HAD HAPPENED UNTIL I WAS OFF THE FREEWAY AND CHECKED MY CAR OUT. THE DEALER WILL NOT PAY FOR IT. THEY SAY IT WAS A ROCK. THERE WAS NO ROCK SEEN AND NO ROCK FOUND IN THE HOLE ON TOP OF MY CAR/MOONROOF. RESEARCH ONLINE SHOWS THAT MANY PEOPLE ALL OVER THE WORLD ARE REPORTING THIS HAPPENING FOR NISSAN AND OTHER CAR MAKES. ALL THE PICTURES AND THE STORIES REPORTED ARE THE SAME. I TOOK PICS. CAR MAKERS ARE USING CHEAPER, THINNER GLASS FOR MOON/SUN ROOFS TO KEEP DECENT MILEAGE. THE GLASS CAN BE INSTALLED WRONG, TEMPERED WRONG OR IS NOT FITTED WELL CAUSING IT TO HAVE ISSUES WITH PRESSURE. I HAVE NOTICED MOST OF THESE REPORTS INDICATE THE OCCURRENCE WHILE THE CAR IS TRAVELING ON A FREEWAY WHERE IT WOULD BE HIGHER SPEEDS THAN IN THE CITY. PLEASE INVESTIGATE. NISSAN OF BAKERSFIELD NEEDS TO PAY AND STAND BY THE CUSTOMER IN THIS CONCERN OF A DEFECTIVE PRODUCT.

**Date Complaint Filed:** 11/03/2016
**Component(s):** STRUCTURE , VISIBILITY
**Consumer Location:** SOUTHERN PINES, NC

**Date of Incident:** 11/03/2016
**NHTSA ID Number:** 10924150

All Products Associated with this Complaint ▾

Details ▲                                          0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AZ2MG6GN...

**SUMMARY:**
MOON ROOF EXPLODED/SHATTERED WHILE DRIVING ON HIGHWAY. WE DROVE IT IMMEDIATELY TO THE DEALERSHIP WE PURCHASED IT FROM 12 DAYS EARLIER. SOUNDED LIKE A GUN GOING OFF IN MY EAR. VERY DANGEROUS EVENT TO TAKE PLACE WHILE DRIVING. THE MOON ROOF THEN STARTED FALLING INTO THE VEHICLE IMMEDIATELY. *TR

**Date Complaint Filed:** 06/20/2016
**Component(s):** STRUCTURE
**Consumer Location:** HUNTINGTON, NY

**Date of Incident:** 06/18/2016
**NHTSA ID Number:** 10875213

All Products Associated with this Complaint ▾

Details ▲                                          0 Available Documents   ?

**Crash:** No   **Fire:** No   **Number of Injuries:** 0   **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** 5N1AZ2MH1FN...

**SUMMARY:**

MOON ROOF "EXPLODED" WHILE DRIVING ON HIGHWAY. NO OBJECT HIT IT. CLEARLY A DEFECT IN THE GLASS OR THE MOUNTING HARDWARE.

---

**Date Complaint Filed:** 09/14/2015 **Date of Incident:** 05/04/2015
**Component(s):** UNKNOWN OR OTHER **NHTSA ID Number:** 10763594
**Consumer Location:** GRANTS PASS, OR

All Products Associated with this Complaint ▾

Details ▲ 0 Available Documents 

**Crash:** No **Fire:** No **Number of Injuries:** 0 **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 5N1AR2MM9FC...

**SUMMARY:**

I HAD SLOWED TO ENTER A PARKING LOT AND AS I TURNED I HEARD WHAT I THOUGHT WAS SOMETHING RATTLING IN THE BACK STORAGE AREA. MY WIFE TURNED TO SEE WHAT IT WAS AND SAW THAT THE ENTIRE UPPER REAR GLASS MOON ROOF HAD SHATTERED INTO SMALL PIECES. I STOPPED AND GOT OUT TO LOOK AT IT AND THE FRONT PORTION LOOKED AS IF PRESSURE HAD PUSHED THE GLASS UP FROM THE INSIDE OF THE CAR. AROUND THE AREA THAT APPEARED TO HAVE HAD THE MOST PRESSURE, THE GLASS HAD A HOLE WITH SMALL PIECES FALLING INTO THE REAR PASSENGER COMPARTMENT. THE REST OF THE MOON ROOF WAS COMPLETELY SHATTERED BUT STAYED INTACT. I TOOK THE VEHICLE BACK TO THE DEALER FOR REPLACEMENT OF THE MOON ROOF. THEY CLAIMED THAT THEY AND THE DISTRICT MANAGER HAD NEVER HEARD OF SUCH AN INCIDENT, BUT REPLACED THE GLASS ROOF. I DIDN'T REALIZE OTHER CARS WERE HAVING THIS ISSUE UNTIL I SAW A REPORT ON TV, SO I WANTED TO ADD MY EXPERIENCE TO THE ISSUE.

---

**Date Complaint Filed:** 08/07/2015 **Date of Incident:** 06/18/2015
**Component(s):** UNKNOWN OR OTHER **NHTSA ID Number:** 10746996
**Consumer Location:** GREAT FALLS, MT

All Products Associated with this Complaint ▾

Details ▲ 0 Available Documents 

**Crash:** No **Fire:** No **Number of Injuries:** 1 **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MWXAW...

**SUMMARY:**

DRIVING TO MISSOULA MONTANA FROM GREAT FALLS, I WAS JUST LEAVING LINCOLN, MONTANA WAS ABOUT 6 MILES OUT GOING AROUND 40 TO 45 MILES PER HOUR AND THE FRONT MOON ROOF BLEW UP, SOUNDED LIKE A BIG HUGE BLAST WITH GLASS FLYING EVERYWHERE, RECEIVED A FEW MINOR CUTS; HOWEVER, I AM STILL FINDING GLASS. I CONTACTED NISSAN REGARDING THIS MATTER AND HAVE A CASE #[XXX]. IN THE PROCESS OF HAVING THIS ISSUE FIXED BY TAYLOR AUTO MAX IN GREAT FALLS, MONTANA. HOWEVER, A NISSAN REP INFORMED TAYLORS THAT I MAY BE RESPONSIBLE FOR THE DIAGNOSTIC FEE. I FEEL THIS IS A DEFECT AND NISSAN SHOULD PAY FOR ALL REPAIRS. I AM VERY LUCKY AN ACCIDENT DIDN'T HAPPEN, AS I WAS TRAVELING ON A 2 LANE ROAD AND NOT GOING THE SPEED LIMIT OF 70 MPH. JUST LUCKY I WASN'T A 2015 HIGHWAY FATALITY. THANK YOU INFORMATION REDACTED PURSUANT TO THE FREEDOM OF INFORMATION ACT (FOIA), 5 U.S.C. 552(B)(6). *TR

---

**Date Complaint Filed:** 05/12/2015 **Date of Incident:** 03/16/2015
**Component(s):** STRUCTURE , UNKNOWN OR OTHER , VEHICLE SPEED CONTROL **NHTSA ID Number:** 10715989
**Consumer Location:** MANDEVILLE, LA

All Products Associated with this Complaint ▾

Details ▲ 0 Available Documents 

**Crash:** No **Fire:** No **Number of Injuries:** 0 **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4BA41E87C...

**SUMMARY:**

WHILE DRIVING ON THE INTERSTATE I FELT AN EXPLOSION AND NEARLY LOST CONTROL OF MY BLOOD PRESSURE, AND I SUFFER FROM HYPER-TENSION. THE MOON ROOF EXPLODED AND I

HAD NO IDEA WHAT HAD HAPPENED. I LOOKED AROUND TO SEE IF A GUN HAD BEEN POINTED AT ME BECAUSE THE SOUND WAS SIMILAR AND THE IMPACT TO THE CAR FELT AS THOUGH IT HAD BEEN HIT BY AN OBJECT. THE COVER OVER THE MOON ROOF WAS CLOSED SO THAT PREVENTED ANY GLASS FROM ENTERING AND CUTTING ME. I PULLED OFF AT THE NEXT EXIT TO FIND A GAPPING HOLE, SHATTERED GLASS ON THE ROOF AND MY HEART BEATING RAPIDLY. ONCE I GOT HOME I TAPED THE ROOF AND BY THE TIME I GOT TO THE REPAIR SHOP THE NEXT DAY THE PRESSURE CAUSED THE ROOF TO REOPEN AND CONTINUE TO BREAK. I CONTACTED NISSAN TO SEE IF THIS VEHICLE WAS UNDER RECALL AND THEY SAID NO. THE COST WAS MY EXPENSE. NOW I DO NOT OPEN THE SHADE AT ALL FOR FEAR OF THIS HAPPENING AGAIN RESULTING IN INJURY. I LIVE IN A VERY HOT AND HUMID AND RAINY CLIMATE AND WHEN THIS OCCURED THE TEMPERATURE WAS IN THE 70'S, AND THE TIME OF DAY WAS APPROX 6:45PM. I ASKED THE GLASS COMPANY HAD THEY HAD ANY CUSTOMERS IN WITH THIS PROBLEM AND THEY AFFIRMED. THE MOON ROOF GLASS WAS ORDERED AND SHIPPED DIRECTLY TO THE GLASS COMPANY AND MY CAR WAS OUT OF COMMISSION FOR A FEW DAYS. THE MOON ROOF DOES NOT OPEN AT ALL, IT WAS DESIGNED THAT WAY. IF A SAFETY NOTICE HAD BEEN ATTACHED I MORE THAN LIKELY WOULD NOT HAVE PURCHASED THIS TYPE OF VEHICLE.

---

**Date Complaint Filed:** 07/21/2014      **Date of Incident:** 07/20/2014
**Component(s):** VISIBILITY      **NHTSA ID Number:** 10614894
**Consumer Location:** ORLANDO, FL

All Products Associated with this Complaint ▾

Details ▲      0 Available Documents   ?

**Crash:** No      **Fire:** No      **Number of Injuries:** 0      **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AA5AP9BC...

**SUMMARY:**
WHILE DRIVING DOWN THE HIGHWAY SUNDAY JULY 21ST AROUND 9:40AM MY MOON ROOF IMPLODED WHILE BEING CLOSED. IT SOUNDED LIKE A GUN SHOT IN THE CAR, I NOTICED THAT THE GLASS WAS BLOWING TOWARDS THE REAR OF THE CAR. THE GLASS HIT MY TRUNK AND NOW HAS SEVERAL DINGS DUE TO THE GLASS FLYING. NOW I AM AT THE DEALER AND THEY ARE TELLING ME THAT THIS ISN'T COVERED BY WARRANTY. I ONLY HAVE THE CAR FOR 3 MONTHS. WHILE DOING RESEARCH ONLINE I NOTICED THAT THIS ISN'T AN ISOLATED SITUATION. APPARENTLY THERE ISN'T A MANUFACTURES DEFECT EITHER. WHAT SHOULD I DO? *TR

---

**Date Complaint Filed:** 07/05/2013      **Date of Incident:** 07/04/2013
**Component(s):** STRUCTURE , VISIBILITY      **NHTSA ID Number:** 10523304
**Consumer Location:** SUPERIOR, CO

All Products Associated with this Complaint ▾

Details ▲      0 Available Documents   ?

**Crash:** No      **Fire:** No      **Number of Injuries:** 0      **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**
I WAS DRIVING MY NISSAN SENTRA OVER I-25 AND SUDDENLY MOON ROOF EXPLODED. I HEARD A GUNSHOT AND GLASSES FLYING.THIS IS A SERIOUS SAFETY ISSUE AND NISSAN MUST ISSUE RECALL OR REPLACEMENT FOR ALL AFFECTED VEHICLES. IT SOUNDS LIKE VEHICLE MANUFACTURING DEFECT. I READ SEVERAL FORUMS ON INTERNET AND CAME TO KNOW THAT SEVERAL PEOPLE EXPERIENCED THE SAME ISSUE WITH SEVERAL OTHER CARS. *TR

---

**Date Complaint Filed:** 11/18/2012      **Date of Incident:** 11/17/2012
**Component(s):** UNKNOWN OR OTHER      **NHTSA ID Number:** 10485641
**Consumer Location:** FALLBROOK, CA

All Products Associated with this Complaint ▾

Details ▲      0 Available Documents   ?

**Crash:** No      **Fire:** No      **Number of Injuries:** 0      **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4AL3AP5DN...

**SUMMARY:**

I WAS DRIVING ON I-5 HEADING NORTH FROM OCEANSIDE, CA WHEN THE MOON ROOF
SPONTANEOUSLY EXPLODED. THERE WAS NO CONTACT WITH ANY OBJECT WHATSOEVER.
THERE WAS FIRST A LOUD BANG, LIKE THE SOUND OF A GUN BEING FIRED AT CLOSE RANGE AND
THEN THE GLASS OF THE MOON ROOF FELL ON ME AND INTO THE AUOTMOBILE CABIN..

---

**Date Complaint Filed:** 10/07/2012
**Component(s):** VISIBILITY
**Consumer Location:** NORWOOD, NC

**Date of Incident:** 10/02/2012
**NHTSA ID Number:** 10478938

All Products Associated with this Complaint ▾

Details ▲           0 Available Documents    

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** Not Available

**SUMMARY:**

VEHICLES MOON ROOF INEXPLICABLY EXPLODED FROM INSIDE OUT WHILE PARKED IN
DRIVEWAY. *TR

---

**Date Complaint Filed:** 06/17/2012
**Component(s):** STRUCTURE , VISIBILITY
**Consumer Location:** PLANTATION, FL

**Date of Incident:** 09/19/2008
**NHTSA ID Number:** 10462000

All Products Associated with this Complaint ▾

Details ▲           0 Available Documents    

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4BA41E84C...

**SUMMARY:**

MY MOON-ROOF IS MARKED WITH AS3 DOT 467 M078. CAN SOME PLEASE TELL ME WITH IS THE
SAME MARKING THAT IN THE 2004 RECALL. *TR

---

**Date Complaint Filed:** 09/13/2011
**Component(s):** STRUCTURE , VISIBILITY
**Consumer Location:** DOUGLASVILLE, GA

**Date of Incident:** 09/12/2011
**NHTSA ID Number:** 10425334

All Products Associated with this Complaint ▾

Details ▲           0 Available Documents    

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** JN8AZ1MU4BW...

**SUMMARY:**

DRIVING APPX. 30MPH ON OPEN ASPHALT ROAD, NO CARS AHEAD OF ME, NO CARS BEHIND ME
WHEN HEARD LOUD EXPLOSION, SIMILAR TO SHOT GUN BLAST. WHEN LOCATED TROUBLE FOUND
THE MOON ROOF HAD EXPLODED. APPEARED TO BE AN UPWARD EXPLOSION. CAR TAKEN TO
NISSAN DEALER FOR REPAIRS. DAMAGE WAS NOT CAUSED FROM ANY FLYING OBJECTS. HAS TO
BE A DEFECT. *TR

---

**Date Complaint Filed:** 10/29/2008
**Component(s):** VISIBILITY
**Consumer Location:** CLEVELAND, OH

**Date of Incident:** 10/19/2008
**NHTSA ID Number:** 10247175

All Products Associated with this Complaint ▾

Details ▲           0 Available Documents    

**Crash:** No    **Fire:** No    **Number of Injuries:** 0    **Number of Deaths:** 0
**Manufacturer:** Nissan North America, Inc.
**Vehicle Identification No. (VIN):** 1N4BA41E95C...

**SUMMARY:**

TO NHTSA: I AM FILING A COMPLAINT AGAINST NISSAN CAR DEALERSHIP OF SHAKER HEIGHTS. ON OCTOBER 19TH, 2008, I WAS DRIVING MY 2005 NISSAN MAXIMA SE ON THE HIGHWAY ALONG A STRAIGHTAWAY WHEN MY SKYLIGHT MOON ROOF SUDDENLY IMPLODE. IT WAS A LOUD BURST CAUSING SMALL MICROSCOPIC GLASS PARTICLES TO SCATTER THROUGHOUT MY INTERIOR. THE GLASS CUT MY ARM AND FLEW IN MY HAIR. I BELIEVE IT MAY HAVE BEEN DUE TO THE SLIGHTEST POSSIBLE TWISTING OR TORQUE OF THE FRAME BENDING WITH THE ROAD. THE 2004 MODEL OF MY VEHICLE RECENTLY HAD A RECALL DUE TO THIS EXACT ISSUE. MY VEHICLE WAS MANUFACTURE IN JAN. 2005, I SUSPECT THAT IT WAS MADE UNDER THE SAME PARAMETERS AS THE 2004 MODEL. I BELIEVE THAT MY VEHICLE SHOULD BE COVERED AS WELL DUE TO THE SAME ISSUE. I HAVE BEEN WITHOUT TRANSPORTATION SINCE THE DATE OF THE INCIDENT. *TR

---

**Date Complaint Filed:** 07/01/2008

**Date of Incident:** 11/16/2007

**Component(s):** STRUCTURE , VISIBILITY

**NHTSA ID Number:** 10232936

**Consumer Location:** ROCHESTER, NY

**All Products Associated with this Complaint** ▼

**Details** ▲

0 Available Documents

**Crash:** No     **Fire:** No     **Number of Injuries:** 0     **Number of Deaths:** 0

**Manufacturer:** Nissan North America, Inc.

**Vehicle Identification No. (VIN):** 5N1BV28UX4N...

**SUMMARY:**

FAILURE OF AUTOMATIC DOORS, MIRRORS AND MOON ROOF BEGAN FROM THE MOMENT WE DROVE VAN OUT OF LOT. DAILY WE HAVE ISSUES WITH ONE OF THE ABOVE PROBLEMS. HAVE TAKEN TO 3 DIFFERENT DEALERS TO HAVE PROBLEMS RESOLVED AND EACH TIME ARE TOLD THEY COULD NOT FIND ANYTHING. *TR

---

**CERTIFICATE OF SERVICE**

*Sherida Johnson, et al. v.. Nissan North American, Inc., et al*

**USDC Court Case No 3:17-cv-00517-WHO**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 455 Market Street, Suite 2220, San Francisco, California 94105.

On June 28, 2017, I served the following document:

**PLAINTIFFS' CORRECTED RESPONSE TO NISSAN'S RULE 12(B)(6) MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT T**

in this action by:

☒ By CM/ECF NOTICE OF ELECTRONIC FILING.

I electronically filed the document(s) with the Clerk of Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that I am employed in the office of a member of the bar of this Court at whose direct the service was made.

Executed on June 28, 2017, at San Francisco, California.

_____

Jodie Bryant