| | |
|---|---|
| 1 | Crystal Foley (SBN 224627) |
| 2 | SIMMONS HANLY CONROY LLC<br>100 N. Sepulveda Boulevard, Suite 1350 |
| 3 | Los Angeles, California 90245<br>Telephone: 310.322.3555 |
| 4 | Facsimile: 310.322.3655<br>cfoley@simmonsfirm.com |
| 5 | Paul J. Hanly, Jr. (admitted *pro hac vice*) |
| 6 | Mitchell M. Breit (admitted *pro hac vice*)<br>SIMMONS HANLY CONROY LLC |
| 7 | 112 Madison Avenue<br>New York, New York 10016 |
| 8 | Telephone: 315.220.0134<br>Facsimile: 212.213.5949 |
| 9 | phanly@simmonsfirm.com<br>mbreit@simmonsfirm.com |
| 10 | *Attorneys for Plaintiffs* |
| 11 | SHERIDA JOHNSON, HARRY GUNSENHOUSER,<br>and SUBRINA SEENARAIN |
| 12 | Amir M. Nassihi (SBN 235936) |
| 13 | Andrew L. Chang (SBN 222309)<br>SHOOK, HARDY & BACON L.L.P. |
| 14 | One Montgomery, Suite 2700<br>San Francisco, California 94104 |
| 15 | Telephone:   415.544.1900<br>Facsimile:   415.391.0281 |
| 16 | anassihi@shb.com<br>achang@shb.com |
| 17 | *Attorneys for Defendant* |
| 18 | NISSAN NORTH AMERICA, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHERIDA JOHNSON, HARRY GUNSENHOUSER, and SUBRINA SEENARAIN on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>         v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO. LTD.,<br><br>         Defendants. | Case No. 3:17-cv-00517-WHO<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS AND FOR DEFENDANT'S REPLY** |

1     Pursuant to paragraph 1(d) of the Honorable William H. Orrick's Case Management
2 Conference Order (Dkt. 20) and L.R. 6-1(b), 6-2, and 7-12, Plaintiffs Sherida Johnson, Harry
3 Gunsenhouser, and Subrina Seenarain ("Plaintiffs") and Defendant Nissan North America ("NNA")
4 (collectively, the "Parties") enter into this stipulation with reference to the following facts and
5 recitals:

6     WHEREAS, Plaintiffs filed their Second Amended Complaint ("SAC") on September 18,
7 2017 (Dkt. 56);

8     WHEREAS, the Parties stipulated on September 19, 2017 to extend NNA's deadline to
9 respond to the SAC to October 23, 2017 (Dkt. 57) and the Court So Ordered that stipulation on
10 September 20, 2017 (Dkt. 58);

11    WHEREAS, NNA filed its Motion to Dismiss the SAC on October 23, 2017 (Dkt.59);

12    WHEREAS the Court's docket entry (Dkt.59) ordered that Plaintiffs' opposition to the
13 Motion to Dismiss be filed on or before November 6, 2017 and NNA's reply be filed on or before
14 November 13, 2017;

15    WHEREAS, due to the complexity of Defendant's motion, which raises additional novel
16 issues not heretofore raised in related litigation or in the first Motion to Dismiss; and

17    WHEREAS, Plaintiffs' counsel requires a short extension of time within which to respond to
18 the Motion to Dismiss;

19    Plaintiffs and NNA stipulate and agree as follows and request the Court enter an Order as
20 follows:

21    1.   Plaintiffs' brief in opposition to NNA's Motion to Dismiss the Second Amended
22 Complaint shall be filed by November 13, 2017;

23    2.   NNA's reply brief in support of its Motion to Dismiss the Second Amended
24 Complaint shall be filed by November 29, 2017. The requested modification will not impact the
25 current case schedule

26    IT IS SO STIPULATED.

Dated: November 3, 2017

Respectfully submitted,

SIMMONS HANLY CONROY LLC

By: */s/ Mitchell M. Breit*
     MITCHELL M. BREIT

Attorneys for Plaintiffs

SHOOK, HARDY & BACON L.L.P.

By: */s/ Amir M. Nassihi*
     AMIR M. NASSIHI
     ANDREW L. CHANG

Attorneys for Defendant
Nissan North America, Inc.

Dated: November 3, 2017

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: */s/ Mitchell M. Breit*
    *Mitchell M. Breit*

**ORDER**

Pursuant to the parties' stipulation **as modified below**, the Court hereby orders as follows:

1. Plaintiffs' Opposition to NNA's Motion to Dismiss the Second Amended Complaint is due on November 13, 2017;
2. NNA's Reply in Support of its Motion to Dismiss is due on November 29, 2017; and
3. The hearing on the motion is set for **January 3, 2018 at 2:00 p.m..**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 3, 2017

_____
UNITED STATES DISTRICT JUDGE
HONORABLE WILLIAM H. ORRICK