| | |
|---|---|
| 1 | Crystal Foley (SBN 224627) |
| | SIMMONS HANLY CONROY LLC |
| 2 | 100 N. Sepulveda Boulevard, Suite 1350 |
| | Los Angeles, California 90245 |
| 3 | Telephone: 310.322.3555 |
| | Facsimile: 310.322.3655 |
| 4 | cfoley@simmonsfirm.com |

Paul J. Hanly, Jr. (admitted *pro hac vice*)
Mitchell M. Breit (admitted *pro hac vice*)
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, New York 10016
Telephone: 315.220.0134
Facsimile: 212.213.5949
phanly@simmonsfirm.com
mbreit@simmonsfirm.com

*Attorneys for Plaintiffs*
SHERIDA JOHNSON, HARRY GUNSENHOUSER,
and SUBRINA SEENARAIN

Amir M. Nassihi (SBN 235936)
Andrew L. Chang (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:   415.544.1900
Facsimile:   415.391.0281
anassihi@shb.com
achang@shb.com

*Attorneys for Defendant*
NISSAN NORTH AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIDA JOHNSON, et al.,,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 3:17-cv-00517-WHO<br><br>**STIPULATION AND ORDER TO RESCHEDULE ARGUMENT ON MOTION TO DISMISS** |

| | |
|---|---|
| 1 | Pursuant to paragraph 1(d) of the Honorable William H. Orrick's Case Management |
| 2 | Conference Order (Dkt. 20) and L.R. 6-1(b), 6-2, and 7-12, Plaintiffs Sherida Johnson, Harry |
| 3 | Gunsenhouser, and Subrina Seenarain ("Plaintiffs") and Defendant Nissan North America ("NNA") |
| 4 | (collectively, the "Parties") enter into this stipulation with reference to the following facts and |
| 5 | recitals: |
| 6 | WHEREAS, Plaintiffs filed their Second Amended Complaint ("SAC") on September 18, |
| 7 | 2017 (Dkt. 56); |
| 8 | WHEREAS, NNA filed its Motion to Dismiss the SAC on October 23, 2017 (Dkt.59); |
| 9 | WHEREAS Plaintiffs filed their opposition to the Motion to Dismiss on November 13, 2017 |
| 10 | (Dkt 62) and NNA's filed its reply be filed on November 29, 2017 (Dkt 64); |
| 11 | WHEREAS, the Court entered an order scheduling argument on the Motion to Dismiss on |
| 12 | January 3, 2018 (Dkt 61); and |
| 13 | WHEREAS, one of Plaintiffs' lead counsel will be out of the country on that date on a long- |
| 14 | standing, previously scheduled holiday vacation and respectfully requests that argument be |
| 15 | rescheduled to January 31, 2018; |
| 16 | Plaintiffs and NNA stipulate and agree as follows and request the Court enter an Order as |
| 17 | follows: |
| 18 | 1.    Argument on NNA's Motion to Dismiss the Second Amended Complaint shall be |
| 19 | held on January 31, 2018; |
| 20 | 2.    The requested modification will not impact the current case schedule |
| 21 | IT IS SO STIPULATED. |
| 22 | |
| 23 | Dated: December 7, 2017 |
| 24 | Respectfully submitted, |
| 25 | |
| 26 | SIMMONS HANLY CONROY LLC |
| 27 | By:   /s/ Mitchell M. Breit |
| 28 | MITCHELL M. BREIT |

Attorneys for Plaintiffs

SHOOK, HARDY & BACON L.L.P.

By:   */s/ Amir M. Nassihi*
      AMIR M. NASSIHI
      ANDREW L. CHANG

Attorneys for Defendant
Nissan North America, Inc.

Dated: December 7, 2017

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By:   */s/ Mitchell M. Breit*
      *Mitchell M. Breit*

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders as follows:

1. Argument on NNA's Motion to Dismiss the Second Amended Complaint will be held on January 31, 2018;

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 20, 2017

_____
UNITED STATES DISTRICT JUDGE
HONORABLE WILLIAM H. ORRICK