Crystal Foley (SBN 224627)
SIMMONS HANLY CONROY LLC
100 N. Sepulveda Boulevard, Suite 1350
Los Angeles, California 90245
Tel: 310.322.3555 | Fax: 310.322.3655
cfoley@simmonsfirm.com

Gregory F. Coleman (admitted *pro hac vice*)
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865.247.0080 | Fax: 865.522.0049
Email: greg@gregcolemanlaw.com

Paul J. Hanly, Jr. (admitted *pro hac vice*)
Mitchell M. Breit (admitted *pro hac vice*)
SIMMONS HANLY CONROY LLC
112 Madison Avenue
New York, New York 10016
Tel: 315.220.0134 | Fax: 212.213.5949
phanly@simmonsfirm.com | mbreit@simmonsfirm.com

*Attorneys for Plaintiffs*

Amir M. Nassihi (SBN 235936)
Andrew L. Chang (SBN 222309)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Tel: 415.544.1900 | Fax: 415.391.0281
anassihi@shb.com | achang@shb.com

*Attorneys for Defendant*
*NISSAN NORTH AMERICA, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIDA JOHNSON, SUBRINA SEENARAIN, CHAD LOURY, LINDA SPRY, LISA SULLIVAN, and APRIL AHRENS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC. and NISSAN MOTOR CO. LTD.,<br><br>Defendants. | Case No. 3:17-cv-00517-WHO<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANT NISSAN NORTH AMERICA, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** |

Pursuant to paragraph 1(d) of the Honorable William H. Orrick's Case Management Conference Order (Dkt. 20) and L.R. 6-1(b), 6-2, and 7-12, Plaintiffs Sherida Johnson, Subrina Seenarain, Chad Loury, Linda Spry, Lisa Sullivan, and April Ahrens ("Plaintiffs") and Defendant Nissan North America ("NNA") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

On September 18, 2017, Plaintiffs filed a Second Amended Complaint, dropping the New Jersey plaintiff, adding a new California plaintiff and new plaintiffs from Colorado, Illinois, and Florida (Dkt. 56).

NNA's motion to dismiss Plaintiffs' Second Amended Complaint was filed on October 23, 2017. (Dkt. 59) Plaintiffs' opposition was filed on November 13, 2017 (Dkt. 62), and NNA's reply brief was filed on November 29, 2017. (Dkt. 64);

The hearing on NNA's motion to dismiss Plaintiffs' Second Amended Complaint is currently set for January 31, 2018. (Dkt. 66);

A further Case Management Conference is scheduled for February 13, 2018. (Dkt. 51);

All previous time modifications in this case, whether by stipulation or Court order, are as follows:

1. A stipulation to extend the time for NNA to respond to Plaintiffs' First Amended Complaint was filed on April 11, 2017 (Dkt. 33), and granted by the court on April 14, 2017. (Dkt. 34);

2. A stipulation to extend the time for Plaintiffs to file their opposition to NNA's motion to dismiss, NNA's reply brief, and continue the case management conference was filed on June 1, 2017 (Dkt. 40), and granted by the court on the same date. (Dkt. 41);

3. A stipulation to extend the time for NNA to file a response to Plaintiffs' Second Amended Complaint was filed on September 19, 2017 (Dkt. 57), and granted by the court on the following day. (Dkt. 59);

4. A stipulation to extend the time for Plaintiffs to file their opposition to NNA's motion to dismiss Plaintiffs' Second Amended Complaint was filed on November 3, 2017 (Dkt. 59), and granted by the court on the same date. (Dkt. 60); and

5. A stipulation to continue the hearing date on NNA's Motion to Dismiss Plaintiffs' Second Amended Complaint from January 3 to January 31, 2018 was granted by the court. (Dkt. 66)

In the interests of efficiency and due to the number of attorneys who will be flying across the country to appear for the January 31, 2018 hearing on NNA's motion to dismiss Plaintiff's Second Amended Complaint, the parties met and conferred and have stipulated that the hearing on NNA's motion to dismiss be rescheduled from January 31 to February 13, 2018, the same date set for a further case management conference. This modification will not impact the current schedule in this action.

Therefore, pursuant to Civil Local Rules 6-1(b), 6-2 and 7-12, and subject to the Court's approval, **IT IS HEREBY STIPULATED AND AGREED**, by the Parties through their respective counsel of record that:

1. The January 31, 2018 hearing on NNA's Motion to Dismiss Plaintiffs' Second Amended Complaint is continued to February 13, 2018, the same date set for a further case management conference.

IT IS SO STIPULATED.

Dated: January 21, 2018   Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: _/s/ Amir M. Nassihi_
   AMIR M. NASSIHI
   ANDREW L. CHANG

*Attorneys for Defendant
Nissan North America, Inc.*

Dated: January 21, 2018   GREG COLEMAN LAW PC

By: _/s/ Gregory F. Coleman_
   Gregory F. Coleman

*Attorneys for Plaintiffs
Sherida Johnson, Subrina Seenarain, Chad Loury, Linda Spry, Lisa Sullivan, and April Ahrens*

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

                By:  */s/ Amir M. Nassihi*
                     Amir M. Nassihi

**ORDER**

Pursuant to the parties' stipulation, the Court hereby orders that the January 31, 2018 hearing date for NNA's Motion to Dismiss Plaintiffs' Second Amended Complaint is continued to February 13, 2018 at 2:00 p.m., the same date set for a further case management conference.

IT IS SO ORDERED.

Dated: January 22, 2018

_____
UNITED STATES DISTRICT JUDGE
HONORABLE WILLIAM H. ORRICK