Gregory F. Coleman (*pro hac vice*)
Adam A. Edwards (*pro hac vice*)
GREG COLEMAN LAW PC
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, Tennessee 37929
Tel: 865.247.0080
Fax: 865.522.0049
greg@gregcolemanlaw.com
adam@gregcolemanlaw.com

Mitchell M. Breit
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, New York 10016
Tel: 212.784.6400
Fax: 212.213.5949
mbreit@simmonsfirm.com

*Attorneys for Plaintiff*

Amir M. Nassihi (SBN 235936)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2600
San Francisco, CA 94104
Tel: 415.544.1900
Fax: 415.391.0281
anassihi@shb.com

William R. Sampson (*pro hac vice*)
Holly Pauling Smith (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816.474.6550
Fax: 816.421.5547

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHERIDA JOHNSON, SUBRINA SEENARAIN, CHAD LOURY, LINDA SPRY, LISA SULLIVAN, APRIL AHERNS, JANELLE HORNE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.<br><br>Defendant. | Case No.: 3:17-cv-00517-WHO<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND CLASS CERTIFICATION DEADLINES**<br><br>Corrected TAC: March 29, 2018 |

# STIPULATION AND ORDER TO FURTHER EXTEND CLASS CERTIFICATION DEADLINES

Pursuant to L.R. 6-2, Plaintiffs Sherida Johnson, Subrina Seenarain, Chad Loury, Linda Spry, Lisa Sullivan, April Ahrens, and Janelle Horne ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties") enter into this stipulation with reference to the following facts and recitals:

1. Five other extensions of the class certification briefing schedule have been entered in this matter. ECF Nos. 95, 103, 112, 121, and 124.

2. Following the entry of the Court's last extension, the Parties have been diligently undertaking discovery.

3. However, in light of the recent outbreak of the novel coronavirus (also called COVID-19) and the associated health risks, the Parties are unable to complete the discovery needed by both parties which includes both additional depositions and vehicle inspections that will require significant travel for lawyers as well as court reporters, videographers, witnesses and experts in time to meet the current deadlines related to class certification and expert witness disclosure.

4. The Parties are coordinating discovery and class certification deadlines in this action with a companion case filed in the Western District of Washington, *Lohr, et al. v. Nissan N. Am., Inc.*, Case No. 2:16-cv-01023 RSM.

5. The Northern District of California has recognized the serious health risks associated with COVID-19 and has taken steps in response to its recent outbreak, including issuing General Orders Nos. 72 and 73.

6. As the result of the outbreak of COVID-19, the Parties have agreed to extend the deadlines in this case and in *Lohr* to accommodate the delays in discovery necessary to ensure the safety and health of the Parties and their counsel.

7. The Parties have coordinated with counsel in *Lohr* and are seeking entry of a similar scheduling order. If this Court and the *Lohr* court approve these requests, then the two cases will remain on parallel tracks if a resolution is not reached prior to class certification. An extension of the deadlines in this matter, as reflected below, may facilitate on-going informal settlement discussions, and will not be unduly prejudicial to either party.

8. For the above reasons, the Parties stipulate to extend the deadlines in this matter as set forth below and respectfully request that the Court enter an order accordingly:

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiffs' expert disclosures and reports | June 19, 2020 | September 17, 2020 |
| Deadline for Plaintiffs to produce experts for deposition | July 30, 2020 | October 28, 2020 |
| Deadline to file opposition to Motion for Class Certification and serve NNA's expert disclosures and reports | October 9, 2020 | January 14, 2021 |
| Deadline for NNA to produce experts for deposition | November 13, 2020 | February 18, 2021 |
| Deadline to file reply regarding Motion for Class Certification | November 25, 2020 | March 2, 2021 |
| Class Certification Hearing | December 9, 2020 | March 9, 2021, or as set by the Court |

IT IS SO STIPULATED.

1  Respectfully submitted,

2  Dated:  March 23, 2020                                  Dated:  March 23, 2020

3  By: */s/ Adam A. Edwards*                               By: */s/ Holly Pauling Smith*

4  On Behalf of Plaintiffs                                 On Behalf of Defendant

5  Gregory F. Coleman (*pro hac vice*)                     William R. Sampson (*pro hac vice*)
6  Adam A. Edwards (*pro hac vice*)                        Holly Pauling Smith (*pro hac vice*)
   Lisa A. White (*pro hac vice*)                          SHOOK, HARDY & BACON L.L.P.
7  GREG COLEMAN LAW PC                                     2555 Grand Boulevard
   First Tennessee Plaza                                   Kansas City, Missouri 64108
8  800 S. Gay Street, Suite 1100                           Tel: 816.474.6550
   Knoxville, Tennessee 37929                              Fax: 816.421.5547
9  Tel:  865.247.0080
10 Fax: 865.522.0049
   greg@gregcolemanlaw.com                                 Amir M. Nassihi (SBN 235936)
11 adam@gregcolemanlaw.com                                 SHOOK, HARDY & BACON L.L.P.
   lisa@gregcolemanlaw.com                                 One Montgomery, Suite 2600
12                                                         San Francisco, CA  94104
                                                           Tel: 415.544.1900
13 Mitchell M. Breit (*pro hac vice*)                      Fax: 415.391.0281
   112 Madison Avenue, 7th Floor                           anassihi@shb.com
14 New York, New York 10016
   Tel:  212.784.6400
15 mbreit@simmonsfirm.com                                  *Attorneys for Defendant*

16 Eric S. Johnson (*pro hac vice*)
17 One Court Street
   Alton, Illinois 62002
18 Tel:  618.259.2222
   ejohnson@simmonsfirm.com
19
20 *Attorneys for Plaintiffs*

21 Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained
   from the other signatories.
22

23                                                         GREG COLEMAN LAW PC

24                                                         By: */s/ Adam A. Edwards*
                                                           Adam A. Edwards (*pro hac vice*)
25                                                         GREG COLEMAN LAW PC
                                                           First Tennessee Plaza
26                                                         800 S. Gay Street, Suite 1100
                                                           Knoxville, Tennessee 37929
27                                                         adam@gregcolemanlaw.com
28

-4-

STIPULATION AND ORDER                                                  CASE NO. 3:17-cv-00517-WHO

# [PROPOSED] ORDER

Pursuant to the Parties' stipulation, the Court hereby orders the class certification deadlines in this matter to be extended as follows:

| Event | Proposed Deadline |
|---|---|
| Deadline to file Motion for Class Certification and serve Plaintiffs' expert disclosures and reports | September 17, 2020 |
| Deadline for Plaintiffs to produce experts for deposition | October 28, 2020 |
| Deadline to file opposition to Motion for Class Certification and serve NNA's expert disclosures and reports | January 14, 2021 |
| Deadline for NNA to produce experts for deposition | February 18, 2021 |
| Deadline to file reply regarding Motion for Class Certification | March 2, 2021 |
| Class Certification Hearing | March 9, 2021, or as set by the Court |

IT IS SO ORDERED.

Dated: _____, 2020

_____
UNITED STATES DISTRICT JUDGE
HONORABLE WILLIAM H. ORRICK

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 23rd day of March, 2020, a copy of the STIPULATION AND ORDER TO FURTHER EXTEND CLASS CERTIFICATION DEADLINES was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record.

                                                /s/Adam A. Edwards
                                                Adam A. Edwards