Jeffrey R. Krinsk, Esq. (CA Bar No. 109234)
jrk@classactionlaw.com
David J. Harris, Esq. (SBN 286204)
djh@classactionlaw.com
501 West Broadway, Suite 1260
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIDA JOHNSON, *et al.*, | Case No. 3:17-cv-00517-WHO |
| Plaintiffs, | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| vs. | Dept.: Courtroom 2, 17th Floor |
| NISSAN NORTH AMERICA, INC., | Judge: Hon. William H. Orrick |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the law firm of Finkelstein & Krinsk LLP, whose business address of record herein is 550 West "C" Street, Suite 1760, San Diego, CA 92101 has moved. Therefore, please direct all service of process, all future correspondence, pleadings and discovery sent via United States to the following new address:

>FINKELSTEIN & KRINSK LLP
>501 West Broadway, Suite 1260
>San Diego, CA 92101

Please also take notice that our telephone and facsimile numbers remain the same as follows:

>Telephone:    (619) 238-1333
>Facsimile:    (619) 238-5425

DATED: December 30, 2020

Respectfully submitted,

FINKELSTEIN & KRINSK LLP

By: /s/ Jeffrey R. Krinsk
Jeffrey R. Krinsk, Esq.
501 West Broadway Suite 1260
San Diego, CA 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

*ATTORNEY FOR PLAINTIFFS*

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2020 I electronically filed the foregoing document entitled NOTICE OF CHANGE OF FIRM ADDRESS with the United States District Court for the Northern District of California, San Francisco Division by using the CM/ECF system.

I certify that the following parties and/or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

| | |
|---|---|
| Gregory F. Coleman<br>Lisa A. White<br>Adam A. Edwards<br>**GREG COLEMAN LAW PC**<br>First Tennessee Plaza<br>800 S. Gay Street, Suite 1100<br>Knoxville, TN 37929<br>Tel: 865.247.0080 \| Fax: 865.533.0049<br>greg@gregcolemanlaw.com<br>lisa@gregcolemanlaw.com<br>adam@gregcolemanlaw.com<br>*Attorneys for Plaintiffs* | Mitchell M. Breit<br>**SIMMONS HANLY CONROY LLC**<br>112 Madison Avenue, 7th Floor<br>New York, New York 10016<br>Tel: 315.220.0134 \| Fax: 212.213.5949<br>mbreit@simmonsfirm.com<br>*Attorneys for Plaintiffs* |
| Crystal Foley<br>**SIMMONS HANLY CONROY LLC**<br>100 N. Sepulveda Blvd., Suite 1350 El Segundo, CA 90245<br>Tel: 310.322.3555 \| Fax: 310.322.3655<br>cfoley@simmonsfirm.com<br>*Attorneys for Plaintiffs* | Amir Nassihi (SBN 235936)<br>Andrew L. Chang (SBN 222309)<br>**SHOOK, HARDY & BACON L.L.P.**<br>One Montgomery, Suite 2600<br>San Francisco, California 94104<br>Tel: 415.544.1900 \| Fax: 415.391.0281<br>anassihi@shb.com  achang@shb.com<br><br>Attorneys for Defendant<br>NISSAN NORTH AMERICA, INC |
| Eric S. Johnson<br>**SIMMONS HANLY CONROY LLC**<br>One Court Street Alton, IL 62002<br>Tel: 618.259.6275\| Fax: 618.259.2251<br>ejohnson@simmonsfirm.com<br>*Attorneys for Plaintiffs* | William R. Sampson *(admitted pro hac vice)* Holly P. Smith *(admitted pro hac vice)*<br>**SHOOK, HARDY & BACON L.L.P.** 2555 Gfrand Boulevard<br>Kansas City, Missouri 64108<br>Tel: 816.474.6550 \| Fax: 816.421.5547<br>wsampson@shb.com<br>hpsmith@shb.com<br><br>Attorneys for Defendant<br>NISSAN NORTH AMERICA, INC |

*/s/ Thomsen*
Lindsey Thomson, Paralegal