# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHERIDA JOHNSON, SUBRINA SEENARAIN, CHAD LOURY, LINDA SPRY, LISA SULLIVAN, and APRIL AHRENS, on behalf of themselves and all others similarly situated, | Case No. 3:17-cv-00517-WHO |
| Plaintiffs, | |
| v. | |
| NISSAN NORTH AMERICA, INC., | |
| Defendant. | |

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| TAMARA LOHR and RAVIKIRAN SINDOGI, on behalf of themselves and all others similarly situated, | Case No. 2:16-cv-01023-RSM |
| Plaintiffs, | |
| vs. | |
| NISSAN NORTH AMERICA, INC., and NISSAN MOTOR CO., LTD., | |
| Defendants. | |

<u>**REPORT THOMAS L. READ, PHD**</u>

## I.      INTRODUCTION

1.      Read Consulting has been asked by counsel for Plaintiffs to evaluate the Nissan vehicles with panoramic sunroofs ("PSR") (collectively, the "Subject Vehicles")[1] in this litigation, to examine a collection of failed Nissan PSRs in detail to determine the cause and nature of the failures, and to assess whether there is evidence of a common defect with the PSRs installed in the Subject Vehicles.

2.      My opinions set forth in detail below are based on my knowledge, skill, and experience with glass and in glass failure analysis, along with my assessment of the design and performance of PSRs, as well as my review of relevant documents in this case. It is my opinion, within a reasonable degree of scientific and engineering certainty, that the PSRs in the Subject Vehicles have a common design defect that renders them unreasonably dangerous for their anticipated use. The failure mode of the PSRs results from a combination of defective design features, including the glass temper, thickness, size, curvature, connection to the vehicles' unibody frames, and use of ceramic print or frit. In particular, the PSRs consist of large, thin, curved, thermally tempered pieces of glass that cannot reliably withstand ordinary, minor damage events combined with the typical tensile stresses applied during ordinary use (e.g. from changes in temperature and pressure, or loads applied by road conditions, like bumps and vibrations). Over time, as tensile stresses are applied to the glass, even minor scratches, chips, or abrasions (e.g. from hail, minor stone impacts, or low-hanging tree branches) can eventually propagate into the tensile layer and cause instant and explosive shattering of the glass. The PSRs' inability to withstand these factors means the glass can shatter without warning under normal usage conditions. Nissan replaced a completely reliable and non-dangerous steel roof with vulnerable, 4mm thick, thermally-tempered piece of glass.

---

[1]  "Subject Vehicles" refers to 2009-2014 and 2016-2020 Nissan Maxima; 2014-2020 Nissan Rogue; 2013-2020 Nissan Pathfinder; 2009-2020 Nissan Murano; 2013 Infiniti JX; and 2014-2020 Infiniti QX60 with factory installed panoramic sunroofs.

3.     As described below, it is my considered opinion that Nissan's use of the large, thin, curved, and fritted panels of tempered glass installed in the Subject Vehicles' PSRs is a design defect common to all Subject Vehicles, regardless of any superficial differences in dimensions or attachment mechanisms between the different model of Subject Vehicles. When this defect manifests, the PSR will shatter suddenly and without any warning to the driver or occupants.

4.     I reserve the right to supplement this declaration as more information becomes available during this litigation.

## II.     QUALIFICATIONS AND METHODOLOGY

5.     I have a B.S. in Metallurgy from the University of Pennsylvania, an M.S. in Materials Science from Stanford University and a Ph.D. in Materials Science and Engineering also from Stanford University. A current CV is attached as Appendix A.

6.     I am a licensed manufacturing engineer in the state of California. I have over forty-five years of experience involving glass, including in glass failure analysis. Presently I am a self-employed engineering consultant. I consult with numerous manufacturing companies in the area of glass fracture, and with attorneys on product liability cases involving glass fractures.

7.     My involvement in working with glass, tempered glass, glass failure analysis, and related subjects, began in 1972 at Corning Glass Works where I developed the finishing processes for glass computer disks and windows for the NASA Space Shuttle. This work included preparing glass test plates, breaking them under controlled conditions and analyzing the failure of the glass. These projects also included strength testing of representative coupons (specially prepared test samples) and the follow-on failure analysis of the broken test samples. At that time, I was also involved with setting up a process for chemically tempering glass.

8.     Over the span of my decades-long career studying glass, I have performed hundreds of glass failure analyses, including more than one hundred involving tempered glass failures. In addition, I have performed qualification tests on numerous tempered glass parts in a variety of applications (e.g., pot covers, toaster oven doors, and tempered glass windows) to

determine whether the glass design is appropriate for its chosen application.

9.      I have been qualified to testify in trial as an expert in failure analysis at least fifty times. A list of depositions and trials at which I have testified for during the last four years, along with my list of publications for the last ten years, is attached as Appendix B.

10.      In the present action, I have applied my knowledge skill and experience with glass and glass failure analysis to evaluating the PSRs in the Subject Vehicles, including an analysis of PSRs in general, the science of glass used in the PSRs, their glass design, and the common defect in this Nissan design.

11.      As set forth below, based on my knowledge, skill and experience with glass and glass failure analysis, my review of documents and inspection of shattered PSRs in this case, and my knowledge of PSRs, it is my opinion that the Nissan PSRs are defectively designed because the thin 4mm tempered glass panels used in the Subject Vehicles' PSRs cannot reliably withstand the stresses and environmental conditions applied to the that type of glass during ordinary use without shattering.

12.      My compensation for this case is $350.00/hour, and it is not dependent on the content of this report, any testimony I may give, or the outcome of this case.

13.      In forming my opinions, I have relied upon my background and experience as set forth above, and these documents and items:

•      Documents produced by Defendants Nissan North America and Nissan Motor Company, including design drawings for the Subject Vehicles, specifications for glazing material, documents, power point presentations, and correspondence regarding failure modes and potential alternative materials, and warranty data.

•      Deposition of David Schaller and exhibits.

•      Documents from NHTSA regarding sunroof design and safety.

•      Examination of nineteen failure origins from shattered PSR's installed on Subject Vehicles.

4

### III.    BACKGROUND: PANORAMIC SUNROOFS

#### A.    Sunroofs in General

14.    Traditionally, sunroofs were solid body-colored metal panels with an assembly that allows the panel to tilt or slide to allow light and fresh air into the vehicle. In the 1970s, however, automakers began replacing the metal, opaque sunroof panel with glass.[2]

15.    In a conventional glass sunroof, the sunroof glass and assembly are placed into an opening cut in the automobile's rooftop. In modern sunroofs, however, automakers started using much larger glass panels that span most, if not all, of the width of the roof.

16.    A PSR, as defined by the National Highway Traffic Safety Administration ("NHTSA"), is a sunroof with a total glass area greater than one-half meter squared.[3] PSRs use a tempered or laminated glass panel system, which may include both fixed and moveable glass panels.

17.    The Subject Vehicles in this case are all equipped with PSRs that are manufactured by ███████████[4] and are substantially similar in design in all material respects. Based on the information available to me at this time, the total glass area of these PSRs ranges from approximately ███████████.[5]

#### B.    Panoramic Sunroof Glass Design

18.    Generally speaking, glass is made by fusing silica, soda, lime, and, depending on its intended use, other ingredients. Typically, glass is transparent and can be given different tints and strengths depending on its intended use.

19.    The most common types of glass in consumer applications are annealed glass, laminated glass, and tempered glass (also known as toughened glass).

---

[2] https://www.kbb.com/what-is/moon-roof/
[3] Ex. X (NNA_0023702), NHTSA General Order EA14-002 ("'Panoramic sunroof' means a glass panel with a combined surface area of greater than 0.5m2 and having a single or multiple fixed glass panels and/or a single or multiple moveable glass panels that can tilt upward and slide back over the existing roof structure.")
[4] Ex. M (NNA_0016503).
[5] *Id.*

20.     Annealed glass is thermally treated until it reaches the stress-relief or annealing point, typically at temperatures between 900- and 950-degrees Fahrenheit. The glass is heated until the temperature is consistent throughout the glass and then cooled slowly, at a controlled rate, to relieve internal stresses introduced during the manufacturing process. Once cooled, annealed glass is essentially free of stress. Annealed glass is often used on consumer products such as glass bottles, drinking glasses, home windows, etc. When annealed glass fails, it breaks into large, jagged shards.

21.     Laminated glass (Figure #1) is a type of safety glass that consists of two or more layers of glass, typically annealed, held together with sheets of polymer that sit between each layer. When laminated annealed glass fails, it breaks into large shards (like all annealed glass) but it does not shatter because the shards are held together by the polymer interlayer. The most common application of laminated glass is in car windshields, but it is also used in some furniture applications, like glass tabletops. Some automakers have also incorporated laminated glass into their sunroof designs.[6]



Figure #1: Illustration of laminated glass.

_____

[6] Ex. I (NML_009192) ("GM, Peugeot, Volvo and Honda have the laminated glass in Panorama sun-roofs"); https://www.consumerreports.org/car-safety/laminated-glass-reduce-risk-exploding-sunroofs/ ("Three automakers-Ferrari, Tesla, and Volvo-told the senators that all their cars with panoramic sunroofs have laminated glass.").

22.     Thermally tempered glass (Figure #2) is heat-treated at even higher temperatures, typically around 1,150 degrees Fahrenheit. Once heated, the glass is rapidly cooled with air jets, a process known as quenching. This rapid cooling solidifies the outside surfaces of the glass while the inner core remains hot and fluid. When the core of the glass cools and contracts, it pulls on the outside surfaces, putting the outer surface of the glass in compression and creating equal and opposite tensile stresses in the core.



Figure #2: Illustration of tensile and compressive stresses in tempered glass.

23.     As Figure #3 below shows, once the tempering process is complete the outer one-fifth of the glass is in compression and the remaining center core is in tension. Because the thickness of the compressive layer changes proportionally with the thickness of the glass, increasing glass size without increasing glass thickness makes the glass more vulnerable under applied loads.



Figure #3: Simplified stress profile of tempered glass.

24.      In addition, because the edge face of tempered glass is also in compression, the

balance of compressive and tensile forces causes the thickness of the protective compressive

layer to thin to almost zero near the edge. Thus, one cannot assume adequate protection from

tempering near the edge of the part. The simplified stress profile of thermally tempered glass

near the edge is illustrated below as Figure #4.



Figure #4: Diagram illustrating that the compressive layer thins near the edge of the
glass. This is because the edge face is also in compression.

25.      The compressive stresses created on the surface of the glass during the tempering

process make the glass significantly stronger and more robust to impact damage than annealed

glass. However, if even the smallest surface flaw penetrates through the outer compressive layer,

the tensile stresses in the core are released and the entire glass panel shatters. The fracture

propagates from the origin point (where the compressive layer was penetrated) at 3,600 miles per hour, shattering the glass into hundreds of small blocky pieces with sharp edges. To a layperson, or in this case a vehicle occupant, the PSR appears to explode. In a confined space where the sound can reverberate (like the cabin of a vehicle) a tempered glass failure can sound like an explosion. In fact, Nissan actually received a report that someone had suffered a perforated ear drum after the sunroof exploded while he or she was driving.[7]

26.     There are two specific categories of thermally tempered glass:

a.     Fully Tempered Glass: Glass that has a minimum of 10,000 psi compressive stress on the outer surfaces of the glass.

b.     Heat Strengthened Glass: Glass that has between 4500 and 7500 psi compressive stress on the outer surfaces of the glass.

27.     The PSRs in the Subject Vehicles each utilize one or more large, ████████ panels of curved, fully tempered glass. During manufacturing, the panels must be cut and shaped before the glass is tempered. The panels are cut from long, flat sheets of float glass (glass solidified on tin), then heated until the glass is pliable and can be shaped with a forming tool to add curvature, in a process called slumping. While slumping is an effective way to shape glass, it does not produce a perfectly shaped curve. The tempering process itself can also create asymmetries as the curved glass is heated to temperatures that soften the glass.

28.     Once the glass is shaped, ceramic print is applied around the edge of the inside of the sunroof glass. Ceramic print is a mixture of ceramic frit and polymer binders that are painted on the glass surface and baked (and is sometimes referred to simply as frit or enamel). The purpose of the ceramic print is to strengthen the adhesion of the urethane sealant that affixes the glass to the sunroof frame, to prevent the urethane's decomposition from ultraviolet rays, and for aesthetic reasons. Once frit is applied, the sunroof glass is tempered via the process described above.

---

[7] Ex. J (NNA_0016503).

29.     The application of frit interferes with the temper process by impeding the flow of air over the surfaces where the print is applied, causing sections of the glass to cool at different rates. The result is an uneven face-to-face temper (also known as temper imbalance) and weakening of the glass where the frit is applied.

30.     The curvature of the PSR glass also creates air flow anomalies during temper quenching that can lead to temper imbalance when different areas of the glass cool at different rates. And as Nissan knows, temper imbalance can '███████████████████████

███████ .'[8]

31.     Once the sunroof glass is tempered, it must be attached to the sunroof frame, as shown in Figure #5 below. The PSRs in the Subject Vehicles are each composed of one or more glass panels that fit within relatively stiff sunroof frames. Many PSR assemblies include one moving panel which operates in a tilt and slide design. Each panel must be sealed to the rigid sunroof frame so that environmental forces like wind and precipitation do not enter the Subject Vehicle's cabin. The force of pushing the glass down onto the frame to ensure a proper seal applies additional tensile stresses; because the metal frame and the glass are not perfectly matched, the glass will flex when it is adhered to the frame, applying a constant stress on the glass.

---

[8] Ex. Y (NNA_0046339); Ex. Z (NNA_0046326) ('█████████████████████████████
████████████████████████████████████████████████████████████ ').



Figure #5: Planning drawing for the Nissan Maxima showing attachment of the sunroof glass to the rigid metal frame.[9]

32.     As shown below, the fixed glass panels in the PSRs is affixed to the sunroof frame using a urethane sealant, and the sunroof frame is affixed to the vehicle frame via fasteners.



Figure #6: Illustration of glass to frame installation showing the urethane path.[10]

---

[9] Found at NNA_0016754.
[10] Found at NNA_0016803.



Figure #7: Illustration of glass/frame assembly installation into the vehicle.[11]

## IV.   THE ESTABLISHED SCIENCE OF GLASS FAILURE ANALYSIS AND ENVIRONMENTAL CONSIDERATIONS

33.     Glass failure analysis began in the early twentieth century. Alan Arnold Griffith, a pioneer in the study of glass failure analysis, along with other glass experts, developed the equations of elasticity used to describe, quantitatively, the fracture of brittle solids, such as glass. In the same time period, Wallner determined how to interpret the markings on glass fracture surfaces to locate the "origin" of the glass failure. More recently, several texts have been written that summarize the necessary techniques used by scientists and engineers to perform a glass failure analysis to determine the cause of a failure. The cause of a glass failure can be reliably determined using the techniques, concepts, and methods described by Freschette and others.[12]

34.     Generally, glass failure analysis proceeds in two steps:

a.   <u>Glass Failure Analysis Step #1</u>: When possible, assemble the glass

---

[11] Found at NNA_0055261.

[12] Failure Analysis of Brittle Materials, V. D. Frechette, American Ceramic Society (1990) ISBN 0-944904-30-0; Glass Engineering Handbook, E. B. Shand, Mc Graw-Hill Book Company, Inc (1958); Fractography of Glass, Edited by Bradt & Tressler, Plenum Press (1994); Fractography of Glasses and Ceramics II, Ceramic Transactions, 17, Varner and Frechette, American Ceramic Society (1991); Fractography of Ceramics and Glasses, NIST Publication 960-16.

pieces to determine the overall crack pattern. Often the crack pattern guides one to the approximate location of the origin. In tempered glass the crack pattern initiates at the point where the compressive layer was penetrated and radiates outward (similar to the spokes on a bicycle wheel).

b.  <u>Glass Failure Analysis Step #2</u>: Step two requires tracing the markings on the fracture surface (the surfaces of the cracks created during failure) back to the "failure origin" and then examine the origin microscopically to determine to the cause of the failure. Normally, Wallner lines on the fracture surface are used for this purpose.

35.    Wallner lines are sets of curved marks that emanate from the failure origin allowing a failure event to be mapped. By examining the curvature of the Wallner lines, it is possible to determine the direction the cracks propagated and retrace back along the fracture surface to the origin.

36.    Wallner lines are formed as a result of the interaction between the moving crack front and sound waves reflecting off artifacts of the fracture surface. Figure #4 illustrates how one class of Wallner lines is formed.



Fig. 2–9. Stages in the production of a secondary Wallner line, caused by mist hackle roughness at the lower edge. Numbered arcs in the sketch show positions of the crack front at successive times; dashed lines show corresponding positions of the (faster) elastic pulse generated at one of the roughness details. The Wallner line is the locus of their intersection.

Figure #8: Formation of secondary Wallner lines.

37.     When tempered glass fails, the sound waves associated with cracking interact with defects along the edge of the crack. These sound waves reflect back and interact with the crack front to form the Wallner lines. In this case, the crack is moving from left to right. One uses the curvature of the Wallner lines to determine the crack travel direction.

38.     Figure #9 below is a photograph of a tempered soda lime glass toaster oven door panel that was broken using a spring-loaded center punch that created a crack that penetrated the compressive layer and caused the glass to self-destruct. This panel was covered with clear tape on the back side, to hold the pieces together. The cracking radiated from the origin, and at the origin is a tell-tale "butterfly" or "cat's eye." The stage one failure analysis follows the radiating cracks back to the origin; in stage two the pieces at the origin are removed to expose the fracture surface, and the origin is analyzed microscopically to determine the cause.



Figure #9: Demonstration of an overall crack pattern. The cracking radiates from the origin at a speed of 3600 MPH, and the glass panel breaks into a large number of small pieces.

39.     Any damage process that penetrates the compressive layer into the tensile region will cause tempered glass to shatter. Due to the residual tensile stress in the glass interior, this

failure will be rapid, and the glass will appear to explode. This can happen immediately upon impact if the glass is damaged with sufficient force, but often tempered glass failures are progressive, resulting from a surface flaw—like a scratch or chip in the glass—that grows progressively over time as tensile stresses are applied until the flaw penetrates through the compressive layer, causing the glass to shatter instantly and without warning.

40.     Progressive failures occur because applied stresses are additive. In other words, stresses that would be insufficient to cause a failure in isolation have a cumulative effect, slowly driving an existing surface flaw into the compressive layer causing the glass to fail catastrophically.

41.     A careful glass failure analysis will reveal whether a tempered glass failure was immediate or progressive. If an impact to the glass leads to immediate failure, the maximum tensile stress occurs on the side of the glass *opposite* the impact surface. As a result, if a rock strikes the top side of the glass, the failure will originate on the *bottom* side of the glass.




  Top View of the Impact                          Fracture Origin on the Opposite Side

Figure #10: Photo micrographs of a rock impact failure of a 4mm thick tempered glass panel with frit applied on the backside of the glass. The failure was caused by a 1.9g rock traveling at approximately 90 mph. Although the rock impacted the glass from the front, the failure origin is on the rear side of the glass where the tensile stress caused by the impact was greatest. (Mag. 15X)

42.     In a progressive failure, on the other hand, the initial crack stops and starts, forming "crack arrest lines." Crack arrest lines look very similar to Wallner lines because they have the same shape and can be used to determine the direction the cracks propagated during

fracture; however, crack arrest lines are more defined than the surrounding Wallner lines.

43.     Figure #11 below is a photo micrograph of a progressive failure of a fully tempered soda lime glass pot lid. This failure was initiated where a steel cup washer was rubbing on the underside of the tempered glass pot lid. Over time the rubbing created a progressive flaw in the glass that grew in steps as stress (from both thermal and mechanical sources) was applied to the glass. Eventually, the growing crack penetrated the outer compressive layer into the tensile region. Once the tensile region was breached, the glass lid self-destructed.



Figure #11: Photomicrograph of a known progressive tempered glass failure. The progression marks identified in the photograph, called "crack arrest lines," show that the crack had stopped and then started up again several times. When the crack finally reached through to the tensile region, the internal tensile stresses drove the failure and the glass shattered.

44.     Figure #12 below is a photomicrograph of a 4mm thick thermally tempered glass panel (from an oven door) that was intentionally scratched with a diamond scribe that damaged the surface of the glass, without fully penetrating the (outer) compressive layer. The glass was then flexed and subjected to thermal shock to simulate the tensile stresses applied to the glass during ordinary use. The failure originated at the scribe mark and grew in progressive steps— marked by crack arrest lines—until it completely penetrated the compressive layer causing the glass to shatter.



Figure #12: Photomicrograph of the failure origin described above.

45.     Figure #13 below is a photo from a test I performed on a fully tempered glass oven door panel. The panel was impacted obliquely with a rock, but the impact did not cause failure. Instead, the surface damage is abrasive in nature.

17



Figure #13: Photomicrograph of the abrasive surface damage caused by a rock impact that did not cause immediate failure.

46.    Figure #14 below is a photomicrograph of the rock impact damage to the glass panel in Figure #13, after it was put under bending load to failure. The failure originated at the abrasion caused by the rock. It is important to observe that there are no crack arrest lines in Figure #14 because the failure did not happen progressively.



Figure #14: The damaged panel above, also shown in Figure #13 (Mag. 40X).

18

## V.    INSPECTIONS OF SUBJECT VEHICLE PANORAMIC SUNROOF FAILURES

47.    On November 30, 2020, I inspected the failure origins of nineteen Nissan PSR glass panel failures that were retained at an Exponent facility in California. I examined the origins with an optical microscope and each origin was photographed at magnification. All nineteen origins contained crack arrest lines, indicating that the failures were progressive rather than immediate. Below are photo micrographs showing an origin that is representative of all nineteen of the Nissan PSR failures that I inspected, showing the presence of crack arrest lines.



Figure #15: Photo micro graph of Exponent origin #22. The origin is on the side opposite the frit and is progressive in nature. The failure initiated at surface damage and grew progressively until the tensile zone of the glass was breached and the glass self-destructed.



Figure #16: Photo micro graph of Exponent origin #22 taken at a higher magnification

48.     Because tempered glass is highly resistant to direct impact damage, it is unlikely that an impact from hail or ordinary road debris will shatter the glass immediately. Abrasive damage that does not penetrate the compressive layer is more likely, and my inspections show that the dominant failure mode for Nissan PSRs is progressive.

49.     Numerous reports from Subject Vehicle owners state their PSR glass shattered while the vehicle was stopped or parked, making an immediate failure from debris impact an unlikely explanation. These reports are indicative of a progressive failure caused by tensile stresses applied to the glass subsequent to some type on non-penetrating initial damage, and are consistent with what I personally observed during the failure analyses I performed on the nineteen Nissan PSR glass panel failures that I inspected.

a.     "███████████████████████████████████
███████████████████████." 2014 Nissan Pathfinder VIN
5N1AR2MM6EC658023, NNA_0043976.

b.     "█████████████████████████████████████." 2013 Nissan
Murano, VIN JN8AZ1MW6DW310210, NNA_0043976.



c. "█████████████████████████." 2014 Nissan Pathfinder VIN 5N1AR2MM3EC694252, NNA_0043976.

d. "███████████████████████████, VIN 1N4AA5AP1DC826411, NNA_0043976.

e. "████████████████████." 2013 Nissan Murano, VIN 5N1AR2MMXEC619614, NNA_0043976.

f. "██████████████████████████." 2013 Nissan Murano, VIN JN8AZ1MW8DW323850, NNA_0043976.

g. "█████████████████████████████████" 2014 Nissan Maxima, VIN 1N4AA5AP6EC44795, NNA_0043976.

h. "███████████████████████████." 2013 Nissan Pathfinder, VIN 5N1AR2MM8DC602129, NNA_0048673.

i. "████████████████████████████." 2015 Nissan Pathfinder, VIN 5N1AR2MMXFC720539, NNA_0048673.

## VI.   SUMMARY OF ADDITIVE ENVIRONMENTAL FACTORS RELEVANT TO PSR GLASS FAILURES.

50.    As I explained above, progressive failures occur when minor surface damage, otherwise insufficient to penetrate the compressive layer, is driven into the tensile region.

51.    Normal environmental and tensile stresses that are routinely applied to sunroof glass during normal use can cause the PSR to shatter without warning by aggravating a one-time minor damage event, like a scratch or chip, that did not immediately penetrate the compressive layer. There are a huge number of potential sources of this kind of minor damage. Small rocks, hail, low-hanging tree branches, or simply dragging a rag with grit on it over the sunroof glass while washing the vehicle, can generate surface damage with the potential to result in a progressive failure.

52.    There are many sources of tensile stress that, in combination, can operate to drive a surface flaw into the tensile region including:

A.    **Road Vibrations and Bumps.** It is my understanding that the Subject Vehicles utilize a unibody construction, meaning that the body of the vehicle is a single unit, and all of the loads and stresses from road conditions (*e.g.*, driving over speed bumps or on poor quality roads) are absorbed by the body of the vehicle and transmitted to the PSR glass. This kind of stress is problematic for PSRs because large, unsupported glass panels are especially vulnerable to stresses that flex the glass.

B.    **Mounting mismatch of the glass panel to a stiff sunroof frame**. Because the slumping and tempering processes do not create a perfectly accurate shape, stress is introduced when the glass is mounted to the frame. The stiff frame holds its shape stressing the glass by pulling the imperfectly shaped panel flush against the sunroof seal on all sides.

C.    **Differential thermal coefficient of expansion between the tempered glass and the steel frame**. Changes in environmental temperature cause glass and steel expand and contract at different rates. Steel expands and contracts more quickly than glass and because the glass is glued to the sunroof frame, tensile stress is applied as the glass is pulled by the expanding (or contracting frame).[13]

D.    **Clamping pressure applied to the glass when the sunroof is closed**. When the sunroof is closed, the sunroof glass is pulled down onto the rubber seal by the PSR assembly to ensure that the sunroof is sealed and water does not leak into the cabin. This "clamping" creates tensile stress that are caused by the bending forces applied to hold down the glass.

E.    **Changes in cabin pressure**. Pressure changes inside the cabin of the vehicle (*e.g.*, changes caused by opening and closing the doors) cause the sunroof glass to flex, applying tensile stress to the sunroof.[14]

F.    **Flexing due to mechanically fixing the frame to the vehicle.** Any mismatch between the roof opening and the PSR frame will cause stresses in the glass when the PSR is fixed to the vehicle. Because the glass is glued directly to the PSR frame, as the frame flexes to fit the roof opening during installation it will flex the glass.

---

[13] Ex. Y (NNA  0046339) ("██████████████████████████

████████████████

██████.").

[14] Ex. AA (NNA  0059946) ("██████████████████████████

██████████████ )



G. **Thermal shock from heating and cooling.** Thermal shock occurs when glass is rapidly heated or cooled, adding tensile stress as the outer layers of the glass expand or contract more quickly than the core of the glass. For example, thermal shock might occur if a car is washed with cold water after sitting in the sun on a hot day. The cold water will "quench" the outer surface of the hot glass and put it in tension.

## VII.   ALL PSRs IN THE SUBJECT VEHICLES SUFFER FROM A COMMON DEFECT

53.     When designing a glass product, it is critical that design engineers understand the potential sources of surface damage, the tensile stresses that may be applied to the glass under foreseeable use conditions, and the potential consequences of any failure. While there is always a risk that glass will fail, the key is selecting the appropriate design features and glass type to minimize the risks associated with the chosen application. This is especially true here, where the glass is situated above occupants' heads and failure presents a risk of driver distraction.

54.     In light of the analysis above, it is my considered opinion that Nissan's selection of large, curved, and fritted 4mm tempered-glass panels constitutes a common design defect in the PSRs of the Subject Vehicles.

55.     Given the reduction in glass strength from temper imbalance and frit application; the regular, and often significant, tensile stresses applied to the glass, both during installation and in the Subject Vehicles' normal operating environment; and the practically infinite potential sources of surface damage, Nissan's selection of thin, curved, tempered-glass panels is not appropriate for the chosen application.

56.     Although tempered glass is designed to withstand applied tensile stresses above 10,000 psi, the Subject Vehicles' PSRs fail progressively at much lower tensile loads than would be required to cause an immediate failure because the stresses are additive. These progressive failures and the risks they pose to vehicle occupants, are the direct result Nissan's failure to account for the consequences of ordinary surface damage and expected tensile stresses in its PSR designs.

57.     Nissan is aware that its PSR glass is shattering progressively from post-damage

tensile stresses. As Thomas Mack, "NA Region" Product Safety Officer at Webasto explained in

a 2015 email to one of Nissan's lead engineers: "████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████

██████████."[15]

58.     Joel Mlinar, Senior Quality Engineer at Webasto, was surprised to learn ████████

██████████████████████████████████████████████████ that could gauge

glass resistance to progressive failures. Mr. Mlinar stated: "████████████████████████

████████████████████████████████."[16]

59.     Mr. Mack is correct in his response to Mr. Mlinar that, "███████████████████

████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████████████████████████████."[17]

## VIII.   THERE ARE ALTERNATIVE DESIGN CHOICES THAT WOULD MAKE PANORAMIC SUNROOFS SAFER

60.     Recognizing the potential safety hazard posed by tempered glass sunroofs, vehicle

manufacturers like Tesla, Ferrari, and Volvo use laminated glass exclusively in their PSR

designs.[18] These designs do not suffer from the same shattering problems as Nissan PSRs. For

example, Volvo first introduced PSRs in its XC60 and XC90 models in 2010.[19] The XC60 and

---

[15] Ex. F (NNA_0054407).
[16] Ex. H (WRSI-Lohr000762)
[17] *Id*.
[18] https://www.consumerreports.org/car-safety/laminated-glass-reduce-risk-exploding-sunroofs/
("Three automakers-Ferrari, Tesla, and Volvo-told the senators that all their cars with panoramic
sunroofs have laminated glass); Ex. I (NML_009192) ("████████████████████████████████
████████████████████████████").
[19] Ex. BB (Volvo response to NHTSA General Order EA14-002) at 1.

XC90 each use 5mm laminated glass panels and have total glass areas that are similar to those offered by Nissan.[20] The XC60 has a total glass area of .89m$^2$ and the XC90 has a total glass area of 1.13m$^2$.[21] Yet, Volvo has not received a single report that its PSRs have shattered spontaneously.[22]

61.     As Nissan knows, laminated annealed glass, (such as the glass used in car windshields) can chip or crack on impact, but will not shatter like tempered glass.[23] Although laminated annealed glass is generally less impact resistant than tempered glass of equal thickness, the laminate holds the glass together if the glass is broken, preventing shards from entering the vehicle cabin.[24] Using laminated glass is a viable option for applications where the glass sits above vehicle occupants' heads and would immediately make PSRs safer for vehicle occupants.

62.     A laminate could also be used with two panels of tempered glass, which would increase impact resistance over laminated annealed glass. While the outer panel of glass would still shatter if the compressive layer is penetrated, the laminate would hold the pieces together and the panel on the interior of the sunroof would likely remain intact. The layer of laminate and the interior glass panel should also deaden the noise generated by the failure,[25] potentially reducing the risk of driver distraction even further.

63.     Since at least 2014, Nissan has investigated the possibility of using laminated glass in its sunroof designs.[26] A 2015 PowerPoint presentation produced by Nissan lists some of the benefits of using laminated sunroof glass, saying that "███████████████████████ ██████████" and that "███████████████████████████████████████."[27] In 2016,

---

[20] *Id*. at 2.
[21] *Id*.
[22] *Id*.
[23] Ex. E (NNA_0046352).
[24] *Id*.
[25] Ex. D (NNA_0054343) (lamination is "advantageous for noise reduction.").
[26] *Id*.; Ex. N (NNA_0053819).
[27] Ex. E (NNA_0046346).

David Schaller, a Nissan Field Quality Engineer, said "███████████████████████
███████████████████████████"[28]

64.     Similarly, Thomas Mack, a Product Safety Officer for Webasto, stated that he
"█████████████████████████████████████████████████████," to
avoid "███████" shattering events.[29]

65.     The "Protec" Mr. Mack mentions is a tear resistant film, developed by Webasto,
that can be applied to the underside of the PSR, preventing glass shards from raining down into
the cabin of the vehicle. Webasto describes Protec as "a highly tear-resistant polyethylene
terephthalate film" (often referred to as PET film) that can be applied to the underside of the PSR
glass to "hold[] individual glass fragments together as an intact panel" if the glass shatters.[30]

66.     Ford appears to have already integrated Webasto's Protec film into the PSR
design for the Lincoln MKZ, and it has shown to be effective at holding the glass together under
applied loads.[31] A PET film like Protec on the underside of the PSR glass is another way to
protect vehicle occupants and it has already been used by at least one other manufacturer.

67.     Finally, another potential countermeasure would be to apply film to the outside of
the sunroof glass to protect the glass from surface damage. In 2017, a Nissan dealer performed a
demonstration using 8mm film produced by 3M that illustrates the protection these films may be
able to provide over "naked" tempered glass.[32]

68.     Nissan has potential alternative design elements it could incorporate into its
sunroofs to mitigate the risks posed by shattered glass. Yet, Nissan continues to use unprotected,
████ tempered glass panels in its PSRs.

69.     While a steel roof is the safest material to use as it does not have the potential to

---

[28] Ex. K (NNA_0045273).
[29] Ex. H (WRSI-Lohr000761).
[30] https://www.webasto-group.com/en/technologies-trends/lightweight/webasto-glas-protec/
[31] https://www.nhtsa.gov/sites/nhtsa.dot.gov/files/documents/status_of_nhtsas_roof_ejection_miti
gation_research_tag.pdf.
[32] https://www.youtube.com/watch?v=wNz4bGsIeiI

shatter as does any glass, Nissan knew of the hazards presented by the use of tempered glass panels in its PSRs as early as ████████████████████████████████████[33]; and certainly no later than █████████████████████████████████████████

████████████████████████████████████████████

██████████████████████[34] Nonetheless, Nissan continues to use unprotected, tempered ████ glass in its PSR designs despite the availability of less dangerous alternatives. It is my opinion that Nissan's poor choices in design and materials created a dangerous and avoidable defect in the Subject Vehicles' PSRs.

I declare under the penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on February 17, 2021 at   Santa Rosa   , California.



Thomas L. Read, PhD

---

[33] Ex. O (NNA_0016503).
[34] Ex. P (NNA_0015879).

27

- Appendix A -

# R E A D   C O N S U L T I N G
## T H O M A S   L .   R E A D ,   P h . D .
### 1 4 3 5   F U L T O N   R O A D
### S A N T A   R O S A ,   C A L I F O R N I A   9 5 4 0 3
### T   7 0 7 - 4 9 4 - 5 0 8 9
t r e a d @ s o n i c . n e t      w w w . r e a d c o n s u l t i n g . c o m

## P R O F E S S I O N A L   L I C E N S E
Registered Professional Engineer: Certificate No. MFOO2174, State of California

## S U M M A R Y   O F   E X P E R T I S E
1. Over 40 years of experience as a consultant to attorneys in glass failure analysis, metallurgy, accident reconstruction, OSHA worker safety, products liability, intellectual property, factory safety and other litigation. **This includes numerous depositions and court appearances.**
2. 40 years of manufacturing experience in the glass and electronics industry doing processing, process and product introduction, equipment design and build, glass and metal grinding, forming and polishing, part design, machine safety, machine design, quality control, and materials engineering.

## A C C I D E N T   R E C O N S T R U C T I O N
User and Worker safety, Product Liability and equipment design (Includes device safety, operator safety and machine guards
*Manufacturing Expertise:* Includes **Patents**, Machine Safety Tooling, Processing Equipment, Product Design, Factory Safety (Machine Guards), Quality Control, Quality Verification, Reverse Engineering and Factory Procedures
Failure Analysis (Includes both materials and design)
- *Glass Damage & Failures:* Doors, Bottles , Laminated Safety Glass, Windows, Windshields, Wire Glass etc
- *Metallurgical Failures:* Implants, Pipes, Ladders, Bolts, Heaters, Welds, Gears, Chairs, Prosthetics, Plumbing, etc
- *Ceramic and Porcelain Failures:* Dishes, Oven Ware, Grinding Wheels,and Structural Ceramics (Toilets etc.)
- *Manufacturing Defects:* Sealing Failures , Any manufactured Item. Tubing failures (metal glass and plastics).
- *Corrosion Failures:* Galvanic, General, Stress Corrosion; this includes materials selection and environment
- *Polymer (Plastic) Degradation and Failures:* Piping, Ladders, Joints, Seals, Packaging, Chairs, Medical Devices, Implants,
- *Wood Failures:* Chairs, Ladders, Stairs, Window Leaks etc (Includes deterioration from rot).

## P R O F E S S I O N A L   E X P E R I E N C E
| | |
|---|---|
| 1975 - Present | *Engineering Consultant* in private practice with attorneys and insurance adjusters. Litigation-related practice includes plaintiff and defense clients in approximately equal numbers. Included are numerous depositions and trial appearances. |
| 2001- 2002 | Senior Metallurgical Engineer and Safety Engineer<br>Rheodyne, Inc. Rohnert Park, CA |
| 1993 - 2001 | Chief Metallurgist<br>Komag Materials Technology Inc., Santa Rosa, California |
| 1988 - 1993 | *Senior Thin Film Project Engineer. Thin film Coating Equipment Design*<br>Deposition Sciences Inc., Santa Rosa, California |
| 1984 - 1988 | *Thin Film Circuit Engineer, Safety Engineer* and *Reliability Engineer*<br>Microwave Technology Inc., Fremont, California |
| 1975 - 1984 | *Project Engineer, Safety Engineer and Project Manager*<br>Hewlett Packard Co., Santa Rosa, California |
| 1974 - 1975 | *Senior Project Engineer*<br>Optical Coating Laboratories Inc., Santa Rosa, California |
| 1972 - 1974 | *Senior Process Engineer*<br>Corning Glass Works, Coming, New York. Included glass finishing process, development and glass failure analysis. |
| 1969 -1972 | *Engineering Consultant*<br>Failure Analysis Associates, Stanford, California. Aided engineers with failure analysis. |

## A C A D E M I C   D E G R E E S
1. Stanford University, Ph.D. *Materials Science and Engineering*, 1972
2. Stanford University, MS *Materials Science*, 1969
3. University of Pennsylvania, BS *Metallurgical Engineering*, 1965
4. Diploma, Tercer Curso Panamericano de Metalurgia Nuclear, Buenos Aires, Argentina, 1968

Additional Skills
Fluent in written and spoken Spanish

- Appendix B -

Thomas L. Read, PhD.
Read Consulting LLC
1435 Fulton Rd.
Santa Rosa, CA 95403

**DEPOSITIONS**

1. Infinity Owners v 300 Spear Realty Developers, September 29, 2020, Santa Rosa, CA.
2. Dersarkissian v Westfield Topanga, July 7, 2020, Santa Rosa, CA
3. State Farm v Kohler, January30, 2020, San Francisco CA.
4. Ramirez v Fisher Scientific, December 11, 2019, El Segundo, CA.
5. Anderson v. Ford Motor Co, July 31, 2019, Portland, OR.
6. Anderson v. Ford Motor Co, March 19, 2019, Santa Rosa, CA.
7.  Jones v Steinfelds et al December 3, 2008, Santa Rosa, CA
8. NAZ LLC v. Philips Healthcare, November 13, 2018, New Orleans, LA
9. Kondash v Kia Motor America, March 6, 2018, San Francisco, CA
10. Wiley v. Dairy Farmers of America, February 27, 2018. Santa Rosa, CA
11. Gabarini v. DS Services of America, February 7, 2018, Fort Lauderdale, FL.
12. Harkey et al. v.General Electric Corp. San Francisco, CA, February1, 2018.
13. Gabarini v DS Service of Ameruica, January 29, 2018, Fort Lauderdale, FL
14. Risley v. Circus Circus,  December 7, 2017, Santa Rosa, CA
15. Appel v D. F. Daniels Corp., Glendale, CA August 23, 2017
16. Fama et al. v Hyundai San Francisco, CA July 19, 2017.
17. Bankers v. Kohler, Woodland Hills CA, APRIL 28, 2016

**Trials and Court Appearances**

1. Wright v. Evergreen December 5 &6, 2018, Stockton, CA
2. Gabarini v. DS Services of Ameruica, February 21, 2018, Fort Lauderdale, FL.
3. Bankers v. Kohler, Ventura  CA, December 6, 2016