Gregory F. Coleman
Adam A. Edwards
Mark E. Silvey
Mitchell M. Breit
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
gcoleman@milberg.com
aedwards@milberg.com
msilvey@milberg.com
mbreit@milberg.com

Eric S. Johnson (*pro hac vice*)
**SIMMONS HANLY CONROY LLP**
One Court Street
Alton, Illinois 62002
Tel: 618.259.2222
ejohnson@simmonsfirm.com

An Truong (*pro hac vice*)
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, New York 10016
Tel: 212.784.6400
Fax: 212.213.5949
atruong@simmonsfirm.com

*Counsel for Plaintiffs*

Amir M. Nassihi (SBN 235936)
anassihi@shb.com
Andrew L. Chang (SBN 222309)
achang@shb.com
H. Grant Law (SBN 144505)
hlaw@shb.com
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900 | Fax: 415.391.0281

William R. Sampson, appearance pro hac vice
wsampson@shb.com
Holly Pauling Smith, appearance pro hac vice
hpsmith@shb.com
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816.474.6550 | Fax: 816.421.5547

*Counsel for Defendant Nissan North America, Inc.*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| SHERIDA JOHNSON, ET AL., individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.<br><br>Defendant. | Case No.: 3:17-cv-00517-WHO<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING DEADLINES**<br><br>Corrected TAC: March 29, 2018 |

**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND
BRIEFING DEADLINES**

1. Pursuant to L.R. 6-2, Plaintiffs Sherida Johnson, Subrina Seenarain, Chad Loury, Linda Spry, Lisa Sullivan, and April Ahrens ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA") (collectively, the "Parties"), respectfully request that the Court extend the briefing deadlines for Defendant's motions to exclude (ECF Nos. 149, 150, 151) as set forth below, and for the Court to continue the August 25, 2021 hearing on Plaintiffs' motion for class certification (ECF No. 129), so that all motions are considered together. The deadline for Plaintiffs to file their reply in support of class certification, which is currently set for August 2, 2021, would remain unchanged.

2. Under the current scheduling order, Plaintiffs' motion for class certification and expert disclosures was due on February 17, 2021, Defendant's response and expert disclosures was due on June 14, 2021 and Plaintiffs' reply and rebuttal reports are due on August 2, 2021. ECF No. 129. A hearing on the motion for class certification is set for August 25, 2021. ECF No. 129.

3. On February 17, 2021, Plaintiffs timely filed their motion for class certification and expert disclosures. ECF No. 135.

4. On June 14, 2021, Defendant timely filed their opposition and expert disclosures. ECF No. 147. Contemporaneous with that filing, Defendant's also filed three separate motions to exclude Plaintiffs' experts, each of which relies, in part, on the opinions of Defendant's own experts. ECF Nos. 149, 150, 151.

5. Plaintiffs' current deadline to respond to the motions to exclude is June 29, 2021, and Defendant's time to reply is July 6, 2021. The hearing on the motions to exclude is set to occur on August 25, 2021.

6. The Parties respectfully request extension of the briefing schedule on the motions to exclude and of the August 25, 2021 hearing on all motions. To fully respond to the motions to exclude, Plaintiffs will need to depose Defendant's four experts. The parties have coordinated these depositions, and they are tentatively scheduled for July 9, July 13, July 14, and July 16. Following completion of the depositions, Plaintiffs will then need time to obtain and analyze the transcripts, consult with their own experts, and integrate the testimony into their responses. The proposed

extended briefing schedule will not meaningfully delay the resolution of this case and will allow the parties to better address the complex and highly technical subject matter involved.

7. Amending the briefing schedule to allow Plaintiff to depose Defendant's experts, with a commensurate extension of the deadline for Defendant to file its replies, will serve the interests of the parties and judicial efficiency. Likewise, adjournment of the August 25, 2021 hearing date will serve to streamline all issues, time and expense.

8. Five other extensions of the class certification briefing schedule have been entered in this matter. ECF Nos. 95, 103, 112, 121, 124 and 129.

9. Following the entry of the Court's last extension, the Parties have been diligently undertaking class discovery, timely filing and briefing the motion for class certification, and working cooperatively to complete the depositions of Plaintiffs' experts.

10. In addition, the Parties are coordinating discovery and class certification deadlines with a companion case filed in the Western District of Washington, *Lohr, et al. v. Nissan N. Am., Inc.*, Case No. 2:16-cv-01023 RSM. The Parties in *Lohr* intend to seek a similar extension to the briefing schedule, thus continuing to manage the cases in the most efficient manner.

11. If this Court and the *Lohr* court approve these requests, then the two cases will continue to remain on parallel tracks if a resolution is not reached prior to class certification.

12. For the above reasons, the Parties stipulate and submit that good cause exists to extend the deadlines in this matter as set forth below and respectfully request that the Court enter an order as follows:

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiffs to file their reply and rebuttal expert disclosures and reports on their motion for class certification | August 2, 2021 | August 2, 2021 |
| Deadline for Plaintiffs to file their oppositions to NNA's Motions to Exclude | June 29, 2021 | August 13, 2021 |
| Deadline for NNA to file replies in support of its Motions to Exclude | July 6, 2021 | September 3, 2021 |
| Class Certification and Motions to Exclude Hearing | August 25, 2021 | September 29, 2021, or as set by the Court |

IT IS SO STIPULATED.

Dated: June 28, 2021                                             Respectfully submitted,

By: */s/ An V. Truong*
On Behalf of Plaintiffs

By: */s/ Holly Pauling Smith*
On Behalf of Defendant

An V. Truong (*pro hac vice*)
**SIMMONS HANLY CONROY LLP**
112 Madison Avenue, 7th Floor
New York, New York 10016
Tel: 212.784.6400
atruong@simmonsfirm.com

Eric S. Johnson (*pro hac vice*)
**SIMMONS HANLY CONROY LLP**
One Court Street
Alton, Illinois 62002
Tel: 618.259.2222
ejohnson@simmonsfirm.com

Gregory F. Coleman
Adam A. Edwards
Mark E. Silvey
Mitchell M. Breit
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
Facsimile: (865) 522-0049
gcoleman@milberg.com
aedwards@milberg.com
msilvey@milberg.com
mbreit@milberg.com

*Attorneys for Plaintiffs*

William R. Sampson (*pro hac vice*)
Holly Pauling Smith (*pro hac vice*)
**SHOOK, HARDY & BACON L.L.P.**
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816.474.6550
Fax: 816.421.5547

Amir M. Nassihi (SBN 235936)
**SHOOK, HARDY & BACON L.L.P.**
One Montgomery, Suite 2600
San Francisco, CA 94104
Tel: 415.544.1900
Fax: 415.391.0281
anassihi@shb.com

*Attorneys for Defendant*

## ATTESTATION OF CONCURRENCE

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: */s/ An V. Truong*
An V. Truong (*pro hac vice*)
SIMMONS HANLY CONROY LLP

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' stipulation, the Court hereby orders that deadlines in this matter be extended as follows:

| Event | Deadline | Proposed Deadline |
|---|---|---|
| Deadline for Plaintiffs to file their reply and rebuttal expert disclosures and reports on their motion for class certification | August 2, 2021 | August 2, 2021 |
| Deadline for Plaintiffs to file their oppositions to NNA's Motions to Exclude | June 29, 2021 | August 13, 2021 |
| Deadline for NNA to file replies in support of its Motions to Exclude | July 6, 2021 | September 3, 2021 |
| Class Certification and Motions to Exclude Hearing | August 25, 2021 | September 29, 2021 |

IT IS SO ORDERED.

Dated: June 29, 2021

UNITED STATES DISTRICT JUDGE
HONORABLE WILLIAM H. ORRICK

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 28th day of June 2021, a copy of the above was filed electronically with the Clerk of Court using the CM/ECF system which will send notification of the filing to all counsel of record.

                                              */s/ An V. Truong*
                                              An V. Truong (*pro hac vice*)
                                              SIMMONS HANLY CONROY LLP