| | |
|---|---|
| Gregory F. Coleman (*pro hac vice*)<br>Mark E. Silvey (*pro hac vice*)<br>Adam A. Edwards (*pro hac vice*)<br>Mitchell Breit (*pro hac vice*)<br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC<br>First Tennessee Plaza, 800 S. Gay St., St 1100<br>Knoxville, TN 37929<br>Tel: 865.247.0080 | Fax: 865.533.0049<br>gcoleman@milberg.com<br>msilvey@milberg.com<br>aedwards@milberg.com<br>mbreit@milberg.com | Holly Pauling Smith (*pro hac vice*)<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>Tel: 816.474.6550 | Fax: 816.421.5547<br>hpsmith@shb.com |
| An Truong (*pro hac vice*)<br>SIMMONS HANLY CONROY LLC<br>112 Madison Avenue<br>New York, New York 10016<br>Tel:  315.220.0134 | Fax: 212.213.5949<br>atruong@simmonsfirm.com | Amir Nassihi (SBN 235936)<br>SHOOK, HARDY & BACON L.L.P.<br>One Montgomery, Suite 2700<br>San Francisco, California 94104<br>Tel:    415.544.1900 | Fax: 415.391.0281<br>anassihi@shb.com |
| Attorneys for Plaintiffs | Attorneys for Defendant<br>NISSAN NORTH AMERICA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIDA JOHNSON, SUBRINA SEENARAIN, CHAD LOURY, LINDA SPRY, LISA SULLIVAN, APRIL AHRENS on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 3:17-cv-00517-WHO<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Complaint Filed:  February 1, 2017<br>First Am. Compl. Filed:  March 20, 2017<br>Second Am. Compl. Filed: September 18, 2017<br>Third Am. Compl. Filed:  March 16, 2018<br>Fourth Am. Compl. Filed:  November 30, 2021 |

Plaintiffs Sherida Johnson, Subrina Seenarain, Chad Loury, Linda Spry, Lisa Sullivan, April Ahrens ("Plaintiffs"), and Defendant Nissan North America, Inc. ("NNA") (collectively "Parties") have conferred and hereby submit this Joint Case Management Statement as directed by the Court.

## I. PROCEDURAL POSTURE

1. All pending dispositive motions have been ruled upon and class certification was granted on July 21, 2022 (ECF 238).

2. Defendant filed a Rule 23(f) appeal from that decision on August 5, 2022 (ECF 239) which remains *sub judice.*

## II. SCHEDULING AND FURTHER DISCOVERY

**Plaintiffs' Statement:**

- Plaintiffs anticipate further discovery on damages issues, including expert reports and depositions and propose a 6-month period of discovery on damages, followed by summary judgment motions, if any, 30 days thereafter, with a trial date 60 days after disposition of summary judgment motions.

- Pretrial disclosures pursuant to Fed.R.Civ.P. 26(a)(3) shall be due 30 days before trial.

- Motions *in limine*, if any, and a Joint Pretrial Order shall be filed 2 weeks after pretrial disclosures.

**Defendant Nissan North America's Statement:**

- Nissan states that it is premature at this time to set a post-certification schedule. There are a number of issues remaining to address before any schedule is set, including the contours of the case and what remaining work and motion practice remains.

- Nissan asks that the September 20, 2022 CMC be re-scheduled to 30 days after the Ninth Circuit rules on Nissan's 23(f) petition, with Parties to provide a status report to the Court within 14 days of a ruling on Nissan's 23(f) or by October 31, 2022, whichever is earlier.

- Should Nissan's 23(f) be denied, Parties to discuss the contours of this case and any remaining work to be done, which Parties have not yet had an opportunity to discuss or otherwise address.

Dated: September 13, 2022

Respectfully submitted,

MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN LLC

By:   */s/ Mitchell M. Breit*
Mitchell M. Breit (admitted *pro hac vice*)
Gregory F. Coleman (*pro hac vice*)
First Tennessee Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Telephone: (865) 247-0080
facsimile: (865) 533-0049
greg@gregcolemanlaw.com

Attorneys for Plaintiffs

SHOOK, HARDY & BACON L.L.P.

By:   */s/ Amir M. Nassihi*
AMIR M. NASSIHI

Attorneys for Defendant
Nissan North America, Inc.

398746 V1