| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | OCT 25 2022 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

SHERIDA JOHNSON, on behalf of herself and all others similarly situated; et al.,

    Plaintiffs-Respondents,

v.

NISSAN NORTH AMERICA, INC.,

    Defendant-Petitioner.

No. 22-80075

D.C. No. 3:17-cv-00517-WHO
Northern District of California,
San Francisco

ORDER

Before: SILVERMAN and MILLER, Circuit Judges.

Petitioner's motion for leave to file a reply in support of the petition for permission to appeal (Docket Entry No. 7) is granted. Petitioner's reply has been filed.

The court, in its discretion, grants the petition for permission to appeal the district court's July 21, 2022 order on class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005). Within 14 days after the date of this order, petitioner shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).