| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>AUG 22 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

SHERIDA JOHNSON, on behalf of herself and all others similarly situated; et al.,

        Plaintiffs-Appellees,

 v.

NISSAN NORTH AMERICA, INC.,

        Defendant-Appellant.

No.   22-16644

D.C. No. 3:17-cv-00517-WHO
Northern District of California,
San Francisco

ORDER

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 22) to file Volume 11 of the excerpts of record under seal is granted. The Clerk will file publicly the motion to seal (Docket Entry No. 22-1), the opening brief (Docket Entry No. 20), and Volumes 1 through 10 of the excerpts of record (Docket Entry No. 21). The Clerk will file under seal Volume 11 of the excerpts of record (Docket Entry No. 22-2).

The existing briefing schedule remains in effect.