FILED

NOV 17 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| SHERIDA JOHNSON, on behalf of herself and all others similarly situated; et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>Defendant-Appellant. | No. 22-16644<br><br>D.C. No. 3:17-cv-00517-WHO<br>Northern District of California, San Francisco<br><br>ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

Appellees filed notices of intent to file publicly the answering brief and Volumes 2 and 3 of the supplemental excerpts of record (Docket Entry Nos. 47, 49). *See* 9th Cir. R. 27-13(f).

No other party has filed a motion to file or maintain the answering brief under seal. The Clerk will unseal the notice (Docket Entry No. 47-1), and file publicly the answering brief (Docket Entry No. 47-2) and Volume 1 of the supplemental excerpts of record (Docket Entry No. 48).

Appellant's unopposed motion (Docket Entry No. 52) to file under seal Volumes 2 and 3 of the supplemental excerpts of record is granted. The Clerk will unseal the notice (Docket Entry No. 49-1), and file publicly the motion to seal (Docket Entry No. 52). The Clerk will file under seal Volumes 2 and 3 of the

supplemental excerpts of record (Docket Entry Nos. 49-2, 49-3).

Appellant's motion (Docket Entry No. 53) for an extension of time to file the reply brief is granted. The reply brief is due December 15, 2023. No further motions for an extension of time to file the reply brief will be granted absent new extraordinary and compelling circumstances.

If the reply brief is not filed by December 15, 2023, the case may be submitted on the briefs already on file.