| | |
|---|---|
| Gregory F. Coleman, appearance *pro hac vice* <br> Adam A. Edwards, appearance *pro hac vice* <br> MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC <br> First Tennessee Plaza <br> 800 S. Gay Street, Suite 1100 <br> Knoxville, TN 37929 <br> Tel: 865.247.0080 | Fax: 865.522.0049 <br> gcoleman@milberg.com <br> aedwards@milberg.com | Amir M. Nassihi (SBN 235936) <br> Andrew L. Chang (SBN 222309) <br> H. Grant Law (SBN 144505) <br> SHOOK, HARDY & BACON L.L.P. <br> 555 Mission Street, Suite 2300 <br> San Francisco, CA 94105 <br> Tel:   415.544.1900 | Fax: 415.391.0281 <br> anassihi@shb.com <br> achang@shb.com <br> hlaw@shb.com |
| Mitchell M. Breit, appearance *pro hac vice* <br> mbreit@millberg.com <br> MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC <br> 405 East 50th Street <br> New York, NY 10022 <br> Tel: 347.668.8445 | Holly Pauling Smith, appearance *pro hac vice* <br> SHOOK, HARDY & BACON L.L.P. <br> 2555 Grand Boulevard <br> Kansas City, Missouri 64108 <br> Tel: 816.474.6550 | Fax: 816.421.5547 <br> hpsmith@shb.com <br><br> Attorneys for Defendant <br> NISSAN NORTH AMERICA, INC. |
| Crystal Foley (SBN 224627) <br> SIMMONS HANLY CONROY LLC <br> 100 N. Pacific Coast Highway, Suite 1350 <br> El Segundo, CA 90245 <br> Tel:  310.322.3555 | Fax: 310.322.3655 <br> cfoley@simmonsfirm.com <br><br> Attorneys for Plaintiffs <br> SHERIDA JOHNSON, SUBRINA SEENARAIN, LINDA SPRY and <br> LISA SULLIVAN | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIDA JOHNSON, SUBRINA SEENARAIN, LINDA SPRY, and LISA SULLIVAN, on behalf of themselves and all others similarly situated, <br><br>              Plaintiffs, <br>      v. <br><br> NISSAN NORTH AMERICA, INC., <br><br>              Defendant. | Case No. 3:17-cv-00517-WHO <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO SUBSTITUTE** |

Plaintiffs Sherida Johnson, Subrina Seenarain, Linda Spry, and Lisa Sullivan ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA"), by and through counsel of record, hereby stipulate to an extension of time for NNA to respond to Plaintiffs' Motion to Substitute Class Representatives and continue the July 9, 2025 hearing date.

At the recent case management conference, Plaintiffs deferred their filing of a motion to substitute from May 14 to May 30, 2025 (Dkt. 285). A briefing schedule has previously been set providing Nissan North America with three weeks for its opposition brief. However, the hearing date remained set for July 9, 2025. The parties met and conferred and agree that additional time is necessary to prepare and file opposition and reply papers. In addition, due to a conflict with the current hearing date of July 9, 2025, Parties respectfully request that the hearing date be continued one week to July 16, 2025.

IT IS HEREBY STIPULATED by all the parties through their counsel of record, subject to Court approval, as follows:

1. NNA's response to plaintiffs' motion to substitute currently due on June 20, 2025 shall be filed no later than June 25, 2025.

2. Plaintiffs' reply in support of its motion to substitute shall be filed no later than July 7, 2025.

3. The hearing on plaintiffs' motion, currently set for July 9, 2025, is continued to July 16, 2025.

IT IS SO STIPULATED.

Dated: June 3, 2025

Respectfully submitted,
SHOOK, HARDY & BACON L.L.P.

By:  */s/ Amir Nassihi*
       AMIR NASSIHI

Attorneys for Defendant
Nissan North America, Inc.

Dated: June 3, 2025

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC

By:  */s/ Adam A. Edwards*
       ADAM A. EDWARDS
Attorneys for Plaintiffs

1    Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained
2    from the other signatories.

By:    */s/ Amir Nassihi*
       Amir Nassihi

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 |   |
| 4 | Dated: June 4, 2025 |
| 5 | HON. WILLIAM H. ORRICK |

3

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:17-cv-00517-WHO