| | |
|---|---|
| Adam A. Edwards, appearance *pro hac vice* <br> William A. Ladnier, appearance *pro hac vice* <br> Virginia Ann Whitener, appearance *pro hac vice* <br> MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC <br> First Horizon Plaza <br> 800 S. Gay Street, Suite 1100 <br> Knoxville, TN 37929 <br> Tel: 865.247.0080 | Fax: 865.522.0049 <br> gcoleman@milberg.com <br> msilvey@milberg.com <br> aedwards@milberg.com <br> wladnier@milberg.com <br> gwhitener@milberg.com <br><br> Mitchell M. Breit, appearance *pro hac vice* <br> MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC <br> 100 Garden City Plaza, Suite 500 <br> New York, NY 10022 <br> Tel: 516.741.5600 <br> mbreit@millberg.com <br><br> Crystal Foley (SBN 224627) <br> SIMMONS HANLY CONROY LLC <br> 100 N. Sepulveda Boulevard, Suite 1350 <br> El Segundo, CA 90245 <br> Tel: 310.322.3555 | Fax: 310.322.3655 <br> cfoley@simmonsfirm.com <br><br> Attorneys for Plaintiffs | Amir M. Nassihi (SBN 235936) <br> Andrew L. Chang (SBN 222309) <br> H. Grant Law (SBN 144505) <br> SHOOK, HARDY & BACON L.L.P. <br> 555 Mission Street, Suite 2300 <br> San Francisco, CA 94105 <br> Tel:   415.544.1900 | Fax: 415.391.0281 <br> anassihi@shb.com <br> achang@shb.com <br> hlaw@shb.com <br><br> Holly Pauling Smith, appearance *pro hac vice* <br> SHOOK, HARDY & BACON L.L.P. <br> 2555 Grand Boulevard <br> Kansas City, Missouri 64108 <br> Tel: 816.474.6550 | Fax: 816.421.5547 <br> hpsmith@shb.com <br><br> Attorneys for Defendant <br> NISSAN NORTH AMERICA, INC. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIDA JOHNSON, SUBRINA SEENARAIN, LINDA SPRY, and LISA SULLIVAN, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> NISSAN NORTH AMERICA, INC., <br><br> Defendant. | Case No. 3:17-cv-00517-WHO <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL DEADLINES** |

Plaintiffs Sherida Johnson, Subrina Seenarain, Linda Spry, and Lisa Sullivan, Sandria Smith, and Anna Wall ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA"), by and through counsel of record, hereby stipulate to an extension of time for 49 days of the existing deadlines in this Action. Changes to this Court's previous Order (Dkt. 306) are listed below in **bold**.

Due to unexpected events, the Parties mediation was continued and is now fully confirmed for January 15, 2026 in person in San Diego. The Parties have conferred and adjusted the dates this Court's last order permitted Parties to adjust (as reflected below). In addition, Parties believe that an extension of the existing deadlines by 49 days will potentially aid in the avoidance of litigation costs expenditure of judicial resources, and afford the Parties the best opportunity to engage in good-faith negotiations in attempt to resolve this matter. Additionally, the Parties agree that Plaintiffs' response to Defendant's pending Motion to Dismiss, Dkt. No. 303, should be due 6 days after the scheduled mediation and Defendant's reply would be due 14 days after Plaintiffs' opposition brief.

IT IS HEREBY STIPULATED by all the parties through their counsel of record, subject to Court approval, that the January 7, 2026 Case Management Conference and Motion to Dismiss hearings be continued to February 25, 2026, with Plaintiffs' Opposition due on January 29 and Nissan's reply due on February 13, 2026. Beyond that, Parties have only adjusted the dates this Court authorized Parties to adjust and have not adjusted any dates that this Court made clear would require Court approval to change (specifically, the dates in bold).

IT IS SO STIPULATED.

| Event | Deadline | New deadline |
|---|---|---|
| Motion to Dismiss and Case Management Conference Hearings | January 7, 2026 | **February 25, 2026 (opposition due Jan. 29, 2026; reply due Feb. 13), 2026** |
| Plaintiffs' expert reports including materials relied upon | December 29, 2025 | **March 2, 2026** |
| Plaintiffs class notice plan, and proposed class notice | January 19, 2026 | **March 2, 2026** |
| Deadline for Nissan to depose Plaintiffs' experts | March 2, 2026 | **April 13, 2026** |

| Event | Deadline | New deadline |
|---|---|---|
| Nissan to respond to Plaintiffs' class notice plan | March 9, 2026 | **April 20, 2026** |
| Nissan's expert reports | March 30, 2026 | **June 4, 2026** |
| Last day to hold settlement conference or private mediation | April 1, 2026 | **April 15, 2026** |
| Hearing on class notice. | April 1, 2026 | **May 13, 2026** |
| Deadline for Plaintiffs to depose Nissan's experts | April 28, 2026 | **June 25, 2026** |
| Close of discovery | June 15, 2026 | **July 6, 2026** |
| Deadline for Plaintiffs to issue class notice | May 15, 2026 | **June 12, 2026** |
| Last day for dispositive motions to be heard; such motions shall be filed in time to comply with this deadline | **June 24, 2026** | **June 24, 2026** |
| Filing of Papers Required by Civil L.R. 16-10(b)(7), (8), (9) and (10) and motions *in limine* | July 13, 2026 | **August 14, 2026** |
| Opposition to motions *in limine* | July 20, 2026 | **August 24, 2026** |
| Replies to *motions in limine* | July 31, 2026 | **August 31, 2026** |
| Consistent with this Court's Standing Pretrial Order in Civil Cases, filing of (1) joint pretrial conference statement, (2) fact witnesses; (3) proposed jury instructions, and (4) proposed findings of fact and law | **Per Pretrial order** | **Per Pretrial order** |
| Exchange of proposed trial exhibits and deposition designations | **Per Pretrial Order** | **Per Pretrial Order** |
| Stipulations of admissibility and filing of objections to trial exhibits and deposition designations | **Per Pretrial order** | **Per Pretrial order** |
| Pretrial conference and hearing on motions in limine and jury instructions | **August 31, 2026** | **August 31, 2026** |
| Deposit of exhibits with the Court pursuant to Local Rule 16-10(b)(7) and the Court's Standing Pretrial Order in Civil Cases | **Per Pretrial Order** | **Per Pretrial Order** |
| Trial (Estimate Three Weeks) | **September 28, 2026** | **September 28, 2026** |

| | |
|---|---|
| Dated: December 12, 2025 | Respectfully submitted,<br>SHOOK, HARDY & BACON L.L.P.<br><br>By:  */s/ Amir Nassihi*<br>      AMIR NASSIHI<br><br>Attorneys for Defendant<br>Nissan North America, Inc. |
| Dated: December 12, 2025 | MILBERG COLEMAN BRYSON<br>PHILLIPS GROSSMAN PLLC<br><br>By:  */s/Adam A. Edwards*<br>      Adam A. Edwards<br><br>Attorneys for Plaintiffs |

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By:  */s/ Amir Nassihi*
     Amir Nassihi

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED.

4 Dated: December 12, 2025     _____

5      HON. WILLIAM H. ORRICK