Adam A. Edwards, appearance *pro hac vice*
William A. Ladnier, appearance *pro hac vice*
Virginia Ann Whitener, appearance *pro hac vice*
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
First Horizon Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel:  865.247.0080 | Fax: 865.522.0049
aedwards@milberg.com
wladnier@milberg.com
gwhitener@milberg.com

Mitchell M. Breit, appearance *pro hac vice*
MILBERG COLEMAN BRYSON PHILLIPS
GROSSMAN PLLC
100 Garden City Plaza, Suite 500
New York, NY 10022
Tel: 516.741.5600
mbreit@millberg.com

Crystal Foley (SBN 224627)
SIMMONS HANLY CONROY LLC
100 N. Sepulveda Boulevard, Suite 1350
El Segundo, CA 90245
Tel:  310.322.3555 | Fax: 310.322.3655
cfoley@simmonsfirm.com

Attorneys for Plaintiffs

Amir M. Nassihi (SBN 235936)
Andrew L. Chang (SBN 222309)
H. Grant Law (SBN 144505)
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel:    415.544.1900 | Fax: 415.391.0281
anassihi@shb.com
achang@shb.com
hlaw@shb.com

Holly Pauling Smith, appearance *pro hac vice*
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816.474.6550 | Fax: 816.421.5547
hpsmith@shb.com

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SHERIDA JOHNSON, SUBRINA SEENARAIN, LINDA SPRY, and LISA SULLIVAN, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br>    v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>        Defendant. | Case No. 3:17-cv-00517-WHO<br><br>CLASS ACTION<br><br>**FURTHER STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL DEADLINES** |

Plaintiffs Sherida Johnson, Subrina Seenarain, Linda Spry, and Lisa Sullivan, Sandria Smith,

and Anna Wall ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA"), by and through

counsel of record, hereby stipulate to an extension of time for 17 weeks of the existing deadlines in this Action. Changes to this Court's previous Order (Dkt. 314) are listed below in **bold**.

Based on the substantial and meaningful progress of the in person mediation with Honorable Hunter Hughes on January 15, 2026 and various frameworks that were discussed, Parties are engaging in follow up expert work by each side to get additional information and scheduled to return to further mediation on March 27 and/or April 27 2026. Given the progress and the additional work each side needs to do in preparation for the next step in the discussions, the Parties have conferred and believe that an extension of the existing deadlines by 17 weeks will potentially aid in the avoidance of litigation costs expenditure of judicial resources, and afford the Parties the best opportunity to continue their efforts.

IT IS HEREBY STIPULATED by all the parties through their counsel of record, subject to Court approval, that the existing deadlines be extended, as set forth below. Changes to the parties' stipulation are in **bold**.

IT IS SO STIPULATED.

| Event | Current Deadline | New Deadlines |
|---|---|---|
| MTD Hearing and CMC | Feb 25, 2026 (opposition due Jan 21, 2026; reply due Feb 4), 2026 | **June 24, 2026 (opposition due May 20; reply due June 3, 2026)** |
| Plaintiffs' expert reports including materials relied upon | March 2, 2026 | **June 29, 2026** |
| Plaintiffs class notice plan, and proposed class notice | March 2, 2026 | **June 29, 2026** |
| Deadline for Nissan to depose Plaintiffs' experts | April 13, 2026 | **August 10, 2026** |
| Nissan to respond to Plaintiffs' class notice plan | April 20, 2026 | **August 17, 2026** |
| Nissan's expert reports | June 4, 2026 | **October 1, 2026** |
| Last day to hold settlement conference or private mediation | April 15, 2026 | **August 12, 2026** |
| Hearing on class notice. | May 13, 2026 | **September 9, 2026** |

STIPULATION AND ~~[PROPOSED]~~ ORDER
CASE NO. 3:17-cv-00517-WHO

| Event | Current Deadline | New Deadlines |
|---|---|---|
| Deadline for Plaintiffs to depose Nissan's experts | June 25, 2026 | **October 22, 2026** |
| Close of discovery | July 6, 2026 | **November 2, 2026** |
| Deadline for Plaintiffs to issue class notice | June 26, 2026 | **October 23, 2026** |
| Last day for dispositive motions to be heard; such motions shall be filed in time to comply with this deadline | June 24, 2026 | **October 21, 2026** |
| Filing of Papers Required by Civil L.R. 16-10(b)(7), (8), (9) and (10) and motions *in limine* | August 14, 2026 | **December 11, 2026** |
| Opposition to motions *in limine* | August 24, 2026 | **December 21, 2026** |
| Replies to *motions in limine* | August 31, 2026 | **January 5, 2027** |
| Consistent with this Court's Standing Pretrial Order in Civil Cases, filing of (1) joint pretrial conference statement, (2) fact witnesses; (3) proposed jury instructions, and (4) proposed findings of fact and law | Per Pretrial order | Per Pretrial Order |
| Exchange of proposed trial exhibits and deposition designations | Per Pretrial Order | Per Pretrial Order |
| Stipulations of admissibility and filing of objections to trial exhibits and deposition designations | Per Pretrial order | Per Pretrial Order |
| Pretrial conference and hearing on motions in limine and jury instructions | August 31, 2026 | **January 13, 2027** |
| Deposit of exhibits with the Court pursuant to Local Rule 16-10(b)(7) and the Court's Standing Pretrial Order in Civil Cases | Per Pretrial Order | Per Pretrial Order |
| Trial (Estimate Three Weeks) | September 28, 2026 | **January 25, 2027** |

Dated:  January 23, 2026

Respectfully submitted,
SHOOK, HARDY & BACON L.L.P.

By:  ___*/s/ Amir Nassihi*___
   AMIR NASSIHI

Attorneys for Defendant
Nissan North America, Inc.

///

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:17-cv-00517-WHO

Dated:  January 23, 2026                    MILBERG COLEMAN BRYSON
                                            PHILLIPS GROSSMAN PLLC

                                    By:  _/s/William A. Ladnier_____
                                                William A. Ladnier

                                        Attorneys for Plaintiffs

        Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.


                                        By:     _/s/ Amir Nassihi_
                                                Amir Nassihi

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION **as modified**, IT IS SO ORDERED.  The Pretrial Conference is set for **February 1, 2027** at 2:00 pm and Trial will commence on **March 1, 202**7 at 8:30 am.

Dated: January 26, 2026

_____

HON. WILLIAM H. ORRICK

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:17-cv-00517-WHO