Adam A. Edwards, appearance *pro hac vice*
William A. Ladnier, appearance *pro hac vice*
Virginia Ann Whitener, appearance *pro hac vice*
MILBERG, PLLC
First Horizon Plaza
800 S. Gay Street, Suite 1100
Knoxville, TN 37929
Tel: 865.247.0080 | Fax: 865.522.0049
aedwards@milberg.com
wladnier@milberg.com
gwhitener@milberg.com

Crystal Foley (SBN 224627)
SIMMONS HANLY CONROY LLC
100 N. Sepulveda Boulevard, Suite 1350
El Segundo, CA 90245
Tel: 310.322.3555 | Fax: 310.322.3655
cfoley@simmonsfirm.com

Attorneys for Plaintiffs

Amir M. Nassihi (SBN 235936)
Andrew L. Chang (SBN 222309)
H. Grant Law (SBN 144505)
SHOOK, HARDY & BACON L.L.P.
555 Mission Street, Suite 2300
San Francisco, CA 94105
Tel: 415.544.1900 | Fax: 415.391.0281
anassihi@shb.com
achang@shb.com
hlaw@shb.com

Holly Pauling Smith, appearance *pro hac vice*
Christopher Wray, appearance *pro hac vice*
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Tel: 816.474.6550 | Fax: 816.421.5547
hpsmith@shb.com
cwray@shb.com

Attorneys for Defendant
NISSAN NORTH AMERICA, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SHERIDA JOHNSON, SUBRINA SEENARAIN, LINDA SPRY, and LISA SULLIVAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

NISSAN NORTH AMERICA, INC.,

Defendant.

Case No. 3:17-cv-00517-WHO

CLASS ACTION

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING MOTION TO DIMISS BRIEFING SCHEDULE AND HEARING DATE**

Plaintiffs Sherida Johnson, Subrina Seenarain, Linda Spry, and Lisa Sullivan, Sandria Smith, and Anna Wall ("Plaintiffs") and Defendant Nissan North America, Inc. ("NNA"), by and through counsel of record, hereby stipulate to an extension of time for 2 weeks for the hearing and briefing schedule on the Motion to Dismiss. No other changes to scheduling need to be made.

The Parties have conferred and believe that an extension of the existing deadlines by 2 weeks will allow the Parties to continue their discussions on resolution proposals.

IT IS HEREBY STIPULATED by all the parties through their counsel of record, subject to Court approval, that the following deadlines apply:

1. The Motion to Dismiss and Case Management Conference Hearings shall be continued from November 4, 2026 to November 18, 2026.

2. Plaintiff's opposition to the Motion to Dismiss shall be due on October 26, 2026; and

3. Defendant's reply brief in support of the Motion to Dismiss shall be due on November 4, 2026.

IT IS SO STIPULATED.

Dated: October 8, 2026

Respectfully submitted,
SHOOK, HARDY & BACON L.L.P.

By: *<u>/s/ Amir Nassihi</u>*
AMIR NASSIHI

Attorneys for Defendant
Nissan North America, Inc.

Dated: October 8, 2026

MILBERG, PLLC

By: *<u>/s/William A. Ladnier</u>*
William A. Ladnier

Attorneys for Plaintiffs

Pursuant to L.R. 5-1(i), I attest that concurrence in the filing of this document has been obtained from the other signatories.

By: *<u>/s/ Amir Nassihi</u>*
Amir Nassihi

**~~[PROPOSED]~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 8, 2026

HON. WILLIAM H. ORRICK